# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel  (646) 527-7377
Fax (646) 439-9983
www.taylorcohenllp.com

August 27, 2020

*By ECF and Email*

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***United States v. Quandel Smothers***, **20 CR 213 (KAM) – Application for Pretrial Release**

Your Honor:

      On behalf of Quandel Smothers, I respectfully request a hearing on his bail application. Mr. Smothers, who is detained in MDC-Brooklyn, consents to proceed by telephone conference.

Respectfully submitted,

/s/
Zachary S. Taylor

cc:    Margaret Gandy, Esq.
       Jonathan Siegel, Esq.
           Assistant United States Attorneys (*by ECF and email*)