# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

March 14, 2022

*By ECF*

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Quandel Smothers*, **20 CR 213 (KAM)**

Dear Judge Matsumoto:

      I represent Quandel Smothers in the above-referenced case. I am writing to inform the Court that I consent on Mr. Smothers' behalf to the exclusion of time under the Speedy Trial Act until April 29, 2022 to allow additional time for their counsel to prepare motions in limine.

Respectfully submitted,

/s/

Zachary S. Taylor

cc:    Jonathan Siegel, Esq.
        Tanya Hajjar, Esq.
            Assistant United States Attorneys