AO 470 (8/85) Order of Temporary Detention

# United States District Court

EASTERN —————————— DISTRICT OF —————————— NEW YORK

UNITED STATES OF AMERICA

v.

*QUANDEL SMOTHERS*

—————————————————————
Defendant

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number: *20-CR-213 (KAM)*

Upon motion of the *the United States and material witness (Damian Bullock)*, it is ORDERED that a

detention hearing is set for *Jan 30 23* * at *9:00 am*
                             Date                              Time

before *Judge Kiyo Matsumoto*
—————————————————————
Name of Judicial Officer

BROOKLYN, NEW YORK
—————————————————————
Location of Judicial Officer

Pending this hearing, the ~~defendant~~ *material witness* shall be held in custody by (the United States marshal) ( ————————————

—————————————————————————————— ) and produced for the hearing *and trial*
Other Custodial Official

*Jan. 26, 2023*                              *[signature]*
————————————                    ——————————————
Date                                         Judicial Officer

———————————————————————————————

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.