Verdict Form
Court Ex. 3A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA
    - against -

QUANDEL SMOTHERS,                        20-cr-213(KAM)
    also known as "Chucky,"
        Defendant.

- - - - - - - - - - - - - - - -X

**VERDICT FORM**

Verdict Form
Court Ex. 3A

## COUNT ONE
### Racketeering Conspiracy

How do you unanimously find the defendant QUANDEL SMOTHERS as to Count One?

    Not Guilty _____    Guilty  ✓_____    01FEB2023

Verdict Form
Court Ex. 3A

### COUNT TWO
### Possessing a Firearm During a Drug Trafficking Crime

As to the defendant QUANDEL SMOTHERS:

*Only* if you unanimously find that the government has proven beyond a reasonable doubt that Mr. Smothers committed the crime alleged in Count One — either as a principal offender or aider and abettor — and that Count One included an agreement to violate the narcotics laws, answer the following question:

How do you unanimously find the defendant QUANDEL SMOTHERS as to Count Two?

Not Guilty _____     Guilty __✓__     01FEB2023

Jury Foreperson - Print Name: _[signature]_

Jury Foreperson - Signature: _[signature]_

Date: 01FEB2023

3