1058

1       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - X
3
UNITED STATES OF AMERICA,      : 20-CR-00213(KAM)
4                              :
                               :
5                              :
        -against-             : United States Courthouse
6                              : Brooklyn, New York
                               :
7                              :
                               : January 27, 2023
8  QUANDEL SMOTHERS,           : 9:00 a.m.
                               :
9          Defendant.          :
                               :
10
- - - - - - - - - - - - - X
11
        TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
12        BEFORE THE HONORABLE KIYO A. MATSUMOTO
        UNITED STATES SENIOR DISTRICT COURT JUDGE
13
A P P E A R A N C E S:
14
For the Government:  BREON PEACE
15                    United States Attorney
                     Eastern District of New York
16                      271 Cadman Plaza East
                        Brooklyn, New York 11201
17                   BY:  MATTHEW GALEOTTI, ESQ.
                        GENNY NGAI, ESQ.
18                      JONATHAN SIEGEL, ESQ.
                        Assistant United States Attorneys
19
For the Defendant:      PETER J. GUADAGNINO, ESQ.
20                      30 Wall Street, 8th Floor
                        New York, NY 10005
21                   BY:  PETER J. GUADAGNINO, ESQ.
                        ILEANA MONTES, ESQ.
22
Court Reporter:  Michele Lucchese, RPR, CRR,
23               Official Court Reporter
                 718-613-2272
24               E-mail:  MLuccheseEDNY@gmail.com
Proceedings recorded by computerized stenography.  Transcript
25 produced by Computer-aided Transcription.

Proceedings                                    1059

1          (In open court - jury not present.)

2          (Defendant present.)

3          THE COURT:  We are going to go on the record now.

4          Criminal case on trial, United States versus

5     Smothers, 20-cr-213.

6          All can counsel and Mr. Smothers are present.

7          So we have Juror No. 4 on hold.  She reports that

8     her mother's daycare or care person did not show up.  So she

9     cannot come in today.  She claims she left a message with

10    somebody.  It wasn't us.  We told her that she's expected to

11    be here.  But the bottom-line is she is at home right now.

12         Ms. Jackson, you have Juror No. 4 on hold?

13         THE COURTROOM DEPUTY:  Yes.

14         THE COURT:  Could you convey what she told you?  I

15    might have garbled what you told me.

16         THE COURTROOM DEPUTY:  She stated that she had

17    called and left a message for us to say that her mother has an

18    aide, but the aide is unable to tend to her mother today, so

19    she has to.

20         I told her that's not how it works, she would be

21    needed to come to court, she would be required to come to

22    court and relay that information to us.

23         THE COURT:  But we would like you to confer as to

24    how you want to proceed okay.

25         MS. NGAI:  Okay.  If you could give us a moment.

1          THE COURT:  Could you tell her we are call her back.

2     Get her phone number.  Thank you.

3          THE COURTROOM DEPUTY:  Yes.

4          (Pause.)

5          MS. NGAI:  Your Honor?

6          THE COURT:  Yes.

7          MS. NGAI:  The parties have conferred and I think

8     the -- the parties have conferred and I think the initial

9     question is can Juror No. 4 come at all today.  Is she able to

10    arrange help and we can start later today if that's a

11    possibility?

12         If it's not a possibility, then I think we can talk

13    about the option of doing witnesses on Monday, but -- if she

14    is able to arrange for help and come later today, obviously we

15    would be amenable to starting later today.  But we just want

16    to know what the options are.

17         THE COURT:  I also need to find out whether she is

18    going to be able to have somebody for the duration of the

19    trial if her mother's aide is not able to come.

20         Ms. Jackson, do you have her phone number?

21         THE COURTROOM DEPUTY:  Yes, Judge.

22         THE COURT:  Give her a call.

23         MR. SIEGEL:  Your Honor, you are right to raise that

24    issue, if, for example, this could be something that is going

25    to prevent her from coming Monday too.

Proceedings                                                1061

1            (Pause.)

2            THE COURT:  Do you want me to have her on speaker so

3    you hear what she says?  I want to be very transparent.

4            MR. GALEOTTI:  I think it is better not to, Your

5    Honor.

6            THE COURT:  Okay.

7            MR. GUADAGNINO:  Okay.  With the Court doing -- you

8    want to hear?

9            MS. NGAI:  We are fine if the Court has its own

10   conversations with the juror and then we are relayed that

11   information.

12           MR. GUADAGNINO:  That's fine, Your Honor.

13           THE COURT:  All right.  Thank you.

14           (Pause.)

15           THE COURT:  Juror No. 4 advises that the home health

16   aide is not available today.  She has nobody else to call and

17   the home health aide is going out of town or is out of town

18   next week, and that she works for an agency, but her mother is

19   in a state of mind where she's not comfortable with strangers

20   in her home.  She knows this home health aide, and, so, the

21   juror believes that there isn't anybody else right now other

22   than herself to watch her mother.

23           MR. GALEOTTI:  Your Honor, in that case, we don't

24   have much of a choice, so we would consent to replacing the

25   juror.

Proceedings                                              1062

1              MR. GUADAGNINO:  Yes.

2              THE COURT:  All right.

3              MR. GUADAGNINO:  At that point, there's nothing we

4     can do.

5              THE COURT:  Well, I will advise her of that and then

6     we will move alternate Juror No. 3 into the seat formerly

7     occupied by Juror No. 4.  So, for the record, that would be

8     Mr. Fillippi.

9              All right.  I'm going to call her now.  And if the

10    parties are ready, Ms. Jackson will line everybody up and I

11    will just instruct them accordingly.

12             MR. GALEOTTI:  One brief administrative --

13             THE COURT:  Wait.  I think he has another issue.

14             MR. GALEOTTI:  It's not an issue.

15             I wondered if Your Honor thinks it might be worth

16    mentioning this projected schedule to the jurors to perhaps

17    assure them that this isn't going to go on for some lengthy

18    period of time.  So, we do have the weekend coming up, and

19    make sure no one runs into an accidental issues or calls over

20    the weekend thinking this is going to go on for three weeks or

21    something like that.  Of course, defer to Your Honor, given we

22    are down to one.

23             THE COURT:  I think they didn't mention they want to

24    be apprised of schedules.  We haven't responded because it is

25    a shifting landscape.  If the parties are in agreement, we can

Proceedings                                        1063

1   advise them that we expect -- the Government's expects to rest

2   next week and we will -- I just don't want them to feel rushed

3   to reach a verdict and I don't want to speak for the defendant

4   because I don't yet know whether he is going to present a

5   case.

6              If I mention your right to present a case, I will

7   also mention that you have no obligation to do so.

8              MR. GUADAGNINO:  That's fine.

9              THE COURT:  So, I'll ask Ms. Jackson to call Juror

10  No. 4 to advise her she will be excused.  We will have to get

11  her pass card back and get her paperwork, so she will have to

12  come in and report when she can.

13             THE COURTROOM DEPUTY:  Okay.

14             THE COURT:  I will instruct the jury, in a similar

15  vein as last week, when we excused juror number -- I believe

16  it was -- we put in alternate number two into seat number

17  seven.  The jury will get the same instruction.

18             All right.  We will bring the jury in, then.

19             (The jury enters the courtroom.)

20             THE COURT:  All members of the jury are present,

21  except for one.

22             Please have a seat.

23             THE COURT:  Good morning, members of the jury.

24             For reasons that you need not concern yourselves, we

25  have excused Juror No. 4.  So that means alternate No. 3, Mr.

Proceedings                                          1064

1   Fillippi, please occupy the seat formerly occupied by Juror

2   No. 4.

3           Again, please do not speculate as to why Juror No. 4

4   has been excused.  I appreciate your ongoing service and

5   attention.

6           In terms of scheduling, members of the jury,

7   although we had originally advised you that this is likely to

8   be at the outside a three-week trial, the Government

9   anticipates resting next week, early next week, which means

10  they will finish their presentation of evidence.

11          And as I told you earlier, Mr. Smothers has no

12  obligation to present a case because the burden of proof is on

13  the Government.  But if he choses to present a case, he will

14  do so early next week.  We expect that we will be able to

15  instruct you on the law next week and that you will begin your

16  deliberations.  So we wanted to give you some scheduling

17  information in case that affects your plans.

18          But, please, again, do everything you can to stay

19  safe and healthy so that you can return to court next week for

20  the trial.

21          And I want to thank you again for your service as

22  jurors.

23          You may begin.

24          MS. NGAI:  Thank you, Your Honor.

25          Your Honor, the Government calls Andrew Campbell.

Proceedings                                     1065

1              THE COURT:  Thank you.

2              Good morning, sir.  You are still under oath.

3    Please have a seat.  The water is for you if you'd like it.

4              THE WITNESS:  Appreciate it.

5              THE COURT:  You may begin.

6              MS. NGAI:  Thank you, Your Honor.

7              (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    ANDREW CAMPBELL,

2         called as a witness, having been previously duly

3         sworn/affirmed, was examined and testified as follows:

4    DIRECT EXAMINATION (Continuing)

5    BY MS. NGAI:

6    Q    Good morning, sir.

7    A    Good morning.

8    Q    Mr. Campbell, yesterday we talked about you just joined

9    E.A.M.; is that right?

10              THE COURT:  I think you need to speak into the

11   microphone, we can't hear you.

12              MS. NGAI:  Can you hear me now?

13              THE WITNESS:  Not really.

14              THE COURTROOM DEPUTY:  You're good now.

15              MS. NGAI:  Perfect.

16   Q    Can you hear me now, Mr. Campbell?

17   A    Yeah.  Mr. Campbell.

18   Q    Yesterday we talked about why you joined E.A.M.; is that

19   right?

20   A    Yes, ma'am.

21   Q    And you also said that E.A.M. is Blood; is that right?

22   A    Yes.

23   Q    Okay.  So this morning I want to talk to you briefly

24   about how E.A.M. fits into the Bloods.

25              Are there Blood Nations operating in New York.

Campbell - direct - Ngai                    1067

1  A     Yes.

2  Q     Give us some examples.

3  A     The NYB.  One of them is New York Bloods; the UGSN, the

4  Untouchable Gorilla Stone Nation; the NYBBA, New York Blood

5  Brim.

6  Q     You mentioned New York Bloods.  That stands for NYB?

7  A     Yes.

8  Q     I'm now going to show you what has been admitted as

9  Government Exhibit 800.

10         MS. NGAI:  Ms. Wissel, can you please pull up

11  Government Exhibit 800 on the screen.

12  Q     Mr. Campbell, I have it up on this demonstrative.  Can

13  you see this demonstrative?

14  A     Yes.

15  Q     Okay.  Do you see the chart that's reflected on

16  Government Exhibit 800 right here?

17  A     Yes.

18  Q     As you look at it, do you agree with the structure?

19         It should also show up on the screen next to you.

20  A     It was there just now.

21  Q     Look again.  Do you see it?

22  A     Yes.

23  Q     As you sit here today, do you agree with the structure

24  that is in Government Exhibit 800?

25  A     Yes.

Campbell - direct - Ngai                    1068

1  Q    And take a look at the first two lines.  You mentioned
2  New York Blood, UBM, United Blood Nations, and then the
3  Untouchable Gorilla Stone Nation; is that right?
4  A    You're missing one.
5  Q    Which one?
6  A    NYBBA.
7  Q    Thank you.  Are they all nations?
8  A    Yeah.
9  Q    Let's look at the third line, E.A.M., Elite Assassin
10 Millas.  Do you see that?
11 A    Yes.
12 Q    Is that -- what is that considered?
13 A    That's considered a hood that falls under the nation of
14 the NYB.
15 Q    Are there other hoods that fall under NYB?
16 A    Yes.
17 Q    Can you provide some examples?
18 A    One, E.A.M., Elite Assassin Millas; 2, EBB, East Bebop,
19 Maserati, Death Row Milla.
20 Q    Approximately how many hoods fall under NYB?
21 A    I don't know the exact number at the time.  I don't -- I
22 could a like around eight.
23 Q    Thank you.
24       Who are the Millas?  Have you ever heard of the
25 word?

1   A    Yeah.

2   Q    What does that mean?

3   A    Millas are identified as Mazzis.

4   Q    What does Mazzi mean?

5   A    It's like short for Maserati.

6   Q    Do you use the word Maserati or Mazzis or Millas to refer

7   to a group of people?

8   A    Yes.

9   Q    Okay.  And who is that group of people?

10  A    Well, Mazzi is just -- it's -- it's NYB, just strictly

11  whoever falls under the NYB, which is just strictly Millas,

12  period.

13  Q    Got it.  So anyone who is a hood -- anyone who is part of

14  a hood in NYB is considered a Milla?

15  A    Correct.

16  Q    Or a Mazzi?

17  A    Correct.

18  Q    Thank you.

19       You said that they are also called Mazzis.  Why are

20  they also called Maseratis?

21  A    Bloods mostly go whips.

22  Q    What are whips?

23  A    Whips are cars, cars that identify as -- hum, just like,

24  for instance, for example, NYBBA, New York Blood Brim Army,

25  one of the whips they have, cars that one of the hoods go by,

Campbell - direct - Ngai                    1070

1    which is 59 Brim Prime Time, they go by Aston Martins.

2              Untouchable Gorilla Stone Nation, another example.

3              Bullet Stone Gorilla Gang, they go by Bugatti Boys.

4    Q    Got it.

5    A    Sure.

6    Q    What do E.A.M. members call themselves?

7    A    What exactly do you --

8    Q    Sure.  Do you use any other names to refer to yourself,

9    to self-identify as E.A.M.?

10   A    Oh, yeah.

11   Q    What is that?

12   A    AK.

13   Q    Do you know what it stands for?

14   A    Yeah.

15   Q    What does it stand for?

16   A    Allah Kings.

17   Q    Mr. Campbell, do you have any tattoos indicating you are

18   AK or E.A.M.?

19   A    Yes, ma'am.

20   Q    Where do you have that tattoos?

21   A    On my fingers.

22   Q    Can you please show us?

23              Can you please explain to the jury which fingers and

24   what do you have?

25   A    This one is M for Maserati.

Campbell - direct - Ngai                    1071

1        This would be an A and a K, so when I throw it up,

2   you would know not only that I am Mazzi but that's my hood.

3   That's what I identify as.

4   Q    Thank you.

5        MS. NGAI:  Let the record reflect that the witness

6   -- Mr. Campbell, can you please demonstrate that again.

7   A    (Indicating).

8        MS. NGAI:  -- that Mr. Campbell has made an M sign

9   with the right hand.

10  Q    And the A is on your pinkie; is that right?

11  A    Yes, correct.

12  Q    The K is on your pointer finger?

13  A    Yes.

14  Q    Thank you.

15       Looking at Government Exhibit 800, the document on

16  your screen, do you see the bottom row where it says Body

17  Town, Gun Town, Homicide Town and Bean Town?

18  A    Yes.

19  Q    Do you see recognize those terms?

20  A    Yes.

21  Q    What are they?

22  A    Those are basically -- within the E.A.M. you have areas

23  of neighborhoods, they be like that specifically is Brooklyn,

24  so like it will be different areas of Brooklyn, like.

25  Q    So, for example, what is Bean Town?

Campbell - direct - Ngai                1072

1   A    Bean Town would be considered --

2        THE COURT:  Thank you.

3   A    Bean Town would be considered Bushwick.

4   Q    What about Gun Town?

5   A    Gun Town would be considered East New York.

6   Q    What about Homicide Town?

7   A    I truly don't know.

8   Q    What about Body Town?

9   A    Body Town, I'm not really sure either.

10  Q    Which town did you associate yourself with?

11  A    I resided in Bean Town, but associated with Gun Town.

12  Q    Thank you.

13       MS. NGAI:  We can pull down Government Exhibit 800.

14  Q    Mr. Campbell, when you joined E.A.M., how many members

15  were there, approximately?

16  A    When I was younger?

17  Q    Yes.

18  A    It was like, I would say a few hundred.

19  Q    I'm going to show you at this time what has been admitted

20  as Government Exhibit 1.

21       MS. NGAI:  Ms. Jackson, may I please use the elmo?

22  Q    Mr. Campbell, do you recognize the individual in this

23  photo?

24  A    Yes.

25  Q    Who is it?

Campbell - direct - Ngai                    1073

1   A    Chucky.

2   Q    Is that the same person you identified in court

3   yesterday?

4   A    Yes, ma'am.

5   Q    Now, yesterday, you said that you've known Chucky for

6   about two years; is that right?

7   A    About.  Yes.

8   Q    When did you first meet -- where did you first meet him

9   again?

10  A    At a hair salon.

11  Q    Why did you meet him at a hair salon?

12  A    There was a meeting being thrown -- well, a meeting, a

13  gang meeting being thrown in the Flatbush area, and I had met

14  him through another individual named Smilez that called the

15  meeting.

16  Q    Was it an E.A.M. meeting?

17  A    Yes.

18  Q    What happened during this meeting?

19  A    This conversation was about updates on what's going to be

20  going on with the hood and possibly the Nation.

21  Q    Was Chucky present?

22  A    Yes.

23  Q    You didn't know him at that time; is that right?

24  A    I didn't, no.

25  Q    Did he say anything at this meeting?

1  A     Not much.

2         He did state was -- we were in the midsts of

3  listening to one individual, and one of the Brownsville AK

4  members was getting a little drunk at the event and he was

5  kind of pointed out like yo, listen, like, chill out, kinds of

6  drinking, there's a meeting going on.

7         And Chucky went to the middle, just explained kind

8  of who he was when he -- and I kinda figured he was somebody

9  because you could hear a pin drop when he was in the room.

10 Q     So just to be clear, you could hear the pin drop when

11 Chucky was in the room?

12 A     Like once he stated -- once it was known that Chucky -- I

13 didn't know who he was at the time, so I'm just -- I'm looking

14 like who's this?  Then, you know, it was stated -- he stated

15 that he had the situation.

16 Q     What did you understand that to mean?

17 A     That at that time he was the active big homey for E.A.M.

18 Q     And when you say big homey, what do you mean by that?

19 A     He was the -- -- basically like head honcho.

20 Q     Of E.A.M.?

21 A     Of E.A.M.

22         THE COURT:  Just so I'm clear, so Chucky spoke to

23 the Brownsville AK who was drinking?

24         THE WITNESS:  He didn't speak.  He didn't speak to

25 Migos.

Campbell - direct - Ngai                1075

1      THE COURT:  So what, if anything -- did Chucky say
2  anything that made you think he was --
3      THE WITNESS:  No.  It was basically he said -- I
4  asked -- Migos, he was basically, like, being, you know,
5  scolded about him being drunk.
6      THE COURT:  Who was being scolded?
7      THE WITNESS:  Migos.
8      THE COURT:  Who was scolding him?
9      THE WITNESS:  Joker.  It was an individual named
10  Joker.  He was also a big homey.  He was scolding him, and
11  basically saying, like, homey, like, what's going on?
12      I pulled Migos to the side, like, yo, chill.  When I
13  spoke to Smilez, he had informed me, like, yo, bro, Chucky in
14  the room.  Like, who's that?  He was, like, that's the big
15  bro.
16      So when he did speak, he just said I got the
17  situation when he finally did get to address everybody in the
18  room.
19      THE COURT:  So Chucky addressed everybody in the
20  room at some point?
21      THE WITNESS:  Yes, ma'am.
22      THE COURT:  Is that when you said you could hear a
23  pin drop?
24      THE WITNESS:  Yeah.  When it was time to be quiet,
25  they got a term called in vogue, so it's just, like, be quiet.

Campbell - direct - Ngai                1076

1   Q    In vogue, you said?

2   A    Yeah, I would think, yeah.

3   Q    And what, if anything, did Chucky say just about the hood

4   or about anything related to E.A.M. business?

5   A    Honestly, that was a little while back, so I can't

6   really, you know, exactly speak on exactly what was said.

7   Q    Okay.  Did you say anything to Chuck after this meeting?

8   A    I basically approached him, let him know who I was.

9          At the time I was going through -- my brother had

10  died by another Milla set, so I had approached him.  Let him

11  know who I was, and he was eating Cheetos and he was just

12  letting me know, like -- and I told him my name was Phaze,

13  and, you know, he was like, you know -- we were just basically

14  introducing each other, you know.  That was about it.

15  Q    After this meeting -- do you remember approximately when

16  this happened?

17  A    What do you mean?

18  Q    Like when did this meeting happen?

19  A    I don't remember the exact date.

20         THE COURT:  Do you remember the year?

21         THE WITNESS:  2018.

22         THE COURT:  Thank you.

23  Q    After this meeting in 2018, did there come a time when

24  you started to get to know Chuck more?

25  A    Yeah.

Campbell - direct - Ngai                    1077

1    Q    When was that?

2    A    I would say like going into 2019.

3    Q    And what was your relationship like at that time with

4    him?

5    A    It wasn't -- I mean, the second time I met him was at

6    another universal.

7    Q    What is a universal?

8    A    It's a meeting not only with E.A.M. members but just the

9    whole NYB, like every hood in the NYB has to come.

10   Q    Remember how we just talked about the Millas?

11   A    Yes.

12   Q    The Millas.  And is it fair to say that all the Millas

13   are -- it includes everyone in the hoods that fall under NYB?

14   A    Yes.

15   Q    So does the universal -- is that attended by everyone who

16   falls under NYB?

17   A    That's attended every year.  Yes.  Yes.

18   Q    Are you familiar with the word "status" in E.A.M.?

19   A    Yes.

20   Q    What does "status" mean?

21   A    Status is just like a ranking, just like a status, like a

22   ranking position where you're at.

23   Q    Did -- and you mentioned before when you met him in 2018

24   that you thought of Chuck as the big homey; is that right?

25   A    I'm sorry.  Can you repeat that?

Campbell - direct - Ngai                    1078

1    Q    Sure.

2         Just now, when you said you met Chucky in 2018, you

3    thought he was the big homey?

4    A    Yes.

5    Q    Is that right?

6    A    Yes.

7    Q    Does that mean Chuck has status?

8    A    Yes.

9    Q    What status did Chuck have in 2019?

10   A    Well, in 2019, towards the end, it was -- he started to

11   -- it was being spread around by not only him but everybody

12   that was E.A.M. that he had GF for the NYB.

13   Q    What does "GF" mean?

14   A    Godfather.

15   Q    What does it mean to be a godfather?

16   A    Self-explanatory.  Godfather, just like top dog.

17   Q    He is in charge of everything?

18   A    Yeah.

19   Q    What was he in charge of?

20   A    Saying so, what goes on specifically in the NYB Nation.

21   Q    Do you know when he became godfather of NYB?

22   A    That I do not know.

23   Q    Was there a meeting -- was there a universal meeting in

24   2019?

25   A    Was there a universal meeting -- I'm not sure if it was

Campbell - direct - Ngai                    1079

1   in 2019 or the ending of 2018.

2   Q    I will come back to that.

3            Who was the godfather of NYB before Chuck?

4   A    Iz.  His name was Big Iz.

5   Q    Have you ever met Iz?

6   A    I've never met him, never seen him.

7   Q    And are you familiar with the term "lineup"?

8   A    Yes.

9   Q    What is a lineup?

10  A    Lineup is considered LU, just it's a list of individuals

11  that -- it's a list of individuals that have some sort of

12  position within the gang or high ranking, from highest to

13  lowest.

14  Q    Is there something called a worldwide lineup in E.A.M.?

15  A    Yes.

16  Q    What is the worldwide lineup?

17  A    Worldwide LU is same thing as -- it's specifically E.A.M.

18  highest to lowest, but it's not just a regular lineup.  Not

19  only do you have position for -- or say so with, you know,

20  your area, you have position or say so with anything else that

21  has to do with E.A.M.

22  Q    Got it.

23            Can anyone in E.A.M. just join the worldwide lineup?

24  A    No.

25  Q    Who decide who gets to be on the worldwide lineup?

Campbell - direct - Ngai                          1080

1   A     A few people.

2   Q     Like who?

3   A     Bowser, Chucky, Smilez, as far as those three, those are

4   probably the only ones that I could say officially stamp

5   something, basically what I mean by that is make it official.

6   Q     And Bowser is E.A.M.?

7   A     Yes, ma'am.

8   Q     What do you call the highest position in E.A.M., big

9   homey -- is there another?

10  A     I would call it big homey, but the politically correct

11  answer would be like triple O.

12             THE COURT:  Trick low?

13             THE WITNESS:  No, triple O.

14             THE COURT:  Triple O.  Sorry about that.

15             THE WITNESS:  Yeah.

16  Q     Mr. Campbell, do you see in front of you?

17  A     Yes, ma'am.

18  Q     Do you know who this person is?

19  A     Yeah, John Warren.

20  Q     Do you know any other names for him?

21  A     Smilez.

22  Q     Is he also a member of E.A.M.?

23  A     At the moment?  No.

24  Q     At the time that you knew him?

25  A     Yes.

Campbell - direct - Ngai                    1081

1  Q    And how long have you known him for?

2  A    I met Smilez ending of 2016, going into 2017.

3  Q    What, if any, status did Smilez have in E.A.M.?

4  A    He had like a -- it's shared.  So he also had like a high

5  position of, like, triple O.

6  Q    To your knowledge, do you know when he held that triple O

7  position?

8  A    It fluctuated like every few months somebody was

9  triple O.  It was him.  If it wasn't him, it was Bowser.  It

10 if wasn't Bowser -- it fluctuated.

11 Q    What was your relationship with Smilez like?

12 A    That was my dog.

13 Q    What do you mean by that?

14 A    Somebody I really at one point looked up to.

15 Q    Why is that?

16 A    We had a lot in common.  We -- we liked to do the same

17 thing, you know, he party host, I do entertainment on

18 Instagram, so, it just meshed.

19 Q    Looking at that board, do you see it?  It's on the

20 ground, but do you see that board?

21        THE COURT:  Can we just -- before we move on, can we

22 identify the exhibit that you showed him as Government Exhibit

23 10, please.

24        MS. NGAI:  Yes, Your Honor, it is Government Exhibit

25 10.

Campbell - direct - Ngai                    1082

1   Q    Mr. Campbell, --

2   A    Yes, ma'am.

3   Q    -- do you see this board here?

4   A    Yes.

5   Q    When you talked about the towns?

6   A    Yes.

7   Q    What town, only if you know, was Smilez associated with?

8   A    I believe Gun Town.

9            THE COURT:  Again, you're showing the witness

10  Government Exhibit 800?

11           MS. NGAI:  Yes, that's correct.

12  Q    Mr. Campbell, I am going to show you what is Government

13  Exhibit 4, which has been admitted into evidence.

14           Do you see that?

15  A    Yes, ma'am.

16  Q    Who is this?

17  A    That's me.

18  Q    Is that your name?

19  A    Yes.

20           MS. NGAI:  Permission to publish this place card on

21  to the headboard for Government Exhibit 800A.

22           THE COURT:  Granted.

23           MS. NGAI:  My apologies, Government Exhibit 803.

24  The card that I just put up says Andrew Campbell.

25  Q    Mr. Campbell, were you in the worldwide lineup?

Campbell - direct - Ngai                    1083

1    A    Yes.

2    Q    When did you join the lineup?

3    A    I'm not really -- I don't want -- I want to give you the

4    exact, but I'm not really sure or, like, remember when --

5    Q    Approximately.

6    A    Probably like -- I would say around going in 2019.

7    Q    After you met Chucky?

8    A    Yeah.

9    Q    And when you first joined the lineup, what position did

10   you have?

11   A    When I first joined it, I had first floor.

12   Q    What does a first floor do?

13   A    First floor is a -- I mean, it was told to me that first

14   floor was somebody that basically gets information from

15   anybody that's under or not in the worldwide lineup that wants

16   to talk to somebody above that's a top dog and they have to go

17   through me first to even try to talk to second or third or

18   fourth floor.

19   Q    Did you later have any other positions in the worldwide

20   lineup?

21   A    Yeah, I shared a fifth floor worldwide status.

22   Q    What is a fifth floor status do?

23   A    Fifth floor is like -- honestly, I don't really know what

24   the fifth floor.

25   Q    But you held that position?

Campbell - direct - Ngai                    1084

1    A    Yeah, I held that position.

2    Q    Who did you share it with?

3    A    Buckwild.

4    Q    Any other positions in the lineup?

5    A    Yeah, and I had triple O at one point right I got

6    indicted.

7    Q    Do you remember approximately what year that was?

8    A    Yeah, 2020.

9    Q    Did you share that position with anyone?

10   A    Yes.

11   Q    Who?

12   A    Buckwild.

13   Q    Who put you in these positions?

14   A    Bowser.

15   Q    Was he the only one who put you in that position?

16   A    He verbally put me in the position.

17   Q    Did anyone else have to approve of you being in those

18   positions?

19   A    Yeah.

20   Q    Who?

21   A    Chuck.

22   Q    At the time that you were triple O, could you put someone

23   in the worldwide lineup?

24   A    No.

25   Q    Why not?

Campbell - direct - Ngai                    1085

1    A    That was more of a face thing.  So normally you would

2    imagine to being a triple O, you would do whatever you want.

3    That wasn't the case with this particular hood.

4          It was a lot of -- just -- it's like a favoritism

5    thing.  I was like the face, but even though I was the face

6    and I had triple O, I still wasn't able to do certain things

7    and be able to, you know, push certain buttons, which means,

8    you know, order certain things.  It was face.

9    Q    Who could push the button and order certain things?

10   A    Smilez, Bowser, Chucky.

11   Q    I'm now going to show you what has been marked as

12   Government Exhibit 19.

13         MS. NGAI:  Permission to publish?

14         THE COURTROOM DEPUTY:  The elmo?

15         MS. NGAI:  Yes, using the elmo.

16   Q    Do you see that on your screen?

17   A    It's a blank screen.

18         MR. SIEGEL:  This is in evidence.

19         THE COURT:  Can you see it now, sir?

20         THE WITNESS:  Yes, ma'am.

21         THE COURT:  He can see it.

22         MS. NGAI:  Great.

23         THE COURTROOM DEPUTY:  Can the jurors see it?

24         THE JURY:  Yes.

25   Q    Do you recognize this individual?

1    A    Yes.  Yes, ma'am.

2    Q    Who is it?

3    A    Buckwild.

4    Q    Is that the Buckwild that you were talking about just

5    previously?

6    A    Yes, ma'am.

7    Q    Do you see the tattoos on his face?

8    A    Yes.

9    Q    Do you recognize the tattoo on his left cheek?

10   A    Yes.

11   Q    What is it?

12   A    It's a Russian Kalashnikov AK-47.

13              THE COURT:  Actually, it's his right cheek.

14              MS. NGAI:  Right cheek, sorry.

15   Q    What was your relationship with Buckwild like?

16   A    It was all right.  At one point that was somebody I

17   considered a friend.

18              THE COURT:  You shared positions with him as you

19   attained rank?

20              THE WITNESS:  Yes, ma'am.

21              THE COURT:  Thank you.  So did you work together or

22   separately in decisionmaking in your role as triple O?

23              THE WITNESS:  I wasn't really in the triple O with

24   him that long to have, you know, at that point make decisions

25   with him because we didn't -- it wasn't shared with me that

Campbell - direct - Ngai                    1087

 1   long.

 2            I got indicted like the first 40 days of me even

 3   sharing that position with him.  We didn't reach that point.

 4            THE COURT:  I see.

 5   Q    Mr. Campbell, do you see what has been admitted as

 6   Government Exhibit 19 again?  Do you see that on your screen?

 7   A    Yes.

 8   Q    Do you see where I am pointing to?

 9   A    Yes.  Forehead.

10   Q    Do you recognize that tattoo?

11   A    Yes.

12   Q    What is it?

13   A    It's a Maserati emblem upside down.

14   Q    This one right here?

15   A    Yes.

16            THE COURT:  So on the forehead between the eyebrows?

17            THE WITNESS:  Yes.

18            THE COURT:  Right between the eyebrows?

19            THE WITNESS:  Yes.

20            THE COURT:  Thank you.

21            MS. NGAI:  Thank you.

22   Q    Mr. Campbell, showing you what has been admitted as

23   Government Exhibit 15, do you recognize this individual?

24   A    Yes, ma'am.

25   Q    And who is it?

Campbell - direct - Ngai                    1088

1  A    Bowser.

2  Q    Is he part of E.A.M.?

3  A    Yes, ma'am.

4  Q    What, if any, status did he have?

5  A    It fluctuated.  In and out.  Sometimes I -- from what I

6  understood, he shared status with either Chucky or Smilez

7  sometimes, but it wasn't really -- he was -- like he was one

8  of the voices.  He was just there and whatever he said.  He

9  was one of those that -- one of them also, whatever he said

10 supposedly was supposed to go.

11 Q    What was your relationship with Bowser like?

12 A    We was not really friends.

13         THE COURT:  You were not really friends?

14         THE WITNESS:  No, I don't -- yeah.

15 Q    Showing you what has been admitted as Government Exhibit

16 13, do you recognize this individual?

17 A    Yeah, Joshua Cooper.

18 Q    Do you know of any othere name for him or names?

19 A    Buck.

20 Q    What is Buck's status right now?

21 A    He passed away, but he wasn't even an E.A.M. member when

22 he did pass away.

23 Q    Was he an E.A.M. member before he passed away?

24 A    Yes.  Well, not necessarily.  He ended up switching

25 hoods, switching gangs at some point during my incarceration.

Campbell - direct - Ngai                    1089

1  Q    So he was -- he was E.A.M. at one point and then he

2  switched?

3  A    Yeah.  My last time understanding his affiliation with

4  E.A.M. was before I got indicted, right before I got indicted.

5  Q    What, if any, status did he have in E.A.M. when he was

6  still part of the gang?

7  A    He was one of the individual that also stated that he had

8  GF status.

9          MS. NGAI:  I'm now going to show just for the

10 witness, counsel, and the Court only what has been marked as

11 Government Exhibit 18.

12 Q    Mr. Campbell, do you recognize this individual?

13 A    Yes, ma'am.

14 Q    Who is he?

15 A    Kellz.

16 Q    Do you know his real name?

17 A    Marquel.

18 Q    Sorry.  Say that again.

19 A    Marquel.

20 Q    Do you know a last name for him?

21 A    No.

22          MS. NGAI:  Your Honor, at this time we would move to

23 -- oh.

24 Q    How do you know Kellz?

25 A    Kellz was one of my drops.

Campbell - direct - Ngai                    1090

1          As I said yesterday, a drop is somebody that falls

2     under you.  You can take them under your wing, somebody of

3     influence, like everybody in Blood at some point has either a

4     big homey or is a drop, and he was one of my drops.

5     Q    So he was part of E.A.M.?

6     A    Yes.

7               THE COURT:  He said Kellz, K-E-L-L-S?

8               THE WITNESS:  K-E-L-L-Z.

9               THE COURT:  K-E-L-L-Z.  Thank you.

10    Q    Did Kellz have any status in E.A.M.?

11    A    No.

12    Q    Do you know when he joined the gang, approximately?

13    A    No.

14    Q    What was your relationship with him like?

15    A    My relationship, that was a friend of mine.

16              MS. NGAI:  Your Honor, permission to publish

17    Government Exhibit 18 on the headboard which is marked as

18    Government Exhibit 803.

19              THE COURT:  And this is in evidence; correct?

20              MS. NGAI:  This has now been...

21              THE COURT:  You didn't move it in yet.

22              MS. NGAI:  Sorry.  The Government offers Government

23    Exhibit 18 into evidence.

24              THE COURT:  Any objections?

25              MR. GUADAGNINO:  No objection.

Campbell - direct - Ngai                    1091

1          THE COURT:  We receive Government Exhibit 18 and you
2    may put it on the board.
3          (Government's Exhibit 18 received in evidence.)
4          MS. NGAI:  And, simultaneously, we would also move
5    in the place card Kellz.
6          THE COURT:  All right.
7          MS. NGAI:  Thank you.
8          THE COURT:  Granted.
9          There was another exhibit that you had put on the
10   board.  Had you moved that one in?  I'm trying to think what
11   photo.
12         MS. NGAI:  The last one had been admitted as
13   Government Exhibit 13.
14         THE COURT:  Okay.  Great.  Thank you.
15         Government Exhibit 13 is in evidence as well.  All
16   right.
17         (Government's Exhibit 13 received in evidence.)
18         THE COURT:  Actually, it was Government Exhibit 4, a
19   photo of Mr. Campbell.
20         MS. NGAI:  I believe I admitted it, but if I
21   haven't, we offer it into evidence.
22         MR. GUADAGNINO:  No objection.
23         THE COURT:  Exhibit 4 is admitted in case it wasn't
24   previously.
25         (Government's Exhibit 4 received in evidence.)

Campbell - direct - Ngai                    1092

1         THE COURT:  And Government Exhibit 18 is admitted,

2    and both are on the board.

3         (Government's Exhibit 18 received in evidence.)

4    Q    Mr. Campbell, I'm now going to show --

5         MS. NGAI:  I'm going to show just the witness and

6    court and counsel what has been marked as Government Exhibit

7    122A to H.

8         Could we please switch to trial director.

9    Q    Mr. Campbell, do you recognize these photos?

10   A    Yes, ma'am.

11   Q    What are they photos of?

12   A    They're photos of me, Chucky, and a whole bunch of other

13   gang members at a meeting.

14   Q    And how do you recognize it?

15   A    I'm sorry, what?

16   Q    How do you recognize it?  How do you recognize these

17   documents that you are seeing right now?

18   A    How do I -- I don't understand your question.  How do you

19   recognize it?  Oh, they are gang pictures.

20   Q    Were you present when these photos were taken?

21   A    Yes.

22   Q    And approximately when were these photos taken?

23   A    I would say like '19.

24   Q    2019?

25   A    Yeah.

Campbell - direct - Ngai                          1093

1  Q    Are these photos fair and accurate representations or --
2  do they fairly capture the meeting and the gang members that
3  you are talking about?

4  A    What do you mean fairly capture?

5          THE COURT:  Do they represent or do they look
6  accurate?

7          THE WITNESS:  Oh, yes.

8          MS. NGAI:  Your Honor, at this time the Government
9  offers Government Exhibits 1222A through H.

10         MR. GUADAGNINO:  No objection.

11         THE COURT:  We receive Government Exhibits 1222A
12  through 1222H.

13         (Government's Exhibits 1222A through 1222H received
14  in evidence.)

15         THE COURT:  You may publish.

16         MS. NGAI:  Thank you.

17  Q    Mr. Campbell, I'm going to first show you 1222A. Do you
18  see that?

19         THE COURT:  Do you see the photograph?

20  A    Yes.

21         One -- 1222A?

22         THE COURT:  Yes.

23  Q    Who are the individuals in this photo?

24  A    One of them is a female, a blood member that goes by the
25  name of Kia, if I'm not mistaken.

Campbell - direct - Ngai                    1094

1   Q    Who else?  Who else do you see in this photo?

2   A    Chucky.

3   Q    Can you please circle him on the screen?

4   A    (Indicating).

5   Q    What is he wearing?  Can you identify him in this photo?

6   A    He's wearing Air Maxes with some pair of shorts and a

7   white shirt.

8   Q    Is he the one with the white shirt and the blue stripe?

9   A    Yes.

10  Q    Are you in this photo?

11  A    No.

12  Q    What is happening in this photo?  Why were you all

13  together or why was Chucky there?

14  A    Well, that was a meeting specifically about who was going

15  to have control over the NYB Nation.

16  Q    Was Iz GF at that time?

17  A    He was -- I mean, Iz is like always in existence,

18  existing identity in E.A.M., but this is what the meeting was

19  basically around, like, who was going to overpower him and

20  just --

21  Q    So this was a meeting to decide who would lead NYB, is

22  that fair to say?

23  A    Yes, ma'am.

24  Q    Beside Chuck, were other E.A.M. members at this meeting?

25  A    Yes, ma'am.

Campbell - direct - Ngai                        1095

1    Q    And you said you were also at this meeting?

2    A    Yes, ma'am.

3    Q    Were there any other members from other sets present at

4    this meeting?

5    A    Yes, ma'am.

6    Q    Which sets?

7    A    M.G.G., E.A.M.

8             Oh, EBB.  EBB, M.G.G., and E.A.M.

9             MS. NGAI:  Can we please turn to Government Exhibit

10   1223.

11   Q    Mr. Campbell, is this a photo from the same meeting?

12   A    Yes, ma'am.

13   Q    Are you in this photo?

14   A    Yes, ma'am.

15   Q    Can you please circle on this photo where you are?

16   A    (Indicating.)

17   Q    Are you on the bottom right wearing a white t-shirt?

18   A    Yes.

19   Q    Is Chucky in this photo?

20   A    Yes, ma'am.

21   Q    Can you please also circle that?

22   A    (Indicating.)

23   Q    Is he the second person to the left of the photo who's

24   standing up?

25   A    Yes, ma'am.

1   Q     Do you recognize any other E.A.M. members in this photo?

2   A     Yes.

3   Q     Can you please slowly circle them and identify them by

4   name?

5   A     Yes.  This is D-Wade.

6               THE COURT:  He is the one with a white towel on his

7   head?

8               THE WITNESS:  Washcloth.

9               THE COURT:  A washcloth.  Okay.

10  Q     And who did you just circle there?

11  A     Rizzo.

12              THE COURT:  Rizzo has the gray cap, sir?

13              THE WITNESS:  Yes, ma'am.

14              THE COURT:  And white, light t-shirt?

15              THE WITNESS:  Yes, ma'am.

16  Q     And Rizzo is E.A.M. as well?

17  A     Yes, ma'am.

18  Q     Anyone else?

19  A     As far as this picture, no, no one else.

20  Q     Thank you.

21              Turning to Government Exhibit 1222E, is this a photo

22  from the same meeting?

23  A     Yes, ma'am.

24  Q     What type of meeting is this?  Is it called something?

25  A     It's called a universal meeting.

Campbell - direct - Ngai                        1097

1   Q     That's what you were describing before where all the
2   Milla sets come together?
3   A     Yes, ma'am.
4   Q     How often do universals occur?
5   A     Not frequently, like twice a year, once a year, twice a
6   year.
7             It's not -- it's not like a scheduled thing with us.
8   It's like probably nine times out of ten if something goes
9   wrong is when somebody decides to throw or basically say we
10  have to have a meeting.
11  Q     Turning to this Government Exhibit 1222E, are you in this
12  photo?
13  A     Yes, ma'am.
14  Q     Can you please circle where you are?
15  A     (Indicating).
16            (Continued on next page.)
17
18
19
20
21
22
23
24
25

1    DIRECT EXAMINATION

2    BY MS. NGAI:   (Continued)

3    Q    You're wearing the white shirt with the orange decal?

4    A    Yeah.

5    Q    I mean the yellow decal.

6    A    Yes, ma'am.

7    Q    Are you doing anything with your hands in this photo?

8    A    Yes, ma'am.

9    Q    What are you doing?

10   A    Raising the gang sign, E.A.M., Mazzi.

11   Q    Can you clear the circle that you just drew?

12   A    Clear it?

13   Q    Yes.  So there's a button, you can delete it.

14        Do you see Chucky in this photo?

15   A    Yes, ma'am.

16   Q    Can you please circle that?

17        Is he featured to your right?

18   A    Yes.

19   Q    Are there other E.A.M. members in this photo?

20   A    One that I could see, besides Chucky and me.

21   Q    Who do you see?

22   A    D-wade.

23   Q    And where is he?

24        And he is one of the individuals to your left in the

25   photo?

1   A     Yes, ma'am.

2   Q     What happened at this meeting?

3   A     Well, I was told by one of the individuals in the photo,

4   I'm not really sure, it's two guys in the front, but I was

5   told that it was a meeting being held somewhere in Bed-Stuy.

6   At the time I was kind of hanging out with Chucky a little

7   bit, just a little bit more than I usually would.  And I

8   wasn't really sure if he heard about it because I'm sure he

9   would've told me.  He didn't tell me.  It was told to me, so I

10  relayed the message to him.

11        And I told him:  Bro, I think they -- I think they

12  trying to throw a nine-eleven.  A nine-eleven is another term

13  for a meeting, a gang meeting.

14        I said:  Yo bro, they're trying to throw a

15  nine-eleven I think without your knowledge.

16        He was like:  All right.  Say no more.  And I got

17  the address.  I'm not really sure, I'm not really sure if --

18  I'm not really sure if I sent it directly to him or if I told

19  him on the phone.  I let him know and he -- we went.

20        And when we went to the meeting, he was already

21  there.  I was on my way there in an Uber.  He was already

22  there with D-wade and Buck, Joshua Cooper, which is Buck.  And

23  I walked in the midst of -- I wouldn't say a heated

24  conversation, but it was just a conversation being held

25  amongst the important individuals within each set in that

1   room.  So Buck/Joshua Cooper, had gave me a gun, and I put it

2   in my pocket.  He was like:  Yo, bro, hold this just in case

3   something goes wrong.  I said:  Okay, I got you.  I put it in

4   my pocket.

5           And I kind of had a heated conversation with one of

6   the other -- one of the individuals that was inside the

7   meeting that was a big homey for EBB, another Milla hood.  As

8   I said before, my brother had got killed years before, and I

9   wanted to ask him about it.  And when I did, we just had, you

10  know, conversation, which led nowhere.

11          After that, Chuck, you know -- it was basically a

12  decision supposed to be made on who is going to run the NYB,

13  either as single or as a whole.  Came to the agreement that

14  everybody wants to run the NYB at the time, so it's going to

15  be a whole thing, we choose three people that are going to

16  share it.  So we all voted within the room, is it going to be

17  Chucky, Suicide or Bless.  And everybody asked:  Do you agree?

18  Do you agree?  And I said:  I agree.  You agree?  And

19  everybody agreed, and that's how it went.

20  Q    So let me just break that down a little bit.

21          So there was a meeting, there was a discussion about

22  who would lead NYB; is that right?

23  A    Who would lead the NYB, yes, ma'am.

24  Q    And did I hear correctly that the decision was for three

25  people to share in the godfather position of NYB?

1    A    Yes, ma'am.

2    Q    And who were those three people?

3    A    Chucky, Suicide and Bless.

4    Q    Suicide and Bless, are they E.A.M.?

5    A    No.

6    Q    They're from different sets?

7    A    Yes.

8    Q    And Chuck would be the one representing E.A.M.?

9    A    Yes.

10   Q    What, if anything, did Chuck say to you about that

11   decision after the meeting?

12   A    Oh.  When we got back to the house at -- off of

13   Highland Park, he was like -- he just stated that "it's mine."

14   He wasn't listening to nothing that they had to say.  He

15   didn't care.

16   Q    Chuck didn't care?

17   A    Yeah.  It was just "mine."

18   Q    He didn't care about the -- he didn't care about --

19   A    The decision that was made that day, no.

20              He's like:  It's mine.  I'm not jacking it.

21              That's exactly his words:  I'm not jacking it.

22   Q    What do you mean by "not jacking it"?

23   A    "Jacking" is a word that says I'm not allowing that, I'm

24   not accepting it.

25   Q    So he's not accepting that decision?

1   A     Yes.

2          THE COURT:  So he was not fine with the decision, he

3   was upset with it?

4          THE WITNESS:  Yes, ma'am.  Well, I wouldn't say he

5   was upset.  He just didn't -- it was not a decision that he --

6   it went over everybody's head except his.  He wasn't upset,

7   but he was just like, no, I'm not even going to put that in my

8   head that that's going to happen.

9          THE COURT:  That he would share it with two other

10  people?

11         THE WITNESS:  Yes.

12  Q     Based on that, who did you understand was going to lead

13  NYB?

14  A     Chucky.

15  Q     Now at this meeting, you also said Buck asked you to hold

16  the gun?

17  A     Yeah.

18  Q     Is that the individual in Government Exhibit 13, which

19  has been offered -- admitted into evidence?

20  A     Yes, ma'am.

21  Q     And why did he want you to hold the gun?

22  A     He knew that there were tension in the room between a lot

23  of us.  So just in case something went down, he said:  Hold

24  the gun.

25  Q     Do you know someone who goes by the name of Speechless?

Campbell - Direct - Ngai                                1103

1   A    I heard of her.  I don't know her, but I heard of her.

2   Q    E.A.M. or no?

3   A    She's not E.A.M.

4   Q    Do you know what -- is she gang?  Is she part of a gang?

5   A    From my understanding, she's MTG.

6   Q    What does that stand for?

7   A    Milla Town Gangsters.

8   Q    What about Billion, have you ever heard of that name?

9   A    That's Buck.  He's just -- that's his Instagram name.

10  It's Buck Billion, but he -- yeah.  It's another term, it's

11  another name for Buck.

12  Q    Now, the photos that we just were looking at, these were

13  taken, correct?

14           Do you know who took those photos?

15  A    That night was a blur, I don't know who took it.

16  Q    Were you allowed to take photos?

17  A    I specifically gave certain orders and other individuals

18  gave certain orders not to post these photos.

19  Q    Who gave those orders?

20  A    Well, me, Bless, and I think anybody that -- most likely

21  anybody that was -- that was their position, like it's not a

22  good idea, do not post these photos on social media.

23  Q    Why not?

24  A    Example:  This right here.

25  Q    Were photos of this meeting posted online?

Campbell - Direct - Ngai                                           1104

1    A    Yes, ma'am.

2    Q    Do you know who posted it?

3    A    Migz.

4           THE COURT:  Migz, M-I-G-S?

5           THE WITNESS:  M-I-G-Z.

6           THE COURT:  M-I-G-Z.

7           And is M-I-G-Z in E.A.M.

8           THE COURT:  No, Migz is not in E.A.M.

9           MS. NGAI:  Let's turn, please, turn to Government

10   Exhibit 1222-H, which has already been admitted into evidence.

11   Q    Mr. Campbell, do you recognize this exhibit?

12   A    Yes.  I actually DM'd him about it.

13   Q    Sorry?

14   A    I actually addressed him.

15   Q    What do you mean by "addressed him"?

16   A    I wrote him about it at one point, like:  Yo, what's

17   going on?  Why would you post that?

18           He didn't really answer me.

19   Q    What kind of post is this?

20   A    That's a Facebook post.

21   Q    Did you see this Facebook post at the time that it went

22   up?

23   A    Yes.

24   Q    Were you upset by this?

25   A    I was a little frustrated.

1   Q    What, if anything, did you say to Migz?

2   A    I addressed him in person too.  I told him that, I said:

3   Yo, listen, like, feds is watching us, you're doing too much.

4   Q    Did you say anything to Chuck about this photo?

5   A    I don't remember.  I don't want to give you a yes, I did

6   or no, I -- I do not remember.

7   Q    Do you remember telling anyone about this photo?

8   A    I remember telling somebody about the photo.  I remember,

9   yeah.

10          MS. NGAI:  Ms. Wissel, we can pull down this

11   exhibit.

12   Q    Mr. Campbell, did there come a time when you went to

13   Attica?

14   A    Yes.

15          THE COURT:  You said you want that board taken down?

16          MS. NGAI:  No, just the exhibit pulled down.

17          THE COURT:  Oh, Okay.

18   Q    Did there come a time when you went to Attica?

19   A    Yes, ma'am.

20   Q    What is Attica?

21   A    Attica is a state prison.

22   Q    Where is it?

23   A    In Attica, New York.

24   Q    How far is that from here, Brooklyn?

25   A    Not really sure, but I would say like seven hours.

1   Q      By car, by plane?

2   A      I would say by car.

3   Q      Did you ever go to Attica?

4   A      Yeah, I went to visit.

5   Q      When did you go?

6   A      I would say the summer of '19.

7   Q      Why did you go?

8   A      Chucky had asked me to go to Attica for somebody named

9   Ace.

10  Q      Why did he ask you to go?

11  A      Well, he wanted me to relay certain -- like a message to

12  him.  He gave me paperwork that had certain things in it about

13  the gang and E.A.M., and he wanted me to relay a message to

14  him.  Like, basically, not a specific message, but basically

15  read what I could.  You know what I'm saying?  And you can't

16  bring paperwork into the jail.  So read it and, as much as I

17  could, read it back to him and, you know, he gets the

18  breakdown.

19  Q      So let me make sure I understand.

20          Did Chuck ask you to memorize certain paperwork?

21  A      Yes.

22  Q      And he asked or he -- did he ask you or did he tell you?

23  A      Yeah, he asked me.

24  Q      So he asked you to go to Attica and to memorize certain

25  paperwork?

1   A    Yeah.  I kind of took it like it was -- because it's,

2   like, when he texted, it was just more, like, a real late

3   night.  So I was like:  Yo, I kind of forgot.  I threw it in

4   my room, I'd forgotten it.  He kind of like responded and

5   said:  Go to bed, homey.  That's what he said.  But I wasn't

6   trying to be on his bad side, so...

7   Q    So you -- so you went because you knew you had to do it?

8   A    Well, because I figured I had to do it.

9   Q    You figured you had to do it.

10            And who were you supposed to transmit this

11  information to?

12  A    Adam.  A dude named Adam.  His name is Ace.  I don't -- I

13  don't really know him.

14  Q    It's a dude named Adam who goes by Ace?

15  A    It's a dude named Adam who goes by the name of Ace.

16  Q    And what were you supposed to do with that information

17  once you -- once you got up there and saw Ace?

18  A    I was supposed to, you know, sit down with him.  It was

19  very awkward because I didn't know him.  So I was supposed to

20  sit down with him and -- and present what -- you know, what I

21  was supposed to memorize during the whole trip, which I

22  really, like, forgot most of it.  You know what I'm saying?

23  Q    Did you go alone?

24  A    No.

25  Q    Who did you go with?

Campbell - Direct - Ngai                                   1108

1  A    I went with Devon.  I went with D.

2  Q    Who's D?

3  A    Devon Bristol.

4  Q    Okay.  Who else did you go with?

5  A    I went with me, D, a dude named Al, and I don't know the

6  other dude.

7  Q    And did you drive?

8  A    I didn't drive.

9  Q    But did you go by car?

10  A    Yes, we went by car.

11  Q    What was -- what was -- withdrawn.

12        How did you know -- how did you know -- when you got

13  to Attica, how did you know to find Ace?

14  A    Chucky had sent me -- Chucky had sent me, like, a

15  screenshot of his detainee/inmate information.

16  Q    And what was Ace's reaction when you got there?

17  A    When I got there, he -- at first he's looking around.

18  The other two individuals that I was with -- or three

19  individuals that I was with.  Three individuals I was with

20  went to see another individual named Smilez -- I mean Smilez's

21  brother named Drama.  And I went to see Adam.

22        So when Drama went to go see the other individuals I

23  was with, I was with Adam.  And I don't know what he looks

24  like.  He comes, he looks, sits down.  And, like, you know,

25  addresses me, like:  What's good?  Like, I mean, I'm not even

Andronikh M. Barna, Official Court Reporter, RPR, CRR

1   responding.  I let him know who I was.  You know, I said what

2   I say:  Indicating ((phonetic)).  He responded:  50 cents.

3   Q    And let me just pause you there.

4         Yesterday you testified that that was kind of a call

5   and response; is that right?

6   A    Yeah, like a greeting.

7   Q    And that's a greeting that's used by who?

8   A    Just E.A.M.

9   Q    That's how you know that you're part of the same gang?

10  A    Yeah.

11  Q    So when you got there, you and Ace did this call and

12  response?

13  A    Yes.

14        And, you know, he's like -- you know, I got him some

15  chips and stuff and we started talking.  You know, we was

16  talking, and I let him know as much as I could.  I couldn't

17  even -- I was so tired, I barely was able to even -- that

18  conversation about paperwork lasted about five minutes.  And

19  then rest of the hour we were just talking and, you know, he

20  told me that he had -- you know what I'm saying -- the

21  situation for the jail.

22  Q    What did you understand that to mean?

23  A    He was a big homey from behind the jails for E.A.M.

24  Q    Okay.  And then what else did you talk about?

25  A    This -- Chucky and his life and, you know, his -- he's

1    like, you know, he -- he's like, you know, he's going:  Hey,

2    how's Chucky?  Things like that.

3    Q    After this meeting with Ace, did you talk to Chuck?

4    A    Yes, I spoke to Chuck.

5    Q    What did you say?

6    A    I was like:  Yo, Adam sends love.  I did what I told you.

7         He was like -- I said:  Adam sends love, and I did

8    what you said.

9         He's like:  Yeah, that's the bro.

10        I asked him who he was.  He's like:  He's a good

11   dude.  And he explained to me who he was and what position he

12   have for the jail -- what position he have for the jails.

13   Q    So Chuck confirmed that Ace had the top spot in jail?

14   A    Like, yeah, from behind the jails, yeah.

15   Q    Sorry.  Can you repeat?

16   A    Like yes, from behind the jails.

17   Q    Mr. Campbell, why did you go to Attica to see someone

18   that you didn't know?

19   A    I did a lot of things for these -- for Chuck and Bowser,

20   just out of straight -- like, just trying to get noticed.

21   Q    Why?

22   A    I just wanted to be a part of they circle.  Like, they

23   circle, like Ty and them.

24   Q    And why Chuck and Bowser specifically?

25   A    Because it was like -- it was like the out -- like, they

Campbell - Direct - Ngai                                    1111

1    didn't really move like a lot of people that I would be around

2    normally.  They wasn't young-minded.  Like, they were older

3    and, you know, more mature and understood our business when it

4    came to street shit.  Excuse my language.  When it came to

5    street stuff and stuff like that.  And I just wanted to be a

6    part of that crowd.

7    Q    You wanted Chuck to recognize you?

8    A    Yeah.

9    Q    Did you think hanging out with Chuck or getting closer to

10   him would improve your status in E.A.M.?

11   A    I didn't think it would improve my status; I just think

12   it would give me more, like, just around they circle, like,

13   like, you know, get me meshed with Ty and -- and just that

14   group of people, Ty, Smilez, and just that group.

15   Q    "Ty," who's Ty?

16   A    Ty is my other co-de.

17   Q    Do you know Ty's real name?

18   A    Tyshawn Corbett.

19   Q    Was he part of E.A.M.?

20   A    It was told to me that he was, but I didn't really -- he

21   don't come -- he don't chill with -- he don't -- he doesn't

22   really associate with the younger crowd of E.A.M.

23   Q    So there's kind of an older crowd and a younger crowd?

24   A    Yeah.

25              Like, he was a part of just the -- got a lot of

1    money, flashy, nice cars, you know what I'm saying, did things

2    that I like to do.  But just around -- like, has videos and,

3    you know, just videos, just Chucky and everybody in it.

4    Q    Okay, Mr. Campbell.  Let's talk about the crimes that you

5    committed while you were part of E.A.M.

6         Do you remember testifying yesterday that you did,

7    in fact, commit crimes while you were a part of the gang?

8    A    Yes, ma'am.

9    Q    And what kind of crimes did you commit?

10   A    Robbery, sold pills, sold weed, stuff like that.

11   Q    Did you ever assault anyone while you were part of

12   E.A.M.?

13   A    Yes, ma'am.

14   Q    What was the most memorable assault that you recall as

15   you sit here today?

16   A    What was my -- Joker, a dude named Joker had sent me and

17   a couple of the other AKs, other gang members.  He had a

18   situation with somebody in a shelter.

19         And he told me, like:  Yo, listen, get the AKs

20   together, I got a situation I need you to handle.

21         I'm like:  All right.  What's up?

22         He told me he had a situation with some dude in a

23   shelter.

24         And I'm like:  All right, cool.

25         I gathered my homies up, people around my age, you

1  know, Shack, Biggie.  It was Shack, Biggie, me and Corrupt.  I

2  don't even know who else.

3  Q    These are all E.A.M. members?

4  A    Yes, ma'am.

5            And we just -- when we got to the Bronx, we took the

6  train, we were drinking and stuff, like -- well, I'm not

7  really a big drinker, but they were drinking and stuff on our

8  way over there.  Everything was, you know, kind of

9  peachy-creamy, drinking on the train.

10            When we got off the train, we walked up to -- I

11  think it was Tremont, I'm not really familiar with the Bronx.

12  It was either Grand Concourse or Tremont Avenue, you know what

13  I'm saying?  We got to the shelter.  And when we got to the

14  shelter, we were talking to Joker for a few.  And as we were

15  in the front of the shelter, Joker turned around and seen the

16  individual he had an issue with.

17            So then he said:  Yo, Phaze.  He said:  Yo, the

18  nigga right there.

19            I'm like:  All right.

20            I told Biggie to move on him.  So Biggie had -- when

21  I say, "move on him," I mean, I told him to go basically

22  attack him.

23            So when he goes, he opens the door for the dude.

24  When he opens the door for the dude, he punches him.  And when

25  he punches him, I come and I grab him and I slam him on the

1  floor.  When I slammed him on the floor, other individuals I

2  was with started kicking him in his face.  He got up and tried

3  to run.  When he got up and tried to run, I chased him, I hit

4  him.  He fell.  And we just started stepping on him and

5  stomping on him and kicked a couple of his teeth out, stuff

6  like that.  Popped his beads.

7  Q    What do you mean by "popped his beads"?

8  A    He was an alleged Crip gang member.

9  Q    And Crip members have beads on them, like actual beads?

10 A    They're beads, yeah.

11 Q    Did you know this individual?

12 A    I didn't know him from a hole in the wall.

13 Q    And you went because Joker had asked you to?

14 A    Yes.

15 Q    Is Joker E.A.M.?

16 A    Joker was E.A.M., yes.

17 Q    What did you and the E.A.M. members that you were with,

18 what did you do after you were done at the shelter?

19 A    Well, on our way back -- I'm sorry, hold on.  I need some

20 water.

21       On our way back, everybody's drunk.  So everybody

22 being drunk.

23       Oh, by the way, we took his car keys.  At first we

24 looking for his car.  Doot-doot-doot-doot, looking for his

25 car, nowhere to be found.  Threw it away.  We go up to the

1    train station.

2            Migos ((phonetic)), that was one of the individuals

3    that was with me, likes to drink a lot.  We were on the train,

4    and we see these kids.  And this kid has -- kid coming from

5    school, probably like 15, 16 years old, innocent young boy

6    with a group of other kids, had his headphones on.  And one of

7    my -- one of my drops went up to him, Corrupt, and told him

8    that:  Yo, let me get your phone.

9            I could've stopped it, but I didn't.

10           He told him, like:  Yo, let me get your phone.

11           And I'm like:  Yo, leave that shit alone.

12           They were drunk and not listening to me.

13           So they started beating on him, robbed him on the

14   train.

15           We all left.  We ran off the train.  When we ran off

16   the train, we came down the stairs.  When we got off the

17   train, we seen another individual walking, innocent bystander,

18   had a bag with sneakers.

19           And as we were walking, you know, Migos is like:

20   Yo, that was some nice sneakers.

21           I'm like:  All right.  But y'all doing too much now.

22   Now y'all dragging it.  Chill out.

23           Understand what I'm saying?

24           So, again, could've stopped it, but kind of wanted

25   to be entertained, if I'm being honest.

1           And they robbed him.  They beat him up and they

2    robbed him.

3    Q    That happened the same day that you went to the shelter?

4    A    Yeah.

5    Q    Mr. Campbell, what was your reputation in E.A.M.?

6    A    To the younger crowd I was like a top dog, to the younger

7    crowd.

8    Q    What about to the older crowd?

9    A    I was a little bro, that was it.

10   Q    Were you known for fighting?

11   A    That's exactly what I was known for, just fighting.

12   Q    And how did you establish that reputation?

13   A    Um, you know, I've been given physicals before.  A

14   physical is when somebody has to get, you know, disciplinary

15   you know, actions towards them for a violation, whatever the

16   case is, you know, you disrespect or something.  I've been

17   given physicals.  I've handed out physicals.  You know what

18   I'm saying?  I've given physicals.  You know what I'm saying?

19   I've taken physicals.  So you know what I'm saying?  I was --

20   fighting is just, I grew up on it.

21   Q    Have you heard of the term "putting in the work"?

22   A    Yeah.  Putting in the work, yeah.

23   Q    What does that mean?

24   A    Putting in the work is -- is just putting in the work.

25   Like, just doing things to be noticed by the gang.  You know,

1   hurting someone if necessary or, you know, trying to get your

2   name up, being tough, standing your ground when you need to,

3   handling your beef with somebody if necessary.

4   Q    Were members of E.A.M., including you, expected to put in

5   the work?

6   A    In a way, yeah.

7   Q    Well, what happened if you didn't put in the work?

8   A    I mean, a lot of things.  You could get kicked off the

9   set.  You know, you could be wiped down, which is basically

10  you're not -- you won't be Blood anymore.  You know what I'm

11  saying?  You could get beat up.  I'm not going to say like

12  it's the old days, like, gangland where you're saying Blood

13  in, Blood out, but you most likely would be under disciplinary

14  action, whether it be not physical or physical.

15          It could be -- you could be on something -- what

16  they call the pound, which is something that is like

17  probation.  If you get in trouble at a job, they suspend you

18  and put you on probation.  You know I'm saying?  So it would

19  be like that.

20          Then you have physicals, which is your discipline.

21  You know what I'm saying?  You might have two or three people

22  on your ass, I mean, beating you up.

23  Q    Was this a common thing, physicals, in E.A.M.?

24  A    Um, yeah.  Yeah.

25  Q    Why would someone in E.A.M. get a physical?

1    A    It could be for a numerous amount of things.

2              For example, I was a part of a physical that was

3    handed down to a dude named Black by Smilez.  It was a female.

4    It was a female that identified herself as an AK, they dated.

5    He used to beat her up, I guess.  I looked at her like a

6    sister.

7              So when I heard that he was putting his hands on

8    her, I said:  Yo, bro.  He said, Smilez told me, like:  We got

9    to get a physical.  I said:  Smilez, let me be a part of that.

10   And he said:  Go ahead.

11             It was me, Joker -- it was me, Joker, Smooch -- me

12   Joker, Smooch and Biggie that handed down the physical, four

13   individuals on one person.  And it was in the stairs, in the

14   project's staircase.

15   Q    What happened to that individual?

16   A    He got beat up.  You know what I'm saying?  I'm not going

17   to say, you know, he was -- we roughed him up, something crazy

18   because he fought back, so.

19             But he knew not to -- hopefully he knew not to put

20   his hands on Cookie anymore.

21   Q    Are there rules to a physical?

22   A    Yes.

23   Q    What are those rules?

24   A    Never hit your brother while he's on the floor.

25   Q    What would happen if you -- if you did that?

1   A     You would get a physical or you would probably be on the

2   pound.

3   Q     The pound is worse than the physical?

4   A     Nah.  I would rather much be on the pound.

5   Q     Than get a physical?

6   A     Mm-hm.

7   Q     Are you familiar with the term "violation"?

8   A     Yeah.

9   Q     What's a violation?

10  A     A violation is just -- just a violation.  It's exactly

11  self-explanatory.  You're going to get a -- you're going to

12  get violated.  You're going to get hands put on you.  And

13  that's not really any rules for that.  I would say that

14  there's no rules for that because I've seen people get

15  violations, get stomped on, punched on while they're on the

16  floor, you know what I'm saying, different from a regular

17  physical.

18  Q     It's more -- more violent?

19  A     Kind of more violent, a little more violent.

20  Q     Do you know anyone in E.A.M. who received a violation?

21  A     Yeah, my drop, Corrupt.

22  Q     What happened to him?

23  A     He was in Far Rock.  He was in Far Rockaway, part of

24  Queens.  And he was drinking.  He was told to hand out a

25  physical to somebody that didn't necessarily know their oath.

Campbell - Direct - Ngai                          1120

1   But he was supposed to be Blood for a very long time, the

2   dude.

3          In the midst of that, a dude name Mecca ((phonetic))

4   came up to me and said bro -- this is before Corrupt was

5   officially Blood, but this was going to be his own brand.

6   Instead of him getting a physical, he would give somebody else

7   a physical.

8          He proceeds to, you know, give the dude the physical

9   with another individual.  And in the midst, he's drunk, he

10  blacks out and just keeps beating on him.  He wasn't supposed

11  to do that.

12         I warned him one time.  I said:  Bro, listen, don't

13  do that.

14         That was when he looked me in my face and said:

15  Listen, bro, tell him not to do that, that's a no-no.

16         So I'm, like, All right.

17         Again, he does it again.  And when he does it again,

18  the whole yard, the whole backyard, stomps him out, like.

19  Literally, like, the whole backyard punches him out.  He gets

20  knocked out, gets up, knocks out again.  And his eye was like

21  a mushroom.  You know what I'm saying?  He had blood.  He was

22  crying blood.  So yeah.

23  Q    Are you familiar with "getting dubbed," that term?

24  A    Yes.

25  Q    What does that mean?

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Campbell - Direct - Ngai                    1121

1   A    Getting dubbed is just getting -- you're no longer Blood.

2   You can get dubbed over social media, you can get dubbed in

3   person.  If you get dubbed in person, somebody's probably

4   going to put their hands on you.  If you get dubbed on social

5   media, like you were dubbed, that means that listen, you not

6   Blood no more.  Sometimes -- if someone dubbed you it's for a

7   reason, won't necessarily have to be a physical.  You know

8   what I'm saying?  Most of the time, if somebody got dubbed,

9   it's probably because they did something stupid.

10  Q    Remember how we -- withdrawn.

11       "Smooch."  You mentioned Smooch.  Who is Smooch?

12  A    Smooch is a dude from the East.  He's a dude from the

13  East.  That was E.A.M., sells a little weed on Shepherd.

14  Q    He is E.A.M.?

15  A    Yeah.

16       THE COURT:  Is this a good time to take a break?  Or

17  are you close to being finished?

18       MS. NGAI:  No, we can take a break.

19       THE COURT:  I am going to give the jurors a

20  mid-morning break.

21       Please do not talk about the case.  Leave your

22  notebooks face down on your chair.  Thank you for your

23  attention.  We will come and retrieve you.

24       (Jury exits.)

25       THE COURT:  All right.  If you had like to step off

Campbell - Direct - Ngai                              1122

1    and take a break, you may as well.

2              (Witness steps down.)

3              THE COURT:  Let's take ten minutes, please.

4              MR. SIEGEL:  Thank you, Your Honor.

5              THE COURT:  If Mr. Smothers wants to take a break,

6    he can as well.

7              All right.  Thank you.

8              (Recess taken.)

9              THE COURT:  All right.  Let's see if they are ready

10   to come in.

11             Hi.  Can you bring them out?

12             Thank you.

13             Sir, when I ask you to come out, please come out so

14   we can get started.

15             MR. GAUDAGNINO:  I'm sorry, Your Honor.  I'm doing

16   the best I can.

17             Before the jury comes out, I have to put something

18   on the record.

19             THE COURT:  All right.

20             MR. GALEOTTI:  What is it?

21             (Pause in proceedings.)

22             THE COURT:  All right.  Mr. Smothers is back.

23             Mr. Guadagnino, did you want to be heard?

24             MR. GAUDAGNINO:  Yes, Your Honor.

25             We would object to these photographs that so far the

Campbell - Direct - Ngai                    1123

1   government has put into evidence.  I think we have Government
2   Exhibit 20 -- 1228-H.
3           MR. SIEGEL:  1222.
4           MR. GAUDAGNINO:  I'm sorry.  Yes.  Government
5   Exhibit 1222-H, 1222 -- I think it's 1222-A through -- let's
6   just say 1222-A through 1222-H.
7           Apparently these photographs -- and I know that the
8   jury hasn't heard this -- came from a cell phone, a Samsung
9   cell phone that was in the custody of Mr. Smothers.  And we
10  object because there hasn't been any chain of custody that was
11  established with respect to the photographs pertaining to
12  Mr. Smothers or that they came from Mr. Smothers.
13          MR. GALEOTTI:  May I respond, Your Honor?
14          THE COURT:  Are you finished?
15          MR. GAUDAGNINO:  There was no proper foundation
16  established to establish that the photographs are admissible.
17          THE COURT:  All right.  So let's hear from the
18  government.
19          MS. NGAI:  Your Honor, I think there are two issues
20  to that.
21          The first, there really is no chain of custody
22  argument.  As the witness testified, he was present for those
23  photos, he knew when the photos were taken.  He circled each
24  time he appeared in the photos.  So he has authenticated the
25  fact that these are fair and accurate photos of the meeting

1    that occurred in July of 2019.

2              And secondly, we have put on a witness,

3    Detective Russ, who testified that he vouchered a phone

4    belonging to Quandel Smothers at the time of arrest at

5    4 Van Siclen Court.  The IMEI number was read out in court.

6    We expect to put on a witness who will show that the -- that a

7    Cellebrite extraction of that phone is -- comes from that

8    phone, but that's a separate issue.  The issue here is whether

9    or not these exhibits can come in as photos that Mr. Campbell

10   recognizes.

11             THE COURT:  Yes, he -- first of all, I am going to

12   give you some leeway about the objection that comes after they

13   have been admitted.

14             But let's talk about the witness and his actual

15   knowledge of the event and presence at the event in which he

16   identifies certain individuals at the event.

17             And I do not think the issue regarding foundation is

18   well-founded at this point.  The exhibits are in evidence, and

19   an appropriate basis was made to admit them.

20             So respectfully, the objection is overruled.

21   All right?

22             MR. GAUDAGNINO:  Just noting my exception for the

23   record.  Thank you.

24             THE COURT:  That is fine.  Not necessarily in

25   federal court, but noted you have objected.

Campbell - Direct - Ngai                    1125

1          MR. GAUDAGNINO:  Thank you.

2          THE COURT:  Go ahead, Mr. Siegel.

3          MR. SIEGEL:  Your Honor, given your ruling, it

4    doesn't affect these photos, but we can deal with it now, we

5    can deal with it later.  At some point we are going to be

6    admitting other things from that Samsung phone that was

7    vouchered by Detective Russ.  And if there are going to be

8    continued objection to the chain of custody, like I said, we

9    can deal with it when we move to admit those exhibits or we

10   can just resolve it now.

11          But as Ms. Ngai said, that chain of custody had been

12   laid, that that was seized at the time of the arrest of

13   Mr. Smothers, the IMEI is in the record, and also already

14   admitted into evidence pursuant to a certification is the

15   Cellebrite extraction of a phone with that IMEI.

16          So we totally defer to Your Honor if you want to

17   rule on that now or rule on it later, but I expect that this

18   issue will continue to come up when --

19          THE COURT:  Well, I am just not sure what objection

20   could be raised by Mr. Guadagnino on his client's behalf

21   regarding the cell phone.  I mean, honestly, the jury did not

22   hear that these photos came from Mr. Smothers' cell phone.  In

23   fact, they were on a Facebook page belonging to somebody else,

24   as I recall.  So that is a separate issue.

25          But in any event, I do not know what evidentiary

1    basis you would have to object to the information that has

2    been extracted and certified from the cell phone of

3    Mr. Smothers.

4              MR. GAUDAGNINO:  His objection has to do with

5    authentication, that the phone wasn't properly authenticated

6    that IT came from him, that it was recovered from him, and

7    that that was his telephone.  That's his objection.

8              THE COURT:  So you are saying that the --

9    Mr. Smothers, please cover your mouth and nose.

10             You are saying that the officers who testified about

11   the phone did not testify about seizing a particular phone

12   with a particular IMEI number from Mr. Smothers?

13             MS. NGAI:  Your Honor, the detective did, in fact,

14   testify to that.  He testified that he arrived at a location,

15   at 4 Van Siclen Court, that there was -- that there were

16   individuals arrested, Quandel Smothers was one of them, and

17   that he vouchered a phone in connection with that arrest.

18             THE COURT:  With Mr. Smothers' arrest?

19             MS. NGAI:  Exactly.

20             And an IMEI number was read on the record.  And we

21   expect tomorrow to -- I mean, not tomorrow; on Monday,

22   perhaps, to put on a witness who will testify as to additional

23   communications found on that phone, which -- the contents of

24   which we will also argue establish that it belonged to the

25   defendant.

Campbell - Direct - Ngai                                    1127

1           So I don't believe that there is an appropriate

2    chain of custody argument here.  And I think we have laid the

3    foundation, we have authenticated it, and we believe that it's

4    admissible.

5           THE COURT:  All right.  You know, I am going to rule

6    that the cell phone and its contents and the extractions of

7    the phone purportedly seized from Mr. Smothers at the time of

8    his arrest are appropriately in evidence.  And I do not see

9    any basis for objecting.  They have made their appropriate

10   foundational testimony and evidence regarding chain of custody

11   and the phone, where it was.

12          But I just wanted to make a point that I do not

13   think the jury -- or certainly I was not aware that those

14   photos from today were from Mr. Smothers' phone.  Because the

15   important point is, the photos were testified about from

16   someone with knowledge who was present when the photos were

17   taken at the event.  And he was able to identify not only

18   himself, but other individuals who were at the event.

19          So in terms of 1222-A through H, there really is not

20   a basis to object, so it is overruled.

21          MS. NGAI:  Thank you, Your Honor.

22          THE COURT:  With that, I had like to bring the jury

23   back.

24          (Continued on the next page.)

25

Proceedings                                          1128

1    (Continuing.)

2          MR. GUADAGNINO:  Actually, Your Honor, I'm sorry, I

3    just wanted to add something that Mr. Smothers wants me to

4    add, is that he believes that it wasn't established that the

5    phone actually came from him and went to that officer, but it

6    rather went to another -- a first officer, and then that

7    officer handed it off to another officer.  So that it wasn't

8    established properly, that that phone came from him.

9          MS. NGAI:  Your Honor, frankly, I think it's --

10   that's a weight of the evidence argument in that the defendant

11   is free to put before the jury, but it does not affect the

12   admission of the evidence.  And, again, I think we're talking

13   about two separate things here.

14         THE COURT:  Yes.

15         MS. NGAI:  The photos were authenticated by a

16   witness on the stand who was personally there and had personal

17   knowledge.

18         THE COURT:  I think since you raised the other issue

19   about other material from the phone, I believe

20   Mr. Guadagnino's argument, on behalf of his client, is the

21   issue of the chain of custody of the phone.  But, yes, the

22   jury has heard that the officer received the phone from

23   another officer.  If I recall, they talked in detail about

24   multiple phones, vouchering, assigning an invoice number and

25   sealing them in their evidence.

1           So if you have issues or some basis to object to the

2   chain of custody other than what you've described, you're

3   welcome to do it, but right now, I don't think that, on either

4   ground, the objection can be sustained as a matter of law,

5   okay?

6           Are we ready to bring the jury back?

7           THE COURTROOM DEPUTY:  Yes.

8           THE COURT:  Do you want to bring your witness back

9   on the stand?

10          MS. NGAI:  Yes, Your Honor.

11          (Jury enters the courtroom.)

12          THE COURT:  All jurors are present.  Please have a

13  seat.

14          Mr. Campbell may resume the stand.

15          (The witness resumes the stand.)

16          THE COURT:  Do you have a mask, sir?  I'll give you

17  one for later, okay?

18          You may resume.

19          MS. NGAI:  Thank you, Your Honor.

20  DIRECT EXAMINATION

21  BY MS. NGAI:

22  Q    Mr. Campbell, before we broke, you mentioned that you

23  held the status of Triple O in E.A.M.; is that right?

24  A    Yes, ma'am.

25  Q    And I asked you if you could put someone on the lineup,

Campbell - direct - Ngai                    1130

1   in the Worldwide Lineup, when you were in that position, you

2   said no; is that right?

3   A     That's correct.

4   Q     And you also mentioned you couldn't do it -- or you were

5   the face -- even though you were in the Triple O position, you

6   were the face of that position?

7   A     Yeah, it was just, like, an image thing.

8   Q     Who was the person behind that face?

9   A     Bowser.

10  Q     Bowser --

11  A     Around that time when I got Triple O, Chuck had came home

12  from jail, so he was, like -- kind of like -- he was kind of

13  like not trying to put himself out there.

14          I didn't really -- I didn't frequently, frequently

15  speak to Chuck -- speak to Chuck -- like, I wasn't around

16  Chuck like I usually was before -- I'd visit him in Queens

17  Borough Correctional Facility after he came home, like, there

18  was the pandemic and stuff, opening the pandemic, and I didn't

19  really -- so Bowser was kind of -- when I was -- instead of

20  going to Chuck for that advice, I would go to Bowser.  Chuck

21  changed his numbers and stuff like that.  I didn't really have

22  a set number for him.

23  Q     Was Chuck still -- did Chuck still have status?

24  A     Yeah, he was still who -- he was still who he was but he

25  just wasn't out there like he usually -- it wasn't easy to get

Campbell - direct - Ngai                    1131

1    in contact with him.

2    Q    But you still believed he was the one in charge of the

3    gang?

4    A    Yeah.  Buckwild named him the Don.

5    Q    The Don?

6    A    Yeah.

7    Q    Like Godfather, the Don?

8    A    Yeah, like, he -- yeah.

9    Q    Did his position as the Don, the Godfather, did that ever

10   change in the time that you knew him, other than the fact that

11   he eventually became Godfather of NYB?

12   A    No.  As -- as far as me knowing him and then me learning

13   that, you know, that was the position that, not only was he

14   going for but then achieved, because it was after awhile --

15   nobody contested to it besides people that were really --

16   besides people that were biased to the -- that were kind of

17   not agreeing with what most of us, like, that were -- it was

18   like -- there was, like, a thing going on with NYB and a whole

19   bunch of other made up, like double-NYB and there was one

20   individual on one side saying he had it and then Chuck was

21   saying he got it and it was just -- but anybody that was like

22   me, anybody that was with Chuck, understood that that was the

23   position that he held.

24   Q    We talked about physicals just now, right?  Physicals?

25   A    Yes.

Campbell - direct - Ngai                   1132

1    Q    Could someone give a physical to Chuck?

2    A    No.

3    Q    Why not?

4    A    I mean -- I mean, it would be more -- that's like --

5    nobody gonna give Chuck a -- you can't give Chuck a physical,

6    right.  It's not going to be, like, yo, we gave him a

7    physical.  If Chuck got in a fight with somebody, it was

8    probably some brotherly love shit, argument and you probably

9    fought, but as far as giving Chuck a physical, that don't even

10   sound right, no.

11   Q    Why doesn't it sound right?

12   A    It's just not happening, it's not -- it's not happening.

13   I could see Smilez getting a physical or Bowser getting a

14   physical -- not even Bowser, let me take that back, not even

15   Bowser, but I could see Smilez getting a physical before him

16   and Bowser getting a physical or something like that.  I see

17   Buckwild getting a physical before that.

18   Q    And these are all people who have status?

19   A    Yeah.

20   Q    They are pretty high up?

21   A    Yes.

22   Q    But Chuck, you can't give Chuck a physical?

23   A    I ain't say you can't do it.  I'm sure that if he -- is

24   looked at somebody, like, influence him, I don't know how he

25   would take it.  But no, in my eyes, no.

Campbell - direct - Ngai                1133

1   Q     What about violation?

2   A     Gave him a violation?  No.  It's not -- it's not going to

3   happen.  It won't happen because it's some -- there was --

4   it's just not going to happen.  It's just not realistic.

5   Q     Could you put him on the pound?

6   A     Can I put him on the pound?

7   Q     Yeah.

8   A     No.

9   Q     Could anyone put him on the pound?

10  A     Not that I -- I mean -- no.  I -- let me say something,

11  right.  When I speak to Bowser or somebody and I would be

12  like, yo, but Chuck said this, why you always telling me Chuck

13  said this, nigga, it don't even matter, Chuck -- and him like

14  woah, so I could see the ego trip, like -- I had an

15  understanding.  Chuck had the situation.  He'd get mad telling

16  me he got it, I don't see it, I don't see it -- you're not --

17  you're not as -- you're not as respected as Chuck is, so it's

18  like, yo, but --

19  Q     Why is Chuck as respected as he is?  Why did he have

20  that -- why is he seen as the Don?

21  A     I mean, just being a stand up dude from what I learned

22  about him.  Even being in the street, like, stand up dude,

23  like all around the board, good father, stand up dude, and

24  he's a business -- like, he'd stand up business when it come

25  to some street shit, like, he stand on business.  He's not

1   playing around.  He's not playing around when it come to,

2   like, disrespect, that's not gonna happen, it's not realistic.

3   Q    I just want to clear up, "stand up business," what are

4   you talking about?

5   A    Standing on business.

6   Q    Standing on business.  What does that mean?

7   A    Basically if somebody goes down and there's disrespect, I

8   ain't say gonna stand on business, I ain't say not gonna let

9   nobody disrespect I ain't say, I ain't say know what I'm

10  saying?  You're gonna -- you're gonna respond as you should,

11  you get what I'm saying?  It's --

12  Q    I actually don't, Mr. Campbell, and if you could just

13  bear with me.  What do you mean?  How would, when you're

14  standing on business, how do you respond?

15  A    If I get into a situation with somebody in the street,

16  somebody disrespects me over social media or somebody

17  disrespects me verbally or personally and I walk away from it,

18  that's me avoiding the problem, right?  That's -- that's, you

19  know, it's being a good, honest person.  But when you stand

20  your ground and you don't -- you have zero tolerance, that's

21  another thing that Millas go by, zero tolerance.  So you don't

22  have any tolerance for disrespect and you're gonna handle it

23  as it should.  You get what I am saying?  Like --

24  Q    With violence?  With --

25  A    With -- yeah, of course.  Like, if -- even what I'm doing

Campbell - direct - Ngai                    1135

1   right now, it's like, come on, like -- it's not -- you asked

2   me previously, what would happen, everybody knows the answer

3   to that, it's not cool to be doing what I'm doing.  So it's,

4   like, you're gonna -- I'm gonna -- you know, I would be taking

5   care of or, you know, handled accordingly.  Which is -- that's

6   a form of standing on business because you're not, you know,

7   considered ducking, right, or you not avoiding a direct

8   disrespect or anything that has to do with you getting

9   de-characterized as a man.  So whether it be violent, you get

10  what I'm saying, or just responding in a -- you get what I'm

11  saying, in a vulgar manner.

12  Q    I'm going to show you a document.

13       MS. NGAI:  Can we pull up Government Exhibit 1204-A,

14  and just for the witness because it hasn't been admitted yet.

15  Q    Mr. Campbell, do you recognize this document?

16       MS. NGAI:  And, Ms. Wissel, can you please scroll

17  down so that he can see.

18  A    You just --

19  Q    I could hand you a paper copy if it's easier.

20  A    I'm just reading the text.

21       THE COURT:  Can you state what message you want the

22  witness to focus on, please.

23       MS. NGAI:  Yes.

24  Q    Mr. Campbell, taking at look at row 13.

25  A    Yeah.

Campbell - direct - Ngai                    1136

1   Q    Do you recognize this?

2   A    You said row 13?

3   Q    Row 13.

4   A    Yes.

5   Q    What is it?

6   A    That's a text message with -- between me and Chuck.

7   Q    What is your phone number?  Do you know?

8   A    Yeah.  At the time, 929-421-9537.

9   Q    Sorry, 929-421?

10  A    9537.

11  Q    Is this your number here?

12  A    Yes.

13          MS. NGAI:  Your Honor, just putting this on,

14  Government Exhibit 803.

15          THE COURT:  All right.  This is Mr. Campbell's cell

16  number at the time?

17          MS. NGAI:  Yes, that's correct.

18          THE COURT:  And the time is July 14, 2019?

19          MS. NGAI:  Yes.

20  Q    So you said this is a text between and you Chuck, Chucky?

21  A    Yes.

22  Q    Can you actually take your time and go through the

23  document.  Do you recognize the other communications on this

24  document?

25  A    Other communications, um --

Campbell - direct - Ngai                    1137

1           What text message are you regarding to?

2    Q    Just -- not focusing view on any particular one, do you

3    recognize the communications in Government Exhibit 1204-A?

4    A    Yes.

5    Q    Okay.  What are they?

6    A    Those are text messages.

7    Q    Between who?

8    A    Between me and Chuck.

9    Q    All of them?

10   A    Yes.

11   Q    Okay.  And it's because you were a party to these

12   communications, is that how you know?

13   A    I'm sorry, what did you say?

14   Q    You were the other person on the other side --

15   A    Yeah, I was the person --

16   Q    -- that's how you know?

17   A    Yes.

18           MS. NGAI:  Your Honor, at this time, the government

19   offers Government Exhibit 1204-A into evidence.

20           MR. GUADAGNINO:  No objection.

21           THE COURT:  We have received

22   Government Exhibit 1204-A.

23   Q    Starting with row 13, Mr. Campbell, do you see that in

24   front of you?

25   A    Row 13, yes.

Campbell - direct - Ngai                    1138

1    Q    Did Chuck send that to you?

2    A    You still gonna take -- yeah.

3    Q    And what does he say?

4    A    He was asking me if I'm still gonna take the ride with D

5    and all right.

6    Q    Which ride was that?

7    A    That was the ride to Attica?

8    Q    The one that you just talked to us before break?

9    A    Yes.

10   Q    Where you went and saw Ace?

11   A    Yeah.

12   Q    Turning to row 14, whose text is that?

13   A    Staying at the crib, I told -- you that was from me.

14   Q    And what did you say?

15   A    I said I'm staying in the crib.  I totally forgot it was

16   today that you asked me to ride with the homie.  I'm dumb

17   tired.

18        I was basically saying that I'm tireand I'm staying

19   in the crib, I forgot that he had wanted me to go see Ace.

20   Q    Going down to row 15, do you see row 15?

21   A    Yes.

22   Q    Who wrote that text?

23   A    Chucky -- wait, which --

24   Q    Row 15.

25   A    That's me.

1    Q    What did you say?

2    A    But do you need me to go, bro, because if you need me to

3    go, I'll go.

4    Q    And then the next from, who's that from?

5    A    Me.

6    Q    And what did you write?

7    A    I said, that's only if it's mandatory that you want me to

8    go.

9    Q    What did you mean by that?

10   A    What I meant was that's only if, like, I have to go.

11   Q    You didn't want to go; is that right?

12   A    No, I didn't want to go to be honest.

13         MS. NGAI:  Can we go to row 17.

14   Q    Who wrote that message to you?

15   A    Huh?

16   Q    Who wrote that message?  Row 17.

17   A    That was Chucky.

18   Q    What did he write?

19   A    Why the fuck you hang up -- why the fuck you hang up with

20   me to text me.

21   Q    Row 18.

22   A    Eighteen.  He wrote, go to bed homie.

23   Q    And then 19?

24   A    He said, no rips in your jeans.

25   Q    What does no rips in your jeans mean?

Campbell - direct - Ngai                1140

1   A    When you go to a jail, you know, you can't wear certain

2   clothing.  So he, basically, said just so I don't get denied

3   at the door or denied entry from the jail, there's no rips in

4   your jean.

5            MS. NGAI:  Can we go to row 21.

6   Q    Who wrote this text?  Was that you?

7   A    Yeah.

8   Q    And what did you write?

9   A    I wrote his name and detainee inmate number.

10  Q    For?

11  A    For Adam, Ace.

12  Q    Going to row 22.  What did -- row 22, who wrote that

13  text?

14  A    That was Chuck.

15  Q    What did he -- what did he text or send you?

16  A    He sent me the screen-shot of Adam detainee inmate

17  information.

18           MS. NGAI:  Ms. Wissel, can we turn to the last page

19  of this document, Government Exhibit 1204-A.

20  Q    Is that the image that he sent you?

21  A    Yes.

22  Q    And whose name is listed in the inmate name?

23  A    Adam Polasio.

24  Q    Was that the person you went and saw at Attica?

25  A    Yes.

Campbell - direct - Ngai                1141

1   Q      Even though there was no response -- withdrawn.  Even

2   though Chuck told you to go to bed, what did you understand

3   that you had to do?

4   A      When he said go to bed, like, you know what I'm saying,

5   but at that time, it was just -- I didn't want to -- I didn't

6   want to be on his bad side.  As I said before, you had asked

7   me if you felt that it was -- that he told you to go, and I

8   said, you know, that it wasn't, like, a telling thing but it

9   was more like I felt like his response would have just -- me

10  not going would have put me in a place where it's like, I'm

11  not willing to go above and beyond, you know what I'm saying,

12  which is -- I didn't want him to feel like I wasn't gonna do

13  certain things, like little things as simple as that.

14  Q      Remember how you talked about Smooch?

15  A      Yeah.

16  Q      Was he E.A.M.?

17  A      Yeah, he was E.A.M.

18  Q      I'm gonna direct your attention to approximately May of

19  2020.

20  A      Mh-hmm.

21  Q      At that time, what was Smooch calling himself?

22  A      He was -- he was on Facebook and he had said somebody

23  along the lines, like, it's an ape world.

24  Q      What does that mean?

25  A      He basically -- he's trying -- he's basically stating

Campbell - direct - Ngai                    1142

1   that -- remember previously I said about the UGSN, the

2   Untouchable Gorilla Stone Nation, he was basically saying, you

3   know, saying -- indirectly saying that it's an ape world,

4   like, basically inclinating he's not Mazzi anymore.  That's

5   how -- that's how me and, you know, Buckwild took it.

6   Q    What was your reaction?

7   A    I was kind of just on the -- I was on the -- like, I

8   what's up with this type of, you know, vibe and I hit -- I

9   just was -- I didn't like it because -- you know what I'm

10  saying, it's just -- it was just previous about a lot of

11  people at that time, switching their hoods, basically turning

12  a different gang and leaving us.  So it was more like aight,

13  Smooch been an AK for awhile, so.

14  Q    What was Buckwild's reaction?

15  A    Over the top.

16  Q    What did he do?

17  A    We went -- we went and we went looking for Smooch, we was

18  driving.  I called Kellz.  I called Kellz -- I called Kellz

19  and another driver I had from the East to come through and we

20  linked up with -- me and Buckwild had linked up with -- with

21  him.  And we had linked up and saw Smooch on -- we heard he

22  was there, you know what I'm saying.  So I had Kellz and my

23  other driver from one corner kind of, like, walk up to him so

24  if he tried to run, he couldn't run nowhere.  And then we was

25  coming from another corner, the other end of going up towards,

1  you know, I think it was either -- I think it was Shepherd,

2  going up towards that way.

3           By the time he realized it was us, it was already,

4  like, really too late.  So -- and Buckwild just asked him,

5  like, yo, listen, what's up?  Very aggressively, what's up,

6  like, what you Jacking, just like that, what you Jacking,

7  asking him like, yo, what are you -- what are you -- like,

8  what are you doing, like, are you still a Mazzi basically, and

9  are you still Milla, and he was just like -- he was just

10  like -- he was kind of scared and I was like, yo -- I was

11  recording -- I was recording the whole thing, recording it.

12  You know, he headbutts him and, you know what I'm saying, and

13  continues to parade on with his shenanigans.

14  Q    Is this considered a physical, violation?

15  A    That wasn't -- that wasn't like a physical violation.

16  That was Buckwild's own personal anger that he let out on

17  Smooch.  After that, though, the camera went off.  I didn't

18  even have any wind of this, but they were on the phone with

19  Bowser and Bowser had pushed a button on him, basically saying

20  he got to -- you know, he got to get deducted.  That's his

21  term, basically he has to get beat up.  So I'm on the phone

22  with my family on this side of the street, they just started

23  beating him up.  Weed, drugs, everywhere and they just started

24  beating him up.

25  Q    And that's because -- is it fair to say that that's

Campbell - direct - Ngai                    1144

1    because Smooch was identifying himself as a different gang

2    other than E.A.M.?

3    A    Yeah, yeah, that's basically what it is.  I sent him the

4    video after.  I kind of felt bad because he was a small dude.

5    So I sent him the video, I sent Bowser the video and I go,

6    listen, your boy got put in his place.  And he told Buckwild

7    to go do whatever he told to do, like -- they beat him up.

8    Buckwild didn't have any parts of it, though, he didn't -- he

9    just told him, told Kellz and just jumped, you know, on him.

10   Q    I'm going to show you what has been marked as

11   Government Exhibit 702.

12            Mr. Campbell, do you recognize

13   Government Exhibit 702?

14   A    Yes.  Yes, ma'am.

15   Q    What is it?

16   A    It's my phone.

17            MS. NGAI:  Your Honor, at this time, the government

18   moves to admit Government Exhibit 702 into evidence.

19            MR. GUADAGNINO:  No objection.

20            THE COURT:  We received Government's Exhibit 702.

21            (Government Exhibit 702 was received in evidence.)

22   Q    Did you gave permission to law enforcement to look

23   through your phone --

24   A    Yes.

25   Q    -- after you were arrested?

Campbell - direct - Ngai                    1145

1    A    Yes.

2    Q    Showing you what has been marked as

3    Government Exhibit 1150.

4         MS. NGAI:  And just to the witness, counsel, and the

5    Court.

6    Q    Do you recognize this?

7    A    Yeah.

8    Q    What is this?

9    A    It's my -- my iPhone sending information, IME, IMED

10   number -- IMEI number.

11   Q    Did an FBI agent take this photo in your presence?

12   A    I'm sorry, what did you say?

13   Q    Did an FBI agent take this photo in front of you?

14   A    Yes.

15   Q    And you were present?

16   A    Yes, ma'am.

17        MS. NGAI:  Your Honor, the Government offers

18   Government Exhibit 1150.

19        MR. GUADAGNINO:  No objection.

20        THE COURT:  We received Government's Exhibit 1150.

21        (Government Exhibit 1150 was received in evidence.)

22   Q    Can you please read out the IMEI number on this photo.

23   A    35283910827404.

24   Q    Can you read the MEID number on top.

25   A    You said MEID?

Campbell - direct - Ngai                    1146

1    Q    Oh, no.  The IMEI number under the primary.  So it's this

2    one.

3    A    Okay.

4    Q    Can you, please, read that.

5    A    352839110912172.

6    Q    Thank you.  I'm now going to show you what has been

7    marked as Government Exhibit 1106 and 1136-A, and we can start

8    with 1106.

9         MS. NGAI:  I'm showing this just to the witness,

10   counsel, and the Court.

11   Q    Mr. Campbell, do you recognize this document?

12   A    Yes.

13   Q    What is it?

14   A    It's a conversation of me and Buckwild.

15   Q    All six pages?

16   A    Yeah.

17   Q    Does this document fairly and accurately represent the

18   text messages that you had with Buckwild in May of 2020?

19   A    Yes, ma'am.

20        MS. NGAI:  Your Honor, at this time, the government

21   offers 1106 and -- 1106 into evidence.

22        MR. GUADAGNINO:  No objection, Your Honor.

23        THE COURT:  All right.  We received 1106.

24        (Government Exhibit 1106 was received in evidence.)

25        MS. NGAI:  And, Ms. Wissel, can you please play the

Campbell - direct - Ngai                  1147

1   first five seconds of Government Exhibit 1106-A without sound

2   for identification purposes.  Again, just for the witness,

3   counsel, and the Court.

4          (Video played.)

5   Q    Mr. Campbell, you mentioned that you were video -- you

6   were filming the events that occurred with Smooch that night?

7   A    Yes, ma'am.

8   Q    Mr. Campbell, do you recognize this video?

9   A    Yes, ma'am.

10  Q    What is it?

11  A    A video of Smooch getting headbutted.

12  Q    And who was taking this video?

13  A    Me.

14         MS. NGAI:  Your Honor, the government moves to admit

15  Government Exhibit 1106-A.

16         MR. GUADAGNINO:  No objection.

17         THE COURT:  We received Government Exhibit 1106-A.

18         (Government Exhibit 1106-A was received in

19  evidence.)

20         MS. NGAI:  Ms. Wissel, can you, please, play 1106-A

21  in its entirety with sound.

22         (Video played.)

23  Q    That was the video of what happened to Smooch that night?

24  A    Yeah.

25  Q    Who was the individual yelling at -- who's the individual

Campbell - direct - Ngai                    1148

1   yelling?

2   A    Buckwild.

3   Q    And what was he saying?

4   A    Letting him know that at that time -- at that time me and

5   him, we sharing the hood.  So he was just letting him know,

6   like, listen, man, like, this my shit.  You know what I'm

7   saying earlier, this my shit, and that he not, you know, he

8   willing to go to jail on it.

9   Q    Did he say, "what are you jacking?"

10  A    Yeah.

11  Q    What does that mean?

12  A    Basically, like, what you identify yourself as.

13       MS. NGAI:  Can we turn back to

14  Government Exhibit 1106, second page, and you can highlight

15  the green bubble first.

16  Q    Is that the video -- or did you send that video to

17  Buckwild?

18  A    Yeah.

19       MS. NGAI:  Moving to page three.  Let's blow that

20  part up.

21  Q    And what did you say?  What did you write?

22  A    Bdubs says Smooch getting deducted again.

23  Q    And then the next one?

24  A    Please call me and let me know you're good.

25  Q    What did you mean by that?

Campbell - direct - Ngai                    1149

1  A    I can't really remember.  It was probably a personal

2  situation.  He probably wasn't picking up my phone.  Knowing

3  him, he's above up, so I just wanted to make sure he was

4  aight.

5  Q    When you say, "Bdubs said Smooch getting deducted again,"

6  what does that mean?

7  A    Bowser wanted him to get a physical again, or a beat-up

8  again.

9  Q    And that was related, again, to what Smooch was saying

10 about which gang he belonged to?

11 A    Not really, not really.  That -- that was a -- if I'm not

12 mistaken, that was a situation after that had happened.  He

13 was supposed to link -- me and Buckwild were supposed to link

14 him, Smooch, and the dude in Attica, and he never went -- when

15 we went to go see him, he never came outside.  I guess they

16 were on to what we were trying to do because -- basically me

17 and Buckwild were supposed to link up with Smooch to give him

18 having a violation.  For what, I do not remember, but we were

19 looking for him in the East driving around.

20        MS. NGAI:  You can pull down this exhibit.  Thank

21 you.

22 Q    Mr. Campbell, did you ever commit any robberies while you

23 were part of E.A.M.?

24 A    Yeah.

25 Q    How many?

Campbell - direct - Ngai                    1150

1   A     Like, like a few.

2         THE COURT:  What does a few mean, sir?

3         THE WITNESS:  Like, two or three.

4   Q     Did you ever use a gun in any of those instances?

5   A     Yeah.

6   Q     Which one?

7   A     The Bronx robbery.

8   Q     What was the Bronx robbery?

9   A     Corrupt's uncle had said he had the drop on some

10  Jamaicans that had some bud, weed, marijuana, pounds of it,

11  so.

12  Q     Let me pause you there.  Corrupt, he's E.A.M.?

13  A     Yeah.

14  Q     And who did you say told you about weed?

15  A     His uncle.

16  Q     Please proceed.

17  A     Told him about weed that some Jamaicans had somewhere in

18  the Bronx.  So I had a high point, at this time, without a

19  clip.

20  Q     What's a high point?

21  A     A high point pistol without a clip, and Kells had his 2.5

22  pearl handle.

23  Q     Kellz is also E.A.M.?

24  A     Yeah, it was me, Kellz, Corrupt, and his uncle was the

25  driver.  We was driving around.  I was off -- I was taking

LEEANN N. MUSOLF, RPR, CCR, Official Court Reporter

Campbell - direct - Ngai                    1151

1  Xanax at this time, taking a lot of Xanax.  I took about two.

2  We were driving around, pulled up to the Jamaicans' houses.

3  He -- for some reason, he walked up to the gate and said, yo,

4  they're not outside, they not in the crib.  The plan was we

5  was supposed to -- somebody was supposed to knock and when we

6  knock and the door cracked open and we just burst in, you

7  know, brandishing firearms.

8          That never really happened because his uncle said

9  that they weren't there.  So plan B was to -- his uncle said

10  we gonna rob some dope dealers that up here on the block.  I

11  said, yo, bro, like, that don't even sound right.  He said yo,

12  we gonna do it.  I needed money at the time.  I wasn't

13  financially stable.  We drove.  He drove us around the block.

14  He dropped us off -- and he dropped us off.  When he dropped

15  us off, we walked, I followed one of the dudes.  I had -- I

16  had white surgeon gloves on and my hands in my pocket.  Mind

17  you, the gun that I had didn't even have a clip in it.  It was

18  just for show.

19          So, I had surgeon gloves on with a high point in my

20  sweater and I had a red flag over my face with a hoodie, so I

21  walked behind the kid and I'm like, yo -- I didn't say

22  anything at first.  I followed him into the store.  He looks

23  at me, he looked at Corrupt, and then he walked out.  As we

24  were walking around, he -- he kind of like -- he looked at me

25  he said, yo, what's up.  I said, what's good.  My friend

Campbell - direct - Ngai                    1152

1    Corrupt asked him, like, yo, you got some weed.  He was

2    like -- I guess he had seen - he looked down at my hand and he

3    seen the white glove.

4          So when he seen it, he kind of got, like, shooken up

5    and looked at Corrupt and looked at me and said I'll be right

6    back.  When he said that, I backed out and I put the gun in

7    his face and I was like, yo, bro, give me everything you got.

8    And when I said that, he called my bluff immediately and ran.

9    Like, his man was like, yo, David, run, and he ran the other

10   way.  And when he ran, Corrupt got in the middle of the street

11   and waved the two firearms and I was like, yo, shoot and he's

12   like -- he was like, I can't, and that was it.

13         Kellz went and -- Kellz went and ran after him and

14   then, you know, took his weed, took his money, Corrupt wasn't

15   aware of this.  We didn't inform Corrupt that we got weed or

16   money.  Me and -- me and Kellz just split it down the muddle

17   without telling his uncle that we got any money, you know what

18   I'm saying.  And I got high that night and I sold some weed

19   and stuff like that.

20   Q    And you sold it?

21   A    Yeah.

22   Q    What's a two five?

23   A    A two-five pistol, it's the caliber I guess, I don't

24   know.

25   Q    It's a firearm?  It's a gun?

Campbell - direct - Ngai                    1153

1    A    It's a firearm, yeah.

2    Q    And who had the two five that night?

3    A    It was actually Kellz's gun but he gave it -- he

4    didn't -- Kellz didn't brandish anything that night.  It

5    was -- he gave it to Corrupt and I took the high point.

6    Q    Did you known if any, other than the people you just

7    talked about, do you know if anyone else in E.A.M. had guns?

8    A    Yes.

9    Q    Who?

10   A    The high point that I had wasn't mine, it was Poppalots,

11   a dude that lives in Bushwick.

12   Q    Is Poppalot E.A.M.?

13   A    Yeah.  Kellz, me, a dude named OT, Yokes.

14   Q    And you mentioned that Buck asked you to hold a gun that

15   one time; is that right?

16   A    Yes, ma'am.

17   Q    Was it at that meeting in the photos that we saw?

18   A    Yes, ma'am.

19   Q    We talked about Smilez in the beginning, right?

20   A    Yeah.

21   Q    Did there come a time when you learned that Smilez was

22   looking for someone?

23   A    Yes, ma'am.

24   Q    Who was he looking for?

25   A    Some dude named Band Up Fresh on Instagram.

Campbell - direct - Ngai                    1154

1    Q    What was your understanding of why Smilez was looking for

2    him?

3    A    He didn't really get into detail about why he was beefing

4    with him but there was obviously beef.

5    Q    "Beef" means?

6    A    Like, basically, a feud between those two, issues.

7    Q    And what was your understanding of what Smilez wanted to

8    do to Fresh once he found him?

9    A    To my understanding is that he wanted him dead.

10   Q    Do you know Band Up Fresh?

11   A    I don't know him at all.

12   Q    So I'll now show you what has been admitted as

13   Government Exhibit 1023.

14           Mr. Campbell, do you recognize the communications in

15   this document?

16   A    Yes.

17   Q    Were you a part of these communications?

18   A    Yes, ma'am.

19   Q    Who were you talking to?

20   A    I was talking to Smilez.

21   Q    What were you guys talking about?

22   A    He was -- we were talking about MO10 and I guess we were

23   talking about Corrupt and --

24   Q    Mr. Campbell, let me direct you to row 25, which is on

25   page three in this exhibit.  Row 25.  Is that a text from you?

Campbell - direct - Ngai                          1155

1    A    Yeah.

2    Q    And what did you say?

3    A    I asked him if that's the nigga right there.

4    Q    And did you send him anything?

5    A    Yeah, he -- I sent him the picture.  He had -- we had a

6    phone conversation and the phone conversation, his name came

7    up and asked him what's the dudes's Instagram, he gave it to

8    me.  I typed it on the phone, screen-shotted the photo and

9    sent it to him.

10             THE COURT:  It was a photo of who?

11             THE WITNESS:  Who?  I'm sorry?

12             THE COURT:  Who is this a photo of?

13             THE WITNESS:  This is a photo of Fresh.

14             THE COURT:  Okay, thanks.

15             MS. NGAI:  Turning to the last page in this

16   document, Ms. Wissel.

17   Q    Is that the photo that you sent to Smilez?

18   A    Yeah.

19             (Continued on the following page.)

20

21

22

23

24

25

1    DIRECT EXAMINATION (Continuing)

2    BY MS. NGAI:

3    Q    And that was July, July 23rd of 2018?

4    A    I believe so, yes.

5    Q    Turning back to page three, row 25 through 26.

6              After you sent the photo, what did Smilez say?

7    A    He say, yeah, really.

8    Q    What did you understand that mean?

9    A    He agreed that that was a photograph of the dude he was

10   talking about.

11   Q    Turning to row 27, what did you white?

12   A    Copy.  I put the word.  Ima gonna keep my eyes open for

13   someone, but I'm letting you know right now I put the word up

14   that he gotta go, not that he just gotta get smoked.

15   Q    The last part, he gotta go, not that he just gotta get

16   smoked, what did you mean by that?

17   A    He gotta to die.  He has to get killed.

18   Q    Did you put the word out?

19   A    I sent one person an image, a photo.  Well, I sent one

20   person -- I put the word out to Kellz, yes.

21   Q    Row 28, what did Smilez say in response?

22   A    He said, Aight Brody.

23   Q    Who wrote that text messages in row 29?

24   A    Smilez said, No hot phone shit.

25   Q    When did you understand that to mean?

Campbell - direct - Ngai                    1157

1  A    That he, you know what I'm saying, he -- don't have phone

2  shit.

3            THE COURT:  What does that mean?

4            THE WITNESS:  Basically not to speak -- not to speak

5  over the phone because it could probably be wiretapped.

6            THE COURT:  Or just don't speak?

7            THE WITNESS:  Basically to speak, but, like, don't

8  talk about this over the phone.

9            THE COURT:  Okay.

10  Q    Row 30 and 31, what did you write back?

11  A    I said, Nah, this is the last time I'm bringing this up

12  over the phone.

13  Q    Did you or Kellz, did you guys find Fresh?

14  A    Nah.

15  Q    If you had found Fresh or knew where he was, would you

16  have given that information to Smilez?

17  A    I would have gave the location, yeah.

18  Q    Let's turn to a different topic, Mr. Campbell.

19            You testified that you sold drugs; is that right.

20  A    Yeah a little, but I -- yeah.

21  Q    What kind of drugs?

22  A    Pills.

23            THE COURT:  What pills?

24  A    -- weed.

25            THE WITNESS:  Benzodiazapine, Xanax, opiates, percs.

Campbell - direct - Ngai                    1158

1    Q    Did you say weed?

2    A    Yeah, a little bit of weed.

3    Q    Who did you sell it to?

4    A    People in my neighborhood.  I used to steal my

5    grandmother's Xanax pills.

6    Q    And why did you sell drugs?

7    A    I needed the money.  I wasn't -- I wasn't a very good

8    drug dealer.

9    Q    Do you know if other members of E.A.M., did they sell

10   drugs spell?

11   A    Yeah.

12   Q    Who?

13   A    Smooch, Chuck.  Smooch, Chuck, Ty.

14   Q    Chuck, what kind of drugs did he sell?

15   A    Like weed and crack.

16   Q    Do you know where he got the drugs?

17   A    Nah, I don't.

18   Q    Did you two ever talk about selling drugs together?

19   A    There was one time I was in the house off of Highland

20   Park and I don't know if he was joking or not, but he had like

21   pounds of wee.  He like through me a plate, which is a pound

22   of weed and was like yo, try to make some bread, flip this,

23   I'm like I'm not fucking with that.  I didn't want him to

24   front me anything.  So I was, like, I ain't trying to owe you

25   no bread, I'm good.

```
                    Campbell - direct - Ngai                 1159
```

1      THE COURT:  So Chuck offered you a pound --

2      THE WITNESS:  Yeah.

3      THE COURT:  -- of weed to sell?

4      THE WITNESS:  Uh-hum.

5      THE COURT:  And then you would give him the money

6  or --

7      THE WITNESS:  Yeah.

8      THE COURT:  -- a portion of the money?

9      THE WITNESS:  Yeah.

10 Q   Did you say no because you didn't want to give up the

11 money or you just didn't want to sell drugs for Chuck?

12      MR. GUADAGNINO:  Objection, leading.

13      THE COURT:  Why did you say no to Chuck about

14 selling weed?

15      THE WITNESS:  I didn't want to owe him know bread, I

16 didn't want to owe him no money.  I didn't feel that was in my

17 best interest.  I don't -- you know what I am saying?  I just

18 didn't want to owe him no money.

19 Q   Why?

20 A   As big as I am, he's kind of on the intimidating side,

21 history, credibility is different.  You know what I am saying?

22 I didn't want to owe him any money.

23 Q   How tall are you?

24 A   Six-four.

25 Q   Can you stand up?

1          Do you know how tall Chucky is?

2     A    Five feet.

3     Q    Where does he come up to you?

4     A    My chest.

5     Q    Thank you.

6          THE COURT:  Just below the shoulder?

7          THE WITNESS:  Yes, just below the shoulder.

8     Q    Did you ever see Chuck make or sell drugs?

9     A    Never.  I've never visually seen Chuck sell drugs.

10         He showed me weed that he's had.

11         There was a time that I was in the house on Jamaica,

12    he had -- not Jamaica, the Highland area, like off Highland

13    Park, and he like showed me, like, moon rocks that were like

14    in a pan, like -- you know what I'm saying?  Like in the

15    process of being made.

16    Q    What are moon rocks?

17    A    Moon rocks is just weed with hash oil.

18    Q    And showing you what is admitted as Government Exhibit

19    216A.  Do you recognize this?

20    A    Yeah.

21    Q    What is it?

22    A    That's the house that I've been talking about.

23    Q    Where you saw Chuck make moon rocks?

24    A    That's where -- yeah.  Yeah, that's where I seen it at.

25         MS. NGAI:  You can take down this one.  Thank you.

Campbell - direct - Ngai                    1161

1    Q    Now -- withdrawn.

2         You said you didn't want to sell drugs with or for

3    Chuck.  Do you know if anyone else did?

4    A    There' only one person.

5    Q    Who?

6    A    Rizzo.

7    Q    Rizzo is E.A.M.?

8    A    Yes.

9    Q    What kind of drugs did Rizzo sell for with Chuck?

10   A    Rizzo sold crack.

11   Q    Where was he getting the crack?

12   A    He had informed me that he was getting it from Chuck.

13   Q    Did you ever learn of any issues with Rizzo and Chuck

14   over drugs?

15   A    Issue with Rizzo and Chuck over drugs?

16        There was a time where there was a brief moment I

17   was on the phone with my ex-girlfriend and I was -- he was

18   parked, I was in the car.  He was having a conversation with

19   Chucky outside.

20        I didn't really get a wist [sic] of exactly their

21   conversation, but I had heard him say packed in a package like

22   drugs, like a pack, whatever.

23        Rizzo had told me -- I don't know if it was after

24   this, but I remember a conversation where he had told me that

25   yo, I fucked up a pack for Chuck.  That's what he said:  I

1    fucked up a pack for Chuck.

2              As I'm sitting there, I'm, like, I mean -- that's

3    why I figure, like, you know what I'm saying, he was getting

4    it from Chuck.  That was the only conversation where I felt

5    like he was, like, talking to him about drugs.  And just, you

6    know, how -- when we got back and drove back, how distressed

7    he was, I would say.

8    Q    Do you know what happened?

9    A    Nothing really happened.  It wasn't something that was

10   overly blown out of proportion.

11   Q    You mentioned other individuals who sold drugs.  You

12   mentioned that Smooch did.  What kind of drugs did Smooch

13   sell?

14   A    Smooch sold weed.  He sold weed and I'm pretty sure he

15   sold crack.

16   Q    What about Ty?  You mentioned Ty.

17   A    I don't really like -- Ty is like, I mean, he -- I don't

18   know like he -- it was told to me that he sold crack, but he

19   didn't strike me as that.

20   Q    In addition to you selling drugs, did you use marijuana?

21   A    Did I use it?

22   Q    Yes.

23   A    Yes.

24   Q    Other drugs?

25   A    Yeah.

1    Q      Are there different names for marijuana?

2    A      Yeah.

3    Q      What names do you use to refer to marijuana?

4    A      Like different strains?

5    Q      Yes.

6    A      Like sour, grand daddy, perp, bubble kush, OG bubba,

7    things like that.

8    Q      Ever heard of the term lemon cookies?

9    A      Yeah.

10   Q      What's that?

11   A      That's a strain of weed.

12   Q      White gold, ever heard of that?

13   A      Yes.

14   Q      What is it?

15   A      That's another strain of weed.

16   Q      What about pink kush.  K U S H?

17   A      I've heard of that too.

18   Q      What is that?

19   A      Another strain of weed.

20   Q      Ever heard of platinum cookies?

21   A      Uh-hum.

22   Q      What is that?

23   A      That's another strain of weed.

24   Q      Fruit punch?

25   A      Another strain of weed.

1  Q    Gelato?

2  A    Another strain of weed.

3  Q    Mr. Campbell, did you ever commit any fraud?

4  A    Yes, ma'am.

5  Q    What type of fraud did you commit?

6  A    Insurance fraud.

7  Q    What did you do exactly?

8  A    I staged car accidents.  They were staged, but they

9  weren't staged, and what I mean by that is to us they were

10 staged but we were honestly putting the lives of innocent

11 civilians at risk.

12         THE COURT:  What?  I'm sorry?

13         THE WITNESS:  To us they were staged, our car, but

14 we were putting innocent civilians at risk.

15         THE COURT:  Thank you.

16 Q    Whose idea was it?

17 A    Well, it was brought to my attention from one of my

18 friends, you know, that I got a call one day, he was, like,

19 yo, you trying to make some extra money?

20         At first he was, like, are you trying to be a

21 passenger in a car?  I looked at him with like he was crazy.

22 But then when he broke it down, like, you going to get a

23 lawsuit.  He said I give you $50 up front.

24         So we went, the first one, we did it.  You know, it

25 came through for about -- later on in a year, it came through,

1   but while I was waiting for it, I started to see -- I was

2   curious about how much money he was making.

3            So, I kind of jumped over him and went to a Mexican

4   guy he deals with, goes by the name of Jimmy.  I don't know

5   who he is, but, you know, I basically was paid about $2,200 on

6   the spot to bring passengers -- I would in a get car with New

7   York license plates and bring four passengers.  I would bring

8   four passengers.  And for that on the spot, I get like $2,200

9   exactly in an envelope.

10           And as long as I make them go to therapy, I get an

11  additional 500 on top of it, like four days later, and then I

12  get a little bit of a cut of the lawsuit at the end of the

13  year or however long the settlement takes to....

14  Q    And do you actually create a situation where you're

15  hitting a car or a car is hitting you?

16  A    We create a situation where a car is actually hitting us,

17  like a live situation where a car is hitting us.

18  Q    How many times did you do this?

19  A    I was a part of one.  I was a part of two my wife.

20           I would actually, you know, go to put all my friends

21  in my circle on to it, the scheme, you know, make them

22  passengers and then ask them for a little cut at the end of

23  their -- you know, whatever, they get, 50,000 to $100,000, I

24  get $10,000 at the end of it, or something, whatever.

25           So, I would say I was involved in two, but I

Campbell - direct - Ngai                    1166

1    probably assisted in about four or five of them.

2    Q    Did you actually get -- did you get hurt during any of

3    these accidents?

4    A    Injuries.  Injuries that I sustained they were real.

5    Q    Did you have to go through surgery for any one of these

6    injuries?

7    A    Yeah.  Yeah, I did.  I've actually gotten surgeries.  I

8    actually did get surgery on both my knees.

9    Q    Did you have to get surgery?

10   A    I didn't have to get surgery, but the doctor recommended

11   it.

12   Q    Was it your understanding that if you did get surgery,

13   whatever insurance payout you would receive would actually be

14   higher than if you didn't have surgery?

15   A    Yes, ma'am.

16   Q    How many times did you have surgery for injuries that you

17   incurred when you were in these accidents?

18   A    I got left knee surgery.  I had a torn meniscus.  I had a

19   cyst in both my knees and a torn meniscus in both.

20         I had left knee surgery for the first accident.  I

21   gained $10,000 for that one, and then I got $50,000 for the

22   second one.

23   Q    Did you recruit any E.A.M. members into the scheme?

24   A    Yes, I did.

25   Q    Who did you recruit?

Campbell - direct - Ngai                    1167

1    A    Biggy and Joker.

2    Q    Did they go through the accident?  Did they go through

3    this process as well?

4    A    Biggy -- Biggy didn't go through the process.  He

5    actually got into a real car accident and I just brought him

6    to the corrupt therapy that I was associated with.

7             But I put Joker in a situation.

8    Q    Were you paid for bringing these individuals into the

9    scheme?

10   A    Was I paid for --

11   Q    Did you get a referral fee or referral -- did you get

12   money for introduction?

13   A    Yeah.  I got a referral fee -- I got a referral fee from

14   the Mexican guy for bringing Biggy to the therapy.

15   Q    Did you participate in any kind of credit card scams or

16   schemes while you were in E.A.M.?

17   A    A little bit, yeah.

18   Q    What did you do?

19   A    Hum, it would be just like dumps, I would buy dumps.  I

20   would buy credit cards numbers off eShop with crypto currency,

21   I would buy credit card numbers and we would -- we would use

22   the term punch the numbers in.  It's called like punchies and

23   I would get movie tickets for free, free food, free clothes,

24   you know, like basically living necessities.

25   Q    Did other E.A.M. members do that as well?

Campbell - direct - Ngai                        1168

1   A    Only me and Kellz.

2   Q    Was it common knowledge that you and Kellz were making

3   money through credit cards scams, selling drugs?  Was that

4   common knowledge?

5   A    We didn't make a lot of money doing credit card scams,

6   but, yeah, it was common knowledge.

7   Q    Was there any --

8             THE COURT:  When you say "common knowledge," among

9   whom?

10            MS. NGAI:  Among the gang.

11  Q    Among E.A.M. members.

12  A    Oh, among E.A.M. members was it common --  nobody really

13  knew what we were into.  Me and Kellz kept that really amongst

14  us.

15  Q    Was there any discussion at meetings for E.A.M. about how

16  to make money?

17  A    Oh, yeah, yeah.  There was a universal in Queens, a

18  universal in Queens in a garage.

19  Q    When did this meeting take place?

20  A    I don't really -- I would say like -- I would say like --

21  it was cold, so I would say like going in, like, the fall of

22  '18, going into the winter.

23  Q    Who was at this meeting?

24  A    Chucky, Smilez, me, Buck.

25  Q    What, if anything, did Chuck say at this meeting?

Campbell - direct - Ngai                    1169

1    A    Well, he was -- there was one point in the meeting where

2    he was just stating that, you know, you know what I'm saying,

3    like, whether it be legal, illegal.  You know what I'm saying.

4    We gotta get money as a whole, got to stay in the circle.  He

5    was, like, if you do credit cards, if you do credit card

6    fraud, then you deal with credit cards.

7         You know, the bro might have -- if you sell bud or

8    whatever you selling, you know what I'm saying, you could deal

9    with that lane, if you get a job, you can be ask other people

10   for jobs.  He was just trying to basically, like, whatever it

11   is, you know, make money, try to get us together and stay

12   within -- keep it within the nation, like.

13        THE COURT:  So when you would engage in these

14   different robberies or frauds, did you contribute any of that

15   money for the group?

16        THE WITNESS:  There were definitely times I would

17   put in money for the gang.  I would put in the kitty.  There

18   would be a kitty pot and it would be like finances for the

19   gang, or up north, whatever they said they send it, but it

20   would be money for the gang., like, you know, 20, 30.  I

21   wasn't really invested in that at all.  But I put my little,

22   you know, my -- coins in there.

23   Q    You mentioned kitty.

24   A    Uh-hum.

25   Q    What is a kitty?

1  A     Kitty is -- kitty is like a -- like a pot that, like, at

2  meetings -- not literally a pot.  It would, like, just a

3  collective of money, you know, brought up and collected

4  amongst other Blood members and, you know, put towards people

5  that are locked up.  This is what they say.

6        Big problem with that is a lot of individuals -- it

7  was a lot of situations over that because a lot of individuals

8  didn't necessarily believe they -- they would think that they

9  would take it for their own personal use.  I didn't really

10 know because I didn't deal with that.

11       That's what kitty is.  It's supposed to be a bag

12 that's passed around at a meeting collecting the money and

13 sent to guys that are incarcerated that need financial help,

14 things like that.

15 Q     Who decides where the money goes?

16 A     Whoever's at the nine, like, with influence.  For

17 example, Chuck would be at one.  If -- if kitty for -- you

18 know, and he's the only one with influence at that meeting and

19 kitty's being passed around, he would be responsible or he

20 would, you know, mostly decide, you know, where it would go or

21 just, like, Smilez or -- you know, if he was at a nine,

22 anybody of influence.

23       I -- for example, I threw a meeting in my house.  I

24 was the only one with status that wanted to deal with it.  So

25 I passed around -- this is actually when he was incarcerated,

1    I collected the money for him.

2    Q    When you say him, who are you pointing to?

3    A    I collected the money for Chucky.  So, I, you know, I did

4    my little rounds, got whatever I could.  It was a lot of

5    excuses on, you know, money, why, you know, it wasn't up to

6    par, but still I gave it to an individual named Nate Boy and

7    he said he did whatever he did with the money.

8    Q    When you say "he did whatever he did with the money,"

9    what are you referring?

10   A    Nate Boy said he sent him the money when he was locked

11   up.

12   Q    He sent who?

13   A    Chucky the money.

14   Q    Thank you.

15        Showing you what has been admitted -- actually, I

16   take that back.

17        Showing you what has been marked as Government

18   Exhibit 1102.

19        MS. NGAI:  And showing just for the witness, counsel

20   and the Court.

21   Q    Mr. Campbell, do you recognize this document?

22   A    Mandatory...got no excuses....

23   Q    Please do not read out from the document at this time

24   yet.  Just take a look and see if you recognize it.

25   A    Yes.

Campbell - direct - Ngai                1172

1  Q     What is it?

2  A     It's a -- it's an oath.

3  Q     Are these notes that you had on your phone?

4  A     Yes, these are notes that I have on my phone.

5         MS. NGAI:  Your Honor, at this time, the Government

6  offers Government Exhibit 1102 into evidence if.

7         THE COURT:  Mr. Guadagnino, any objection?

8         MR. GUADAGNINO:  One moment, Your Honor, I'm sorry.

9         Yes.  Objection.  Hearsay.

10        THE COURT:  All right.  Do you want to be heard of

11 in response?

12        MS. NGAI:  Your Honor, we are showing these notes to

13 establish that there were meetings, nine-elevens.

14        THE COURT:  For the truth?

15 Q     Are these notes that you wrote?

16        MS. NGAI:  To the witness.

17 A     A part of those notes -- see -- the -- the -- the power

18 skin, that's my own personal entertainment thing, but the

19 mandatory nine-eleven, Sunday, at 2:10 p.m., those are notes

20 that I wrote.

21        That Queens, New York meeting was the meeting that

22 Chuck was -- that Chuck was -- no, this meeting right here in

23 Queens is whole another meeting.  I'm sorry.  I apologize for

24 that.  Chuck wasn't -- Chuck wasn't present at this nine.

25        MS. NGAI:  I'm just going to pause you there, Mr.

Campbell - direct - Ngai                    1173

1   Campbell.

2          Your Honor, we are not necessarily establishing the

3   truth of the statement that this meeting took place at certain

4   times; it's just really that there is something called the

5   nine-eleven meeting and that they are reflected in these

6   notes.

7          THE COURT:  And these are notes based on your

8   attendance or you received notification of the meetings?

9          THE WITNESS:  These are notes based on me writing it

10  down and getting -- getting information from the higher-ups to

11  send out to the little homies about the meeting and the time

12  and the place.

13         THE COURT:  All right.  These are the witness' own

14  notes.  The objection is overruled.

15         MS. NGAI:  Ms. Wissel, can we please take a look at

16  the first note.

17  Q    Mr. Campbell, I'm just going to direct you to -- do you

18  see the summary, the second line?

19  A    It says summary?

20  Q    Does it say mandatory nine-eleven?

21  A    Yeah, mandatory nine-eleven.

22  Q    What is a nine-eleven?

23  A    A nine-eleven is a meeting.  It's another term for a

24  meeting.

25  Q    Can you continue reading the rest of the summary

Campbell - direct - Ngai                    1174

1   statement?

2   A    Mandatory nine-eleven, Sunday, at 2:10 p.m. on the dot,

3   no excuses.  If niggas don't show, niggas gettin' dubbed.

4   Send this to every AK, 4-10275 Queens, New York.

5   Q    What happened at this meeting?

6   A    This was a meeting that only Bowser and Buckwild was --

7   it was me, Bowser and Buckwild at this meeting, and it was

8   just catching up on things, like same thing as every other

9   meeting, like what we going to do, you know, to try to change

10  things, who would be put in certain positions.

11  Q    Thank you.

12           THE COURT:  There were just three of you there?

13           THE WITNESS:  No, no, it was a couple of us.  That's

14  as far as higher-ups.

15           THE COURT:  Okay.

16           THE WITNESS:  Yeah.

17           MS. NGAI:  Ms. Wissel, if you could zoom in on the

18  third note, the second page.

19  Q    Do you see the part where it says top floor meeting?

20  A    Yes.

21  Q    What is a top floor meeting?

22  A    Top floor meeting is strictly just higher-ups that's on

23  the top floor.  It's a meeting with strictly worldwide lineup

24  individuals.

25  Q    Did anything happen at that meeting?

Campbell - direct - Ngai                            1175

1   A      A physical.

2   Q      Someone --

3   A      Somebody got brought home.  I think two people got

4   brought home.

5   Q      What do you mean by "brought home"?

6   A      They got a physical.  They got jumped in.

7          MS. NGAI:  You can take that down.

8   Q      Mr. Campbell, prior to your arrest, did you have any

9   Facebook accounts?

10  A      Yes, ma'am.

11  Q      What were your account names?

12  A      Topnotch Phaze and Unruly Phaze.

13  Q      What about Instagram, did you have an Instagram account?

14  A      Yes, ma'am.

15  Q      What was the name of your Instagram account?

16  A      The official Unruly Phaze.

17  Q      Switching topics, have you ever heard of the term "top of

18  the morning"?

19  A      Yeah, top of the morning.  Uh-hum.  Like good morning.

20  Q      Top of the top?

21  A      Top of the top, same thing, like good morning.

22  Q      Thank you.

23          Let me take a step back.  You testified earlier that

24  when you were in E.A.M., you committed crimes, and you

25  described those crimes; correct?

1  A    Yes, ma'am.

2  Q    What crime were you initially charged with in this case?

3  A    Conspiracy to commit murder.

4  Q    Whose murder?

5  A    The attempted -- to commit -- to commit murder, the

6  attempted murder of Fresh.

7  Q    Did you, in fact, commit this crime of conspiracy?

8  A    Yes, ma'am.

9  Q    And you testified that after you were arrested you

10 eventually cooperated with the Government; is that right?

11 A    Yes, ma'am.

12 Q    As part of that process, did you meet with the

13 prosecutors and agents for the Government?

14 A    Yes, ma'am.

15 Q    As part of that process, did you have to tell the

16 Government all of the crimes you had committed even though you

17 had not been charged or arrested for some of those crimes?

18 A    Yes, ma'am.

19 Q    Including crimes that you committed when you were

20 younger?

21 A    Yes, ma'am.

22 Q    And you also told them -- you also told the Government

23 about your role and involvement in E.A.M.; is that right?

24 A    Yes, ma'am.

25 Q    Did you also have to tell them that you committed the

1  fraud that you just talked about?

2  A    Yes, ma'am.

3  Q    And did you also tell the Government that in connection

4  with that fraud of the staged-car accidents, did you tell the

5  Government that you also lied under oath in connection with

6  that fraud?

7  A    Yes, ma'am.

8  Q    How many times did you lie under oath?

9  A    A lot on two separate despositions [sic] --

10 Q    In two separate --

11 A    Lawsuits.

12 Q    Lawsuits.  And did you say depositions?

13 A    Yeah, like I had to get, you know, if I am not mistaken,

14 they give you something when you're in a lawsuit, you have to

15 go in a building and get depo -- I don't really, you know what

16 I'm saying.  You -- it's a deposition.  Yeah.  Questions about

17 car accident, what happened, when did it happen, things of

18 that nature.

19 Q    You were asked by a lawyer about the type of injuries you

20 got from the car accidents?

21 A    Yes.

22 Q    Was that part of the fraud or the scheme?

23 A    The lawyer that I was working with?

24 Q    Yes.

25 A    Yes.

Campbell - direct - Ngai                1178

1  Q    You were under oath when you were asked these questions

2  by that lawyer or by another lawyer?

3  A    I don't know if it was a lawyer, but it was somebody --

4  yeah, if I am not mistaken it was the other insurance's

5  lawyer, so, yes.

6  Q    When that lawyer asked you questions, were you under

7  oath?

8  A    Yes, I was under oath.

9  Q    And you're testifying that you lied?

10 A    Yes, I lied.

11 Q    What did you lie about?

12 A    Obviously, it is insurance fraud.  You admitted to the

13 Government that it was staged-car accidents.  They asked

14 these, you know, did you really get hurt, was it, you know,

15 bad.  I told them yes.

16       I didn't really get really hurt.  The whole car

17 accident thing was a lie.  It was -- hum.

18 Q    Let me pause you there.  My apologies.

19       Just talking about the depositions, focusing your

20 attention on the depositions that we were talking about --

21 A    Yeah.

22 Q    -- you did those depositions when you were still engaged

23 in insurance fraud; is that right?

24 A    Yes.

25 Q    During those depositions, were you asked questions about

1   the nature of your injuries?

2   A    Yes, I was asked questions about the nature of my

3   injuries.

4   Q    And how you got those injuries?

5   A    Yes.

6   Q    And what did you say while you were under oath during

7   those depositions?

8   A    I told them I sustained those injuries during the car

9   accident.

10  Q    Was that a lie?

11  A    Yes.

12  Q    And how many times did you lie about that?

13  A    Twice.

14  Q    During your meeting with the Government, did you admit

15  that you lied during those depositions?

16  A    Yes.

17  Q    And did you tell Government how much money you had made

18  from those staged-car accidents?

19  A    Yes.

20  Q    Why did you tell Government about that, about lying under

21  oath about the staged-car accidents and about all the other

22  crimes that you had not been charged for?

23  A    Well, when you enter a cooperation agreement, you have to

24  be completely honest about not only the things that you were,

25  you know -- the crimes of others, but crimes, you know, that

Campbell - direct - Ngai                    1180

1   you've committed too, and talking about from young, young.  So

2   I just wanted to clear everything out and get that weight off

3   my shoulders, you know what I am saying, and just be honest

4   and just clear everything, just everything, just let my truth

5   out.

6   Q    And as part of process, were you required to tell the

7   truth about everything that you've done?

8   A    Yes.

9   Q    You eventually signed a cooperation agreement with the

10  Government; isn't that right?

11  A    Yes, ma'am.

12  Q    As part of that agreement, what did you agree to do?

13  A    I agreed to testify here truthfully and honestly, not

14  only about the crimes of others, but as well myself.

15        MS. NGAI:  Showing just the witness what has been

16  marked as Government Exhibit 3500-AC-1.

17  Q    Mr. Campbell, do you recognize this document?

18  A    Yes, ma'am.

19  Q    What is it?

20  A    It's my cooperation agreement.

21  Q    Turning to the last page of the document, is your

22  signature on this page?

23  A    Yes.

24  Q    Did the Government sign this agreement as well?

25  A    Yes, ma'am.

Campbell - direct - Ngai                      1181

1   Q    Is this a true and accurate copy of your cooperation

2   agreement with the Government?

3   A    Yes, ma'am.

4           MS. NGAI:  Your Honor, the Government offers

5   3500-AC-1.

6           MR. GUADAGNINO:  No objection.

7           THE COURT:  We receive 3500-AC-1, Government

8   Exhibit.

9           (Government's Exhibit 3500-AC-1 received in

10  evidence.)

11  Q    As part of this agreement, did you plead guilty to the

12  murder conspiracy charge that you had been arrested for in

13  this case?

14  A    Yes, ma'am.

15  Q    Did you also have to plead guilty to additional crimes

16  that you had not initially been charged with before you

17  started cooperating?

18  A    Can you repeat that?

19  Q    Sure.  Did you have to plead guilty to additional charges

20  that you had not been charged with initially before you

21  started cooperating?

22  A    Yes, ma'am.

23  Q    Were those some of the crimes that you had admitted to

24  the Government when you met with them?

25  A    Yes, ma'am.

Campbell - direct - Ngai                    1182

1   Q    The additional crimes that you pled guilty to, did you

2   plead guilty to racketeering conspiracy?

3   A    Yes, ma'am.

4   Q    And what was that for?

5   A    The racketeering conspiracy was for the agreement of, you

6   know, participating in E.A.M., like the oath and the agreement

7   of crimes.

8   Q    Did you also plead guilty to carrying a firearm in

9   connection with E.A.M.'s racketeering activity?

10  A    Yes, ma'am.

11  Q    Including drug trafficking?

12  A    Yes, ma'am.

13  Q    Are you, in fact, guilty of all those crimes?

14  A    Yes, ma'am.

15  Q    As part of your agreement, did you also have to admit

16  that you committed the insurance fraud?

17  A    Yes, ma'am.

18  Q    And did you admit, as part of your agreement, that you

19  lied under oath in connection with that insurance fraud?

20  A    Yes, ma'am.

21  Q    Now, before you began cooperating with the Government,

22  what was the maximum sentence that you were facing?

23  A    Ten years.

24  Q    Were you facing any mandatory minimum sentence at that

25  time?

Campbell - direct - Ngai                    1183

1   A    No.

2   Q    After you cooperated and pleaded guilty to the charge

3   that you had been arrested for and the additional crimes --

4   A    Yeah.

5   Q    -- what is the maximum sentence that you face now?

6   A    Life plus 30.

7   Q    When you say plus 30 --

8   A    Life imprisonment plus 30 years.

9   Q    After you pleaded guilty, as you sit here today, do you

10  have a mandatory minimum sentence?

11  A    Yes, ma'am.

12  Q    What is it?

13  A    Five years.

14  Q    So you didn't have a mandatory minimum sentence before?

15  A    No.

16  Q    And now you do?

17  A    Yes.

18  Q    What will happen if you live up to your end of this

19  agreement and testify truthfully?

20  A    At sentencing I'm granted a motion of 5K1 which grants

21  the judge to go under my mandatory minimum.

22  Q    What is included in this 5K letter?

23  A    Witness protection, everything about relocation.

24  Q    The 5K letter?

25  A    The 5K -- oh, the 5K letter, you mean?

Campbell - direct - Ngai                                    1184

1    Q    Yes.

2    A    Can you repeat that?

3    Q    Yes.  What is your understanding of what is included in a

4    5K motion as you just said?

5    A    My understanding what's included in the 5K motion is a

6    letter is put into the Government and -- from the Government

7    at sentencing and just putting it out there, the good, the

8    bad, the ugly about me, the cooperation, the extent of my

9    cooperation, and it's just up to the judge to decide my

10   sentencing after that.

11   Q    Does this 5K letter require the judge to go below the

12   mandatory minimum sentence?

13   A    Require the judge to go under the -- require to go under?

14   Yes.

15   Q    It requires -- it requires the judge to go below the

16   mandatory minimum?

17   A    No.  The 5K1, like, she can go under it, like, by law.

18   Q    But does she have to?

19   A    No, no, no.

20   Q    What is the maximum sentence that the judge can sentence

21   you to?

22   A    Life plus 30 years.

23   Q    Even if the Government writes a 5K letter for you?

24   A    Yes.

25   Q    Does the judge have to give you a lower sentence?

1   A    No, not at all.

2   Q    Sitting here today, do you know what your sentence will

3   be?

4   A    No.

5   Q    Has anyone promised you a lower sentence?

6   A    No.

7   Q    Does it matter if the defendant is convicted in this

8   case?

9   A    No, not at all.  It doesn't matter.

10            THE COURT:  You mean it doesn't matter with regard

11  to his sentence?

12            MS. NGAI:  Yes.

13  Q    What is the only thing that you have to do here?  What is

14  the only thing that you have to do here today?

15  A    To just tell the truth, you know, about everything that I

16  was doing, about my lifestyle and, you know, this gentleman,

17  Chucky.

18  Q    The truth?

19  A    Yeah, the truth.

20  Q    What happens if you lie here today?

21  A    If I lie here today, I -- I won't get a 5K1 sentencing

22  and I definitely be looking at a lot more time than I was

23  looking at.

24  Q    If you lie, can you take back your guilty plea?

25  A    No.

Campbell - direct - Ngai                    1186

1   Q    If you lie, what is the maximum sentence that you get?

2   A    The maximum sentence I get is life plus 30 years.

3   Q    And what is the minimum sentence you can get?

4   A    Five years.

5   Q    We have talked a lot about the crimes that you have

6   committed as part of E.A.M.

7          Looking back on it now, as you sit here today, could

8   you explain why you did it?

9          THE COURT:  Why he did the crimes with E.A.M.?

10         MS. NGAI:  The crimes.

11  A    Hum, it's really no excuse for it at the time -- at that

12  time, before I started branching off into other things as far

13  as entertainment, I spent a lot of years gang-banging.  So at

14  the time, my mind, growing up, and -- it just -- I have no

15  real excuse.  It was a part of my lifestyle at the time, and I

16  was young and really stupid, so, you know, I didn't -- it's

17  crazy that it took me to get indicted for me to realize that,

18  but, you know, you got to experience certain things.

19  Q    Are you proud of the things that you have done as part of

20  E.A.M.?

21  A    I'm embarrassed.

22         No.

23         MS. NGAI:  Thank you.  Just a moment, please.

24         (Pause.)

25  Q    One last thing, Mr. Campbell.

Campbell - direct - Ngai                   1187

1          Remember when I made you stand up or asked you to
2   stand up?
3   A    Yes.
4   Q    And you demonstrated that Chuck hit you at what, shoulder
5   level?
6   A    About.  Yeah.
7   Q    Despite that, you said that Chuck was intimidating; is
8   that right?
9   A    Yeah.
10  Q    Why do you feel that he is intimidating?
11  A    Just -- just me being around people that's around and
12  hearing just his life story, I -- you know, his experiences in
13  East New York, you know what I'm saying.
14  Q    Can you please explain?  Why does he intimidate you?
15  A    He shot somebody's leg off.
16  Q    How do you know that?
17  A    I mean, it's not something that I know.  It's just like
18  this is something that when we were -- when we were in
19  quarantine.
20  Q    I'm going to pause you there.  You heard stories about
21  this?
22  A    Yeah.
23  Q    Did that influence your -- how you perceived him?
24  A    Yeah.  I -- you know what I mean.  Yeah, definitely.
25          THE COURT:  When you were in quarantine due to

Campbell - direct - Ngai                    1188

1    COVID, sir?

2              THE WITNESS:  Yeah.  And -- sorry.  Him getting

3    shot, him getting shot, it was just like, you know what I'm

4    saying, it's just like rough.

5              (Pause.)

6              MS. NGAI:  No further questions.  Thank you.

7              THE COURT:  Are the jurors ready to take a lunch

8    break now?

9              THE JURY:  Yes.

10             THE COURT:  Please don't take about the case.

11   Return to the jury room at 2 o'clock.  Leave your notebooks

12   and anything else face down on your chair.

13             Thank you.

14             (Jury exits the courtroom.)

15             THE COURT:  All right.  We will take one hour and

16   then -- Mr. Guadagnino?

17             MR. GUADAGNINO:  I'm sorry, Your Honor.

18             THE COURT:  After lunch you can cross-examine this

19   witness.

20             MR. GUADAGNINO:  Yes.

21             MR. GALEOTTI:  Your Honor, may I -- oh, after the

22   witness.

23             THE COURT:  You are excused, sir.  You can have your

24   lunch.  Thank you.

25             (Witness leaves the stand.)

Campbell - direct - Ngai                    1189

1           THE COURT:  Yes.

2           MR. GALEOTTI:  This should be brief, Your Honor.

3   This is a request to the defense that the Government agrees

4   to.  I'm going put it on the record.

5               Yesterday, during the direct examination of Damian

6   Bullock, pursuant to Rule 801(d)(1)(A) and Rule 902(4), the

7   Government offered the full transcript of 3500-DB-4.  At the

8   end of the direct, the Government offered 3500-DB-6, which it

9   then read into the record.

10              Defense counsel has asked that we cut it off from

11  the cover page to page 9, at line 19, which is where I read to

12  the jury.

13              The rest of it is a colloquy between the ADA and the

14  grand jurors and it IS probably appropriate to cut it off

15  there, so the Government consents.

16          THE COURT:  Okay.  So why don't you react the part

17  that you want redacted.  Submit a fresh copy after you have

18  Mr. Guadagnino review it.

19          MR. GALEOTTI:  Exactly, Your Honor.  Thank you.

20          THE COURT:  Thank you.  And we will substitute it.

21          MR. GALEOTTI:  Yes.

22          THE COURT:  Is that it?

23          MR. GALEOTTI:  Yes, Your Honor.  Thank you.

24          THE COURT:  Thank you.  We will see you at 2:00.

25          (Lunch recess.)  (Continued on next page.)

1                          AFTERNOON SESSION

2                   (In open court; jury not present.)

3               THE COURT:  Hi, everybody.

4               Ready to proceed?

5               MS. NGAI:  Your Honor, we just have an

6     administrative issue.

7               THE COURT:  What can I do for you?

8               MS. NGAI:  We just have a slight administrative

9     issue.

10              Our witness, Mr. Campbell, needs to go to the

11    restroom.  He's been in the witness room.  He's been waiting

12    for the marshals to come up to escort him so that he's not in

13    the hallway, passing by the jurors.  Unfortunately, they still

14    have not come yet.  I don't know what the juror -- if the

15    jurors are all in the room --

16              THE COURT:  We can keep them there.

17              THE MARSHAL:  They're all in the room.  I can take

18    him to the general restroom.

19              THE COURT:  What restroom is it?

20              MS. NGAI:  If the jurors are in the room --

21              THE COURT:  I think they are.

22              Are they all back?

23              THE COURTROOM DEPUTY:  Yes, they are in the room.

24              THE COURT:  All right.  We will keep them there,

25    yes.

1          MS. NGAI:  Thank you.

2          (Pause in proceedings.)

3          (Jury enters.)

4          THE COURT:  We have all jurors present.

5          Please have a seat, everyone.

6          Mr. Guadagnino, if you would like to cross-examine

7    this witness, you may.

8          MR. GAUDAGNINO:  Thank you, Your Honor.

9    CROSS-EXAMINATION

10   BY MR. GUADAGNINO:

11   Q    Good afternoon, Mr. Campbell.

12   A    Afternoon.

13   Q    You stated on direct examination that you're also known

14   as Phaze; is that right?

15   A    Yes.

16   Q    Okay.  Now, yesterday you testified that you went to

17   school in Paris?

18   A    Yes.

19   Q    What was that for?

20   A    What did I go to school for?

21   Q    Yes, sir.

22   A    I wasn't in college.  That was like a junior high school

23   thing.

24   Q    And what brought you to Paris?  I mean, that's over the

25   ocean.

Cambell - Cross- Guadagnino                                    1192

1    A    Yeah.  I was having issues with my family.  And my mother

2    felt like she couldn't handle me, being that she was a single

3    mother.

4    Q    Okay.  So do you have family in Paris?

5    A    Yeah.

6    Q    And how long were you in Paris for?

7    A    I was in Paris from about 2000 and -- like, late 2009 to

8    2000 and -- like, going into late -- going into early 2011.

9    Q    Okay.  So, like, yesterday I think you testified that

10   while you were going to school, some of the teachers would

11   call you Phaze?

12   A    That wasn't the teachers from Paris.  That was like

13   when -- basically before I went to Paris, when I was having

14   issues over here.

15   Q    Right.  The teachers here in New York?

16   A    Yes.

17   Q    They called you Phaze because you were having phases?

18   A    They didn't call me Phaze.  I just, you know, stuck with

19   that name.  And people in the classroom used to call me Phaze.

20   My teacher, Ms. Luggy ((phonetic)), used to say:  You know,

21   you're going through a lot of phases.  And it's crazy that

22   they started calling me Phaze, and it just stuck with me.

23   Q    And did you have behavioral problems in school?

24   A    Yes.

25   Q    And did you get in trouble a lot?

1  A    Of course.

2  Q    And did you get suspended a lot?

3  A    Suspended from school?  I was in special ed, so it was

4  kind of hard to suspend me.

5  Q    So when you were younger, you were diagnosed with certain

6  mental disorders, right?

7  A    Yes.

8  Q    And you were prescribed psychiatric medicine, right?

9  A    When I was younger, I was prescribed Dexedrine and

10  Risperdal.

11  Q    Right.

12  A    Yes.

13  Q    Were you having hallucinations?

14  A    No.

15  Q    What were you having?

16  A    It was just attention deficit hyperactive disorder.

17  Q    And did you feel sometimes that you wanted to get some

18  attention from people?

19  A    I mean, I was young.  I think all kids, you know, that --

20  I grew up without a father, so yeah, I would say that there's

21  times where I would seek attention when I was a young kid,

22  yeah.

23  Q    Right.  And you wanted to feel accepted, right, by the

24  kids?

25  A    Just by -- yeah, growing up, by the popular group, yeah.

Cambell - Cross- Guadagnino                    1194

1    Q    Right.  And you said that you moved to Paris.  I think
2    your mother or your family sent you there?
3    A    My grandmother actually paid for my ticket to go to
4    Paris.
5    Q    And who did you stay with in Paris?
6    A    My dad.
7    Q    Okay.  Is he French?
8    A    No, he's not French.
9    Q    Okay.  Was he there for any particular reason?
10   A    He was there because he -- when I was around five, he
11   left to go live with -- he went to go live with his mistress,
12   who turned into his wife, like the lady who he cheated on my
13   mother with.
14   Q    Okay.  And you stayed there with him for about two years?
15   A    I wouldn't say about two years.  I'd say on the ending of
16   going -- the ending of 2009 -- I'd probably say like a little
17   over a year.
18   Q    A little over a year?
19   A    Yeah.
20   Q    Okay.  And then you returned to New York?
21   A    Yes.
22   Q    And while you were in Paris, you weren't a member of any
23   gangs there, right?
24   A    No.  I just was -- even in Paris I would wear like a red
25   flag, but I wasn't officially any gang member yet.

Cambell - Cross- Guadagnino                    1195

1    Q      How old were you in Paris?

2    A      In Paris, I was -- in 2000 -- I'm 27 now.  So in 2009, I

3    would be -- let me see, I'm not good at math.

4             THE COURT:  You were born in 1997?

5             THE WITNESS:  1995.

6             THE COURT:  '95.  Sorry.

7    A      So I would say 13.  Around 13, 14.

8    Q      And before you left for Paris, is that when you said that

9    you joined the gang, you wore a red flag?

10   A      Before I left to Paris, I didn't join the gang.  Before I

11   left, I was just around, like, people like my sister's -- my

12   sister's baby father's friends, they were gang members.  I

13   didn't officially identify as a Blood member.

14   Q      Okay.  So your sister's baby's father's friends were gang

15   members?

16   A      Yes.

17   Q      And is that what influenced you to join the gang or to

18   associate with gang members?

19   A      Growing up hard and being, like, jumped constantly kind

20   of influenced me, and then being brought up around them.  So

21   everything played a part.

22   Q      And I think you said, am I correct, you grew up in the

23   Bushwick area of Brooklyn?

24   A      Yes.

25   Q      Near Maria Hernandez Park?

1    A    It was around the park, yes.

2    Q    83rd Precinct?

3    A    83rd, yeah.

4    Q    Knickerbocker Avenue?

5    A    Yeah.

6    Q    And did you have a lot of run-ins with the 83?

7    A    The 83rd Precinct, I had a couple run-ins with the 83rd.

8    Q    Did you ever go to Casa Kiscaya ((phonetic))?

9    A    Huh?

10   Q    Casa Kiscaya.

11   A    What is that?

12   Q    A nightclub.

13   A    You mean Casablanca?

14   Q    Casablanca, where is it located at now?

15   A    I don't know.  I don't remember.  I don't -- I've never

16   been to Casablanca.

17            But when you say "Casa Kiscaya," that's the only,

18   like, thing of "Casa" I know in Bushwick, so I just --

19   Q    Is that on Knickerbocker Avenue?

20   A    I wouldn't know.

21   Q    Okay.  Now, you testified that when you got back from

22   Paris, you went back to Bean Town?

23   A    I was back with my mother back in Bushwick.

24   Q    They call it Bean Town because there are many Hispanic

25   people that live in Bushwick, right?

1    A    Of course.

2    Q    How old were you when you got back to Bushwick?

3    A    When I got back to Bushwick, I would say like around 15,

4    16, around that area.  Like 15.

5    Q    Okay.  And at that time were you a member of a gang?

6    A    At that time, no, not yet.

7    Q    Okay.  So when was it that you finally became a member of

8    a gang?

9    A    2013, after I broke up with my ex in 2012.

10   Q    And how old are you today?

11   A    I'm 27 years old today.

12   Q    So that was when you were 17?

13   A    Huh?

14   Q    You were 17 when you joined a gang?

15   A    Around, like, yeah, 16, 17.

16   Q    Okay.  And do you like acting?

17   A    Of course.

18   Q    And can you tell the members of the jury, what kind of

19   acting do you like?

20   A    That's what I -- like, that's what I do as my profession.

21   You know, I do comedy skits.

22   Q    And just give them some examples of, like, the kind of

23   comedy skits you do.

24   A    Oh, like, on my Instagram?

25   Q    Yeah.

Cambell - Cross- Guadagnino                    1198

1   A    Oh.  I did a pretty funny coronavirus skit from back in

2   2020, right before the mid- -- like, before the pandemic

3   actually hit and it was really bad.  This was when people were

4   dying.  People were, like, dying.  So the numbers were going

5   up.

6           It was a practical joke.  I was on the train.  Me

7   and my friend, Wally, had wore a face mask.  And I took food

8   coloring, red food coloring, put it -- my friend put in his

9   mouth, covered his mouth.  Again, this is at the height of the

10  pandemic, so everybody's kind of skeptical when you cough,

11  like, you know what I'm saying?  So sits down, I'm behind my

12  camera man, he's recording one side.  And nobody sees the

13  camera man, he's recording.

14          And basically the plan was for him to cough.  He did

15  so.  He fell on the floor when he coughed.  And then I went to

16  help him and say:  Yo, bro, are you all right?  And he had a

17  white t-shirt.  The plan was to cough on my t-shirt.  He

18  coughed on me, and the food -- red food coloring looks like

19  blood.  So he coughed on me.  When he coughed on me, the whole

20  train car ran left and right.  Yeah.

21  Q    So that was one of the skits that you did, right?

22  A    Yes.

23  Q    Pretend like he was, like, in trouble, that he was sick

24  and he was vomiting blood, right?

25  A    Yes.

1   Q    And it was to see whether or not somebody, a stranger on

2   the train, would come by and help you guys, right?

3   A    That was -- that was -- that was definitely the caption

4   that I used.

5   Q    Right.  And you --

6   A    I had to use that caption.

7   Q    You think you did a good job acting in that skit?  I

8   mean, what's your critique of yourself in that skit?

9   A    I'm an amazing actor.

10  Q    Yes.

11  A    Trust me.

12  Q    And had you studied acting formally?

13  A    No, no.

14  Q    No?

15  A    Mm-mm.

16  Q    So where did you pick it up?

17  A    I've just -- like, I've always been like a goofball

18  comedian.  So, you know, people always say, you know, he's a

19  funny dude.  So I have friends that were into, you know -- you

20  know, in my Instagram, my friend, he does acting.  So, you

21  know, just comedy skits and plus acting, it just meshed

22  together with my personality.

23  Q    And I just want to reemphasize, you had an Instagram or

24  you have an Instagram account?

25  A    I have an Instagram.

Cambell - Cross- Guadagnino                              1200

1    Q     You have one now?

2    A     Yes.

3    Q     Okay.  But are you on it now?  Are you, like, able to

4    like, put stuff on there and post onto it?

5    A     Yeah.

6    Q     From jail?

7    A     Yeah.

8    Q     Oh, so you have access to Instagram from jail?

9    A     Yeah.  Like, my manager, he definitely has access to it,

10   yeah.

11   Q     So does your manager post for you from his house or

12   somewhere or you --

13   A     He posts from his phone.

14   Q     From his phone.

15         Do you come up with comedy in the jail?

16   A     Nah.  That's definitely not happening.

17   Q     What kind of things do you post nowadays on Instagram?

18   A     I post things like just free me, things about -- you know

19   what I'm saying?  Like --

20   Q     No comedy though?

21   A     No, no comedy.

22   Q     No videos, right?

23   A     No.

24   Q     Because you can't take any videos because you're locked

25   up right now.

1    A    No.

2    Q    Right?

3          But you remember that there were some other videos

4    you did, I think it was -- you remember the video about you

5    fighting in the street with another guy?  You remember that?

6    And then you guys went into a pizzeria, and you were

7    pretending to fight, and the pizza guy was there.  You

8    remember that?

9    A    Yeah, that was a skit with -- that was a comedy skit.

10   Q    Yeah.

11          And it looked real, like you guys were really

12   fighting, right?

13   A    No.  We actually didn't touch each other.  It was just

14   like you would be a civilian.  And what would happen is, I

15   would come and, you know, be loud and you would get my -- I

16   would get your attention.  And then my friend would come out

17   and you get his attention.  We'll be screaming at each other.

18   You're like -- and then we'll be acting.  Like every time you

19   try to move, we move left and you move right.  And it's like

20   no swinging occurs and things like that.

21   Q    Did you guys practice that before you did it?

22   A    No.

23   Q    How did you do it?  Like, it was just natural?

24   A    Yes.

25   Q    Really?

1    A    Yeah.

2    Q    And do you feel like, you know, pretending comes natural

3    to you?

4    A    Pretending?

5    Q    Like pretending, like acting.

6    A    Acting, yes, of course.

7    Q    Right.  Like, when you act, you agree that's pretending?

8    A    It's -- yeah.

9    Q    Right.  So you're pretending to fight, right?

10   A    Yeah.

11   Q    Okay.  There was another time -- I don't know if you

12   remember this one.  Do you remember the time that you were

13   outside the Metro PCS, you got out of your car, and you ran

14   over to some doll that was flapping around in the wind?

15   A    I wasn't even in the car.

16   Q    Oh, you were outside the car?

17   A    I wasn't in the car.  We actually was on our way to the

18   train station, walking.

19   Q    Okay.  And you were pretending like you were mad at the

20   doll?

21   A    Yeah.  It was like, it's COVID -- the caption was me --

22   it would be COVID kicking my ass in 2020.  And then the doll

23   is -- it would be me, and then I'm swinging at the doll and

24   it's like -- yeah.

25   Q    So you did that and you pretended to, like, fight with

1   that, like, inflatable Metro PCS promotional, like, doll.

2   Remember?

3   A    Yes.

4   Q    The purple one.

5   A    Yeah.

6   Q    You like to make people laugh, right?

7   A    Of course.

8   Q    You like to joke around, right?

9   A    Yes.

10  Q    And are you taking care of your mental health problems

11  today?

12  A    Pretty well, yeah.

13  Q    How are you doing that?

14  A    I mean, the situation doesn't help.  I'm okay though.

15  Q    Are you taking medicine now?

16  A    No.

17  Q    Do you think you need it?

18  A    No.

19  Q    So you have it under control?

20  A    Yeah, I've had it under control for years.

21  Q    Okay.  Because you did suffer from a lot of anxiety,

22  right?

23  A    Yeah, bad.

24  Q    And how bad did it get?

25  A    It was real bad.  2015, it was -- it was -- it was bad.

1  I went to rehab.

2  Q    I'm sorry to hear that.

3           How long were you in rehab for?

4  A    I was in rehab for about a month and then I severed ties.

5  I was in voluntary rehab.  I volunteered.  It wasn't

6  court-mandated; I just volunteered to go into rehab because I

7  just felt it was best for me.

8           And it didn't last a month.  I just left.  And I

9  didn't even relapse.  I didn't touch anything.  I wanted to be

10 around my family, so I just never finished.

11 Q    What was going on with you that you felt you had to put

12 yourself in rehab?

13 A    I was taking too many Xanaxes and I had a seizure.  But I

14 stopped, and I -- I had a drug-induced seizure.

15 Q    Did you go to the hospital?

16 A    Yeah.

17 Q    Which hospital?

18 A    Woodhull hospital.

19 Q    And what did they do for you there?

20 A    They put me in -- I didn't know that when you go to

21 psych -- when you go to places like Woodhull, they have the

22 psychiatric unit.  So when you complain about mental, like,

23 anxiety, that's a -- it's a psychological issue; it's not a

24 physical issue, like a -- you know what I'm saying?  So like

25 an injury.  So they would put you in this -- under -- which is

1    a CPEP -- CPEP, like, under watch for 24 hours, like, you know

2    what I'm saying?  I was in CPEP, which was a psychiatric area.

3    Q    So you were put into the psychiatric ward for a few days?

4    A    Not in a ward.  I was in just intake.

5    Q    Intake.

6         How long did you spend in psychiatric intake?

7    A    24 hours.

8    Q    Okay.  And where did you go after psychiatric intake?

9    A    They released me to my house.

10        And they actually said:  Nothing is wrong with you.

11   You had an anxiety attack.  We had to keep you over -- we had

12   to keep you overnight because, you know, you were complaining

13   about panic attacks and anxiety.  And usually people that

14   complain about these things have suicidal thoughts.  We wanted

15   to know if you were one of those individuals.  Do you have

16   suicidal thoughts?

17        I said no.

18        They said:  Okay.  We'll have the doctor discharge

19   you.

20        And they discharged me.

21   Q    Did they give you medicine back then?

22   A    They had ordered -- what was it I started -- I went to

23   the doctor that's there, they gave me Prozac.

24   Q    For depression?

25   A    Yeah.

1  Q    Do you feel depressed sometimes?

2  A    No, not anymore.

3  Q    Are you managing it?

4  A    Way better than I would.

5  Q    So you feel like you don't need any more medicine?

6  A    Not at all.

7  Q    Do you get any medicine where you're at now?

8  A    No.

9  Q    Do you see the doctor where you're at now?

10 A    Yeah.  I have chronic hypertension.

11 Q    And you're taking care of that now?

12 A    Yeah.

13 Q    Okay.  So I want to go back a little bit.

14        You testified over this morning and yesterday

15 afternoon.  I think you started off by saying something about,

16 you took somebody's bandana one time.  Do you remember that?

17 A    Yes.

18 Q    Who was that?

19 A    I took some guy named Steven, Steven's bandana off his

20 head.

21 Q    Why did you do that?

22 A    Because at the time I was just -- I wanted to be down.

23 Q    Okay.  Like, well, can you explain that?  What does that

24 mean, you wanted to be down?

25 A    I wanted to be a part of the gang.

1    Q    So Steven had a bandana, right?

2    A    Steven had a bandana.

3         He had an issue with someone named H that was --

4    that's E.A.M.  And he told -- he told Steven:  Take the

5    bandana off.

6         Steven said:  No.  If you feel some type of way, do

7    something about it.

8         H looked at me, and H was kind of scared, he didn't

9    want to do anything to the kid.  So he said:  Yo, take his

10   bandana off his head, I'll give you paperwork.

11        So I did.  I literally walked up to him, took it off

12   his head and threw a flag at him.  And I said:  I want my

13   paperwork.

14   Q    Okay.  Paperwork is what?

15   A    Paperwork is like Blood -- like Blood paperwork, lingo,

16   things like that.

17   Q    Who told you to take the guy's bandana off?  You did it

18   on your own?

19   A    H told me to take it off his head.

20   Q    Okay.  Who's H?

21   A    H was a dude that was E.A.M.

22   Q    But do you associate with him anymore?

23   A    No.

24   Q    That was -- how old were you when that happened?

25   A    I don't remember.

Cambell - Cross- Guadagnino                    1208

1   Q    Were you 17, 18?

2   A    I don't exactly remember the exact, like...

3   Q    Was it ten years ago?

4   A    Again, I don't remember.

5   Q    Were you young?

6   A    I was young.

7   Q    Teenager?  You're 27 --

8   A    Teenager, yeah.

9   Q    All right.  So you also testified that you met a guy

10  named Smilez later on, right?

11          Smilez was -- he's like -- he's your bro?

12  A    Yeah.

13  Q    He's a good guy for you, right?  I mean, he's like one of

14  your best friends?

15  A    He wasn't one of my best friends, but we could relate to

16  certain things as far as -- I hung out with a lot of people

17  that wasn't gang members, so when I did, he probably was the

18  only one that was in my type of world.

19  Q    What kind of world was that?

20  A    Partying, being around women, stuff like that.

21  Q    So besides the videos, the acting, you're also a party

22  promoter, right?

23  A    I'm not a party promoter.  I've taken, you know, gigs

24  that was, like, you know, can you host this event for me?  But

25  I wouldn't consider myself a party promoter.

1  Q    When you say you hosted events, what kind of events would

2  you host?

3  A    I would host weed events.

4  Q    Weed?

5  A    Yes, weed events.  Like, underground illegal weed events.

6  Q    Okay.  Did you do that with Smilez?

7  A    No.

8  Q    You did that on your own?

9  A    No.  I only hosted one event with Smilez.

10 Q    But on your own you said that you would have events,

11 right?

12          Right?

13 A    Correct.

14 Q    And they would be weed events, right?

15 A    Yes.

16 Q    And they would be parties that you would promote?

17 A    Yeah.  I would just, like -- no, not promote.  I would

18 host it.

19 Q    You would host it?

20 A    You have a -- you have a party promoter who just promotes

21 the party.  And then you have a host, which is on the -- when

22 the party promoter promotes it, everybody comes, I'm hosting

23 the party, I'm hosting it all night.

24 Q    Okay.

25 A    I have the mic.  You know what I'm saying?  I'm like:

1   You know, everybody, you know, turn up.

2            THE COURT:  You are like the emcee?

3            THE WITNESS:  No.

4            THE COURT:  No?

5            THE WITNESS:  No.

6            THE COURT:  What does it mean to host?

7            THE WITNESS:  Host, just, you know, like, you know,

8   like, there was, like, weed and booze over there, get some

9   booze over there if you want, you know, get some drinks, have

10  fun, hey, buddy, turn up, DJ turn the music on.  It's like

11  things like that.  It's not rapping and stuff.

12  Q    Who would get the weed?

13  A    They were vendors, like they're just weed vendors.

14  Again, these are -- I'm hired by, you know, people that --

15  like DJs.  Like, you know, one of them, for example, DJ Ace

16  King, he would hire me to do a weed event.

17            And I would go.  He would give me the location.

18  Most of them are secret locations.  When you get there,

19  there's, you know, weed on the tables.  You know, there's

20  like -- it's not just -- it's, like, professional, like, bags

21  of, like, sealed wrappers and pre-rolls and things of that

22  nature.

23  Q    You wouldn't supply the weed, right?

24  A    Huh?

25  Q    You would not supply the weed?

1   A     No.

2   Q     Okay.  And you'd make money off of those events?

3   A     Yeah.

4   Q     And that was for you?

5   A     The money was for me?

6   Q     Yeah.

7   A     Yeah.

8   Q     Okay.  You also stated that you did some other crimes

9   down the line.

10          Do you remember that you testified to that this

11  morning?

12  A     Yeah.

13  Q     You testified -- I believe you testified that you did a

14  robbery; is that right?  You did a robbery with Joker?

15  A     No, no, no.  It actually was an assault with Joker.

16          I did a robbery with Corrupt.

17  Q     And tell me a little more about the assault with Joker.

18  A     The assault with Joker?

19  Q     At the shelter.

20  A     Yeah, at the shelter.  It was more of a -- it was

21  literally me, Kellz, not -- I don't believe Kellz was there.

22  It would be me, Migos -- people that I remember:  Me, Migos,

23  Biggie, a dude named Shack and Corrupt.  That's as far as I

24  can remember.  And we -- again, we went to the shelter, I did

25  what the big bro told me to do and -- which is -- you know, we

1    beat him up.

2    Q    Who's the big bro?

3    A    Joker.

4    Q    Joker.

5              And what was that for?  Why did you do that?  Was

6    that because you wanted to have fun doing that?  Was there a

7    reason for it?

8    A    I did it because, you know, at the time it was just -- it

9    was -- I was E.A.M. and, you know, I was influenced.  And I

10   really have no excuse or no reason.  I just did it without

11   thinking, just did it.

12   Q    You just did it on your own because somebody told you to

13   do it?

14   A    Yeah.

15   Q    Joker told you to do it?

16   A    Joker said:  Yo, pull up over here.

17   Q    How does that help the gang?

18   A    I mean, as I said, I was a calf in the big bull, so I

19   mean, I don't think it would help the gang; it would just show

20   my loyalty and how far I wanted to go for him.

21   Q    I see.

22              And based on that, you did that, right?

23   A    Yes.

24   Q    You said that there was something -- you knew Chucky at

25   the time; is that what you said?

1   A    At what time?

2   Q    When you did the assault at the shelter.

3   A    Did I know Chucky at the time?  Yeah, I knew Chucky at

4   the time.

5   Q    Did he have anything to do with that?

6   A    Who?  Chucky?

7   Q    Yeah.

8   A    No.

9   Q    Okay.  Chucky never said to go to a shelter and do that,

10  right?

11  A    Chucky never told me to go to a shelter and do that, no.

12  Q    There was another time, you said something about a kid

13  coming from school, the driver said -- something about, let me

14  get your phone, and then you guys starting beating up that

15  poor kid with his phone?

16  A    Yeah, my drops beat him up.  Yeah.

17  Q    Your drops?

18  A    Yeah.

19  Q    Those people are who?  Who are these drops?

20  A    Kellz, Corrupt, Ray -- I mean, Kellz, Corrupt, Migos.

21  Yeah.

22  Q    And these drops, what, do they work for you or something?

23  A    They don't work for me; they just identify as Blood under

24  me.

25  Q    Right.  You don't pay them anything?

1    A    No.

2    Q    And they don't pay you anything?

3    A    No.

4    Q    Right?

5         So who made the decision to go beat up this kid with

6    the cell phone?

7    A    Well, they were -- they were drunk.  They actually -- you

8    know, as I said before when I testified, I said I could've

9    stopped it, but I just didn't because it was -- you know, I

10   just wanted to be entertained.

11   Q    So you wanted to be entertained by watching these drunk

12   guys beat up this kid with the phone?

13   A    Yes.

14   Q    Is that a gang thing?

15   A    It's not about it being a gang thing.  It's just a gang.

16   You know, you got a couple shots of liquor in your system and

17   you -- you know, you're with -- under the influence, you're

18   with ignorance and -- you know what I'm saying?  That's

19   just -- that's how it happened.

20   Q    So basically it was just out-of-the-blue, random

21   violence?

22   A    Literally.

23   Q    Having nothing to do with any gang just because -- just

24   because, right?

25   A    Yeah.

1   Q    Okay.  Fair enough.

2        How about this other time, there was a robbery of

3   some innocent bystander with Nike sneakers that you guys beat

4   up and robbed, what was that all about?

5   A    That was on the -- you know, the -- along the -- again,

6   just something that I had -- you know, I can't -- I'm not

7   everybody's dad.  I can't control what everybody wants to do.

8   So they took it upon themselves to literally -- I'm literally

9   watching all this, by the way.  I'm not trying to shun down my

10  role, like -- but I'm watching all this play out.  Like I

11  said, I could've stopped it, but I didn't.

12  Q    And that had nothing to do with a gang?

13  A    I mean, we were all a gang.  I wouldn't say it had

14  nothing to do with the gang.  But my gang, we was -- my

15  drops -- you know what I'm saying?  They did what they did.

16  Q    So how does that benefit the gang, what happened with the

17  sneakers?

18  A    The sneakers don't benefit the gang at all.

19  Q    A pair of sneakers, what does that do for a gang?  Does

20  that make any money for a gang?

21  A    No.

22  Q    Does it create any kind of prestige, you beat up a kid

23  with sneakers?

24  A    Not at all.

25  Q    Was that just stupidity?

1    A     Correct.

2    Q     Just random violence, right?

3    A     Correct.

4    Q     So I want to ask you some more questions.

5          There was a video that the government showed you.  I

6    think it was Smooch getting head-butted by a guy named

7    Buckwild; is that right?

8    A     Yes.

9    Q     I think it's Government Exhibit 1106-A.

10         MR. GAUDAGNINO:  Can we get that, please?

11         Could we play it again?

12         MR. GALEOTTI:  We're putting it up for you, sir.

13         MR. GAUDAGNINO:  All right.  Thank you so much.

14         (Video played.)

15   Q     That's sad, isn't it?

16   A     Yeah, I would think so.  Yeah.

17   Q     That poor guy standing there, small guy.

18   A     Over there, like, poor guy listening to Smooch.

19   Understood he -- just like I got myself into a situation, he

20   got himself into a situation.

21   Q     He didn't deserve that.

22   A     I would -- I mean, that would be believable, you know

23   what I'm saying.

24   Q     That was pretty nasty what Buckwild did.

25   A     Yeah.

1  Q    And you were there.

2  A    Yeah, I was recording.

3  Q    Buckwild was there, right?

4  A    Yes.

5  Q    Who sent you to do that?

6  A    That was me and Buckwild, and Bowser gave the green.

7  Q    You, Buckwild, and Bowser gave the green.

8       Does that mean a green light?

9  A    Yeah.

10 Q    What was the -- what did you have to do with Smooch?

11 What did he have to do with that?

12 A    He said -- in the video, he states that -- oh, he said:

13 What you jacking?

14      And I asked him:  You ape?

15      And he says:  Why you saying this?  It's an ape

16 world.

17      He tried to explain himself to everybody.  He posted

18 on Facebook that it's an ape world.

19      So I seen it.  I asked Buckwild about it.  Buckwild

20 seen it.  He said:  We about to go holler at him.

21      And that's `what we did.

22 Q    What's "ape"?

23 A    "Ape" is a whole other nation.

24 Q    Ape is a whole other nation?

25 A    Yeah.

1   Q    And so that was, like, disrespectful?

2   A    I would say yeah.

3   Q    So based on that disrespect to the E.A.M., you acted on

4   it?

5   A    Yeah.

6   Q    Who told you to act on it?

7   A    It was more of a decision that was being made.  Nobody

8   really told us.

9   Q    Who made the decision?

10  A    Me and Buckwild.

11  Q    What did Smothers have to do with that?

12  A    I mean, I didn't speak to Smothers that day.

13  Q    So you guys did that on your own?

14  A    Yeah.

15  Q    So let me ask you another question.

16       You had told everybody today that you've used a gun

17  in the Bronx robbery; is that right?

18  A    Yes.

19  Q    And I think you said you had a .25 caliber pistol; is

20  that right?

21  A    Well --

22  Q    Point-two-five.

23  A    I had a Hi-Point.

24       And he had a -- one of the other individuals I was

25  with had a two-point -- a two-five, a 2.5 (sic) caliber

1   pistol, I think.

2   Q    Okay.  So tell us again a little bit about that robbery.

3        That was in the Bronx, right?

4   A    Yes.

5   Q    So what happened?

6   A    Well, again, we were driving, me, Corrupt, his uncle and

7   Kellz.  Kellz had, you know, his two, he passed it over to

8   Corrupt.  I had a Hi-Point.  The Hi-Point had no clip in it.

9   Again, when, you know, things were occurring and we got to the

10  block, you know, I approached the individual.  When I

11  approached the individual, he seen that I had -- I had surgeon

12  gloves on.  And he kind of like tried to drift away, but

13  Corrupt was like:  You got any weed?

14       So when he said that, he -- when Corrupt said you

15  got any weed, he turned around and tried to go in the

16  building, and I backed out a gun and I said:  Yo, give me

17  everything.

18  Q    So how much did you steal from him?

19  A    Well, I would say we probably stole like about ten dimes

20  of weed and like $100, something like that, yeah.

21  Q    $100?

22  A    Ten dimes of weed and $100.  That's what that block was

23  pumping, yeah.

24  Q    I'm sorry, how much weed?

25  A    Ten dimes of weed and $100.

Cambell - Cross- Guadagnino                         1220

1   Q    What's the street value of ten dimes of weed?

2   A    Like $100.

3   Q    $100?

4   A    Yeah.

5   Q    And why did you do that?  Why did you rob this guy?

6   A    Well, we figured he had more money because his --

7   Corrupt's uncle stated that he -- they were dope boys.

8   Q    So who came up with that plan, to rob the guy, Corrupt?

9   A    No, no.  His uncle -- that -- the original plan was to

10  rob some Jamaicans, but -- you know what I'm saying?

11  Q    What happened with that plan?

12  A    That plan was more like it didn't work out.  Because as I

13  said, he said he knocked on the door and he wasn't -- they

14  weren't there.  The plan was to knock on the door and rush the

15  apartment.

16  Q    So let me ask you this question:  Had you robbed the

17  Jamaicans, what were you looking for?  Marijuana?

18  A    Yeah.

19  Q    How much marijuana were you hoping to get?

20  A    Pounds.

21  Q    Pounds.

22  A    Mm-hm.

23  Q    How many?

24  A    5 to 10 pounds.

25  Q    What would that be worth?

1   A    I'm not really a -- I'm not really big on the street

2   prices, but probably approximately, like -- I would say

3   probably like close to like about 5, 10 -- like about $15,000.

4   Q    And how were you guys going to split the money?

5   A    We would've definitely figured it out when we -- on a

6   breakdown, how we would have gotten it.

7   Q    How would split the -- like, who was going to get the

8   money out of that?

9   A    Everybody that was a part of it.

10  Q    Like who?

11  A    Me, Corrupt, his uncle and Kellz.

12  Q    So three ways you were going to split the money?

13  A    No, it's four people.

14  Q    Four people.

15  A    Me, Corrupt, his uncle and Kellz.

16  Q    So four people were going to split the money.

17  A    Yeah.

18  Q    Right?

19       And who came up with that plan?

20  A    His uncle.

21  Q    Did anybody tell you that -- to do that?  Did anybody

22  tell you to go rob or try to rob the Jamaicans?

23  A    No.

24  Q    That was for you guys?

25  A    Yeah.

1    Q    Okay.  Because you wanted to make some money, right?

2    A    Yeah.

3    Q    And that robbery never came through, so then you did this

4    other robbery for $100, right?

5    A    Yeah.

6    Q    And ten dime bags of weed?

7    A    Yeah.

8    Q    And who kept all of that?

9    A    Me and Kellz split it.

10   Q    Oh, so you guys split the money?

11   A    Yeah, me and Kellz.

12   Q    Did Chuck tell you to do that?

13   A    No.

14   Q    Did you kick up any money to him?

15   A    No.

16   Q    So there were some other things that you said that you

17   did.

18        You said that, I think, Smooch sold weed and crack,

19   right?

20   A    Yeah.

21   Q    And did you sell weed and crack?

22   A    No.

23   Q    What did you sell?

24   A    I sold, like, pills here and there, like a little bit of

25   weed if I had it.

1   Q    And who -- like, how much would you make from that?

2   A    Like, probably like the most, $200.

3   Q    And what did you do with the money when you made that?

4   A    I would sit there -- most of it, a lot of it went to, you

5   know, a big portion of it went to my moms.

6   Q    Right.  Because your mom, she's -- I think she's

7   disabled; is that right?

8   A    No.

9   Q    Well, does she work?

10  A    No.

11  Q    Are you -- like, do you help her?

12  A    Yeah.

13  Q    And do you help her financially?

14  A    When I could.

15  Q    Does she get public assistance?

16  A    Yeah.

17           MS. NGAI:  Objection.

18           MR. GALEOTTI:  Objection.

19           THE COURT:  Sustained.  Disregard.  Irrelevant.

20  Q    So you help your mom financially?

21  A    Yes.

22  Q    And whenever you can get money, you give it to her,

23  right?

24  A    Yes.

25  Q    Do you have other family members that you help?

Cambell - Cross- Guadagnino                    1224

1    A    Nah.  Just my mom.

2    Q    How many brothers and sisters do you have?

3    A    I have two sisters in America.  I have a sister, a

4    younger sister, in France and a younger brother in France.

5    Q    Do you have any children?

6    A    No.

7    Q    Okay.  Do you help your siblings at all financially?

8    A    Only my mom.

9    Q    Only your mom.

10        And when you're not incarcerated, is that who you

11   live with, your mom?

12   A    Yeah.

13        MS. NGAI:  Objection.

14        THE COURT:  Sustained.

15        MR. GAUDAGNINO:  Okay.

16   Q    So then I think you testified that you committed some

17   insurance fraud, right?

18   A    Yes.

19   Q    And you stage fake car accidents, right?

20   A    Yes, sir.

21   Q    Okay.  Now, when you commit these car accidents, you

22   said -- I think you said that you -- how many did you do, six?

23   A    I did about -- I did two that I was involved in and about

24   four, yeah.

25   Q    So two that you were involved in.

1          Four that you were involved in or not involved it?

2    A    Four that I got money for bringing -- you know what I'm

3    saying?  I don't stage them myself; I just bring passengers

4    into the car and the Mexicans that I dealt with staged them.

5    Q    So let's talk about some of those.  All right?

6    A    Mm-hm.

7    Q    You came up with the idea to commit insurance fraud?

8    A    I didn't come up with the idea.  It was brought to me.

9    Q    Who brought it to you?

10   A    One of my friends.

11   Q    Who is your friend that brought it to you?

12   A    My friend, Stacks.

13   Q    Stacks?

14   A    Mm-hm.

15   Q    And what was the plan?  What was that plan for, the

16   insurance fraud?  Who was it going to benefit?

17   A    It wasn't really a plan.

18         He came to me and said:  Do you want to make any

19   extra money?

20         I said yeah.

21         He said:  You know, let's be a part of this.

22         It wasn't really like something, like, me and him

23   came up with, like, let's stage accidents.  Like, I didn't

24   even know.  I just wanted to be a part of -- before I really

25   got deep into it, I just wanted to be -- get a lawsuit.

1   Q     So you wanted to make some good money for yourself.

2   A     Yeah.

3   Q     Right?

4         And I think you testified that you made like

5   $50,000, right?

6   A     The second check I got -- well, it cleared, but I already

7   got indicted and I admitted to insurance fraud.

8   Q     Did you get 50,000?

9   A     I didn't get 50,000 in my hand.

10        The ten, I got.

11  Q     What did you do with the ten grand?

12  A     The ten grand, I literally bought furniture, I paid my

13  mom's -- I paid for food in the house.  I bought furniture.  I

14  bought my mom a TV.  I bought a PlayStation.  Just I added

15  furniture in the crib.  There was no furniture in my house.

16  Q     So you blew the whole 10,000 on that?

17  A     Yeah.

18  Q     Okay.  Now, say you would've gotten the 50,000, what were

19  you planning on doing with the fifty?

20              MS. NGAI:  Objection.

21              THE COURT:  Sustained.

22  Q     Well, you tried -- you said, I think, you were going to

23  get 50,000; is that right?

24  A     That's what the settlement -- when I was in jail, I was

25  on the phone, that the lawyer reached out to me and said that

Cambell - Cross- Guadagnino                    1227

1    a $50,000 settlement had settled.  And then he wanted my

2    mother to come pick up the check.  And my mother refused after

3    I told her that I was cooperating with government and I had

4    already informed the government about the money.

5    Q    Okay.  Understandable.

6         Now, the plan to commit insurance fraud, that was

7    somebody who brought it to you, right?  Your friend, right?

8    A    Yes.

9    Q    And how much of that did you give Chucky?

10   A    What do you mean?  Out of 10,000?

11   Q    Yeah.

12   A    I didn't give Chucky anything.

13   Q    Okay.  Gotcha.

14        You said that during this insurance fraud scheme,

15   you would pretend -- was it -- you would pretend to be in a

16   car accident or you would get hit by a car?  How did it work?

17   Explain it to the jury.

18   A    Well, you would basically get into a car.

19        I would approach you and say:  Do you want to be

20   part of an accident, a lawsuit?

21        You would say yeah, if you're interested.  And I

22   would either tell you, you need four passengers or I'll get

23   four passengers.  And I would tell you to get a -- do you have

24   a car with New York license plates?  If you had a car with

25   New York license plates, I would tell you, you know, I would

1    drive you to a lot.

2            The Mexican guy I was dealing with would put a black

3    bag over the glass in the back window so that we're driving

4    and we're driving -- well, I don't drive, but when the Mexican

5    is driving, he's driving and he goes in front of an innocent

6    bystander on the highway and he short-stops.  When he

7    short-stops -- in New York, a No-Fault case, you automatically

8    are at no fault when you get hit from the rear end, so we

9    short-stopped.  The car just hit us, boom.

10           And we would do a switch.  That's what the black bag

11   is for, switch -- everybody switch positions.  So the

12   Mexican -- there's a car that would be following us, way ahead

13   of us, and then pull over on the side after he sees the crash.

14   The Mexican that was driving would get out, run towards the

15   other car, drive down.  And then it will be an individual that

16   has a license to hop in the driver's seat.  And then I would

17   rip the bag off and then tuck it in my pants.

18   Q    How did you learn how to do that?

19   A    It was just told to me how to -- you know, how to -- it

20   was told to me how to, like, do it while we were -- you know

21   what I'm saying?

22   Q    You learned that on your own?

23   A    I didn't learn it on my own.  It was told to me.  It was

24   translated through -- I don't know how to speak Spanish, so

25   the Mexican translated to my homeboy, Stacks.  And then Stacks

1   translated it back to me, like:  Yo, bro, this is what we need

2   you to do.

3           I said okay.

4   Q    Okay.  And you did that, you said, about six times?

5   A    I wasn't in the car.

6   Q    Right.

7   A    Only two times was my lawsuit where I was in the car, I

8   was a part of the car accident.

9           The four other times were people that I just got to

10  do, and I just got paid for bringing them in and I went about

11  my day.

12  Q    And then you testified that on some of those you got

13  hurt, right?

14  A    Yeah.

15  Q    And you got hurt to the point where you were recommended

16  to have surgery, but it wasn't necessary.

17  A    I was recommended by a doctor to have surgery, yes.

18  Q    But you said it wasn't necessary?

19  A    Yeah.  Like, it wasn't, like, oh, you need it.  He didn't

20  let me know, like, you need to have surgery.

21  Q    When you go and have surgery, you're aware of the risks,

22  you know, anesthesia, right?

23  A    Yeah.

24  Q    They have to put you to sleep.

25          It could be dangerous, right?

Cambell - Cross- Guadagnino                    1230

1    A    Yeah.

2    Q    And you have to go into an operating room, right?

3    A    Yes.

4    Q    And, you know, surgery is surgery, right?

5    A    Yeah.

6    Q    Were you able -- how did you talk yourself into risking

7    the possibility of something bad happening to you in surgery

8    to get the money?

9    A    I have a lot of tattoos.  I'm not scared of needles.

10   Q    But you agree that surgery is a risky proposition, right?

11   A    Yeah.

12   Q    Were you willing to put yourself in that risk for the

13   money?

14   A    Yeah.

15   Q    Why?

16   A    At the time, my mother was struggling and I needed the

17   money.

18   Q    So you would go that far to help your family?

19   A    My mother.

20   Q    Well, your mom?

21   A    Yeah.

22   Q    Having risky surgery?

23   A    Yeah.

24   Q    And then that was the first time it was -- I think it was

25   the knee.

1              How many times did you have surgery?

2    A    I had knee surgery twice.

3    Q    Okay.  So again, the second time, you also didn't have to

4    really have the surgery, right?

5    A    Yeah.

6    Q    But you decided that you would take the risk of going

7    under the knife with anesthesia to get money, right?

8    A    Mm-hm.

9    Q    Even though you knew that it was dangerous?

10   A    Yeah.

11   Q    And then I think you testified that you went to -- did

12   you go, like, for seven months to, like, this fake therapy

13   place?

14   A    It wasn't a fake therapy place, but they were corrupt.

15   She was in on it.  The manager was in on it.

16   Q    So what did you have to do at the therapy place?

17   A    I had to get acupuncture.  I had to go -- I had a driver

18   that picked me up from the house, took me there, dropped me

19   back off at the house.

20   Q    Did you really need it or no?

21   A    No.

22   Q    But you submitted yourself to acupuncture for seven

23   months?

24   A    Yeah.

25   Q    All because you wanted to make some money?

Cambell - Cross- Guadagnino                           1232

1    A    Yeah.

2    Q    So you were willing to sacrifice your time, your effort

3    and getting acupunctured for seven months to make more money,

4    right?

5    A    Yeah.

6    Q    Even though it wasn't really necessary?

7    A    No.

8    Q    There was another thing that you said.

9         You did some credit card fraud?

10   A    A little bit here and there.

11   Q    Bitcoins?

12   A    Mm-hm.

13   Q    Cryptocurrency?

14   A    Yeah.

15   Q    And how much did you make on that?

16   A    Probably a few thousand dollars, nothing crazy.

17   Q    What did you do with that money?

18   A    I would like -- I paid my mom's light bill.  They was

19   going to take the meter.  I paid the light bill.

20   Q    You paid the light bill?

21   A    Yeah.

22   Q    How much did you give to Chucky?

23   A    Huh?

24   Q    How much did you give to Chucky?

25   A    Out of the credit card fraud?

Cambell - Cross- Guadagnino                                  1233

1    Q      Yeah.

2    A      I didn't give Chucky anything out of the credit card

3    fraud.

4    Q      I wanted to ask you some questions.

5           You were asked about some photographs that are in

6    evidence.  I'm going to show you -- I think the one is

7    Government Exhibit 1222-D.

8           MR. GAUDAGNINO:  If I can get Government

9    Exhibit 1222-D.

10          (Continued on the next page.)

CAMPBELL - CROSS - GUADAGNINO                1234

 1    (Continuing.)
 2              THE COURT:  Can you see it?
 3              THE WITNESS:  Yeah.
 4   CROSS EXAMINATION
 5   BY MR. GUADAGNINO:
 6   Q    Now, you see what's up on the screen?  1222-D?
 7   A    Yeah.
 8   Q    All right.  Now, you're taking this picture, right?
 9   A    I don't remember if I took that picture.
10   Q    Well, you're not in the picture, right?
11   A    No.
12   Q    But you see Charles in the picture, you see Chuck in
13   there, right?
14   A    I see who in the picture?
15   Q    Chuck.
16   A    Yeah.
17   Q    Do you know who else is in the photograph?
18   A    Yeah, D-wade, the speechless girl, I don't know -- oh,
19   Kia.
20   Q    Who else?
21   A    Kia, Speechless, and D-wade.
22   Q    Any of those people up here on the board?
23   A    No.
24              MR. GUADAGNINO:  Can I get
25   Government Exhibit 1222-E, please.

1    Q    Do you see that one?

2    A    Yeah.

3              MR. GUADAGNINO:  Is it possible to blow it up a

4    little bit, please?

5              MS. WISSEL:  The entire thing or?

6              MR. GUADAGNINO:  Just the photograph.  Maybe if we

7    can get the white part around it out, make it bigger, if it's

8    possible.

9    Q    There's a lot of people there.

10   A    Mh-hmm.

11   Q    And I notice that some people are drinking; is that

12   right?

13   A    Yeah.

14   Q    And I think they're drinking Cognac; is that right?

15   A    Yeah.

16   Q    Who is in that picture?

17   A    Me, Chucky, Buck is in that picture but he's just not in

18   plain view of that picture, but he was in that picture.

19   Q    But do you see him in that picture right now?

20   A    No.

21   Q    You're talking about Buckwild?

22   A    No, I'm talking about Buck, Joshua Cooper.

23   Q    Oh.  This would be Buck right here?  I'm looking at

24   Government Exhibit 13.

25   A    Yes.

1    Q    Is he deceased?

2    A    Yeah.

3    Q    Was he alive back then during this picture?

4    A    Yeah.

5    Q    When did he die?

6    A    I believe -- I wasn't at home for it but I believe around

7    November of 2021.

8    Q    Okay.  Was it a Covid death or you don't know?

9    A    I don't know anything about it.

10   Q    Okay.  Now, let me ask you this question:  You said he's

11   in that photograph -- he was there but he's not in that

12   photograph?

13   A    Yeah, he's not visible in this -- in this photograph

14   right here.

15   Q    But you're in the photograph, right?

16   A    Yeah.

17   Q    And Chucky is standing next to you right under your right

18   armpit, right?

19   A    Yeah.

20   Q    Is there anybody else from that poster in that picture?

21   A    Chuck, Suicide and Bless.  What did you say?

22   Q    Do you see the people up here?

23   A    Oh, no, there's not nobody there from the picture.

24   Q    Okay.

25            MR. GUADAGNINO:  Thank you.  You can pull down the

CAMPBELL - CROSS - GUADAGNINO                1237

1    photograph.

2    Q    And I know that you testified today and you said that

3    Chuck had told you if you wanted to go up to the jail in

4    Attica; isn't that right?

5    A    Yeah.

6    Q    You remember that, right?  Do you remember?

7    A    Yeah.

8    Q    You said you're six-foot-four, right?

9    A    Yeah.

10   Q    And Chuck is shorter than you?

11   A    Mh-hmm.

12   Q    But I think you did say you're afraid of him and he's

13   intimidating?

14   A    Yeah.

15   Q    Okay.  Do you remember, I think it's in evidence as

16   Government Exhibit 1204?

17        MR. GUADAGNINO:  If we can get from column 13 to 21,

18   please.

19        MR. GALEOTTI:  For the record, this is 1204-A.

20        MR. GUADAGNINO:  Yes, 1204-A, thank you, and from 13

21   to 21, if it's possible -- actually, we'll start with 13.

22   Q    So I just want to -- I want to reiterate something,

23   Mr. Campbell.  You're scared of this man, you're afraid of

24   Chuck, right?  Right?  You're scared of him.  Even though

25   you're much bigger of him because of his stature and his

CAMPBELL - CROSS - GUADAGNINO                    1238

1    position and all of those other things, he's an intimidating

2    person to him.

3    A    Yeah.

4    Q    Okay, let's look at this conversation.  You said this was

5    when he said he wanted you to go up to Attica to go visit

6    somebody, right?

7    A    Mh-hmm.

8    Q    All right.  So you get a text message from Chuck and he

9    says to you:  You still going to take that ride with bro,

10   right?

11   A    With the bro.

12   Q    With the bro, right?

13   A    Yeah.

14   Q    You said, I'm staying in the crib, I totally forgot -- I

15   totally forgot that it was today that you asked me if I wanted

16   to ride with the homie, I'm dumb tired, okay?

17                MR. GUADAGNINO:  If we can get down to the next

18   line.

19   Q    Line 16 -- or 15, you say:  But you really need me to go,

20   bro, because if you need me to go, I'll go.  And then line 16:

21   That's only if it's mandatory that you want me to go, and then

22   line 17:  I think he says:  Why the fuck you hang up with me

23   to text me.  You hung up on him, right?

24   A    Yeah.

25   Q    Okay.  And then if we go down to the next line, 18, it

1    says:  Go to bed, homie.  He's telling you to go to bed,

2    right?

3    A    Yeah.

4    Q    Because you're tired, right?

5    A    Mh-hmm.

6    Q    And then he says no rips in your jeans because when you

7    go visit somebody in jail, if you have rips in your jeans, you

8    can't get in, right?

9    A    No.

10   Q    Why would that be?

11   A    The jail's clothing policy.

12   Q    Because it's the policy, right?

13   A    Yeah.

14   Q    You can't show up to visit people who are inmates with

15   ripped jeans, right?

16   A    Or just anything that like expose -- expose churr.

17   Q    Right, exactly, that's a dress code, right?  And then if

18   we can go to line 20.  You said that Chuck -- it's from you,

19   you said:  Shut up I'm on my way, getting in a cab?

20   A    Yeah.

21   Q    And then line 21, his name and did --

22   A    Yeah.

23   Q    I just want to ask you a question.  This guy is supposed

24   to be this Godfather, this guy that everybody fears, you hang

25   up the phone on him, right, you tell him to shut up?

1   A     Mh-hmm.

2   Q     Really?  I mean --

3   A     I mean -- excuse me, that was somebody I considered a big

4   brother at the time.  Me telling him to shut up, he knew that

5   wasn't serious.  But look, when he said -- when I say I don't,

6   if it's mandatory, you noticed he obviously -- E had didn't

7   felt I said I'll be on my way because I just felt a reason --

8   he doesn't say like drew it's okay it's not mandatory docket

9   take a right with the bro.  Obviously in the a conversation I

10  had with him I just felt like it was necessary.

11  Q     What I'm saying is you told him to shut up?

12  A     Yeah.

13  Q     You hung up the phone on him?

14  A     Mh-hmm.

15  Q     And this is a man who is intimidating you, who you're

16  afraid of and you're worried he's going to do something to

17  you?

18  A     Mh-hmm.

19  Q     But you're pretty much treating him like anyone else.

20  A     I wouldn't say treating him like anyone else but

21  definitely intimidating.

22  Q     You talk to the Godfather in that way?

23  A     Yeah.

24  Q     Really?

25  A     In a way in a sense -- like I said, I wasn't serious in

CAMPBELL - CROSS - GUADAGNINO                    1241

1   that shut up, I'm on my way, with a straight face getting in a

2   cab.

3   Q    Okay, fair enough.  There was one time when he asked you

4   if you wanted to buy a pound of marijuana to sell, right?

5   A    Mh-hmm.

6   Q    And you said nah, I'm not going to buy it?

7   A    He didn't want me to buy it.

8   Q    Oh, he wanted you to sell is for him on consignment?

9   A    He said if you wanted to make some money, here, sell

10  this.  I was like, I don't have the money, and he's like you

11  can pay me back.

12  Q    And you said, nah, you don't want it?

13  A    Yeah.

14  Q    You he didn't force you to do it, right?

15  A    No.

16  Q    He didn't say you have to do this or else, right?

17  A    No.

18  Q    Okay.  Now, I want to talk to you a little bit --

19           MR. GUADAGNINO:  We can take that down, thank you.

20  Q    Out of all the times that you committed your crimes and

21  made money, how many times did you ever give Chuck money?

22  A    I gave -- I gave Chuck money, there was a time where

23  he -- I got into a situation at Pianos Bar.  And when I got

24  into this situation, I forgot that I gave my ID, when I had

25  the assault and I was, like, I would say a detective -- a

1  detective called my phone, like, about a week later saying I
2  had to turn myself in.  I had never been in trouble with law
3  enforcement.  So the detective said is this Andrew Campbell?
4  I said yeah.  He said, listen, I got that video, you were at
5  Pianos Bar, you had a fight, individual, you know, they're
6  pressing charges, you need to turn yourself in.  I said no
7  problem, can you at least give me a couple of days.  I wanted
8  to get some money so I could bail out.  He said I will give
9  you a couple of days, don't worry about it.  He said I'll give
10 you a week, that's what he said.

11          Do you remember the insurance fraud that I was
12 talking about?
13 Q    Yeah.
14 A    There's a loan company that deals with lawsuits and stuff
15 called Oasis Financial.
16 Q    They advanced you the money?
17 A    They advanced me a little bit of money, about $1,500.  I
18 had asked him -- I was -- at this time, I love my mother to
19 death but you can't really trust her with finances, so I
20 gave -- I told him hey, yo I'm about to turn myself in.  I
21 just need you to hold this money just in case you I have to
22 bail out if they do hit me with a bail, but I do want to turn
23 myself in.

24          I waited a week, I turned myself in on the third
25 day.  He said -- he said come in, detectives said he's going

1    to come in, we're going to let you out with a DAT.  He said

2    cool.  I gave him $1,500 to hold for me which he did.  I wrote

3    his number on a piece of paper and a couple other numbers on a

4    piece of paper and I went and turned myself in.  They put me

5    in a room, gave me a DAT and let me out from the precinct.  I

6    went back to Chucky's house, or that place, that area, that

7    house, and gave me the $1,500 back.  When he said, yo, let me

8    get $200 and I'm like for what and he said so I could send it

9    to one of the homies up north.

10   Q    So you basically lent him $200 or you gave him $200?

11   A    I gave him $200.

12   Q    Did you expect him to pay you back?

13   A    No.

14   Q    You gave it to him for the favor you did for him?

15   A    Yeah.

16   Q    Which was to hold onto money you may have needed to bail

17   out of a situation, right?

18   A    Yeah, he even offered to add more money on top of it if

19   they needed more.

20   Q    If they needed money to help you out, right?

21   A    Mh-hmm.

22   Q    So that's the only time you ever gave him money out of a

23   criminal activity?

24   A    Yeah, I've never given him any money.

25   Q    Okay.  Now, I want to ask you some questions about

CAMPBELL - CROSS - GUADAGNINO                    1244

1    July 24, 2018.  That's the reason you're here by the way,

2    right?

3    A    The text message.

4    Q    Yeah.  So before we get into that, we talked about

5    Smilez, right?

6    A    Mh-hmm.

7    Q    Remember, Smilez, I believe you said he was -- he was

8    tight with you, right?

9    A    Yeah.

10   Q    And you and him got along very well, right?

11   A    Yeah.

12   Q    And you would talk to him a lot, right, prior to

13   July 24, 2018, you guys would have a lot of conversations,

14   right?

15   A    Yeah, we would talk a lot.

16   Q    All right.  So the problem that you had was that text

17   message conversation about Fresh, right?

18   A    Yup.

19   Q    That's exactly why you're here, right?

20   A    Mh-hmm.

21   Q    And you remember what that texting was all about, right?

22   A    Yeah.

23   Q    You were texting Smilez?

24   A    Yeah.

25   Q    You sent him a picture?

1    A    Yes, sir.

2    Q    It was a picture of Fresh?

3    A    Yeah.

4    Q    And you even asked Smilez if that was Fresh in the

5    picture?

6    A    Yeah.

7    Q    You said you would keep your eyes open for Fresh?

8    A    I said -- no.  I said exactly that; I'm letting you know

9    right now, I'll spread the world but I'm just letting you know

10   that I spred the world not only that he got -- to get

11   spanked -- not only that he got to get smoked but he had to

12   go.

13   Q    Right, that he had to go?

14   A    Yeah.

15   Q    Not just get hurt but he had to go?

16   A    Yeah.

17   Q    Then Smilez told you, Phaze, don't bring this up over the

18   phone, right?

19   A    No iPhone shit.

20   Q    Right.  And you responded to him that would be the last

21   time you would bring it up over the phone, right?

22   A    Yeah.

23   Q    You didn't want anybody to know what you guys were

24   talking about?

25   A    No.

1    Q    But you knew it was about him wanting to kill Fresh,

2    right?

3    A    Yeah.

4              THE COURT:   "Him" being?

5              MR. GUADAGNINO:   I'm sorry, Your Honor.

6    Q    Smilez wanted to kill Fresh, right?

7    A    Yes, sir, yes, sir.

8    Q    And Smilez told you that he wanted to talk to you in

9    person not over the phone anymore, right?

10   A    Smilez told me he wanted to talk to me in person not over

11   the phone, right.

12   Q    Yeah.  And do you remember that what happened was that

13   Fresh, he got shot?

14   A    He --

15   Q    Right?

16   A    The funny thing is about that, when he got shot, I really

17   honestly didn't know he got shot until the day I got arrested

18   for the crime.

19   Q    So Smilez never told you what he did to Fresh?

20   A    He never told me what he did to Fresh.  All I got was a

21   text that said DOA.  I remember him telling me, that's why I

22   was so shocked when I got indicted.

23   Q    What's DOA?  Okay?

24   A    Yeah.

25   Q    But did he send you a text some time in the end of July

CAMPBELL - CROSS - GUADAGNINO                    1247

1   DOA?  When did he send you that text, DOA?

2   A    I don't exactly remember.

3   Q    Okay, fair enough.  So you -- did you continue talking to

4   Smilez but he never told you that he'd shot Fresh, right --

5   A    Yeah.  That conversation was more like -- it was that

6   day, I was playing Call of Duty that day.  I text him back

7   through my phone and later on, texted Kellz and told him, hey,

8   yo, bro, if you see this dude, let me know and, like, what

9   happened?  And I'm like I don't even know but just let me know

10  and he's like all right.

11  Q    Now, after Fresh got shot --

12  A    Yeah.

13  Q    -- sometime in July 2018, you never knew that Smilez shot

14  Fresh, right?

15  A    No.

16  Q    Not until you got arrested for that --

17  A    Two years later.

18  Q    It was June 23rd, 2020, right?

19  A    Yeah.

20  Q    That's when you got locked up for this, right?

21  A    Yeah.

22  Q    At the 75 Precinct?

23  A    Well, they picked me up and brought me to the 75.

24  Q    Right.  But between that time when you got locked up and

25  before, you still kept on communicating with Smilez, right?

CAMPBELL - CROSS - GUADAGNINO                1248

1    A    Yeah.

2    Q    But he never told you that he shot Fresh?

3    A    He never voiced, like, I shot Fresh, no.

4    Q    But you guys still remained friends, right?

5    A    Yeah.

6    Q    And you guys talked.  Tell the jury what kinds of things

7    would you do?

8    A    We would party together, we even messed with the same

9    women.

10   Q    So Fresh got shot July 28, 2018, right?

11   A    I don't know exactly when he got shot.

12   Q    Let me ask you this question:  You were hanging out with

13   Smilez in 2019, right?

14   A    I was hanging out with Smilez in 2017, 2018, 2019, yeah.

15   Q    Okay.  So, like, right before the pandemic, you guys were

16   hanging out and you said you would share the same women?

17   A    He got -- first of all, listen, Smilez got grabbed way

18   before the pandemic.  He got -- he got arrested for whatever

19   he got arrested for in --

20   Q    October 2019?

21   A    October 2019, yeah.

22   Q    Right.  But between October 2019 when he got locked up

23   for this case, for the case -- I'm talking about the attempted

24   murder of Fresh --

25   A    Yeah.

1  Q    -- and between the time that you texted with him about

2  Fresh, you guys would hang out, right?

3  A    I'm sorry, can you repeat that?

4  Q    Sure.  Let me break it down for you.  There was a time

5  when you texted Fresh -- I'm sorry, you texted Smilez about

6  Fresh; do you remember that?

7  A    That was in 2018, yeah.

8  Q    Yeah, that was 2018?

9  A    Yeah.

10  Q    And now I'm going to go forward in time to October 2019,

11  right?

12  A    Uhmm.

13  Q    That's when he got locked up for shooting Fresh, right?

14  A    Correct.

15  Q    So between the time you texted about Fresh and the time

16  that he got locked up about Fresh, you guys with hang out and

17  party?

18  A    Yeah.

19  Q    Tell the jury what kinds of things you did together.

20  A    Yeah, we just -- like, we were -- we would just hang out,

21  literally hang out.  Me and him.  When I hung out with Smilez

22  he was probably the only one on that board when I say -- and

23  besides him and Kellz was the only ones on that board that I

24  felt like when I got around them it wasn't always about E.A.M.

25  Q    So what kind of things would you guys talk about, you and

1  Smilez?

2  A    Women, you know he had a business selling bundles of

3  weave, you know what I'm saying, hair.

4           MR. GUADAGNINO:  Told him I'll promote his crap and

5  he promotes my crap at his parties you know what I'm saying he

6  even helped me get a gig with him.  Actually, I was supposed

7  to show up at the gig that he got arrested for, but I never

8  showed up.  I told him I didn't want to go.

9  Q    And did you consider him like a brother?

10 A    I considered him like an older brother for him, right.

11 Q    Because he's older than you, right?

12 A    Yeah.

13 Q    And --

14 A    He was more diplomatic.

15 Q    Your more like the wild one, right?

16 A    No, out of him, Chucky, Bowser, he's the one I could come

17 to, like, bro, can you holler -- I need to holler at you and

18 just have a conversation with.

19 Q    So you felt like you guys could really talk about stuff,

20 right?

21 A    Yeah.

22 Q    Like you trusted him, right?

23 A    Yeah.

24 Q    Like right now you would trust him, right?

25 A    I would say so.  I mean --

CAMPBELL - CROSS - GUADAGNINO                1251

1   Q      You miss him?

2   A      Yeah, like, of course.

3   Q      Do you talk to him every now and then?

4   A      No, I don't talk to him.

5   Q      You don't talk to him.  Do you get messages to each other

6   now and then, like can you say I love you?  I miss you?

7   A      I haven't spoken to him -- I haven't spoken to him

8   directly, like, in years, I haven't spoken to him directly.

9   Q      Did he get a message out to you about a got that he sends

10  his love.

11  A      He got a message out to me through an individual that he

12  was locked up with that I was locked up with.  He was on the

13  phone with him and I was on lock and when they hung up, I said

14  yo, what's up.  He said Smilez sends his love and I said tell

15  him I send mine.

16  Q      And you mentioned that one day when you were in a van,

17  you mentioned that to an FBI agent that Smilez reached out to

18  you and sent his love, right?

19  A      I mentioned it to the prosecution.

20  Q      So you mentioned it to a prosecutor, right?

21  A      Yeah.

22  Q      Smilez reached out to you and sends his love; right?

23  A      Yeah.

24  Q      And that was only about a month ago?

25  A      He didn't reach out to me a month ago, though.  He

CAMPBELL - CROSS - GUADAGNINO                1252

1  reached out to me, like -- I forgot -- the dude that told me,

2  his name was Africa, he was -- he was on another trial case,

3  he -- that happened in 2020, like, probably, like, the ending

4  of 2021.

5  Q    So you said Smilez reached out to you at the end of 2021?

6  A    Around the end of 2021.

7  Q    And that's when he was locked up, right, for the

8  attempted murder of Fresh at that time, right?

9  A    I would think so.

10 Q    Right.  And you were locked up, too, because you got

11 locked up on June 23rd, 2020?

12 A    I got locked up June 23rd, 2020 on conspiracy.

13 Q    Right.  So you were already locked up for a year and a

14 half, from June 2020 until the end of 2021, December?

15 A    Yeah, yeah.

16 Q    And that's when you guys got a message to each other?

17 A    We didn't get a message to each other.  He relayed a

18 message to me through someone else.  There wasn't no response.

19 We didn't have a conversation.

20 Q    Okay, I got you.  I want to talk to you a little bit

21 about when you were brought into the precinct.  You -- I

22 believe you went to court sometime in federal court June 2020;

23 do you remember that, before you got locked up, right?

24 A    I went to court in --

25 Q    Yeah.

CAMPBELL - CROSS - GUADAGNINO                    1253

1  A    No, June 2020 -- you mean I went to a federal court bail

2  hearing?

3  Q    Yes.  Oh, that was in 2019?

4  A    Yeah.  It was Corbett's bail hearing.

5  Q    Okay, so you went there?

6  A    Yes.

7  Q    I see.  And then you were brought to the precinct on

8  June 23rd, 2020, right?

9  A    Yeah.

10 Q    And while you were at the precinct on June 23rd, 2020,

11 that's when the FBI and the NYPD started asking you questions

12 about that text message between you and Smilez, right?  Do you

13 remember that?

14 A    Asking me questions --

15 Q    Let me take you back.

16 A    Yeah.

17 Q    Do you remember going to the 75 precinct?

18 A    Yes.

19 Q    You know where that is?  In East New York?

20 A    Yes.

21 Q    Do you remember you were wearing a tank top T-shirt?

22 A    I was wearing a tank top T-shirt, my Adidas -- my Adidas

23 shorts and my zebra Yeezys.

24 Q    Your hairstyle today, how would you characterize your

25 hairstyle today?

CAMPBELL - CROSS - GUADAGNINO                1254

1   A      Dreadlocks.

2   Q      Do you remember back then, you didn't have dreadlocks?

3   Your hairstyle is very similar to what is in evidence as

4   Government Exhibit 4.

5   A      I had waves.

6   Q      Right?  You had waves, right.  Do you remember that you

7   went into the precinct into a little interview room?  It was

8   white?

9   A      Yeah, Mh-hmm.

10  Q      And it had a table, right?  Do you remember that?

11  A      Yeah.

12  Q      And you sat down at that table?

13  A      Yeah.

14  Q      Do you remember that?

15  A      Yes.

16  Q      And do you remember that you met an FBI agent, remember?

17  A      Yes.

18  Q      Okay.  And you also met a police detective, an NYPD

19  detective?

20  A      Yes.

21  Q      Okay?  And do you remember that they started showing

22  you -- well, first of all, they read you your rights, you

23  remember that, right?

24  A      They read me my rights?

25  Q      Yeah, you have a right to remain silent.

CAMPBELL - CROSS - GUADAGNINO                    1255

1   A    Yeah.

2   Q    Anything you say could be used against you in a court of

3   law?

4   A    I don't remember that.

5   Q    All right.  Well, do you remember that they read from a

6   piece of paper?

7   A    Do I remember that they read from a piece of paper?  No,

8   I don't remember that.

9   Q    Okay.  Well, do you remember that after they read you

10  your rights, you started having a conversation with them?  Do

11  you remember that?

12  A    I remember having a conversation with them.

13  Q    Do you remember that they told you about that they knew

14  about that statement, they knew about the text messaging

15  between and you Smilez about Fresh?

16  A    They knew about a text message that was --

17  Q    They knew about the particular text messages between you,

18  Phaze, and Smilez, remember?

19  A    They didn't say Smilez.  They just said we know that this

20  is a text message between you and somebody.

21  Q    Right.  And it had to do with what he just talked about,

22  you know, you keeping an eye out for Fresh, that he's got to

23  go, not just get hurt, right?

24  A    Yeah.

25  Q    So at that point, you pretty much knew you were in huge

CAMPBELL - CROSS - GUADAGNINO                    1256

1  trouble?

2  A    Yeah.

3  Q    Right?  Because let's face it, up until then, you never

4  had a federal case?

5  A    I've never had any case beside a marijuana and assault

6  case.

7  Q    And you agree the trouble you're in now is way worse than

8  any of that prior trouble that you've had?

9  A    It's the biggest trouble I've ever been in.

10 Q    In your life?

11 A    Yeah.

12 Q    Right.  And you went in and you spoke about the text

13 messages with the detectives, right?

14 A    Yeah.

15 Q    I had a question.  Do you remember that you were speaking

16 to the FBI agent and the detective, this was June 23rd, 2020.

17 Do you remember?

18 A    Yes.

19 Q    And you remember that Smilez got locked up on October 9,

20 2020?

21 A    I don't -- I don't remember exactly when he got locked

22 up, but that's around the accurate time I would say that he

23 got locked up.

24 Q    Right, October 9, 2020 -- no, I'm sorry, October 9, 2019,

25 he got locked up?

CAMPBELL - CROSS - GUADAGNINO                1257

1   A    I would say, yeah, October 19.

2   Q    Let's do the math.  October 2019, right, November 2019,

3   December 2019, that's three months, right?

4   A    Mh-hmm.

5   Q    January 2020, February 2020, March 2020, right,

6   April 2020, okay?  May 2020, we're almost there, that's eight

7   months and June 2020, nine months later, you get locked up for

8   this, right?

9   A    Mh-hmm.

10  Q    Okay.  The day you got locked up, you told the FBI that

11  you knew Smilez was already cooperating with them because you

12  told them that you had a conversation with him and that he

13  wasn't going to take anymore time for people -- he wasn't

14  going to do anymore time for people because those people never

15  paid him.

16  A    I told him that?

17  Q    Yes, you told him?

18  A    That, I don't remember.

19  Q    You don't remember?

20  A    I do not remember that.

21  Q    You don't remember that you told him that?

22  A    I do not remember telling him that.

23  Q    You don't remember?

24  A    I do not remember at all.

25  Q    Would a video of your interview with the FBI refresh your

CAMPBELL - CROSS - GUADAGNINO                    1258

1  recollection?

2  A      Yeah.

3          MS. NGAI:  Do you want to sidebar?

4          THE COURT:  Let's give the jurors a break.  Please

5  don't talk about the breaks.  Notebooks face down.  Thank you

6  for your attention.

7          (Jury exits the courtroom.)

8          THE COURT:  Sir, you can take a break, as well.

9          THE WITNESS:  Out.

10         (The witness steps down.)

11         THE COURT:  All right.  I'll hear from you.

12         MS. NGAI:  Your Honor, I mean, I think the

13  government has been more than accommodating with showing

14  exhibits for the government's witnesses.  I think it's another

15  thing for us to have to play the video, stop the video for

16  defense on cross-examination, and as well as the fact that he

17  can't really refresh the witness while the jury is present

18  with the video through our --

19         THE COURT:  Right.  But we can block their view of

20  the video.

21         MR. GALEOTTI:  I guess the question is, is it audio?

22         MS. NGAI:  It's audio.

23         MR. GUADAGNINO:  It's a recording audio interview of

24  the witness -- I wasn't provided with a report and the only

25  way I can refresh his recollection is by showing him the

1  portion of the interview where he made that statement.  And

2  I'd be more than happy to do it outside the presence of the

3  jury so he can look at it and then see if his recollection is

4  refreshed and then I can continue my questioning after

5  depending on what he says and the jury can come back.

6              THE COURT:  So there was not a 302 for his?

7              MS. NGAI:  There was.

8              MR. GUADAGNINO:  There's a 302 but there's not

9  reports.  All I got is a video.

10             MS. NGAI:  It's a 302 and attaches the actual

11  recording.

12             THE COURT:  Okay.

13             MS. NGAI:  So it's not as if we needed to

14  re-summarize.

15             THE COURT:  All right.  So you have the recording

16  Mr. ?

17             MR. GUADAGNINO:  I go have the recording,

18  Your Honor.

19             THE COURT:  Well, I guess technically he doesn't

20  know how to play it.

21             MR. GALEOTTI:  We'll play the recording, Your Honor,

22  we just didn't want it to be playing while the jury is here

23  especially admitting the recording.  So we don't have an

24  objection to --

25             THE COURT:  Right.  Well, the jury is not here no so

1  do you want the witness to come back and see it and hear it?

2  Is he in the restroom or can he come back?  You can bring him

3  back, sure.

4           (The witness resumes the stand.)

5           THE COURT:  We did authorize the paralegal and

6  associate to help you so.

7           MR. GUADAGNINO:  Your Honor, I can definitely -- I

8  can work to play it from my end if that's what the Court --

9           THE COURT:  Well, I just think it borders on being

10  petty.  Maybe --

11           MR. GALEOTTI:  Let's just play it.

12           THE COURT:  Yeah, let's just play it.

13           MR. GALEOTTI:  A separate concern, Your Honor,

14  not -- just so we don't have the jury go back out here.

15           THE COURT:  Well, Mr. Campbell is here.  I just want

16  to explain what happens.

17           They're going to play a video to see if it refreshes

18  your recollection about certain things they're questioning you

19  about it, all right, sir?

20           THE WITNESS:  Okay.

21           THE COURT:  They'll show you a video.

22           Is the other issue something you want to talk about

23  now or outside the presence of Mr. Campbell?

24           MR. GALEOTTI:  Maybe we should have Mr. Campbell

25  step out just so we don't have to have the jury step out

1    again.

2            THE COURT:  All right.  Can we first play the video

3    for him and see if it refreshes.  If not -- well --

4            MR. GALEOTTI:  So it can be if front of the witness,

5    Your Honor.  So, essentially, counsel can try to refresh him

6    but he can't admit the statement any way because there's

7    double -- he's asking him about the statements of a second

8    person, so there's double hearsay.  So whether he's refreshed

9    or not, he can't ask Mr. Campbell to admit the statements of

10   some other person who is not here.

11           MR. GUADAGNINO:  It's his -- I'm sorry, it's his

12   statement acknowledging that he had a conversation at that

13   time with Smilez about him cooperating.

14           MR. GALEOTTI:  Right, that's precisely double

15   hearsay.

16           MR. GUADAGNINO:  I'm not offering for the truth of

17   the matter asserted, it's offered for impeachment.

18           MS. NGAI:  Impeachment of what?

19           MR. GUADAGNINO:  If he -- maybe the witness

20   shouldn't be here for this, but --

21           THE COURT:  All right.  So can we show him the video

22   first now that we've put him back in the seat?  Then he'll

23   tell you whether it refreshes his recollection and then we'll

24   ask him to step out, then we can hear from you about what you

25   want to do about that.

1              MR. GUADAGNINO:  Okay.

2              THE COURT:  All right.

3              So, they're going to show you a video.

4              (Video played.)

5              THE COURT:  Okay.  So you're showing him 3500-AC-48

6      at 17:33.

7              MR. GUADAGNINO:  Yes, we can play it, thank you.

8              (Video played.)

9              MR. GALEOTTI:  So for -- may I, Your Honor.

10             THE COURT:  Do you want me to ask Mr. Campbell to

11     step out?

12             MR. GALEOTTI:  Yes, please.

13             MS. NGAI:  Yes, please.

14             THE COURT:  All right, sir.  Thank you.

15             (The witness steps down.)

16             THE COURT:  Yes.

17             MR. GALEOTTI:  Where is this suggestion of money on

18     that video that counsel read in, in his question?

19             MR. GUADAGNINO:  Your Honor, the question was --

20     that I asked him is if he told the FBI if he had known that

21     Mr. Warren was cooperating and that the statement that was

22     made was something about that he's complying or cooperating

23     with the feds because he's not taking the fall again for

24     anyone because -- and from what I understood because it's not

25     that audible was being he wasn't being compensated.  That's

1    what the understanding I have was.

2          I can rephrase the question as to whether or not you

3    told the officers that you knew that Mr. Warren had been

4    cooperating at that time with the Federal Government.

5          THE COURT:  All right.  Without the reference to

6    compensation and I'll strike or tell the jury to disregard

7    your last question.

8          MR. GUADAGNINO:  Yes.  I don't know what he's going

9    to say, if he's going to admit it or -- but this is just to

10   refresh his recollection.

11         THE COURT:  Well, you're not going to ask the

12   question so he's not going to admit when you don't ask him.

13         MR. GALEOTTI:  Your Honor.

14         THE COURT:  Yes.

15         MR. SIEGEL:  Even as rephrased, asking what did you

16   tell the FBI is asking for hearsay because he's asking for an

17   out of court statement.  If he's using it to impeach him, the

18   first question should be, at the time you were arrested, did

19   you know Smilez was cooperating.

20         If he says yes, then there's no need for the

21   statement.  If he says no, then he can try to impeach him with

22   a prior statement, but he can't just cut to the, did you say

23   this the past, because that's's not impeaching anything.  He

24   hasn't denied he knew that Smilez was cooperating.

25         MR. GUADAGNINO:  Fair enough.

1          THE COURT:  All right.  Can you follow that

2   procedure, Mr. Guadagnino?

3          MR. GUADAGNINO:  Yes.  I'll ask him at that time he

4   got arrested if he knew that Mr. Warren was cooperating with

5   the feds, I can ask him that, right?

6          THE COURT:  Yes, all right.  And if he denies it,

7   I'll ask him isn't it true that you told the detectives or the

8   agents that you knew that Mr. Warren was cooperating with the

9   Federal Government at that time?

10          MR. GALEOTTI:  In the video, he says he heard which,

11   again, is another layer of hearsay.  I guess if you wanted to

12   impeach him by saying, did you hear at the time, that would be

13   the appropriate impeachment question.

14          MR. GUADAGNINO:  That's fine.  That's fine.  I'll

15   ask him if he heard that Mr. Warren was cooperating.

16          THE COURT:  All right.  Well, you're still asking

17   him to affirm whether he -- affirm hearsay, but if the

18   government is fine with that formulation, it's fine.

19          MR. SIEGEL:  I think probably the most

20   straightforward way -- as I understand Mr. Guadagnino, he's

21   trying to get to some kind of bias or some kind of -- so, did

22   you have an understanding of whether Mr. Warren was

23   cooperating.  It allows him to ask it and not asking for

24   hearsay.  It's asking what he knew and understood.

25          THE COURT:  Yes, you're not asking him what he heard

1  but rather what he understood.

2          MR. GUADAGNINO:  Okay.  So I will ask him if at that

3  time he got arrested and he was speaking with the agents, if

4  he understood -- if he understood at that time whether

5  Mr. Warren was cooperating with the FBI or the -- however you

6  want me to --

7          THE COURT:  Did he have an understanding as to

8  whether or not Mr. Warren was cooperating with the government,

9  should be adequate.

10         MR. GUADAGNINO:  Yeah.  Did he have an understanding

11 as to whether Mr. Warren was cooperating with the government.

12 Okay.  I'll ask him that, Your Honor.

13         THE COURT:  Yeah, I don't like questions that are

14 phrased as though they are fact, so I think that will take

15 care of it.

16         MR. GUADAGNINO:  Okay.

17         THE COURT:  So, does Mr. Smothers need a break,

18 otherwise, I'll bring the jury back and the witness back.

19         MR. GUADAGNINO:  No.

20         THE COURT:  All right.  Look, I think the

21 government, to the extent they're doing you many courtesies,

22 Mr. Guadagnino.

23         MR. GUADAGNINO:  Yes.

24         THE COURT:  Playing videos and you're sort of giving

25 them commands without even a please or thank you, common

1  courtesy, but you do have a whole team at your table, they do

2  have the same discovery and you can ask your team to pull up

3  information.  I'm not saying I'm going to preclude you from

4  asking them, but that's why I authorized extra help for you,

5  sir, so please use it.

6            MR. GUADAGNINO:  And I appreciate it.  Yes, and I'm

7  very appreciative and thank you.

8            THE COURT:  Think we should not abandon civility,

9  ever.

10            MR. GUADAGNINO:  Thank you, Your Honor.

11            THE COURT:  All right.  We'll bring Mr. Campbell

12  back, we'll bring the jury back, all right.

13            MR. GALEOTTI:  And Your Honor is going to strike the

14  last question?

15            THE COURT:  Yes.

16            MR. GALEOTTI:  Thank you.

17            THE COURT:  I don't know if that was the last

18  question.

19            MS. NGAI:  Can we have a read back of the last

20  question.

21            THE COURT:  I think he can hear the read back,

22  right?

23            (Whereupon, the record was read.)

24            MS. NGAI:  Your Honor, may we please have the last

25  question stricken.

1           THE COURT:  Yes, of course.

2           (Jury enters the courtroom.)

3           THE COURT:  All jurors are present.  Please have a

4    seat.

5           Members of the jury, I instruct you to disregard the

6    last question.  As I told you at the beginning, lawyer's

7    questions are not evidence.  That question is stricken from

8    the record.  Just hit the erase button and we'll proceed.

9           Go ahead, Mr. Guadagnino.

10          MR. GUADAGNINO:  Okay.  Thank you, Your Honor.

11   BY MR. GUADAGNINO:  (Continuing)

12   Q    Before the break, I was asking you about your interview

13   with the FBI at the 75 precinct; do you remember that?

14   A    Yeah.

15   Q    Okay.  And I asked you about you were being -- you were

16   answering questions about why you were there, correct?

17   A    Yeah.

18   Q    Okay.  After -- do you remember we talked about you knew

19   Smilez got arrested in October 2019?

20   A    Around, yeah.

21   Q    And about nine months later, you got arrested in June of

22   2020, you remember?

23   A    Yeah.

24          (Continued on the following page.)

25

CAMPBELL - CROSS - GUADAGNINO                    1268

1    CROSS-EXAMINATION

2    BY MR. GUADAGNINO:   (Continuing)

3    Q    At the time you got arrested and were talking to the FBI,

4    my question is this:  Did you have an understanding, when you

5    were talking to the FBI, that Smilez was already cooperating

6    with the FBI?

7    A    Did I have an understanding?  I had that in my head that

8    he was, but I didn't, like, no for sure.

9    Q    But you had -- you thought that he was?

10   A    Yeah.

11   Q    Okay.  Now, at that point, you pretty much knew that you

12   were going to get charged with having something to do with the

13   shooting of Fresh?

14   A    Yeah.

15   Q    Correct?

16            And you knew that at that time if you thought that

17   Smilez was cooperating and you had something to do with him

18   shooting Fresh, you were going to get in trouble?

19   A    I was already in trouble.

20   Q    Well, you knew that Smilez --

21   A    Before I got indicted, before I got arrested, I didn't

22   know my laws.  That's why when I got -- you can see in the

23   video I was in distress.

24            THE COURT:  Okay.  Sir, the video is not in

25   evidence, so don't talk about it.  All right, sir?

 1          THE WITNESS:  No problem.

 2          THE COURT:  Answer the question.

 3          THE WITNESS:  I was in distress.  I was in distress

 4   at that time.

 5   Q    Let me ask you a question.  So I know that you suffer

 6   from anxiety.

 7   A    Yeah.

 8   Q    And you were suffering from anxiety when you got

 9   arrested?

10   A    Yeah.

11   Q    You needed to have a cigarette to calm down?

12   A    Yeah.

13   Q    Right?

14          And they provided a cigarette to you?

15   A    Yeah.

16   Q    Did the detectives provide a cigarette for you?

17   A    Yes.

18   Q    You were very nervous?

19   A    Yes.

20   Q    You didn't know how bad you really had it until they

21   told?

22   A    Not at all.

23   Q    Then you saw your worst nightmare, that you were going to

24   get locked up on a federal charge for your friend Smilez

25   shooting Fresh and paralyzing him from the neck down?

1  A    Again, I didn't even know that he -- I still don't know

2  if he shot him.

3          At the same time this conversation stems from me

4  having a conversation with him and then Fresh being shot.

5          Remember, you asked me did Smilez ever tell me that

6  he shoot him.  He never told me that.  So, even now, to this

7  day that I'm sitting in front of you, I can, you know, think

8  that he did.  I don't know officially if he shot that man.  I

9  don't know.

10  Q    Let me ask you this question:  If you didn't know or

11  think that Smilez shot him, why, when the police were talking

12  to you in June of 2020, did you have an understanding that he

13  was cooperating or you thought you had an understanding that

14  he was cooperating with the Federal Government?

15  A    Because Bowser had sent me a screen shot about -- I think

16  it was October.

17          You said October 19th he was arrested?

18  Q    He was arrested when?  What was your understanding that

19  he was arrested?

20  A    On October, I don't know exactly when.

21  Q    October 2019?

22  A    Okay.  October 2019, he was arrested.  I got a screen

23  shot sent to me around December of him getting released from

24  Rikers Island and in the custody of the U.S. Marshals, Bowser

25  spell said, Yo, yo, your man is ratting.

1  Q    Based on that, you already had an understanding you

2  thought that Smilez was cooperating?

3  A    And even with that screen shot, I'm like what does that

4  mean?  It says released to the U.S. Marshals.  He said he's in

5  the Feds.  We tried to look him up, he's not nowhere to be

6  found.

7  Q    And you put two and two together and you figured this got

8  to be because of Fresh?

9  A    No.  Listen, before he got locked -- remember, he got

10  locked up on a state violation, or on a parole.  He was on the

11  run from parole.  When he was on the run from parole, he was

12  on Rikers Island.  When he was on Rikers Island, the Feds came

13  to pick him up.  For what?  I do not know at the time.

14          To be honest, I don't know what he -- you know, I --

15  in my mind, I'm like yeah, he cooperated.  I want to believe

16  it, but I don't know for sure.

17  Q    You don't know for sure?

18  A    I don't know for sure if he cooperated.  I don't know for

19  sure if he cooperated.  I don't.

20  Q    But you had it in your head that he may have been

21  cooperating in June of 2020 when you got locked up in this

22  case?

23  A    I had it in my head, yes.

24  Q    And the reason is because Bowser sent you the picture?

25  A    Yes.

1  Q    He sent you the picture of Smilez being taken out by the

2  federal marshals?

3  A    It said released to the U.S. Marshals.

4  Q    Then when you had your conversations the 75th Precinct

5  with the Feds about the shooting of Fresh, that's when you

6  started to put two and two together?

7  A    That's when I figured like oh, okay.

8  Q    Right.  So at that point, you're like my buddy's going to

9  dime me out because I had a conversation with him about the

10 same thing that I'm thinking I'm in trouble for?

11 A    When I read it, I even asked, okay, what does that mean?

12 How did I get grabbed on a conspiracy charge?  They explaining

13 to me it's the agreement of, so, which means once I sent the

14 text back and I said okay, copy, bro, it was just the

15 agreement that got me grabbed by the Feds, the fact that I

16 conspired.

17        He hit me up about somebody, the individual that got

18 shot, and I agreed; it was the agreement to spread the word.

19 Q    Right.  And you participated in that; right?

20 A    Yes, I did.

21 Q    Chuck had nothing to do with that?

22 A    With the shooting of Fresh?

23 Q    Right.

24 A    No.

25 Q    Okay.  So, then, based on that and you being arrested,

1   you yourself wanted to cooperate; right?

2   A    Yes.

3   Q    Okay.  And that's when you entered into your cooperation

4   agreement; right?

5   A    Yes.

6   Q    And I think you testified earlier today what your

7   cooperation agreement says; right?

8   A    Yes.

9   Q    Remember the cooperation agreement that's in evidence?

10  A    I would believe so.

11  Q    Okay.  You pled guilty to three different charges.  Do

12  you remember that?

13  A    On the info, but altogether I pled guilty to four.

14  Q    You pled guilty to four?

15  A    Yeah.  Information was three.  Regular charge was

16  conspiracy, which is the fourth one.

17  Q    You pled guilty by way of a cooperation agreement.  Do

18  you remember?

19  A    Yes.

20  Q    And do you remember what your cooperation agreement said?

21  A    I don't remember the exact like word for word, like.

22  Q    Do you remember pleading guilty on December 11, 2020?

23  A    Yes.

24  Q    You pled guilty to a murder conspiracy?

25  A    Yes.

CAMPBELL - CROSS - GUADAGNINO                    1274

1   Q    And you pled guilty because between July 21, 2018 and
2   July 28, 2018 you sent those text messages to Smilez?
3   A    Yes.
4   Q    You admitted that you trafficked in drugs?
5   A    Yes.
6   Q    And you said that you carried a gun while you trafficked
7   in drugs; correct?
8   A    Yeah.
9   Q    You never saw Chuck with a gun, did you?
10  A    I've never seen Chuck with a gun.
11  Q    Never.
12        And you said what you did during the time that you
13  pled guilty, right?  You told the judge what you did to plead
14  guilty --  to be guilty; right?
15  A    Yeah.
16  Q    And you know that as part of your cooperation agreement,
17  for the one charge, you can get up to ten years in prison?
18  A    Yeah.
19  Q    Right?
20        That's a lot of time.
21  A    Somebody like me, yeah.
22  Q    What do you mean somebody like you?
23  A    There's people that feel like that's not really that much
24  time.
25  Q    Some people act like it's nothing; right?

CAMPBELL - CROSS - GUADAGNINO                1275

1   A    Yeah.

2   Q    What does that mean to you?

3   A    It's a....

4   Q    What?

5   A    I'm just not a jail person.  That's not me.

6   Q    When you say you're not a jail person, how do you feel

7   about that?

8   A    Well, just -- you know what I'm saying.  I don't

9   really -- jail is...you understand, I went from being born to

10  getting locked up for the first time behind bars in an actual

11  jail at 24 years old.  Usually people come up juvenile,

12  county.  You know what I am saying.  State.  Probably then

13  fed.

14           I went from not being in trouble, ROR, to central

15  booking, to the street, federal custody, MDC.  So it's like my

16  world shifted upside down.  I lost everything.

17  Q    You're in a nightmare right now?

18  A    Yeah, pretty much.

19  Q    This is your nightmare?

20  A    Uh-hum.

21  Q    You need to get out to go take care of your mother?

22  A    Yep.

23  Q    You can't be stuck here this long; right?

24  A    Nah.

25  Q    You can't have this?

1   A    No.

2   Q    You also pled guilty to another crime, right?  You pled

3   guilty to a racketeering conspiracy; right?

4   A    Yes, sir.

5   Q    You know for that you can get up to 20 years?

6   A    Yeah.

7   Q    How does that make you feel?

8   A    Stressed out.

9   Q    20 years you could get; right?

10          THE COURT:  You don't need to ask -- he has asked

11   and answered it.  All right.

12          MR. GUADAGNINO:  Thank you, Your Honor.

13   Q    Now you also pled guilty to using a firearm?

14   A    Yeah.

15   Q    And the unlawful use of a firearm?

16   A    Uh-hum.

17   Q    What could you get?  What's the top charge for that?

18   A    Life.

19   Q    How does that make you feel?

20   A    Like shit.

21   Q    Now, you testified also that your plea is going to cover

22   the different times that you defrauded insurance companies;

23   right?

24   A    Huh?

25   Q    Your plea is also going to cover you not getting

1    prosecuted for defrauding insurance companies?

2    A     I think that's probably the only thing I could -- the

3    judge could hold against me at sentencing, but I told her.

4    Q     The judge is going to take that into consideration?

5    A     Yeah.

6    Q     The scheme that you participated in to defraud insurance

7    companies; right?

8    A     Yeah.

9    Q     And the scheme that you took -- that took place where you

10   staged the car accidents; right?

11   A     Yeah.

12   Q     And where you made two false statements under oath, you

13   remember that?

14   A     Yeah.

15   Q     Let's go into that.

16          So you remember you went to an attorney's office to

17   have a deposition; right?

18   A     Yeah.

19   Q     And at the deposition there was a stenographer, a court

20   reporter just like the lady who is sitting in front of you?

21   A     Correct.

22   Q     Taking down information; right?

23   A     Correct.

24   Q     Because you knew that you were going to go there and you

25   were required to tell the truth; right?

1  A    Correct.

2  Q    You knew that telling the truth was important because if

3  not, you could be perjuring yourself; right?

4  A    Correct.

5  Q    Do you know what perjury is?

6  A    I don't know exactly the meaning, but I know it's a

7  crime.

8  Q    So it's a crime to lie under oath, right?

9         And before you gave your statement, which was all

10 lies about the insurance scheme --

11 A    Yeah.

12 Q    -- you were sworn in; right?

13 A    Yes.

14 Q    Tell the jury how you were sworn in, if you remember.

15 A    I was sworn in, just like I was sworn in here, raise your

16 right hand and you swear to tell the truth.

17 Q    And you swore that you were going to do that; right?

18 A    Yes.

19 Q    But you knew from the get-go that that was not true, you

20 were not going to be honest?

21 A    Correct.

22 Q    Because you wanted to help yourself; right?

23 A    Correct.

24 Q    But you didn't want to help yourself in a good way but in

25 a bad way; right?

CAMPBELL - CROSS - GUADAGNINO                    1279

1    A    Correct.

2    Q    Because you wanted to steal money, right?

3    A    Correct.

4    Q    You wanted to steal money from the insurance companies;

5    right?

6    A    Correct.

7    Q    And the way that you wanted to steal the money was by

8    also committing another lie, which was a fake car accident;

9    right?

10   A    Correct.

11   Q    And the other way that you wanted to steal money was in

12   the engaging in unnecessary surgery to make your award a lot

13   higher; right?

14   A    Correct.

15   Q    And you would risk your own health and safety in surgery

16   going under the knife to achieve that; right?

17   A    Correct.

18   Q    And even knowing all of that, you were still willing to

19   go ahead and lie under oath?

20   A    Right.

21   Q    Because it was good for you because you wanted that

22   money; right?

23   A    Correct.

24   Q    And then you sat down at that deposition; right?

25   A    Correct.

CAMPBELL - CROSS - GUADAGNINO                1280

1  Q    And you were asked questions under oath by the attorneys
2  about these fake car accidents; right?
3  A    Correct.
4  Q    But only you knew that they were fake in your head;
5  right?
6  A    Yeah.
7  Q    And you spent hours talking about the fake car accidents
8  because you knew you were going to get money from that; right?
9  A    Correct.
10 Q    And at any time during your hours of testimony about the
11 fake car accidents, did you stop and say I can't do this
12 anymore?
13 A    No.
14 Q    Why not?
15 A    Because I didn't -- at that time, even with the perjury,
16 like I thought in my mind, honestly, I just thought I wasn't
17 going to get the money if I sat there.  You know what I'm
18 saying.  So, it was more like after I finished, I started
19 looking it up, and it was, like, you could also be charged
20 with perjury.
21 Q    That was after the first time that you did it; right?
22 A    Yes.
23 Q    Now, after you looked it up and finished that day of
24 testifying falsely under oath, you did it again?
25 A    Yeah.

1  Q    Even though you knew that you could get locked up for it?

2  A    I didn't look up the perjury charge after -- like, right

3  after the first one.  Like I looked it up in the midst of my

4  second desposition [sic], after being interviewed the second

5  time.  I walked into the office and I seen a sign that said if

6  you know anything about insurance fraud, please call this

7  number, stuff like that.  So, I'm like oh, okay, well, let me

8  look how serious this is and I looked it up and I'm like whao.

9  Q    That was after the first time you gave false testimony

10 when you saw that sign about insurance fraud?

11 A    After the second time I gave false testimony.

12 Q    So that was after the second time that you gave false

13 testimony?

14 A    Yes.

15 Q    And the second time, again you went to another

16 deposition; right?

17        You did two depositions?

18 A    Yeah.

19 Q    And you did the same thing the second deposition, you

20 raised your hand, you were sworn in; right?

21 A    Yes.

22 Q    And you continued lying about another car accident?

23 A    Yes.

24 Q    Right?

25        And that one was even a worse car accident because

1    that's the one where you were going to make $50,000; right?

2    A    Yeah.

3    Q    And your injuries were worse in that one?

4    A    It wasn't worse.  I just was dealing with a different --

5    a different therapy, different lawyers.

6    Q    Okay.  But everything that you were doing was false?

7    A    Yes.

8    Q    Right?

9         So you gave testimony again under oath for hours

10   about a false accident the second time; right?

11   A    Yes.

12   Q    And then you submitted yourself again to unnecessary

13   surgery, putting your health at risk; right?

14   A    Yes.

15   Q    All because you were going to get a bigger reward, a

16   $50,000 check?

17   A    Well, at the time I didn't know how much it was.  I

18   realized how much it was after I got locked up and got the

19   call.

20   Q    You were hoping for more money?

21   A    Yeah.

22   Q    You were hoping that, you know, by you lying you were

23   going to make the check bigger, you were going to say, look,

24   I'm in pain, I got to go through seven months worth of

25   therapy; right?

1   A    Yeah.

2   Q    And even though you said that, you knew that the therapy

3   that you were doing was false, it was fake, right?

4   A    Yeah.

5   Q    And the reason you did it is because you wanted to help

6   yourself get that money; right?

7   A    Yeah.

8            MS. NGAI:  Your Honor, asked and answered.

9            MR. GUADAGNINO:  Second time.

10           THE COURT:  Sustained.

11  Q    I'm going to move on now.

12           THE COURT:  Good.

13  Q    And then you testified besides those two fake accidents,

14  you had participated in four more accidents?

15  A    Yeah, but that wasn't -- that wasn't like depo thing.

16  That was just me referring people to -- yeah.

17  Q    Right.

18           But you did four more fake accidents, you

19  participated --

20  A    Well, I got money for, you know, referring somebody.

21  Q    Right.  And the people that you referred also were in on

22  the fake car accidents?

23  A    Yeah.

24  Q    And the people that you referred who were also in on the

25  fake car accidents, you knew that they were going to have to

1   go to give false testimony as well?

2   A    At that point that, yeah.

3   Q    Yeah, because you had done the same yourself; right?

4   A    Yeah.

5   Q    So you knew how the system worked; right?

6   A    Yes, sir.

7   Q    So you knew that you were sending off people to lie under

8   oath themselves?

9   A    Their own choice, yeah.

10  Q    To make money for you?

11  A    Yeah.

12  Q    Right.  So in this case here, everything you told us was

13  the truth?

14  A    Exactly, yes.

15  Q    It has to be the truth because you want the 5K letter;

16  right?

17  A    Yes.

18  Q    Why do you want the 5K letter?

19  A    Well, honestly, bro, I need to go home.  That's just my

20  -- like I -- the whole -- when I was at MDC for them first 14

21  days, it was more like, yeah, I'm like that is just not me.

22  If I'm being honest, I need to get back to my family.

23          My mother is by herself.  That's all I gotta get

24  back to.  That's literally like the reason I'm even -- the 5K1

25  is like -- first of all, the 5K letter doesn't even guarantee

1   me to go home.  She doesn't have to let me go home.  At

2   sentencing, she can sentence me to whatever feels is

3   necessary, whatever she deems necessary, you get what I am

4   saying.

5           So, I'm doing this -- if that man gets acquitted and

6   walks out of this courtroom the day that, you know, this case

7   is all wrapped up, that doesn't have anything to do with me.

8           My agreement wasn't his conviction.  It was be

9   honest, be truthful, and you can get a 5K1 and possibly get a

10  reduced sentence and be let go.

11          Now, with that being said, that's me honestly saying

12  I have no reason to lie on him because I'm not gaining

13  anything from it.

14  Q    You're not gaining anything?

15  A    I'm not gaining -- lying.  It doesn't make any

16  difference.

17  Q    Can you get a 5K letter if you don't come into court and

18  testify?

19  A    I'm sorry, no.  But, again -- now, you can't get a 5K

20  letter if you -- if this case didn't go to trial and he pled

21  out, it's -- I wouldn't, you know, gotten a 5K.  If it went to

22  trial and he is acquitted or he, you know, the inevitable

23  happens, I will get a 5K1.

24          My point here is to tell the truth.  I have nothing

25  else to say on that part.  I'm just here to tell my truth and

1    possibly go home.  That is it.

2    Q    And who determines if you told the truth?

3    A    Determines if I told the truth, I mean, I would guess

4    like -- I don't -- I don't -- the Court, you know what I'm

5    saying.

6    Q    Who's going to give you the letter?

7    A    The prosecution.

8    Q    Right.  So you are here testing hoping that they believe

9    that you're telling the truth; right, the Government?

10   A    I'm telling the truth.  There's not no believe I'm

11   telling the truth.  I'm telling the truth.

12   Q    Let me ask you this question:  How come you took the

13   route of cooperation?

14   A    I took the route of cooperation because I got tired of

15   that gang shit.

16            If you noticed that my role -- if you look at my

17   Instagram, my role was different.  I want an actor.  I want to

18   leave.  I don't want to be around.  Like, I was on my way.  I

19   was there.  I was gone.

20            It's unfortunate.  I lost everything because of this

21   cooperation.  I lost everything because of this whole jail,

22   the -- everything.  The only thing I have left is my mother.

23   Q    So you could have taken a cooperation agreement without a

24   5K letter?

25   A    Huh?

1  Q    You could have entered into a cooperation agreement

2  without a 5K letter?

3            MS. NGAI:  Objection.

4            THE COURT:  Sustained.

5  Q    Would you -- you want a 5K letter; correct?

6  A    Listen, I want to go home, bro.

7  Q    You want to go home, right?

8            Do you know of any other way that you can get less

9  time?

10           Your mandatory minimum is five years; right?

11 A    Yeah.

12 Q    Do you know any other way that you can get under the five

13 years without a 5K?

14 A    I don't know.  I wasn't looking into that, bro, like, I

15 don't.

16 Q    You don't --

17 A    All I know when I first -- I cooperated from the jump.  I

18 went to them.  They didn't come to me.  From the jump.

19 Q    Well, you got arrested?

20 A    From the jump, I cooperated.

21           It wasn't explained to me by any agents.  It was --

22 once I got caught, it was, listen, I don't want nothing to do

23 with this.

24 Q    Did you go to the Government or did they arrest you?

25 A    They arrested me.

1   Q    And when they arrested you and you had your conversation,

2   that's how you knew that you were in trouble; right?

3   A    Yeah.

4   Q    You didn't turn yourself in and say I just want to come

5   clean?

6   A    No.  I wasn't -- let me tell you something:  If I would

7   have had a warrant, if I wasn't at my house that day and my

8   mother called me and said, listen, agents came to the house,

9   they said you got to turn yourself in, I was turning myself

10  in.

11  Q    Because they were looking for you?

12  A    Yeah.

13  Q    Not you looking for them?

14  A    And I didn't give them a hard time.

15  Q    But you wouldn't have turned yourself in unless they were

16  looking for you?

17          THE COURT:  Asked and answered, sir.  Move on.

18          What else do you have?

19          MR. GUADAGNINO:  May have I have a moment, Your

20  Honor?

21          THE COURT:  Yes.

22          MR. GUADAGNINO:  Thank you.  I have no further

23  questions.

24          THE COURT:  Any redirect?

25          MS. NGAI:  No, Your Honor.

1          THE COURT:  All right.  Sir, you are excused.  Thank

2    you for your time.

3          THE WITNESS:  Thank you.

4          THE COURT:  You can take the water if you'd like.

5          MR. GALEOTTI:  Would Your Honor like us to call a

6    witness?

7          THE COURT:  Yes, I'm ready.

8          MR. GALEOTTI:  Your Honor, the Government calls

9    Investigator Andrew Walker.

10          THE COURT:  All right.  Sir, come on up to the

11   stand.

12          THE COURTROOM DEPUTY:  Please have a seat.  State

13   and spell your full name, please.

14          THE WITNESS:  Andrew Walker.  A-N-D-R-E-W, Walker.

15   W-A-L-K-E-R.

16          THE COURT:  Sir, if you want to take your mask off

17   when you testify, you may, otherwise you can leave it on if

18   you prefer.

19          THE WITNESS:  Okay.

20          THE COURT:  Just speak close to the mic.

21          (Continued on next page.)

22

23

24

25

1  **ANDREW WALKER**,

2       called as a witness, having been first duly

3       sworn/affirmed, was examined and testified as follows:

4  DIRECT EXAMINATION

5  BY MR. GALEOTTI:

6  Q    Where do you work, sir?

7  A    New York City Department of Corrections.

8  Q    Is that also known as the DOC?

9  A    Yes, sir.

10 Q    How long have you worked for DOC?

11 A    Nine and a half years.

12 Q    When you first began working at DOC, what was your title?

13 A    Correction officer.

14 Q    Where did you work as a corrections officer?

15 A    OBCC Otis Bantum Correctional Center.

16 Q    What is Rikers Island?

17 A    Rikers Island is basically a prison.

18 Q    Is it a city facility?

19 A    Yes, sir.

20 Q    What were your duties as a corrections officer?

21 A    The care, custody and control of inmates.

22 Q    How long were you a corrections officer?

23 A    I was a correction officer for about seven years.

24 Q    And at some point did you go to a certain or a particular

25 section as a corrections officer?

Walker - direct - Galeotti                    1291

1   A    Yes.  Two separate places.  I was in gang intel and

2   current now I'm with DOI, Department of Investigation.

3   Q    What's DOI?

4   A    Department of Investigation.

5   Q    Is that a state agency or --

6   A    A city agency.

7   Q    Okay.  Did there come a time where you were assigned to

8   the Central Intelligence Bureau?

9   A    Yes, gang intel.

10  Q    You refer to Central Intelligence Bureau as gang intel?

11  A    Correct.  CIB.

12  Q    What did you do in CIB?

13  A    Basically what I did was I taught numerous facilities on

14  Rikers Island.  We interviewed inmates when they came into the

15  facility and also I interviewed inmates in other facilities as

16  well.

17  Q    About how many years did you work in CIB?

18  A    For four years.

19  Q    After working at CIB, what did you do next?

20  A    Where I'm at currently, Department of Investigation.

21  Q    What is your title at DOI?

22  A    Correction officer investigator.

23  Q    What do you do at do you think?

24  A    We investigate criminal things that occur in Rikers

25  Island as far as the corruption.

1   Q      How far did you go in school?

2   A      I got my master's in University of Albany.

3   Q      For what?

4   A      Communications, liberal studies.

5   Q      Did you go to college?

6   A      Yes.

7   Q      Where is that?

8   A      University of Albany.

9   Q      Did you graduate?

10  A      Yes, sir.

11  Q      Before you started working at Rikers Island, did you

12  receive any training?

13  A      Yes.

14  Q      Can you describe some of that training?

15  A      I was at the academy for about four to six months.  We

16  learned the rules and regulations of the department, physical

17  training, how to search inmate, how to search their living

18  quarters, how to pat frisk them and how to search for

19  contraband.

20          THE COURT:  And search living quarters?

21          THE WITNESS:  Correct.

22  Q      Sir, over the course of your career, have you become

23  familiar with the methods of gathering intelligence for gangs?

24  A      Correct.

25  Q      Let me start here.  What's the main reason for DOC to

1    collect intelligence regarding gangs?

2    A    We basically want to house inmates according to their

3    gang affiliation so there won't be any issues.  A lot of gangs

4    usually they have like wars or beef, we want to say.  So we

5    basically interview them to figure out what affiliation they

6    are to house them in different areas.

7    Q    For inmate safety?

8    A    Correct.

9    Q    As well as staff in the facility?

10   A    Yes, sir.

11   Q    As part of your work, do you frequently -- or when you

12   were in gang intel, I should say, as part of that work, did

13   you frequently listen to calls made by inmates?

14   A    Yes, sir.

15   Q    How many?

16   A    Over the years and currently, thousands.

17   Q    And are there particular indications on a recording that

18   a call is being made from Rikers?

19   A    Yes.  It states once you hear a call that this call is

20   being recorded from New York State prison.

21   Q    And are you familiar with that audio?

22   A    Yes, sir.

23   Q    Approximately how many recorded phone calls from Rikers

24   inmates have you listened to?  Withdrawn.

25                Over what time period did you listen to the calls

Walker - direct - Galeotti                  1294

1  you previously described?

2  A    From the time period from -- since I have been in CIB to

3  present.

4  Q    So with respect to phone calls from Rikers Island, are

5  there phones that inmate can use to call people outside of the

6  facility?

7  A    Yes, sir.

8  Q    Where are those phones located?

9  A    In each housing area.

10  Q    What, if anything, does an inmate have to do before

11  dialing the number they would like to call?

12  A    Usually they have to enter their booking case number and

13  the PIN.

14  Q    Is the PIN unique to each inmate?

15  A    Yes, that's the PIN that they create.

16  Q    Based on your work at Rikers Island and CIB and DOI, is

17  it common for inmates to use another inmate's PIN?

18  A    Yes.

19  Q    Sometimes they use their own PIN?

20  A    Correct.

21  Q    Are there -- are the phone calls recorded at Rikers

22  Island?

23  A    Yes, they are.

24  Q    Are inmates warned that the calls are recorded?

25  A    Yes.

Walker - direct - Galeotti                1295

1   Q      How are they warned?

2   A      One -- where they make the phone call at, there's

3   actually stickers that's placed next to the phone that states

4   that the phone call is being recorded.  And once they dial

5   number and their booking case number, once the phone call

6   starts ringing to the other person, it states that the phone

7   call is being recorded.

8   Q      Do you have access -- as part of your role, do you have

9   access to jail calls in the ordinary course of your business?

10  A      Yes, sir.

11  Q      Are such calls kept in the regular course of business?

12  A      Yes, sir.

13  Q      Are they preserved contemporaneously or as close as to

14  contemporaneously as possible as they're made?

15  A      Yes.

16  Q      Are they true and accurate recordings of the jail calls

17  themselves?

18  A      Yes.

19  Q      In connection with preparation for your testimony, did

20  you listen to certain jail calls?

21  A      Yes.

22         MR. GALEOTTI:  Your Honor, if I may I approach the

23  witness?

24         THE COURT:  Yes.

25         MR. GALEOTTI:  Your Honor, for the record, I've

1    handed the witness a hard drive marked Government Exhibit 904

2    for identification purposes.

3              THE COURT:  Thank you.

4    Q    Sir, do you recognize what I have just handed to you?

5    A    Yes, sir.

6    Q    How do you recognize it?

7    A    This is something that I signed and I listened to.

8    Q    What is -- are you familiar with the contents of that

9    disc?

10   A    Yes.

11   Q    What is on that disc?

12   A    Phone calls, secured phone calls.

13   Q    Taken from where?

14   A    From Rikers Island that was recorded.

15             MR. GALEOTTI:  Your Honor, the Government moves to

16   admit Government Exhibit 904.

17             THE COURT:  Mr. Guadagnino?

18             MR. GUADAGNINO:  No objection.

19             THE COURT:  All right.  We receive Government

20   Exhibit 904.

21             (Government's Exhibit 904 received in evidence.)

22   Q    You can hold on to that, sir.  We will play those another

23   time.

24             Sir, in your work, are you familiar with the term

25   new admission process?

1    A    Yes.

2    Q    What does that mean?

3    A    New admission process is basically when a new inmate

4    comes into the facility and they have to go through a process,

5    so a screening process, they get searched, and they also get

6    interviewed.

7    Q    When you were working in CIB, did you participate in that

8    process?

9    A    Yes, sir.

10   Q    And in CIB, how is information collected during the

11   admissions process?

12   A    We would basically interview inmates who came into the

13   facility, especially new inmates.  We will find out, you know,

14   where they're from, if they were affiliated with any gangs.

15   And if so, we will basically put it in your database.

16   Q    When a new admit provided that information, would it be

17   recorded anywhere?

18   A    Yes, it will be recorded into the system, so others that

19   if they look up that inmate, they will see it.

20   Q    And, again, what was the purpose of that?

21   A    To house them accordingly.

22   Q    Did you do that when you worked in CIB?

23   A    As far as assessing them?

24   Q    And taking contemporaneous notes?

25   A    Yes.

Walker - direct - Galeotti                1298

1   Q    Was that part of the protocol?

2   A    Correct.

3   Q    Did others in CIB do that?

4   A    Yes.

5   Q    Was one part of the process asking for self-admissions

6   from inmates?

7   A    Yes.

8           MR. GALEOTTI:  If we could please show just to the

9   witness, court, and counsel Government Exhibit 601.

10  Q    Without asking you to detail, sir, what kind of document

11  is on the screen in Government Exhibit 601?

12  A    This is a criteria checklist.

13  Q    And do you have -- well, what is a criteria checklist?

14  A    A criteria checklist is basically once an inmate

15  self-admits that they're gang affiliated, we would document it

16  and put it on this criteria list.

17  Q    Do you have access to criteria lists in your ordinary

18  course of business?

19  A    Yes.

20  Q    Are such documents kept in the regular course of

21  business?

22  A    Yes.

23  Q    Are they preserved contemporaneously?

24  A    Yes, sir.

25  Q    And are they true and accurate depictions of what the

Walker - direct - Galeotti                1299

1   person who's taking the notes is hearing from the inmate?

2   A    Yes --

3            MR. GALEOTTI:  Your Honor, the Government offers

4   Government Exhibit 601.

5            MR. GUADAGNINO:  Objection, Your Honor.

6            THE COURT:  On what ground, please?

7            MR. GUADAGNINO:  Hearsay.

8            THE COURT:  All right.  I believe -- does the

9   Government want to offer an exception or a counterargument?

10           MR. GALEOTTI:  Statement of a party-opponent, Your

11  Honor.

12           THE COURT:  All right.  Given the description of the

13  witness as to how the data is input on this document, I will

14  overrule the objection and admit Government Exhibit 601.

15           MR. GALEOTTI:  I would also note, Your Honor, for

16  the record, the document itself says self-admitted.

17           THE COURT:  Correct.

18           (Government's Exhibit 601 received in evidence.)

19           MR. GALEOTTI:  Thank you.

20           Now, if you could please blow up the top area, Ms.

21  Wissel, thank you very much.

22  Q    Now, sir, now that it is on the screen and we can all see

23  it, can you please describe this document in a bit more

24  detail?

25           And I'm pointing at the screen, Government Exhibit

1    601?

2    A    So, basically it has the inmate's license number, the

3    inmate's name, the facility, and who identified him, and the

4    person who identified him -- the person who identified him and

5    what he said -- what he self-admitted to while be interviewed

6    at that time.

7    Q    Okay.  Now, can you please read, pointing where it says

8    criteria checklist, what does it say under that?

9    A    It says self-admission.  It says -- you want me read the

10   comment as well?

11   Q    It says, Preferably in writing?

12   A    Yes.

13   Q    Do you sometimes get them in writing from inmates?

14   A    Correct.

15   Q    Sometimes orally?

16   A    Yes.

17   Q    Under comment, sir, can you please read that?

18   A    On 8/12/07 inmate self-admitted to being a Blood member.

19   Subject admitted to IU Wilkinson to being Elite Assassin

20   Milla, 8608 aka, Don B/Bebo.

21          MR. GALEOTTI:  Thank you, sir.

22          We can take that down.

23   Q    And, sir, in addition to that information collected, in

24   your capacity in CIB, are you aware of phone records that are

25   collected when inmates place calls?

Walker - direct - Galeotti                    1301

1   A    Yes.

2   Q    And how was that done?

3   A    They are basically preserved by Securus.

4   Q    What is Securus?

5   A    That's the company that Rikers Island use for inmates who

6   use the phone.

7   Q    Okay.  Do you review those records --

8   A    Yes.

9   Q    -- in your work?

10  A    Correct.

11          MR. GALEOTTI:  Ms. Wissel if we can pull up just for

12  the witness, court, and counsel, and scroll through, if

13  possible, 403A, 404A, 405A, 406A, 407A and 408A.

14          And if we can go to -- go to the first page.

15  Q    Sir, by way of example in 408A, what's depicted on this

16  screen?

17  A    You have the facility that the inmate was housed at

18  during the time of the phone call.

19          You have the call time and the date.

20          You have the number that the inmate called.

21          You got the housing area that they called from and

22  you have their name.

23  Q    And is the kind -- are the kinds of information collected

24  that you just described the same across Government Exhibits

25  403A through 408A?

1    A    Yes, sir.

2    Q    Are these documents kept in the ordinary course of

3    business?

4    A    Yes.

5    Q    And are they recorded contemporaneous to when the calls

6    are made?

7    A    Yes, sir.

8    Q    Do you have access to these kinds of records in

9    connection with your work?

10   A    Yes, sir.

11   Q    And do these records, 403A through 408A, truly and

12   accurately represent information in connection with Rikers

13   Island phone calls?

14   A    Yes.

15           MR. GALEOTTI:  The Government offers 403A, 404A,

16   405A, 406A, 407A and 408A.

17           THE COURT:  Mr. Guadagnino?

18           MR. GUADAGNINO:  Your Honor, objection based on the

19   proper business record foundation -- the improper business

20   record foundation.

21           THE COURT:  How so?

22           MR. GUADAGNINO:  It appears that the Government has

23   not established a proper foundation based on the

24   qualifications of this witness to authenticate the documents

25   that are being introduced into evidence.

Walker - cross - Guadagnino                1303

1   Q    Sir, do you have access to these documents?

2   A    Yes.

3   Q    Do you review them in the ordinary course of your

4   business?

5   A    Yes, sir.

6   Q    Are these the kinds of documents that you review, the

7   ones that are here on screen right now?

8   A    Yes.

9        MR. GALEOTTI:  Your Honor, the Government moves all

10  of those exhibits in.

11       THE COURT:  The objection is respectfully overruled.

12  Government Exhibits 403A, 404A, 405A, 406A, 407A, and 408A.

13  Are admitted.

14       (Government's Exhibits 403A, 404A, 405A, 406A, 407A,

15  and 408A received in evidence.)

16       MR. GALEOTTI:  Your Honor, for time, we will play

17  the recordings at another time and we will have no further

18  questions for this witness at the moment.

19       THE COURT:  All right.

20       Mr. Guadagnino, do you want to cross?

21       MR. GUADAGNINO:  May I have a moment, Your Honor?

22       THE COURT:  All right.

23  CROSS-EXAMINATION

24  BY MR. GUADAGNINO:

25  Q    Good afternoon, Investigator Walker.

1   A     Good afternoon, sir.

2   Q     You spoke about an exhibit, Government Exhibit 601, that

3   had just been admitted by the Government?

4   A     Yes, sir.

5   Q     And there is a -- an Investigator Wilkinson who signed at

6   that document; is that correct?

7   A     Correct.

8   Q     Sir, have you ever met Investigator Wilkinson?

9   A     No, sir.

10  Q     Do you have any personal knowledge of who he is?

11  A     No, sir.

12  Q     And this was sometime back in 2007?

13  A     Correct.

14         There was two -- if you look at the document,

15  Wilkinson was the first person who inputted the information,

16  and then when you look at the top of the docket, it says

17  Braska.  He was the one who updated the information, sir.

18  Q     And there was the type of admission that should be in

19  writing and one that should be -- the best admission is in

20  writing, is that what the documents requires?

21  A     It says preferably.

22  Q     Preferably.  Why is that?

23  A     Because we want to -- because it's either you get it in

24  writing, you could know that the inmate wrote it, or it's he

25  said/she said.  Basically, if I interview the inmate, it's

1   just their word against mine.

2   Q    So you want to get it in writing to make sure it's not a

3   fabrication?

4   A    Correct.

5   Q    Because this could be a fabrication it's not in writing?

6   A    Correct.

7              MR. GUADAGNINO:  No further questions.

8              MR. GALEOTTI:  Nothing further, Your Honor.

9              THE COURT:  All right.  Sir, you are excused.  Have

10  a good day.  Thank you for coming.

11             THE WITNESS:  Thank you.

12             (Witness excused.)

13             (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                    1306

1          MR. GALEOTTI:  Your Honor, the government calls

2   Mr. John Mullins.

3          THE COURT:  All right.  Thank you.

4          MR. GALEOTTI:  Your Honor, I believe there's a hand

5   up for you.

6          THE COURT:  Yes, ma'am.  Why don't we take a quick

7   break.

8          Do not talk about the case.  Put your notebooks

9   down, face down.  And we will come get you as soon as we can.

10  Thank you for your attention.

11         (Jury exits.)

12         THE COURT:  All right.  We are going to bring the

13  jury in unless there is something we need to address?

14         MR. GALEOTTI:  No, not from the government,

15  Your Honor.

16         THE COURT:  Okay.

17         (Jury enters.)

18         THE COURT:  All jurors are present.

19         Please have a seat.

20         Would the government like to call its next witness?

21         MR. GALEOTTI:  Yes, Your Honor.

22         The government calls Mr. Mullins.

23         THE COURT:  Thank you.

24         Right over here, sir.

25         Good afternoon.

1          THE WITNESS:  Good afternoon.

2          THE COURT:  Set your coat on one of those chairs.

3          THE WITNESS:  Thank you so much.

4          THE COURT:  Raise your right hand, please.

5          (Witness sworn/affirmed.)

6          THE COURT:  Please have a seat state and spell your

7    full name.

8          THE WITNESS:  Name is John Mullins; J-O-H-N,

9    M-U-L-L-I-N-S.

10         THE COURT:  Thank you.

11         You may proceed.

12         (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   **JOHN MULLINS,** having been first duly sworn, was examined and

2   testified as follows:

3   DIRECT EXAMINATION

4   BY MR. GALEOTTI:

5   Q    Mr. Mullins, you can take your mask down if you're

6   comfortable.

7   A    Okay.

8   Q    Good afternoon, sir.

9   A    Good afternoon, Counsel.

10  Q    What do you do?

11  A    For the last eight years I am an investigator for

12  New York State.  I work for an agency called the New York

13  State Justice Center For the Protection of People With Special

14  Needs.  My job entails me investigating abuse and neglect for

15  people that are seeking services in state, licensed and

16  operation -- operating facilities.

17  Q    What did you do prior to that?

18  A    I was a member of the New York City Police Department for

19  29 years.

20  Q    In what roles did you serve in the NYPD?

21  A    I was a uniform officer and I retired as a detective.

22  Q    What year did you become a detective?

23  A    1991.

24  Q    Were you a detective in 2011?

25  A    Yes, I was.

1    Q    Were you working April 2011?

2    A    Yes, I was.

3    Q    And were you working in May 2011?

4    A    Yes, I was.

5    Q    And in May 2011, what was your -- what were your general

6    duties and responsibilities?

7    A    As a member of the 75th Precinct detective squad, I

8    worked in a team between six and seven detectives.  My job was

9    to assist in shootings and homicides with the investigator or

10   detective who actually was assigned the case.

11   Q    Turning your attention to May 9th, 2011, were you working

12   that day, sir?

13   A    Yes, I was.

14   Q    Did there come a time where you were assigned to report

15   to a hospital?

16   A    Yes, there was.

17   Q    What happened?

18   A    I was assigned to go to Brookdale Hospital to show a

19   photo array to a victim by the name of Damian Bullock.

20   Q    Prior to going to the hospital, had you been working on

21   the case of Damian Bullock?

22   A    I was not.

23   Q    Why were you asked to go?

24   A    I could only assume that I was asked to go because the

25   detective was not available at that time who was assigned the

1   case.

2              MR. GAUDAGNINO:  Objection.  Speculation as to

3   assumption.

4              THE COURT:  Yes, sir.

5              Don't assume anything; just what you know.  So if

6   you don't know why you were assigned to go, just say that.

7              THE WITNESS:  Okay.

8   Q    Had you had any prior involvement in the case?

9   A    I have not.

10  Q    Okay.  What did you do on May 9th with respect to

11  Damian Bullock?

12  A    I was present at the hospital with Damian Bullock, was a

13  patient at Brookdale Hospital.  Inside the hospital room that

14  night were his mom and dad.  I actually showed Damian Bullock

15  a photo array consisting of six males in which Damian Bullock

16  viewed the photo array.

17  Q    Were his mom and dad present while you showed the photo

18  array?

19  A    They were.

20             MR. GALEOTTI:  If we could please pull up just for

21  the witness, Court, and counsel, Government Exhibit 600,

22  please.

23  Q    Directing your attention to the screen, sir, is

24  Government Exhibit 600.

25             What's depicted in this document?

1  A    That is the photo array that I showed to Damian Bullock

2  on May 9, 2011.

3  Q    How do you recognize it?

4  A    That's my -- the date of identification, 5/9/11, that's

5  my handwriting.

6          MR. GALEOTTI:  Your Honor, the Government offers

7  Government Exhibit 600 into evidence.

8          MR. GAUDAGNINO:  May I voir dire the witness?

9          THE COURT:  Yes, you may.

10 VOIR DIRE EXAMINATION

11 BY MR. GUADAGNINO:

12 Q    Mr. Mullins, good afternoon.

13 A    Good afternoon.

14 Q    Were you -- when you said that you had sat -- I believe

15 you said that you met Damian Bullock in the hospital, correct?

16 A    On the 9th, yes.

17 Q    On the 9th, right?

18 A    Right.

19 Q    And did you -- were you able to perceive in what

20 condition he was in?

21         MR. GALEOTTI:  Objection.  This is not an

22 authentication voir dire.

23         THE COURT:  Sustained.  This is voir dire about this

24 particular exhibit, sir.

25 Q    Was this exhibit done by you or drawn up by you?

1    A    I don't recall.

2    Q    You don't recall?

3         The line -- the photo array, did you fill out the

4    document yourself?

5    A    Fill out what document, sir?

6    Q    Did you in any way -- did you show the photo array to

7    Mr. Bullock?

8    A    I did.

9    Q    Okay.

10        And did you fill it out yourself?

11   A    I don't understand what you mean "fill it out."

12   Q    Did you mark up the document yourself?

13   A    I put the date in, if that's what you mean.

14   Q    And did you put any other markings on the document

15   besides the date?

16   A    I did not.

17   Q    Do you know who did?

18   A    Mr. Bullock.

19   Q    And you observed this?

20   A    I did.

21             MR. GAUDAGNINO:  Thank you.

22             No further questions.

23             THE COURT:  All right.

24             Government Exhibit 600 is admitted.

25             (Government Exhibit 600 received in evidence.)

1   CONTINUED DIRECT EXAMINATION

2   BY MR. GALEOTTI:

3   Q    Was Mr. Bullock intoxicated on May 9, 2011, when you

4   administered this photo array?

5   A    It did not appear to me that he was, no.

6   Q    Okay.  Well, now that we have it on the screen, sir, let

7   me ask you this:  What is a photo array?

8   A    A photo array is generally six photographs of similar

9   statute of the person that is the subject of the case.  And it

10  is shown to either witnesses or victims.  And the reason why

11  there are six is obviously to be fair to the subject, that we

12  do want to know if the victim or witness can identify that

13  person who is the subject in the case.

14  Q    Now, were there several people in the room when you

15  administered the photo array?

16  A    Yes, there were.

17  Q    And who did you direct the questions to?

18  A    Mr. Bullock.

19  Q    What happened?

20  A    Mr. Bullock identified Photo No. 2 as the person who shot

21  him.

22  Q    Did he make any indications on government -- any

23  notations or markings on Government Exhibit 600?

24  A    Yes, he did.

25  Q    How so?

1  A    He wrote -- next to photo selected, he wrote the

2  number 2, and he initialed it down to the right.

3  Q    Focusing on the bottom right --

4         MR. GALEOTTI:  Zoom in there, Ms. Wissel, please.

5  Q    -- what does that say, sir?

6  A    The initials are DB.

7  Q    And why do you have the victim put his initials on the

8  photo array?

9  A    To assure that he was the one who actually viewed the

10  photo array and identified the subject.

11  Q    What was the -- what, if anything, was Mr. Bullock's

12  demeanor with you at the time?

13  A    After he viewed the photo array he didn't want us in the

14  room at all.  He asked us to leave.

15  Q    Now, during the discussion, what was it like?

16  A    It was cordial.

17  Q    Has Damian Bullock ever sued you, sir?

18  A    He did not.

19  Q    Before you -- or during the course of your photo array,

20  did Damian Bullock identify the person who shot him by name?

21  A    Yes, he did.

22  Q    What did he say?

23  A    Is there something I can refer to?

24  Q    Did you take notes of the meeting that you had with

25  Damian Bullock on May 9th, 2011?

1   A     I did.

2   Q     Did you record them at or near the time of your

3   discussion with Mr. Bullock?

4   A     Yes, I did.

5   Q     Would it aid you in your testimony today to be able to

6   refer to those notes?

7   A     Yes, it would.

8         MR. GALEOTTI:  Your Honor, if we could show just to

9   the witness.

10        THE COURT:  Yes, you may.

11        MR. GALEOTTI:  3500-DM2 -- JM-2.

12        JM-3, please.

13        THE COURT:  You want 3500-JM-3?

14        MR. GALEOTTI:  Yes, Your Honor.

15        THE COURT:  Okay.

16        MR. GALEOTTI:  Your Honor, we are showing to the

17  witness 3500-JM-1-A.

18        And for the record, we'll show the witness all three

19  pages.

20  Q     And what, sir, do you need to see to refresh your

21  recollection?

22  A     That would be --

23  Q     Go ahead, please.

24  A     May I read it?

25  Q     Yes.

1   A     On the top, it's May 9th --

2           THE COURT:  No, not out loud.

3           Right?

4           MR. GALEOTTI:  Correct.

5   Q     For now, sir, we're just asking you to refresh your

6   recollection.

7   A     Okay.

8           Next page.

9           Okay.

10  Q     And, sir, if I can have your attention again.

11          During the photo array that you administered, what

12  did Damian Bullock say about the person who shot him on

13  April 30th, 2011?

14  A     He said it was Chucky.

15  Q     Sir, at the time he identified the person as Chucky, did

16  you know Quandel Smothers?

17  A     I knew the name from the neighborhood, but I did not know

18  who he was personally, no.

19  Q     Thank you, sir.

20          Did there come a time after your -- well, withdrawn.

21          Did you continue to work on the case of the

22  Damian Bullock shooting after you administered the photo

23  array?

24  A     I did not.

25  Q     But did there come a time in 2012 where you met

1   Damian Bullock again?

2   A    Yes.  I was assigned a case regarding threats to a

3   witness regarding Damian Bullock.

4   Q    How were you assigned that case?

5   A    When a threats to a witness comes in, the detectives

6   are -- get the case.  And I was actually working that day, and

7   I was assigned the case.

8   Q    Did you have a discussion with the patrol sergeant about

9   that case?

10  A    Yes, I did.

11  Q    What happened?

12  A    I asked the patrol sergeant what -- what's protocol for

13  detectives to do when you have threats to a witness is you'd

14  like to have police presence outside of the family house, so

15  the residence where that person is living.

16         I spoke with the patrol sergeant and asked if he

17  could put special attention to the Bullock family because I --

18  I gave him the background of the case, as far as he was a

19  victim of a shooting.  And he had mentioned to me that he

20  would put --

21         MR. GAUDAGNINO:  Objection.  Hearsay.

22         MR. GALEOTTI:  Future plan, Your Honor.

23         THE COURT:  I beg your pardon?

24         MR. GALEOTTI:  Statement of a future plan.

25         THE COURT:  By Mr. Bullock?

1          MR. GALEOTTI:  By Mr. Mullins.

2          THE COURT:  Oh, he was about to say what Mr. Bullock

3    said.

4          MR. GALEOTTI:  Oh, okay.  Well, we won't ask him

5    that.

6          THE COURT:  All right.  Don't repeat what

7    Mr. Bullock said to you.  But you can ask him general

8    questions about the situation.

9    Q    Did you effect a plan with the patrol sergeant?

10   A    Yes.

11   Q    What was that?

12   A    Hourly visits to the residence.

13         THE COURT:  So when you say "threats to a witness,"

14   was Mr. Bullock the witness who had received the threats or

15   was it someone else?

16         THE WITNESS:  Mr. Bullock.

17         THE COURT:  Okay.

18   Q    And why did you need hourly visits to Mr. Bullock?

19   A    For the safety of the family.

20   Q    Why?

21   A    The fear that somebody may come back and try to hurt him.

22         MR. GAUDAGNINO:  Objection, Your Honor.  Hearsay.

23         THE COURT:  Overruled.

24         MR. GALEOTTI:  Thank you, sir.  No further

25   questions.

Mullins - Cross - Guadagnino                                1319

1            THE COURT:  Any cross?

2            MR. GAUDAGNINO:  Briefly, Your Honor.

3            (Continued on the next page.)

4

5    CROSS-EXAMINATION

6    BY MR. GUADAGNINO:

7    Q    Good afternoon, Mr. Mullins.

8    A    Counselor.

9    Q    How long have you been retired from the NYPD?

10   A    Next week will be nine years.

11   Q    Okay.  So this incident that you're testifying about took

12   place 20 -- 12 years ago, right?

13   A    I believe come April, yes.

14   Q    Do you have any independent recollection of this incident

15   other than your notes?

16   A    I know that Mr. Bullock suffered severe trauma to one of

17   his legs where his leg was amputated.

18   Q    But you observed that 12 years ago?

19   A    I was there, yes, in the hospital.  Right.

20   Q    And do you have any independent recollection, besides

21   what's written in your memo book, of the medical condition

22   that he was in?

23   A    I do not.

24   Q    It's safe to say he was in ICU?

25   A    I don't recall what room he was in when I went to see

1    him.

2    Q     Okay.  But he was in the hospital?

3    A     He was.

4    Q     And at the time he was in the hospital, he was connected

5    to machines?

6    A     I don't recall that.

7    Q     Do you recall that he had intravenous medication being

8    administered to him?

9    A     I do not.

10   Q     Do you recall what type of medication, if any, he was

11   being administered to?

12   A     I do not.

13   Q     The incident that precipitated him being hospitalized

14   occurred approximately 11 days before you saw him?

15   A     Yes, probably around 11 days.  Yes.

16   Q     And he was still in the hospital?

17   A     Yes, he was.

18   Q     Okay.  And I believe you stated that his parents were

19   there, correct?

20   A     That was correct.

21   Q     And I think you testified also as to some incidents

22   involving threats to Mr. Bullock's family; is that correct?

23   A     To Mr. Bullock.

24   Q     To Mr. Bullock himself, not the family?

25   A     Correct.

1    Q     Correct?

2           And did you testify in the Grand Jury in Brooklyn

3    Supreme Court or Brooklyn Criminal Court?

4    A     I don't believe so, no.

5    Q     Did you in any way investigate the case?

6    A     Yes, I did.

7    Q     Okay.  And with respect to your investigation, I think

8    you mentioned something about Quandel Smothers; is that

9    correct?

10   A     During the threats to a witness case?  I don't know if I

11   mentioned Quandel's name with that.

12   Q     You mentioned his name in relationship to the shooting;

13   is that right?

14   A     Correct.

15   Q     And your only role in that investigation was to

16   administer this lineup -- withdrawn.

17          Administer the photo array, correct?

18   A     For the shooting case, yes, that's correct.

19   Q     And you didn't have any investigation the day of the

20   shooting, correct?

21   A     That's correct.

22   Q     So it was just you showing up and showing him the six

23   photographs and nothing more?

24   A     Correct.

25   Q     And this was while he was in the hospital room?

Mullins - Cross - Guadagnino                    1322

1   A      That's correct.

2   Q      Being tended to for his injuries?

3   A      Correct.

4   Q      Now, you testified that he had put his initials at the

5   bottom right of the document that's in evidence, correct?

6   A      That's correct.

7   Q      And the one that I'm referring to would be Government

8   Exhibit 600, correct?

9   A      I don't remember the number, Counsel.

10          MR. GALEOTTI:  We'll put it in.

11          MR. GAUDAGNINO:  Thank you.

12  Q      So you looked at Government Exhibit 600?

13  A      That's correct.

14  Q      And you see that you had testified that he had written

15  his initials, DB?

16  A      Correct.

17  Q      And you observed that?

18  A      I did.

19  Q      And you said that that's a No. 2 and not a No. 3,

20  correct?

21  A      Right.  Correct.

22  Q      And then you stated that the only thing that you did was

23  write the date on the document, correct?

24  A      Correct.

25  Q      So who put the check mark where identification made

1  crossing out both boxes, yes and no?  Who put that there?

2  A    Mr. Bullock.  But that was on the yes box.  I don't

3  believe it's on the no box.

4  Q    Would you agree that the check mark covers both boxes?

5  A    I do.

6  Q    And it's your testimony that you believe that he checked

7  the yes box?

8  A    That's correct.

9  Q    And what's that based on?

10 A    Well, it looks like the front of the check mark is right

11 on the yes box.  It looks like the line going through the no

12 look like more of an extension line than it does a check.

13 Q    Is the check on the box or is the check outside the box?

14 A    Well, part of it's in the box.

15 Q    Your testimony is that part of the check is in the box?

16 A    That's correct.

17 Q    And you observed this?

18 A    I did.

19 Q    Do you have independent recollection of observing this or

20 are you going off your notes from 12 years ago?

21 A    That's correct, my notes.

22 Q    Your notes.

23      And did you write anything about the check in your

24 notes?  Would your notes refresh your recollection if you

25 mention anything about the check in your notes?

```
 1              THE COURT:  About the check or the identification?
 2              MR. GAUDAGNINO:  The identification, meaning the
 3    check mark.
 4    A    I don't follow what you're saying, Counsel.
 5    Q    Okay.  Did you write in your notes that he made an
 6    identification?
 7    A    Yes.
 8    Q    And do you recall what you said in your notes about him
 9    making an identification?
10    A    Yes.
11    Q    What did you say?
12    A    He said that it was Chucky.
13    Q    Okay.  So he said that the identification that he made
14    was of Chucky?
15    A    Correct.
16    Q    And other than in your notes, did you write that anywhere
17    else?
18    A    I did not.
19    Q    Did you give this information to anyone after you
20    received it?
21    A    I don't recall.
22    Q    What did you do with the information after you received
23    it?
24    A    I don't recall.
25    Q    You don't recall?
```

1   A    No.

2   Q    Well, I got to ask you this question:  Wouldn't you have

3   written the next procedure in your notes as to what you did

4   with this information?

5   A    No, not necessarily.  If I would've given it to the

6   detective who was assigned the case, I would not have

7   mentioned that at all, that I would've written it, that I gave

8   it to the detective.

9   Q    You just said you don't remember what you did with it.

10  A    No, I said "if."  If I did.

11  Q    Okay.  But you don't remember what you did with this

12  information?

13  A    That's correct.

14  Q    Did you hold on to it?

15  A    I'm sure I put it in the case folder.

16  Q    Well, you don't have any independent recollection; is

17  that what you're saying?

18  A    I don't.

19          MR. GAUDAGNINO:  May I have a moment, Your Honor?

20          THE COURT:  Yes.

21          I'm sorry, did the government move in 3500-JM-1A or

22  not or was that just refreshing?

23          MR. GALEOTTI:  That was for refreshing, Your Honor.

24          THE COURT:  Okay.  Thank you.

25  Q    Mr. Mullins, just a few more questions.

1              You said you were assigned to this case.

2              Did you make any arrests yourself in this case?

3    A    Which case are you talking about, Counsel?

4    Q    This case where you made the identification with

5    Mr. Bullock?

6    A    I wasn't assigned that case.

7    Q    You were not assigned the case.

8              And in your notes, I believe you said that

9    Mr. Bullock was driven to some location; is that correct?

10   A    Yes.

11   Q    Where he got shot?  Is that correct?

12   A    That's correct.

13   Q    Thank you.

14             One more question.

15             MR. GAUDAGNINO:  One moment, Your Honor.

16   Q    Last question is, you said that you were assigned to the

17   threatening case; is that correct?

18   A    That's correct.

19   Q    Did you make any arrests in that case?

20             MR. GALEOTTI:  Objection.

21             THE COURT:  Basis?  He testified it on direct.

22             MR. GALEOTTI:  Well, it's the same objection from

23   yesterday.  I don't want to -- it's fine.  You know what, it's

24   fine.

25             THE COURT:  All right.

1        MR. GALEOTTI:  We'll withdraw it.

2        THE COURT:  All right.  You may answer.

3   A    Please repeat that.

4   Q    You said that in the threatening case, you were assigned

5   to the threatening a witness case?

6   A    That's correct.

7   Q    Did you make any arrests in that case?

8   A    I did not.

9        MR. GAUDAGNINO:  Thank you.  No further questions.

10       THE COURT:  Any redirect?

11       MR. GALEOTTI:  No.  Thank you, Your Honor.

12       THE COURT:  Sir, thank you for your time.  You are

13   excused.

14       (Witness excused.)

15       MS. NGAI:  Your Honor, the government calls

16   Mr. James Thomas.

17       THE COURT:  All right.  Thank you.

18       Sir, step up to the witness stand, please, right

19   here.  Thank you.

20       Good evening.

21       THE WITNESS:  Good evening.

22       THE COURTROOM DEPUTY:  Please raise your right hand.

23       (Witness sworn/affirmed.)

24       THE COURTROOM DEPUTY:  Please have a seat and state

25   and spell your full name, please, for the record.

1          THE WITNESS:  James Thomas; J-A-M-E-S, T-H-O-M-A-S.

2          THE COURT:  Thank you.  You may proceed.

3    **JAMES THOMAS,** having been first duly sworn/affirmed, was

4    examined and testified as follows:

5    DIRECT EXAMINATION

6    BY MS. NGAI:

7    Q    Good afternoon, sir.

8    A    Good afternoon.

9    Q    Do you currently work?

10   A    Well, I'm a full-time dad.

11   Q    Great.

12          Where did you work before?  Did you work before?

13   A    I did.  I was employed by the NYPD as a detective.

14   Q    And how long were you with the NYPD before you left?

15   A    Right around 11 years.

16   Q    At the time that you left the department, what was your

17   title?

18   A    Detective.

19   Q    And what did you do as a detective?

20   A    In my last three years I did mainly check fraud, grand

21   larceny, identity theft cases.

22   Q    Were you assigned to a particular precinct?

23   A    I was.

24   Q    Which one was that?

25   A    The Midtown North Precinct detective squad.

1    Q    What borough does that cover?

2    A    That covers Manhattan.

3    Q    Showing you what has been admitted as Government

4    Exhibit 8.

5              Sir, do you recognize the individual in this photo?

6    A    I do.

7    Q    Who is he?

8    A    Qawon Allen.

9    Q    And how do you recognize him?

10   A    I arrested him on June 21st, 2018.

11   Q    For what reason?

12   A    For a check fraud investigation.

13   Q    And you indicated that you arrested him in June of 2018?

14   A    Yes.

15   Q    Where was he taken after he was arrested?

16   A    To the Midtown North Precinct.

17   Q    When he was taken to the precinct, what, if anything, did

18   Qawon Allen ask for?

19   A    He asked for a cigarette.

20   Q    Did you provide one to him?

21   A    I did.

22   Q    Was it a brand new cigarette?

23   A    Yes.

24   Q    Did he smoke it?

25   A    Yes, he did.

1  Q    What did you do with the remains of that cigarette?

2  A    I vouchered that for DNA evidence.

3  Q    And how did you voucher it?

4  A    So you prepare it in an envelope and you do a property

5  clerk invoice for that.  And then you send that to the lab for

6  processing.

7  Q    Was the -- was it a cigarette butt?

8  A    It was.

9  Q    Was that assigned an invoice number with the NYPD?

10 A    It was.

11 Q    Do you recall that invoice number as you sit here today?

12 A    Not offhand, no.

13 Q    Did you know it at the time that you vouchered it?

14 A    Yes.

15 Q    And at that time, did you accurately record it down on

16 any paperwork?

17 A    I did.

18 Q    And where did you record it?

19 A    On NYPD property clerk papers.

20         MS. NGAI:  Showing just the witness what is marked

21 as 3500-JT4.

22 Q    Is this the document that you were referring to?

23 A    Yes.

24 Q    And do you see the invoice number on this document?

25 A    I do.

1          MS. NGAI:   Permission to have the witness read out

2     the invoice number as a past recollection recorded?

3          THE COURT:   Granted.

4     A    1001101450.

5     Q    What, if anything, did you do with the cigarette butt

6     after it was vouchered?

7     A    It was sealed in a DNA envelope and sent to the lab for

8     processing.

9     Q    And which lab?

10    A    I'm not sure, actually.

11    Q    That's okay.

12         MS. NGAI:   No further questions.

13         THE COURT:   Any cross?

14         MR. GAUDAGNINO:   May I have a moment, Your Honor.

15         THE COURT:   Yes.

16         MR. GAUDAGNINO:   No cross, Your Honor.

17         THE COURT:   All right.   Thank you, sir.   You're

18    excused.

19         THE WITNESS:   Thank you.

20         THE COURT:   Nice to see you.

21         (Witness excused.)

22         MS. NGAI:   Your Honor, we have one final witness for

23    the day.

24         THE COURT:   All right.   How long is that witness

25    going to take?

1           MS. NGAI:  It could take up to 30 minutes, so we can

2     complete it today or we can do it Monday.

3           THE COURT:  Would the jurors like to go home?  Yes?

4     All right.

5           MS. NGAI:  Just one moment.  May I please check on

6     the witness's availability?

7           THE COURT:  All right.  We'll have to check.  One

8     moment.

9           (Pause in proceedings.)

10          MS. NGAI:  Your Honor, we can resume Monday.

11          THE COURT:  All right.  Members of the jury, thank

12    you for your attention and your time.  Do not talk about the

13    case over the weekend.  Do not research anything.  Thank you

14    for your service.  Please return at 9:00 a.m. on Monday.

15    Thank you.

16          (Jury exits.)

17          THE COURT:  All right.  Is there anything we need to

18    address at this time?

19          MR. SIEGEL:  Your Honor, the only question is how

20    you want to schedule the charge conference.

21          THE COURT:  Well, when you rest and when

22    Mr. Guadagnino rests, we will have the charge conference.  I

23    don't know yet how many more witnesses you have.  I don't know

24    whether Mr. Guadagnino is going to put on a case.  So the

25    charge conference will follow resting of the parties.

1           MR. SIEGEL:  Thank you, Your Honor.

2           THE COURT:  We are going to try to be ready on

3    Monday.  We will work over the weekend to make that possible.

4    But if you do not think it is going to happen on Monday, maybe

5    we will not work over the weekend.

6           MR. SIEGEL:  So that's just what we're trying to not

7    put any additional burden on the Court.  I think we think it's

8    likely that we have two hours worth of evidence between

9    testimony and whatever other records we have.  And so that's

10   our best estimate right now and just wanted to let the Court

11   know so you can, you know, orient yourself accordingly.

12          THE COURT:  All right.  So this is just without

13   cross factored in, right?

14          MR. SIEGEL:  That's without cross, yes, Your Honor.

15          THE COURT:  Mr. Guadagnino, do you have any clearer

16   idea as to whether we should factor in time for a defense case

17   in our estimate of the charge conference time?

18          MR. GAUDAGNINO:  I have to go see him on -- during

19   the weekend.

20          THE COURT:  Okay.

21          MR. GAUDAGNINO:  I'm not sure how we're going to

22   proceed.

23          THE COURT:  All right.

24          MR. GAUDAGNINO:  To be fair.

25          So if we do put on a case, I would say that probably

1   everything should happen Tuesday morning.

2           THE COURT:  So in other words, I am working over the

3   weekend to be ready on Monday.  I will be.

4           All right.  Thank you.  Have a good weekend,

5   everybody.

6           Thank you to the marshals.

7           MR. SIEGEL:  Your Honor, we're going to get you a

8   letter on the prior inconsistent statements instruction.

9           THE COURT:  Well, I got your letter, and

10  Mr. Guadagnino has also given me the opportunity.  I did get a

11  letter from the government, I believe, yesterday on -- if I

12  remember --

13          MR. GALEOTTI:  We posted a lot of things, but I

14  don't think it was the letter.

15          THE COURT:  I think we did the last line.  It was

16  that this statement is admissible and in evidence.

17          And I don't know, sir, did you submit something?

18          MR. GAUDAGNINO:  No, Your Honor.  I think yesterday

19  Your Honor had said that you would accept letters until

20  7:00 p.m. today.

21          THE COURT:  Did I say today or yesterday?  Maybe I

22  said today.  All right.  I will do that.

23          MR. GAUDAGNINO:  I thought it was today, Your Honor.

24          THE COURT:  That's fine.  You have until seven.

25  Thank you.

1          MR. GALEOTTI:  So, Your Honor, the letter that you

2     are referring to was part of our process with respect to the

3     immunity where that is of the rule that we'll essentially

4     cite, which is under 801(d)(1).  We'll cite you the letter,

5     but essentially that the Grand Jury testimony can come in as

6     substantive evidence and we'll send the corresponding jury

7     instruction.

8          THE COURT:  Yes.

9          You are welcome to submit --

10         MR. GAUDAGNINO:  Thank you.

11         MR. SIEGEL:  We'll get you the letter.

12         What *Sand* recommends is that the standard

13    instruction says that this is not admissible for a substance.

14    What *Sand* says is where you're dealing with what we have here,

15    which is evidence that is admissible, you should just not give

16    that limiting instruction.  So we'll get you the letter with

17    the authority, but that's what you can expect.

18         THE COURT:  All right.  Thank you.  I appreciate it.

19         MR. SIEGEL:  Thank you, Your Honor.

20         THE COURT:  Thank you.  Have a good weekend.

21         MR. GALEOTTI:  Thank you.  You too.

22

23         (Matter adjourned to Monday, January 30, 2023 at

24    9:00 a.m.)

25

1336

I N D E X

**WITNESS**                                                    **PAGE**

**ANDREW CAMPBELL**

    DIRECT EXAMINATION (Continuing) BY MS. NGAI   1066

    CROSS-EXAMINATION BY MR. GUADAGNINO           1191

**ANDREW WALKER**

    DIRECT EXAMINATION BY MR. GALEOTTI            1290

    CROSS-EXAMINATION BY MR. GUADAGNINO           1303

**JOHN MULLINS**

    DIRECT EXAMINATION BY MR. GALEOTTI            1308

    VOIR DIRE EXAMINATION BY MR. GUADAGNINO       1311

    CONTINUED DIRECT EXAMINATION BY MR. GALEOTTI 1313

    CROSS-EXAMINATION BY MR. GUADAGNINO           1319

**JAMES THOMAS**

    DIRECT EXAMINATION BY MS. NGAI                1328

1337

1
## E X H I B I T S

2

3
Government's Exhibit 18                              1091

Government's Exhibit 13                              1091

Government's Exhibit 4                               1091

Government's Exhibit 18                              1092

Government's Exhibits 1222A through 1222H            1093

Government Exhibit 702                               1144

Government Exhibit 1150                              1145

Government Exhibit 1106                              1146

Government Exhibit 1106-A                            1147

Government's Exhibit 3500-AC-1                       1181

Government's Exhibit 904                             1296

Government's Exhibit 601                             1299

Government's Exhibits 403A, 404A, 405A,
406A, 407A, and 408A                                1303

Government Exhibit 600                               1312

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,500** [3] - 1242:17, 1243:2, 1243:7
**$10,000** [2] - 1165:24, 1166:21
**$100** [7] - 1219:20, 1219:21, 1219:22, 1219:25, 1220:2, 1220:3, 1222:4
**$100,000** [1] - 1165:23
**$15,000** [1] - 1221:3
**$2,200** [2] - 1165:5, 1165:8
**$200** [5] - 1223:2, 1243:8, 1243:10, 1243:11
**$50** [1] - 1164:23
**$50,000** [5] - 1166:21, 1226:5, 1227:1, 1282:1, 1282:16

## '

**'18** [1] - 1168:22
**'19** [2] - 1092:23, 1106:6
**'95** [1] - 1195:6

## 1

**1** [1] - 1072:20
**10** [4] - 1081:23, 1081:25, 1220:24, 1221:3
**10,000** [2] - 1226:16, 1227:10
**10005** [1] - 1058:20
**1001101450** [1] - 1331:4
**1023** [1] - 1154:13
**1066** [1] - 1336:5
**1091** [3] - 1337:2, 1337:3, 1337:4
**1092** [1] - 1337:5
**1093** [1] - 1337:6
**11** [4] - 1273:22, 1320:14, 1320:15, 1328:15
**1102** [2] - 1171:18, 1172:6
**1106** [8] - 1146:7, 1146:8, 1146:21, 1146:23, 1146:24, 1148:14, 1337:9
**1106-A** [7] - 1147:1, 1147:15, 1147:17, 1147:18, 1147:20, 1216:9, 1337:10
**11201** [1] - 1058:16
**1136-A** [1] - 1146:7
**1144** [1] - 1337:7
**1145** [1] - 1337:8
**1146** [1] - 1337:9
**1147** [1] - 1337:10
**1150** [5] - 1145:3, 1145:18, 1145:20, 1145:21, 1337:8
**1181** [1] - 1337:11
**1191** [1] - 1336:6
**12** [3] - 1319:12, 1319:18, 1323:20
**1204** [1] - 1237:16
**1204-A** [7] - 1135:13, 1137:3, 1137:19, 1137:22, 1140:19, 1237:19, 1237:20
**1222** [2] - 1123:3, 1123:5
**1222-A** [3] - 1123:5, 1123:6, 1127:19
**1222-D** [3] - 1233:7, 1233:9, 1234:6
**1222-E** [1] - 1234:25
**1222-H** [3] - 1104:10, 1123:5, 1123:6

**1222A** [6] - 1093:9, 1093:11, 1093:13, 1093:17, 1093:21, 1337:6
**1222E** [2] - 1096:21, 1097:11
**1222H** [3] - 1093:12, 1093:13, 1337:6
**1223** [1] - 1095:10
**1228-H** [1] - 1123:2
**12A** [1] - 1092:7
**1290** [1] - 1336:8
**1296** [1] - 1337:12
**1299** [1] - 1337:13
**13** [17] - 1088:16, 1091:13, 1091:15, 1091:17, 1102:18, 1135:24, 1136:2, 1136:3, 1137:23, 1137:25, 1195:7, 1235:24, 1237:17, 1237:20, 1237:21, 1337:3
**1303** [2] - 1336:9, 1337:15
**1308** [1] - 1336:11
**1311** [1] - 1336:12
**1312** [1] - 1337:16
**1313** [1] - 1336:13
**1319** [1] - 1336:14
**1328** [1] - 1336:16
**14** [4] - 1136:18, 1138:12, 1195:7, 1284:20
**15** [8] - 1087:23, 1115:5, 1138:20, 1138:24, 1197:3, 1197:4, 1238:19
**16** [5] - 1115:5, 1197:4, 1197:15, 1238:19, 1238:20
**17** [7] - 1139:13, 1139:16, 1197:12, 1197:14, 1197:15, 1208:1, 1238:22
**17:33** [1] - 1262:6
**18** [12] - 1089:11, 1090:17, 1090:23, 1091:1, 1091:3, 1092:1, 1092:3, 1139:21, 1208:1, 1238:25, 1337:2, 1337:5
**19** [5] - 1085:12, 1087:6, 1139:23, 1189:11, 1257:1
**1991** [1] - 1308:23
**1995** [1] - 1195:5
**1997** [1] - 1195:4
**19th** [1] - 1270:17

## 2

**2** [5] - 1068:18, 1188:11, 1313:20, 1314:2, 1322:19
**2.5** [2] - 1150:21, 1218:25
**20** [6] - 1123:2, 1169:20, 1239:18, 1276:5, 1276:9, 1319:12
**20-CR-00213(KAM** [1] - 1058:3
**20-cr-213** [1] - 1059:5
**2000** [3] - 1192:7, 1192:8, 1195:2
**2007** [1] - 1304:12
**2009** [3] - 1192:7, 1194:16, 1195:2
**2011** [10] - 1192:8, 1308:24, 1309:1, 1309:3, 1309:5, 1309:11, 1311:2, 1313:3, 1314:25, 1316:13
**2012** [2] - 1197:9, 1316:25
**2013** [1] - 1197:9
**2015** [1] - 1203:25

**2016** [1] - 1081:2
**2017** [2] - 1081:2, 1248:14
**2018** [17] - 1076:21, 1076:23, 1077:23, 1078:2, 1079:1, 1156:3, 1244:1, 1244:13, 1247:13, 1248:10, 1248:14, 1249:7, 1249:8, 1274:1, 1274:2, 1329:10, 1329:13
**2019** [23] - 1077:2, 1078:9, 1078:10, 1078:24, 1079:1, 1083:6, 1092:24, 1124:1, 1136:18, 1248:13, 1248:14, 1248:20, 1248:21, 1248:22, 1249:10, 1253:3, 1256:24, 1257:2, 1257:3, 1267:19, 1270:21, 1270:22
**2020** [27] - 1084:8, 1141:19, 1146:18, 1198:2, 1202:22, 1247:18, 1252:3, 1252:11, 1252:12, 1252:14, 1252:22, 1253:1, 1253:8, 1253:10, 1256:16, 1256:20, 1256:24, 1257:5, 1257:6, 1257:7, 1267:22, 1270:12, 1271:21, 1273:22
**2021** [2] - 1236:7, 1252:4, 1252:5, 1252:6, 1252:14
**2023** [2] - 1058:7, 1335:23
**21** [5] - 1140:5, 1237:17, 1237:21, 1239:21, 1274:1
**216A** [1] - 1160:19
**21st** [1] - 1329:10
**22** [1] - 1140:12
**23rd** [7] - 1156:3, 1247:18, 1252:11, 1252:12, 1253:8, 1253:10, 1256:16
**24** [5] - 1205:1, 1205:7, 1244:1, 1244:13, 1275:11
**25** [4] - 1154:24, 1154:25, 1156:5, 1218:19
**26** [1] - 1156:5
**27** [5] - 1058:7, 1156:11, 1195:2, 1197:11, 1208:7
**271** [1] - 1058:16
**28** [3] - 1156:21, 1248:10, 1274:2
**29** [2] - 1156:23, 1308:19
**2:00** [1] - 1189:24
**2:10** [2] - 1172:19, 1174:2

## 3

**3** [3] - 1062:6, 1063:25, 1322:19
**30** [10] - 1058:20, 1157:10, 1169:20, 1183:6, 1183:7, 1183:8, 1184:22, 1186:2, 1332:1, 1335:23
**302** [3] - 1259:6, 1259:8, 1259:10
**30th** [1] - 1316:13
**31** [1] - 1157:10
**3500-AC-1** [5] - 1180:16, 1181:5, 1181:7, 1181:9, 1337:11
**3500-AC-48** [1] - 1262:5
**3500-DB-4** [1] - 1189:7
**3500-DB-6** [1] - 1189:8
**3500-DM2** [1] - 1315:11
**3500-JM-1-A** [1] - 1315:17
**3500-JM-1A** [1] - 1325:21

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 282 of 314 PageID #: 5146
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

2

**3500-JM-3** [1] - 1315:13
**3500-JT4** [1] - 1330:21
**35283910827404** [1] - 1145:23
**352839110912172** [1] - 1146:5

# 4

**4** [17] - 1059:7, 1059:12, 1060:9, 1061:15, 1062:7, 1063:10, 1063:25, 1064:2, 1064:3, 1082:13, 1091:18, 1091:23, 1091:25, 1124:5, 1126:15, 1254:4, 1337:4
**4-10275** [1] - 1174:4
**40** [1] - 1087:2
**403A** [7] - 1301:13, 1301:25, 1302:11, 1302:15, 1303:12, 1303:14, 1337:14
**404A** [5] - 1301:13, 1302:15, 1303:12, 1303:14, 1337:14
**405A** [5] - 1301:13, 1302:16, 1303:12, 1303:14, 1337:14
**406A** [5] - 1301:13, 1302:16, 1303:12, 1303:14, 1337:15
**407A** [5] - 1301:13, 1302:16, 1303:12, 1303:14, 1337:15
**408A** [8] - 1301:13, 1301:15, 1301:25, 1302:11, 1302:16, 1303:12, 1303:15, 1337:15

# 5

**5** [2] - 1220:24, 1221:3
**5/9/11** [1] - 1311:4
**50** [1] - 1109:2
**50,000** [5] - 1165:23, 1226:8, 1226:9, 1226:18, 1226:23
**500** [1] - 1165:11
**59** [1] - 1070:1
**5K** [18] - 1183:22, 1183:24, 1183:25, 1184:4, 1184:5, 1184:11, 1184:23, 1284:15, 1284:18, 1284:25, 1285:17, 1285:19, 1285:21, 1286:24, 1287:2, 1287:5, 1287:13
**5K1** [6] - 1183:20, 1184:17, 1185:21, 1284:24, 1285:9, 1285:23

# 6

**600** [9] - 1310:21, 1310:24, 1311:7, 1312:24, 1312:25, 1313:23, 1322:8, 1322:12, 1337:16
**601** [8] - 1298:9, 1298:11, 1299:4, 1299:14, 1299:18, 1300:1, 1304:2, 1337:13

# 7

**702** [6] - 1144:11, 1144:13, 1144:18, 1144:20, 1144:21, 1337:7
**718-613-2272** [1] - 1058:23
**75** [4] - 1247:22, 1247:23, 1253:17,

1267:13
**75th** [2] - 1272:4, 1309:7
**7:00** [1] - 1334:20

# 8

**8** [1] - 1329:4
**8/12/07** [1] - 1300:18
**800** [7] - 1067:9, 1067:11, 1067:16, 1067:24, 1071:15, 1072:13, 1082:10
**800A** [1] - 1082:21
**801(d)(1)** [1] - 1335:4
**801(d)(1)(A** [1] - 1189:6
**803** [3] - 1082:23, 1090:18, 1136:14
**83** [1] - 1196:6
**83rd** [4] - 1196:2, 1196:3, 1196:7
**86O8** [1] - 1300:20
**8th** [1] - 1058:20

# 9

**9** [6] - 1189:11, 1256:19, 1256:24, 1313:2, 1313:3
**902(4** [1] - 1189:6
**904** [5] - 1296:1, 1296:16, 1296:20, 1296:21, 1337:12
**929-421** [1] - 1136:9
**929-421-9537** [1] - 1136:8
**9537** [1] - 1136:10
**9:00** [3] - 1058:8, 1332:14, 1335:24
**9th** [6] - 1309:11, 1310:10, 1311:16, 1311:17, 1314:25, 1316:1

# A

**a...** [1] - 1275:3
**a.m** [3] - 1058:8, 1332:14, 1335:24
**abandon** [1] - 1266:8
**able** [13] - 1060:9, 1060:14, 1060:18, 1060:19, 1064:14, 1085:6, 1085:7, 1109:17, 1127:17, 1200:3, 1230:6, 1311:19, 1315:5
**abuse** [1] - 1308:14
**academy** [1] - 1292:15
**accept** [1] - 1334:19
**accepted** [1] - 1193:23
**accepting** [2] - 1101:24, 1101:25
**access** [7] - 1200:8, 1200:9, 1295:8, 1295:9, 1298:17, 1302:8, 1303:1
**accident** [13] - 1166:20, 1167:2, 1167:5, 1177:17, 1178:17, 1179:9, 1227:16, 1227:20, 1229:8, 1279:8, 1281:22, 1281:25, 1282:10
**accidental** [1] - 1062:19
**accidents** [20] - 1166:8, 1166:3, 1166:17, 1177:4, 1177:20, 1178:13, 1179:18, 1179:21, 1224:19, 1224:21, 1225:23, 1277:10, 1280:2, 1280:7, 1280:11, 1283:13, 1283:14, 1283:18, 1283:22, 1283:25

**accommodating** [1] - 1258:13
**according** [1] - 1293:2
**accordingly** [4] - 1062:11, 1135:5, 1297:21, 1333:11
**account** [4] - 1175:11, 1175:13, 1175:15, 1199:24
**accounts** [1] - 1175:9
**accurate** [7] - 1093:1, 1093:6, 1123:25, 1181:1, 1256:22, 1295:16, 1298:25
**accurately** [3] - 1146:17, 1302:12, 1330:15
**Ace** [13] - 1106:9, 1107:12, 1107:14, 1107:15, 1107:17, 1108:13, 1109:11, 1110:3, 1110:13, 1138:10, 1138:19, 1140:11, 1210:15
**Ace's** [1] - 1108:16
**achieve** [1] - 1279:16
**achieved** [1] - 1131:14
**acknowledging** [1] - 1261:12
**acquitted** [2] - 1285:5, 1285:22
**act** [2] - 1202:7, 1218:6, 1274:25
**acted** [1] - 1218:3
**acting** [10] - 1197:16, 1197:19, 1199:7, 1199:12, 1199:20, 1199:21, 1201:18, 1202:5, 1202:6, 1208:21
**action** [1] - 1117:14
**actions** [1] - 1116:15
**active** [1] - 1074:17
**activity** [2] - 1182:9, 1243:23
**actor** [2] - 1199:9, 1286:17
**actual** [4] - 1114:9, 1124:14, 1259:10, 1275:10
**acupuncture** [2] - 1231:17, 1231:22
**acupunctured** [1] - 1232:3
**ADA** [1] - 1189:13
**Adam** [11] - 1107:12, 1107:14, 1107:15, 1108:21, 1108:23, 1110:6, 1110:7, 1140:11, 1140:16, 1140:23
**add** [3] - 1128:3, 1128:4, 1243:18
**added** [1] - 1226:14
**addition** [2] - 1162:20, 1300:23
**additional** [7] - 1126:22, 1165:11, 1181:15, 1181:19, 1182:1, 1183:3, 1333:7
**address** [4] - 1075:17, 1099:17, 1306:13, 1332:18
**addressed** [4] - 1075:19, 1104:14, 1104:15, 1105:2
**addresses** [1] - 1108:25
**adequate** [1] - 1265:9
**Adidas** [2] - 1253:22
**adjourned** [1] - 1335:23
**administer** [2] - 1321:16, 1321:17
**administered** [6] - 1313:4, 1313:15, 1316:11, 1316:22, 1320:8, 1320:11
**administrative** [3] - 1062:12, 1190:6, 1190:8
**admissible** [5] - 1123:16, 1127:4, 1334:16, 1335:13, 1335:15

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 283 of 314 PageID #: 5147
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

3

**admission** [6] - 1128:12, 1296:25, 1297:3, 1300:9, 1304:18, 1304:19
**admissions** [2] - 1297:11, 1298:5
**admit** [14] - 1124:19, 1125:9, 1144:18, 1147:14, 1179:14, 1182:15, 1182:18, 1261:6, 1261:9, 1263:9, 1263:12, 1296:16, 1297:16, 1299:14
**admits** [1] - 1298:15
**admitted** [30] - 1067:8, 1072:19, 1082:13, 1087:5, 1087:22, 1088:15, 1091:12, 1091:20, 1091:23, 1092:1, 1102:19, 1104:10, 1124:13, 1125:14, 1135:14, 1154:12, 1160:18, 1171:15, 1178:12, 1181:23, 1226:7, 1274:4, 1299:16, 1300:5, 1300:18, 1300:19, 1303:13, 1304:3, 1312:24, 1329:3
**admitting** [2] - 1125:6, 1259:23
**advanced** [2] - 1242:16, 1242:17
**advice** [1] - 1130:20
**advise** [3] - 1062:5, 1063:1, 1063:10
**advised** [1] - 1064:7
**advises** [1] - 1061:15
**affect** [2] - 1125:4, 1128:11
**affects** [1] - 1064:17
**affiliated** [2] - 1297:14, 1298:15
**affiliation** [3] - 1089:3, 1293:3, 1293:5
**affirm** [1] - 1264:17
**afraid** [3] - 1237:12, 1237:23, 1240:16
**Africa** [1] - 1252:2
**afternoon** [15] - 1190:1, 1191:11, 1191:12, 1206:15, 1303:25, 1304:1, 1306:25, 1307:1, 1308:8, 1308:9, 1311:12, 1311:13, 1319:7, 1328:7, 1328:8
**age** [1] - 1112:25
**agency** [4] - 1061:18, 1291:5, 1291:6, 1308:12
**agent** [5] - 1145:11, 1145:13, 1251:17, 1254:16, 1256:16
**agents** [5] - 1176:13, 1264:8, 1265:3, 1287:21, 1288:8
**aggressively** [1] - 1143:5
**ago** [6] - 1208:3, 1251:24, 1251:25, 1319:12, 1319:18, 1323:20
**agree** [11] - 1067:18, 1067:23, 1100:17, 1100:18, 1180:12, 1202:7, 1230:10, 1256:7, 1323:4
**agreed** [4] - 1100:19, 1156:9, 1180:13, 1272:18
**agreeing** [1] - 1131:17
**agreement** [26] - 1062:25, 1100:13, 1179:23, 1180:9, 1180:12, 1180:20, 1180:24, 1181:2, 1181:11, 1182:5, 1182:6, 1182:15, 1182:18, 1183:19, 1272:13, 1272:15, 1272:18, 1273:4, 1273:7, 1273:9, 1273:17, 1273:20, 1274:16, 1285:8, 1286:23, 1287:1
**agrees** [1] - 1189:3
**ahead** [6] - 1118:10, 1125:2, 1228:12, 1267:9, 1279:19, 1315:23

**aid** [1] - 1315:5
**aide** [6] - 1059:18, 1060:19, 1061:16, 1061:17, 1061:20
**aided** [1] - 1058:25
**aight** [2] - 1142:12, 1149:4
**Aight** [1] - 1156:22
**ain't** [6] - 1132:23, 1134:8, 1134:9, 1158:24
**Air** [1] - 1094:6
**AK** [7] - 1070:12, 1070:18, 1074:3, 1074:23, 1118:4, 1142:13, 1174:4
**AK-47** [1] - 1086:12
**aka** [1] - 1300:20
**AKs** [2] - 1112:17, 1112:19
**Al** [1] - 1108:5
**Albany** [2] - 1292:2, 1292:8
**alive** [1] - 1236:3
**Allah** [1] - 1070:16
**alleged** [1] - 1114:8
**Allen** [2] - 1329:8, 1329:18
**allowed** [1] - 1103:16
**allowing** [1] - 1101:23
**allows** [1] - 1264:23
**almost** [1] - 1257:6
**alone** [2] - 1107:23, 1115:11
**alternate** [3] - 1062:6, 1063:16, 1063:25
**altogether** [1] - 1273:13
**amazing** [1] - 1199:9
**amenable** [1] - 1060:15
**AMERICA** [1] - 1058:3
**America** [1] - 1224:3
**amount** [1] - 1118:1
**amputated** [1] - 1319:17
**Andrew** [5] - 1064:25, 1082:24, 1242:3, 1289:9, 1289:14
**ANDREW** [5] - 1066:1, 1289:14, 1290:1, 1336:4, 1336:7
**anesthesia** [2] - 1229:22, 1231:7
**anger** [1] - 1143:16
**answer** [5] - 1080:11, 1104:18, 1135:2, 1269:2, 1327:2
**answered** [3] - 1276:11, 1283:8, 1288:17
**answering** [1] - 1267:16
**anticipates** [1] - 1064:9
**anxiety** [6] - 1203:21, 1204:23, 1205:11, 1205:13, 1269:6, 1269:8
**apartment** [1] - 1220:15
**ape** [8] - 1141:23, 1142:3, 1217:14, 1217:15, 1217:18, 1217:22, 1217:23, 1217:24
**apologies** [2] - 1082:23, 1178:18
**apologize** [1] - 1172:23
**appear** [1] - 1313:5
**appeared** [1] - 1123:24
**appreciate** [4] - 1064:4, 1065:4, 1266:6, 1335:18
**appreciative** [1] - 1266:7
**apprised** [1] - 1062:24

**approach** [2] - 1227:19, 1295:22
**approached** [4] - 1076:8, 1076:10, 1219:10, 1219:11
**appropriate** [5] - 1124:19, 1127:1, 1127:9, 1189:14, 1264:13
**appropriately** [1] - 1127:8
**approve** [1] - 1084:17
**April** [4] - 1257:6, 1309:1, 1316:13, 1319:13
**area** [10] - 1073:13, 1079:20, 1160:12, 1195:23, 1197:4, 1205:2, 1243:6, 1294:9, 1299:20, 1301:21
**areas** [3] - 1071:22, 1071:24, 1293:6
**argue** [1] - 1126:24
**argument** [5] - 1123:22, 1127:2, 1128:10, 1128:20, 1132:8
**armpit** [1] - 1236:18
**Army** [1] - 1069:24
**arrange** [2] - 1060:10, 1060:14
**array** [18] - 1309:19, 1310:15, 1310:16, 1310:18, 1311:1, 1312:3, 1312:6, 1313:4, 1313:7, 1313:8, 1313:15, 1314:8, 1314:10, 1314:13, 1314:19, 1316:11, 1316:23, 1321:17
**arrest** [7] - 1124:4, 1125:12, 1126:17, 1126:18, 1127:8, 1175:8, 1287:24
**arrested** [30] - 1126:16, 1144:25, 1176:9, 1176:17, 1181:12, 1183:3, 1246:17, 1247:16, 1248:18, 1248:19, 1250:7, 1263:18, 1264:4, 1265:3, 1267:19, 1267:21, 1268:3, 1268:21, 1269:9, 1270:17, 1270:18, 1270:19, 1270:22, 1272:25, 1287:19, 1287:25, 1288:1, 1329:10, 1329:13, 1329:15
**arrests** [3] - 1326:2, 1326:19, 1327:7
**arrived** [1] - 1126:14
**ass** [2] - 1117:22, 1202:22
**Assassin** [2] - 1068:9, 1068:18, 1300:19
**assault** [8] - 1112:11, 1112:14, 1211:15, 1211:17, 1211:18, 1213:2, 1241:25, 1256:5
**asserted** [1] - 1261:17
**assessing** [1] - 1297:23
**assigned** [17] - 1291:7, 1309:10, 1309:14, 1309:18, 1309:25, 1310:6, 1317:2, 1317:4, 1317:7, 1325:6, 1326:1, 1326:6, 1326:7, 1326:16, 1327:4, 1328:22, 1330:9
**assigning** [1] - 1128:24
**assist** [1] - 1309:9
**assistance** [1] - 1223:15
**Assistant** [1] - 1058:18
**assisted** [1] - 1166:1
**associate** [5] - 1072:10, 1111:22, 1195:18, 1207:22, 1260:6
**associated** [3] - 1072:11, 1082:7, 1167:6
**assume** [2] - 1309:24, 1310:5
**assumption** [1] - 1310:3
**assure** [2] - 1062:17, 1314:9

**Aston** [1] - 1070:1
**attaches** [1] - 1259:10
**attack** [2] - 1113:22, 1205:11
**attacks** [1] - 1205:13
**attained** [1] - 1086:19
**attempted** [4] - 1176:5, 1176:6, 1248:23, 1252:8
**attendance** [1] - 1173:8
**attended** [2] - 1077:15, 1077:17
**attention** [17] - 1064:5, 1121:23, 1141:18, 1164:17, 1178:20, 1193:16, 1193:18, 1193:21, 1201:16, 1201:17, 1258:6, 1306:10, 1309:11, 1310:23, 1316:10, 1317:17, 1332:12
**Attica** [15] - 1105:13, 1105:18, 1105:20, 1105:21, 1105:23, 1106:3, 1106:8, 1106:24, 1108:13, 1110:17, 1138:7, 1140:24, 1149:14, 1237:4, 1238:5
**Attorney** [1] - 1058:15
**attorney's** [1] - 1277:16
**Attorneys** [1] - 1058:18
**attorneys** [1] - 1280:1
**audible** [1] - 1262:25
**audio** [4] - 1258:21, 1258:22, 1258:23, 1293:21
**authenticate** [1] - 1302:24
**authenticated** [4] - 1123:24, 1126:5, 1127:3, 1128:15
**authentication** [2] - 1126:5, 1311:22
**authority** [1] - 1335:17
**authorize** [1] - 1260:5
**authorized** [1] - 1266:4
**automatically** [1] - 1228:7
**availability** [1] - 1332:6
**available** [2] - 1061:16, 1309:25
**Avenue** [3] - 1113:12, 1196:4, 1196:19
**avoiding** [2] - 1134:18, 1135:7
**award** [1] - 1279:12
**aware** [4] - 1127:13, 1152:15, 1229:21, 1300:24
**awhile** [1] - 1131:14, 1142:13
**awkward** [1] - 1107:19

## B

**B/Bebo** [1] - 1300:20
**baby** [1] - 1195:12
**baby's** [1] - 1195:14
**backed** [2] - 1152:6, 1219:16
**background** [1] - 1317:18
**backyard** [2] - 1120:18, 1120:19
**bad** [13] - 1107:6, 1141:6, 1144:4, 1178:15, 1184:8, 1198:3, 1203:23, 1203:24, 1203:25, 1230:7, 1269:20, 1278:25
**bag** [5] - 1115:18, 1170:11, 1122:3, 1228:10, 1228:17
**bags** [2] - 1210:20, 1222:6
**bail** [6] - 1242:8, 1242:22, 1243:16, 1253:1, 1253:4

**Band** [2] - 1153:25, 1154:10
**bandana** [7] - 1206:16, 1206:19, 1207:1, 1207:2, 1207:5, 1207:10, 1207:17
**banging** [1] - 1186:13
**Bantum** [1] - 1290:15
**Bar** [2] - 1241:23, 1242:5
**barely** [1] - 1109:17
**bars** [1] - 1275:10
**based** [11] - 1102:12, 1173:7, 1173:9, 1212:22, 1218:3, 1271:1, 1272:25, 1294:16, 1302:18, 1302:23, 1323:9
**basis** [6] - 1124:19, 1126:1, 1127:9, 1127:20, 1129:1, 1326:21
**Bdubs** [2] - 1148:22, 1149:5
**beads** [5] - 1114:6, 1114:7, 1114:9, 1114:10
**Bean** [7] - 1071:17, 1071:25, 1072:1, 1072:3, 1072:11, 1196:22, 1196:24
**bear** [1] - 1134:13
**beat** [13] - 1116:1, 1117:11, 1118:5, 1118:16, 1143:21, 1144:7, 1149:7, 1212:1, 1213:16, 1214:5, 1214:12, 1215:3, 1215:22
**beat-up** [1] - 1149:7
**beating** [6] - 1115:13, 1117:22, 1120:10, 1143:23, 1143:24, 1213:14
**Bebop** [1] - 1068:18
**became** [3] - 1078:21, 1131:11, 1197:7
**become** [2] - 1292:22, 1308:22
**Bed** [1] - 1099:5
**bed** [4] - 1107:5, 1139:22, 1141:2, 1141:4, 1239:1
**Bed-Stuy** [1] - 1099:5
**beef** [3] - 1117:3, 1154:4, 1293:4
**Beef** [1] - 1154:5
**beefing** [1] - 1154:3
**been..** [1] - 1090:20
**BEFORE** [1] - 1058:12
**beg** [1] - 1317:23
**began** [2] - 1182:21, 1290:12
**begin** [3] - 1064:15, 1064:23, 1065:5
**beginning** [2] - 1153:19, 1267:6
**behalf** [2] - 1125:20, 1128:20
**behavioral** [1] - 1192:23
**behind** [7] - 1109:23, 1110:14, 1110:16, 1130:8, 1151:21, 1198:11, 1275:10
**believable** [1] - 1216:22
**believes** [2] - 1061:21, 1128:4
**belonged** [2] - 1126:24, 1149:10
**belonging** [2] - 1124:4, 1125:23
**below** [4] - 1160:6, 1160:7, 1184:11, 1184:15
**benefit** [3] - 1215:16, 1215:18, 1225:16
**benzodiazapine** [1] - 1157:25
**beside** [2] - 1094:24, 1256:5
**best** [7] - 1122:16, 1159:17, 1204:7, 1208:14, 1208:15, 1304:19, 1333:10
**better** [2] - 1061:4, 1206:4

**between** [18] - 1087:16, 1087:18, 1102:22, 1136:6, 1136:20, 1154:6, 1189:13, 1247:24, 1248:22, 1249:1, 1249:15, 1253:12, 1255:15, 1255:17, 1255:20, 1274:1, 1309:8, 1333:8
**Between** [2] - 1137:7, 1137:8
**beyond** [1] - 1141:11
**bias** [1] - 1264:21
**biased** [1] - 1131:16
**Big** [1] - 1079:4
**big** [20] - 1074:17, 1074:18, 1075:10, 1075:14, 1077:24, 1078:3, 1080:8, 1080:10, 1090:4, 1100:7, 1109:23, 1113:7, 1159:20, 1170:6, 1211:25, 1212:2, 1212:18, 1221:1, 1223:5, 1240:3
**bigger** [4] - 1235:7, 1237:25, 1282:15, 1282:23
**biggest** [1] - 1256:9
**Biggie** [6] - 1113:1, 1113:20, 1118:12, 1211:23
**Biggy** [4] - 1167:1, 1167:4, 1167:14
**bill** [2] - 1232:18, 1232:19, 1232:20
**Billion** [2] - 1103:8, 1103:10
**bit** [15] - 1099:7, 1100:20, 1158:2, 1165:12, 1167:17, 1206:13, 1219:2, 1222:24, 1232:10, 1235:4, 1241:18, 1242:17, 1252:20, 1299:23
**Bitcoins** [1] - 1232:11
**Black** [1] - 1118:3
**black** [2] - 1228:2, 1228:10
**blacks** [1] - 1120:10
**blank** [1] - 1085:17
**Bless** [5] - 1100:17, 1101:3, 1101:4, 1103:20, 1236:21
**blew** [1] - 1226:16
**block** [5] - 1151:10, 1151:13, 1219:10, 1219:22, 1258:19
**blood** [5] - 1093:24, 1120:21, 1120:22, 1198:19, 1198:24
**Blood** [20] - 1066:21, 1066:25, 1067:4, 1068:2, 1069:24, 1090:3, 1117:10, 1117:12, 1117:13, 1120:1, 1120:5, 1121:1, 1121:6, 1170:4, 1195:13, 1207:15, 1213:23, 1300:18
**Bloods** [5] - 1066:24, 1067:3, 1067:6, 1069:21
**blow** [3] - 1148:19, 1235:3, 1299:20
**blown** [1] - 1162:10
**blue** [2] - 1094:8, 1214:20
**bluff** [1] - 1152:8
**blur** [1] - 1103:15
**board** [11] - 1081:19, 1081:20, 1082:3, 1091:2, 1091:10, 1092:2, 1105:15, 1133:23, 1234:22, 1249:22, 1249:23
**Body** [3] - 1071:16, 1072:8, 1072:9
**book** [1] - 1319:21
**booking** [3] - 1275:15, 1294:12, 1295:5
**boom** [1] - 1228:9
**booze** [2] - 1210:8, 1210:9

**borders** [1] - 1260:9
**born** [2] - 1195:4, 1275:9
**Borough** [1] - 1130:17
**borough** [1] - 1329:1
**bottom** [5] - 1059:11, 1071:16, 1095:17, 1314:3, 1322:5
**bottom-line** [1] - 1059:11
**bought** [4] - 1226:12, 1226:13, 1226:14
**Bowser** [31] - 1080:3, 1080:6, 1081:9, 1081:10, 1084:14, 1085:10, 1088:1, 1088:11, 1110:19, 1110:24, 1130:9, 1130:10, 1130:19, 1130:20, 1132:13, 1132:14, 1132:15, 1132:16, 1133:11, 1143:19, 1144:5, 1149:7, 1174:6, 1174:7, 1217:6, 1217:7, 1250:16, 1270:15, 1270:24, 1271:24
**box** [8] - 1323:2, 1323:3, 1323:7, 1323:11, 1323:13, 1323:14, 1323:15
**boxes** [2] - 1323:1, 1323:4
**Boy** [2] - 1171:6, 1171:10
**boy** [2] - 1115:5, 1144:6
**boys** [1] - 1220:7
**Boys** [1] - 1070:3
**branching** [1] - 1186:12
**brand** [2] - 1120:5, 1329:22
**brandish** [1] - 1153:4
**brandishing** [1] - 1151:7
**Braska** [1] - 1304:17
**bread** [3] - 1158:22, 1158:25, 1159:15
**break** [14] - 1100:20, 1121:16, 1121:18, 1121:20, 1122:1, 1122:5, 1138:8, 1188:8, 1249:4, 1258:4, 1258:8, 1265:17, 1267:12, 1306:7
**breakdown** [2] - 1106:18, 1221:6
**breaks** [1] - 1258:5
**BREON** [1] - 1058:14
**brief** [3] - 1062:12, 1161:16, 1189:2
**briefly** [2] - 1066:23, 1319:2
**Brim** [3] - 1067:5, 1069:24, 1070:1
**bring** [17] - 1063:18, 1106:16, 1122:11, 1127:22, 1129:6, 1129:8, 1165:6, 1165:7, 1225:3, 1245:17, 1245:21, 1260:2, 1265:18, 1266:11, 1266:12, 1306:12
**bringing** [5] - 1157:11, 1167:8, 1167:14, 1225:2, 1229:10
**Bristol** [1] - 1108:3
**Bro** [1] - 1120:12
**bro** [30] - 1075:13, 1075:15, 1099:11, 1099:14, 1100:2, 1110:9, 1116:9, 1118:8, 1120:4, 1120:15, 1139:2, 1151:11, 1152:7, 1169:7, 1198:16, 1208:11, 1211:25, 1212:2, 1229:1, 1238:9, 1238:11, 1238:12, 1238:20, 1240:9, 1247:8, 1250:17, 1272:14, 1284:19, 1287:6, 1287:14
**Brody** [1] - 1156:22
**broke** [3] - 1129:22, 1164:22, 1197:9
**Bronx** [7] - 1113:5, 1113:11, 1150:7, 1150:8, 1150:18, 1218:17, 1219:3

**Brookdale** [2] - 1309:18, 1310:13
**Brooklyn** [8] - 1058:6, 1058:16, 1071:23, 1071:24, 1105:24, 1195:23, 1321:2, 1321:3
**brother** [8] - 1076:9, 1100:8, 1108:21, 1118:24, 1224:4, 1240:4, 1250:9, 1250:10
**brotherly** [1] - 1132:8
**brothers** [1] - 1224:2
**brought** [15] - 1164:17, 1167:5, 1170:3, 1175:3, 1175:4, 1175:5, 1191:24, 1195:20, 1225:8, 1225:9, 1225:11, 1227:7, 1247:23, 1252:21, 1253:7
**Brownsville** [2] - 1074:3, 1074:23
**bubba** [1] - 1163:6
**bubble** [2] - 1148:15, 1163:6
**Buck** [12] - 1088:19, 1099:22, 1102:15, 1103:9, 1103:10, 1103:11, 1153:14, 1168:24, 1235:17, 1235:22, 1235:23
**Buck's** [1] - 1088:20
**Buck/Joshua** [1] - 1100:1
**Buckwild** [29] - 1084:3, 1084:12, 1086:3, 1086:4, 1086:15, 1131:4, 1132:17, 1142:5, 1142:20, 1143:4, 1144:6, 1144:8, 1146:14, 1146:18, 1148:2, 1148:17, 1149:13, 1149:17, 1174:6, 1174:7, 1216:7, 1216:24, 1217:3, 1217:6, 1217:7, 1217:19, 1218:10, 1235:21
**Buckwild's** [2] - 1142:14, 1143:16
**bud** [2] - 1150:10, 1169:7
**buddy** [1] - 1210:10
**buddy's** [1] - 1272:8
**Bugatti** [1] - 1070:3
**building** [2] - 1177:15, 1219:16
**bull** [1] - 1212:18
**Bullet** [1] - 1070:3
**Bullock** [35] - 1189:6, 1309:19, 1309:21, 1310:11, 1310:12, 1310:14, 1310:15, 1311:1, 1311:15, 1312:7, 1312:18, 1313:3, 1313:18, 1313:20, 1314:17, 1314:20, 1314:25, 1315:3, 1316:12, 1316:22, 1317:1, 1317:3, 1317:17, 1317:25, 1318:2, 1318:7, 1318:14, 1318:16, 1318:18, 1319:16, 1320:23, 1320:24, 1323:2, 1326:5, 1326:9
**Bullock's** [2] - 1314:11, 1320:22
**bunch** [2] - 1092:12, 1131:19
**bundles** [1] - 1250:2
**burden** [2] - 1064:12, 1333:7
**Bureau** [2] - 1291:8, 1291:10
**burst** [1] - 1151:6
**Bushwick** [8] - 1072:3, 1153:11, 1195:23, 1196:18, 1196:23, 1196:25, 1197:2, 1197:3
**business** [20] - 1076:4, 1111:3, 1133:24, 1133:25, 1134:3, 1134:5, 1134:6, 1134:8, 1134:14, 1135:6, 1250:2, 1295:9, 1295:11, 1298:18, 1298:21, 1302:3, 1302:19, 1303:4

**butt** [3] - 1330:7, 1331:5
**butted** [1] - 1216:6
**button** [4] - 1085:9, 1098:13, 1143:19, 1267:8
**buttons** [1] - 1085:7
**buy** [6] - 1167:19, 1167:20, 1167:21, 1241:4, 1241:6, 1241:7
**BY** [26] - 1058:17, 1058:21, 1066:5, 1098:2, 1129:21, 1156:2, 1191:10, 1234:5, 1267:11, 1268:2, 1290:5, 1303:24, 1308:4, 1311:11, 1313:2, 1319:6, 1328:6, 1336:5, 1336:6, 1336:8, 1336:9, 1336:11, 1336:12, 1336:13, 1336:14, 1336:16
**bystander** [3] - 1115:17, 1215:3, 1228:6

## C

**cab** [2] - 1239:19, 1241:2
**Cadman** [1] - 1058:16
**calf** [1] - 1212:18
**caliber** [3] - 1152:23, 1218:19, 1218:25
**calm** [1] - 1269:11
**camera** [3] - 1143:17, 1198:12, 1198:13
**Campbell** [60] - 1064:25, 1066:8, 1066:16, 1066:17, 1067:12, 1070:17, 1071:6, 1071:8, 1072:14, 1072:22, 1080:16, 1082:1, 1082:12, 1082:24, 1082:25, 1087:5, 1087:22, 1089:12, 1091:19, 1092:4, 1092:9, 1093:17, 1095:11, 1104:11, 1105:12, 1110:17, 1112:4, 1116:5, 1124:9, 1129:14, 1129:22, 1134:12, 1135:15, 1135:24, 1137:23, 1144:12, 1146:11, 1147:5, 1147:8, 1149:22, 1154:14, 1154:24, 1157:18, 1164:3, 1171:21, 1173:1, 1173:17, 1175:8, 1180:17, 1186:25, 1190:10, 1191:11, 1237:23, 1242:3, 1260:15, 1260:23, 1260:24, 1261:9, 1262:10, 1266:11
**CAMPBELL** [2] - 1066:1, 1336:4
**Campbell's** [1] - 1136:15
**cannot** [1] - 1059:9
**cap** [1] - 1096:12
**capacity** [1] - 1300:24
**caption** [3] - 1199:3, 1199:6, 1202:21
**capture** [2] - 1093:2, 1093:4
**car** [53] - 1106:1, 1106:2, 1108:9, 1108:10, 1114:23, 1114:24, 1114:25, 1161:18, 1164:8, 1164:13, 1164:21, 1165:6, 1165:15, 1165:16, 1165:17, 1167:5, 1177:4, 1177:17, 1177:20, 1178:13, 1178:16, 1179:8, 1179:18, 1179:21, 1198:20, 1202:13, 1202:15, 1202:16, 1202:17, 1224:19, 1224:21, 1225:4, 1227:16, 1227:18, 1227:24, 1228:9, 1228:12, 1228:15, 1229:5, 1229:7, 1229:8, 1277:10, 1279:8, 1280:2, 1280:7, 1280:11, 1281:22, 1281:25, 1283:22, 1283:25

**card** [11] - 1063:11, 1082:20, 1082:24, 1091:5, 1167:15, 1167:21, 1168:5, 1169:5, 1232:9, 1232:25, 1233:2
**cards** [4] - 1167:20, 1168:3, 1169:5, 1169:6
**care** [11] - 1059:8, 1101:15, 1101:16, 1101:18, 1135:5, 1203:10, 1206:11, 1265:15, 1275:21, 1290:21
**career** [1] - 1292:22
**carried** [1] - 1274:6
**carrying** [1] - 1182:8
**cars** [4] - 1069:23, 1069:25, 1112:1
**Casa** [4] - 1196:8, 1196:10, 1196:17, 1196:18
**Casablanca** [3] - 1196:13, 1196:14, 1196:16
**case** [65] - 1059:4, 1061:23, 1063:5, 1063:6, 1064:12, 1064:13, 1064:17, 1085:3, 1091:23, 1100:2, 1102:23, 1116:16, 1121:21, 1176:2, 1181:13, 1185:8, 1188:10, 1228:7, 1242:21, 1248:23, 1252:2, 1256:4, 1256:5, 1256:6, 1271:22, 1284:12, 1285:6, 1285:20, 1294:12, 1295:5, 1306:8, 1309:10, 1309:21, 1310:1, 1310:8, 1313:9, 1313:13, 1316:21, 1317:2, 1317:4, 1317:6, 1317:7, 1317:9, 1317:18, 1321:5, 1321:10, 1321:18, 1325:6, 1325:15, 1326:1, 1326:2, 1326:3, 1326:4, 1326:6, 1326:7, 1326:17, 1326:19, 1327:4, 1327:5, 1327:7, 1332:13, 1332:24, 1333:16, 1333:25
**cases** [1] - 1328:21
**catching** [1] - 1174:8
**caught** [1] - 1287:22
**CAUSE** [1] - 1058:11
**cell** [8] - 1123:8, 1123:9, 1125:21, 1125:22, 1126:2, 1127:6, 1136:15, 1214:6
**Cellebrite** [2] - 1124:7, 1125:15
**Center** [2] - 1290:15, 1308:13
**central** [1] - 1275:14
**Central** [2] - 1291:8, 1291:10
**cents** [1] - 1109:2
**certain** [21] - 1085:6, 1085:7, 1085:8, 1085:9, 1103:17, 1103:18, 1106:11, 1106:12, 1106:20, 1106:24, 1124:16, 1140:1, 1141:13, 1173:3, 1174:10, 1186:18, 1193:5, 1208:16, 1260:18, 1290:24, 1295:20
**certainly** [1] - 1127:13
**certification** [1] - 1125:14
**certified** [1] - 1126:2
**chain** [8] - 1123:10, 1123:21, 1125:8, 1125:11, 1127:2, 1127:10, 1128:21, 1129:2
**chair** [2] - 1121:22, 1188:12
**chairs** [1] - 1307:2
**change** [2] - 1131:10, 1174:9

**changed** [1] - 1130:21
**characterize** [1] - 1253:24
**characterized** [1] - 1135:9
**charge** [15] - 1078:17, 1078:19, 1131:2, 1181:12, 1183:2, 1269:24, 1272:12, 1273:15, 1274:17, 1276:17, 1281:2, 1332:20, 1332:22, 1332:25, 1333:17
**charged** [7] - 1176:2, 1176:17, 1179:22, 1181:16, 1181:20, 1268:12, 1280:19
**charges** [3] - 1181:19, 1242:6, 1273:11
**Charles** [1] - 1234:12
**chart** [1] - 1067:15
**chased** [1] - 1114:3
**cheated** [1] - 1194:12
**check** [19] - 1226:6, 1227:2, 1282:16, 1282:23, 1322:25, 1323:4, 1323:10, 1323:12, 1323:13, 1323:15, 1323:23, 1323:25, 1324:1, 1324:3, 1328:20, 1329:12, 1332:5, 1332:7
**checked** [1] - 1323:6
**checklist** [4] - 1298:12, 1298:13, 1298:14, 1300:8
**cheek** [3] - 1086:9, 1086:13, 1086:14
**Cheetos** [1] - 1076:11
**chest** [1] - 1160:4
**children** [1] - 1224:5
**chill** [4] - 1074:5, 1075:12, 1111:21, 1115:22
**chips** [1] - 1109:15
**choice** [2] - 1061:24, 1284:9
**choose** [1] - 1100:15
**choses** [1] - 1064:13
**chronic** [1] - 1206:10
**Chuck** [89] - 1076:7, 1076:24, 1077:24, 1078:7, 1078:9, 1079:3, 1084:21, 1094:24, 1100:11, 1101:8, 1101:10, 1101:16, 1105:4, 1106:20, 1110:3, 1110:4, 1110:13, 1110:19, 1110:24, 1111:7, 1111:9, 1130:11, 1130:15, 1130:16, 1130:20, 1130:23, 1131:20, 1131:22, 1132:1, 1132:5, 1132:7, 1132:9, 1132:22, 1133:12, 1133:13, 1133:15, 1133:17, 1133:19, 1136:6, 1136:20, 1137:8, 1138:1, 1140:14, 1141:2, 1158:13, 1158:14, 1159:1, 1159:11, 1159:13, 1160:8, 1160:9, 1160:23, 1161:3, 1161:9, 1161:12, 1161:13, 1161:15, 1161:25, 1162:1, 1162:4, 1168:25, 1170:17, 1172:22, 1172:24, 1187:4, 1187:7, 1222:12, 1234:12, 1234:15, 1236:21, 1237:3, 1237:10, 1237:24, 1238:8, 1239:18, 1241:21, 1241:22, 1272:21, 1274:9, 1274:10
**Chucky** [59] - 1073:1, 1073:5, 1073:21, 1074:7, 1074:11, 1074:12, 1074:22, 1075:1, 1075:13, 1075:19, 1076:3, 1078:2, 1080:3, 1083:7, 1085:10, 1088:6, 1092:12, 1094:2, 1094:13, 1095:19, 1098:14, 1098:20, 1099:6,

1100:17, 1101:3, 1102:14, 1106:8, 1108:14, 1109:25, 1110:2, 1112:3, 1136:20, 1138:23, 1139:17, 1160:1, 1161:19, 1168:24, 1171:3, 1171:13, 1185:17, 1212:24, 1213:3, 1213:6, 1213:9, 1213:11, 1227:9, 1227:12, 1232:22, 1232:24, 1233:2, 1235:17, 1236:17, 1250:16, 1316:14, 1316:15, 1324:12, 1324:14
**Chucky's** [1] - 1243:6
**churr** [1] - 1239:16
**CIB** [11] - 1291:11, 1291:12, 1291:17, 1291:19, 1294:2, 1294:16, 1297:7, 1297:10, 1297:22, 1298:3, 1300:24
**cigarette** [8] - 1269:11, 1269:14, 1269:16, 1329:19, 1329:22, 1330:1, 1330:7, 1331:5
**circle** [13] - 1094:3, 1095:15, 1095:21, 1096:3, 1096:10, 1097:14, 1098:11, 1098:16, 1110:22, 1110:23, 1111:12, 1165:21, 1169:4
**circled** [1] - 1123:23
**cite** [2] - 1335:4
**City** [2] - 1290:7, 1308:18
**city** [2] - 1290:18, 1291:6
**civilian** [1] - 1201:14
**civilians** [2] - 1164:11, 1164:14
**civility** [1] - 1266:8
**claims** [1] - 1059:9
**classroom** [1] - 1192:19
**clean** [1] - 1288:5
**clear** [7] - 1074:10, 1074:22, 1098:11, 1098:12, 1134:3, 1180:2, 1180:4
**cleared** [1] - 1226:6
**clearer** [1] - 1333:15
**clerk** [2] - 1330:5, 1330:19
**client** [1] - 1128:20
**client's** [1] - 1125:20
**clip** [4] - 1150:19, 1150:21, 1151:17, 1219:8
**close** [4] - 1121:17, 1221:3, 1289:20, 1295:13
**closer** [1] - 1111:9
**clothes** [1] - 1167:23
**clothing** [2] - 1140:2, 1239:11
**co** [1] - 1111:16
**co-de** [1] - 1111:16
**coat** [1] - 1307:2
**code** [1] - 1239:17
**Cognac** [1] - 1235:14
**coins** [1] - 1169:22
**cold** [1] - 1168:21
**collect** [1] - 1293:1
**collected** [7] - 1170:3, 1171:1, 1171:3, 1297:10, 1300:23, 1300:25, 1301:23
**collecting** [1] - 1170:12
**collective** [1] - 1170:3
**college** [2] - 1191:22, 1292:5
**colloquy** [1] - 1189:13
**coloring** [3] - 1198:8, 1198:18

**column** [1] - 1237:17

**comedian** [1] - 1199:18

**comedy** [7] - 1197:21, 1197:23, 1199:21, 1200:15, 1200:20, 1200:21, 1201:9

**comfortable** [2] - 1061:19, 1308:6

**coming** [6] - 1060:25, 1062:18, 1115:4, 1142:25, 1213:13, 1305:10

**commands** [1] - 1265:25

**comment** [2] - 1300:10, 1300:17

**commit** [12] - 1112:7, 1112:9, 1149:22, 1164:3, 1164:5, 1176:3, 1176:5, 1176:7, 1224:21, 1225:7, 1227:6

**committed** [10] - 1112:5, 1175:24, 1176:16, 1176:19, 1176:25, 1180:1, 1182:16, 1186:6, 1224:16, 1241:20

**committing** [1] - 1279:8

**common** [9] - 1081:16, 1117:23, 1168:2, 1168:4, 1168:6, 1168:8, 1168:12, 1265:25, 1294:17

**communicating** [1] - 1247:25

**communications** [8] - 1126:23, 1136:23, 1136:25, 1137:3, 1137:12, 1154:14, 1154:17, 1292:4

**companies** [4] - 1276:22, 1277:1, 1277:7, 1279:4

**company** [2] - 1242:14, 1301:5

**compensated** [1] - 1262:25

**compensation** [1] - 1263:6

**complain** [2] - 1204:22, 1205:14

**complaining** [1] - 1205:12

**complete** [1] - 1332:2

**completely** [1] - 1179:24

**complying** [1] - 1262:22

**Computer** [1] - 1058:25

**Computer-aided** [1] - 1058:25

**computerized** [1] - 1058:24

**concern** [2] - 1063:24, 1260:13

**Concourse** [1] - 1113:12

**condition** [2] - 1311:20, 1319:21

**confer** [1] - 1059:23

**conference** [4] - 1332:20, 1332:22, 1332:25, 1333:17

**conferred** [2] - 1060:7, 1060:8

**confirmed** [1] - 1110:13

**connected** [1] - 1320:4

**connection** [8] - 1126:17, 1177:3, 1177:5, 1182:9, 1182:19, 1295:19, 1302:9, 1302:12

**consent** [1] - 1061:24

**consents** [1] - 1189:15

**consider** [2] - 1208:25, 1250:9

**consideration** [1] - 1277:4

**considered** [12] - 1068:12, 1068:13, 1069:14, 1072:1, 1072:3, 1072:5, 1079:10, 1086:17, 1135:7, 1143:14, 1240:3, 1250:10

**consignment** [1] - 1241:8

**consisting** [1] - 1310:15

**conspiracy** [10] - 1176:3, 1176:7, 1181:12, 1182:2, 1182:5, 1252:12, 1272:12, 1273:16, 1273:24, 1276:3

**conspired** [1] - 1272:16

**constantly** [1] - 1195:19

**contact** [1] - 1131:1

**contemporaneous** [2] - 1297:24, 1302:5

**contemporaneously** [3] - 1295:13, 1295:14, 1298:23

**contents** [3] - 1126:23, 1127:6, 1296:8

**contested** [1] - 1131:15

**continue** [5] - 1125:18, 1173:25, 1247:3, 1259:4, 1316:21

**CONTINUED** [2] - 1313:1, 1336:13

**continued** [2] - 1258:8, 1281:22

**Continued** [12] - 1065:7, 1097:16, 1098:2, 1127:24, 1155:19, 1189:25, 1233:10, 1267:24, 1289:21, 1305:13, 1307:12, 1319:3

**continues** [1] - 1143:13

**Continuing** [6] - 1066:4, 1128:1, 1156:1, 1234:1, 1267:11, 1336:5

**continuing** [1] - 1268:2

**contraband** [1] - 1292:19

**contribute** [1] - 1169:14

**control** [5] - 1094:15, 1203:19, 1203:20, 1215:7, 1290:21

**conversation** [27] - 1073:19, 1099:24, 1100:5, 1100:10, 1109:18, 1146:14, 1155:6, 1161:18, 1161:21, 1161:24, 1162:4, 1238:4, 1240:9, 1244:17, 1247:5, 1250:18, 1252:19, 1255:10, 1255:12, 1257:12, 1261:12, 1270:3, 1270:4, 1272:9, 1288:1

**conversations** [3] - 1061:10, 1244:13, 1272:4

**convey** [1] - 1059:14

**convicted** [1] - 1185:7

**conviction** [1] - 1285:8

**Cookie** [1] - 1118:20

**cookies** [2] - 1163:8, 1163:20

**cool** [3] - 1112:24, 1135:3, 1243:2

**Cooper** [4] - 1088:17, 1099:22, 1100:1, 1235:22

**cooperate** [1] - 1273:1

**cooperated** [7] - 1176:10, 1183:2, 1271:15, 1271:18, 1271:19, 1287:17, 1287:20

**cooperating** [24] - 1181:17, 1181:21, 1182:21, 1227:3, 1257:11, 1261:13, 1262:21, 1262:22, 1263:4, 1263:19, 1263:24, 1264:4, 1264:8, 1264:15, 1264:23, 1265:5, 1265:8, 1265:11, 1268:5, 1268:17, 1270:13, 1270:14, 1271:2, 1271:21

**cooperation** [17] - 1179:23, 1180:9, 1180:20, 1181:1, 1184:8, 1184:9, 1273:3, 1273:7, 1273:9, 1273:17, 1273:20, 1274:16, 1286:13, 1286:14,

1286:21, 1286:23, 1287:1

**copy** [5] - 1135:19, 1156:12, 1181:1, 1189:17, 1272:14

**Corbett** [1] - 1111:18

**Corbett's** [1] - 1253:4

**cordial** [1] - 1314:16

**corner** [2] - 1142:23, 1142:25

**coronavirus** [1] - 1198:1

**correct** [81] - 1069:15, 1069:17, 1071:11, 1080:10, 1082:11, 1090:19, 1103:13, 1130:3, 1136:17, 1175:25, 1195:22, 1209:13, 1216:1, 1216:3, 1267:16, 1268:15, 1274:7, 1277:21, 1277:23, 1278:4, 1278:21, 1278:23, 1279:1, 1279:3, 1279:6, 1279:14, 1279:23, 1279:25, 1280:3, 1280:9, 1287:5, 1291:11, 1292:21, 1292:24, 1293:8, 1294:20, 1298:2, 1299:17, 1300:14, 1301:10, 1304:6, 1304:7, 1304:13, 1305:4, 1305:6, 1311:15, 1316:4, 1320:19, 1320:20, 1320:22, 1320:25, 1321:1, 1321:9, 1321:14, 1321:17, 1321:18, 1321:20, 1321:21, 1321:24, 1322:1, 1322:3, 1322:5, 1322:6, 1322:8, 1322:13, 1322:16, 1322:20, 1322:21, 1322:23, 1322:24, 1323:8, 1323:16, 1323:21, 1324:15, 1325:13, 1326:9, 1326:11, 1326:12, 1326:17, 1326:18, 1327:6

**Correct** [4] - 1249:14, 1278:1, 1279:10, 1279:17

**correction** [3] - 1290:13, 1290:23, 1291:22

**Correctional** [2] - 1130:17, 1290:15

**Corrections** [1] - 1290:7

**corrections** [4] - 1290:14, 1290:20, 1290:22, 1290:25

**correctly** [1] - 1100:24

**corresponding** [1] - 1335:6

**corrupt** [2] - 1167:6, 1231:14

**Corrupt** [25] - 1113:1, 1115:7, 1119:21, 1120:4, 1150:12, 1150:24, 1151:23, 1152:1, 1152:5, 1152:10, 1152:14, 1152:15, 1153:5, 1154:23, 1211:16, 1211:23, 1213:20, 1219:6, 1219:8, 1219:13, 1219:14, 1220:8, 1221:11, 1221:15

**Corrupt's** [2] - 1150:9, 1220:7

**corruption** [1] - 1291:25

**cough** [3] - 1198:10, 1198:14, 1198:17

**coughed** [4] - 1198:15, 1198:18, 1198:19

**could've** [4] - 1115:9, 1115:24, 1214:8, 1215:11

**Counsel** [4] - 1308:9, 1322:9, 1324:4, 1326:3

**counsel** [13] - 1059:6, 1089:10, 1092:6, 1145:4, 1146:10, 1147:3, 1171:19, 1189:10, 1261:5, 1262:18, 1298:9, 1301:12, 1310:21

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 288 of 314 PageID #: 5152
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

8

**counselor** [1] - 1319:8
**counterargument** [1] - 1299:9
**county** [1] - 1275:12
**couple** [8] - 1112:17, 1114:5, 1174:13, 1196:7, 1214:16, 1242:7, 1242:9, 1243:3
**course** [17] - 1062:21, 1134:25, 1193:1, 1197:1, 1197:17, 1202:6, 1203:7, 1251:2, 1267:1, 1292:22, 1295:9, 1295:11, 1298:18, 1298:20, 1302:2, 1303:3, 1314:19
**COURT** [293] - 1058:1, 1058:12, 1059:3, 1059:14, 1059:23, 1060:1, 1060:6, 1060:17, 1060:22, 1061:2, 1061:6, 1061:13, 1061:15, 1062:2, 1062:5, 1062:13, 1062:23, 1063:9, 1063:14, 1063:20, 1063:23, 1065:1, 1065:5, 1066:10, 1072:2, 1074:22, 1075:1, 1075:6, 1075:8, 1075:19, 1075:22, 1076:20, 1076:22, 1080:12, 1080:14, 1081:21, 1082:9, 1082:22, 1085:19, 1085:21, 1086:13, 1086:18, 1086:21, 1087:4, 1087:16, 1087:18, 1087:20, 1088:13, 1090:7, 1090:9, 1090:19, 1090:21, 1090:24, 1091:1, 1091:6, 1091:8, 1091:14, 1091:18, 1091:23, 1092:1, 1093:5, 1093:11, 1093:15, 1093:19, 1093:22, 1096:6, 1096:9, 1096:12, 1096:14, 1102:2, 1102:9, 1104:4, 1104:6, 1104:8, 1105:15, 1105:17, 1121:16, 1121:19, 1121:25, 1122:3, 1122:5, 1122:9, 1122:19, 1122:22, 1123:14, 1123:17, 1124:11, 1124:24, 1125:2, 1125:19, 1126:8, 1126:18, 1127:5, 1127:22, 1128:14, 1128:18, 1129:8, 1129:12, 1129:16, 1135:21, 1136:15, 1136:18, 1137:21, 1144:20, 1145:20, 1146:23, 1147:17, 1150:2, 1155:10, 1155:12, 1155:14, 1157:3, 1157:6, 1157:9, 1157:23, 1159:1, 1159:3, 1159:5, 1159:8, 1159:13, 1160:6, 1164:12, 1164:15, 1168:8, 1169:13, 1172:7, 1172:10, 1172:14, 1173:7, 1173:13, 1174:12, 1174:15, 1181:7, 1185:10, 1186:9, 1187:25, 1188:7, 1188:10, 1188:15, 1188:18, 1188:23, 1189:1, 1189:16, 1189:20, 1189:22, 1189:24, 1190:3, 1190:7, 1190:16, 1190:19, 1190:21, 1190:24, 1191:4, 1195:4, 1195:6, 1210:2, 1210:4, 1210:6, 1223:19, 1224:14, 1226:21, 1234:2, 1246:4, 1258:4, 1258:8, 1258:11, 1258:19, 1259:6, 1259:12, 1259:15, 1259:19, 1259:25, 1260:5, 1260:9, 1260:12, 1260:15, 1260:21, 1261:2, 1261:21, 1262:2, 1262:5, 1262:10, 1262:14, 1262:16, 1263:5, 1263:11, 1263:14, 1264:1, 1264:6, 1264:16, 1264:25, 1265:7, 1265:13, 1265:17, 1265:20, 1265:24, 1266:8, 1266:11, 1266:15, 1266:17, 1266:21, 1267:1, 1267:3, 1268:24, 1269:2, 1276:10, 1283:10, 1283:12, 1287:4, 1288:17, 1288:21, 1288:24, 1289:1, 1289:4, 1289:7, 1289:10, 1289:16, 1289:20, 1292:20, 1295:24, 1296:3, 1296:17, 1296:19, 1299:6, 1299:8, 1299:12, 1299:17, 1302:17, 1302:21, 1303:11, 1303:19, 1303:22, 1305:9, 1306:3, 1306:6, 1306:12, 1306:16, 1306:18, 1306:23, 1307:2, 1307:4, 1307:6, 1307:10, 1310:4, 1311:9, 1311:23, 1312:23, 1315:10, 1315:13, 1315:15, 1316:2, 1317:23, 1317:25, 1318:2, 1318:6, 1318:13, 1318:17, 1318:23, 1319:1, 1324:1, 1325:20, 1325:24, 1326:21, 1326:25, 1327:2, 1327:10, 1327:12, 1327:17, 1328:2, 1331:3, 1331:13, 1331:15, 1331:17, 1331:20, 1331:24, 1332:3, 1332:7, 1332:11, 1332:17, 1332:21, 1333:2, 1333:12, 1333:15, 1333:20, 1333:23, 1334:2, 1334:9, 1334:15, 1334:21, 1334:24, 1335:8, 1335:18, 1335:20
**Court** [18] - 1058:22, 1058:23, 1061:7, 1061:9, 1089:10, 1124:5, 1126:15, 1145:5, 1146:10, 1147:3, 1171:20, 1260:8, 1286:4, 1310:21, 1321:3, 1333:7, 1333:10
**court** [20] - 1059:1, 1059:21, 1059:22, 1064:19, 1073:2, 1092:6, 1124:5, 1124:25, 1190:2, 1204:6, 1252:22, 1252:24, 1253:1, 1255:2, 1263:17, 1277:19, 1285:17, 1298:9, 1301:12
**court-mandated** [1] - 1204:6
**courtesies** [1] - 1265:21
**courtesy** [1] - 1266:1
**Courthouse** [1] - 1058:5
**courtroom** [6] - 1063:19, 1129:11, 1188:14, 1258:7, 1267:2, 1285:6
**COURTROOM** [13] - 1059:13, 1059:16, 1060:3, 1060:21, 1063:13, 1066:14, 1085:14, 1085:23, 1129:7, 1190:23, 1289:12, 1327:22, 1327:24
**cover** [5] - 1126:9, 1189:11, 1276:21, 1276:25, 1329:1
**covered** [1] - 1198:9
**covers** [2] - 1323:4, 1329:2
**Covid** [1] - 1236:8
**COVID** [3] - 1188:1, 1202:21, 1202:22
**CPEP** [3] - 1205:1, 1205:2
**crack** [7] - 1158:15, 1161:10, 1161:11, 1162:15, 1162:18, 1222:18, 1222:21
**cracked** [1] - 1151:6
**crap** [2] - 1250:4, 1250:5
**crash** [1] - 1228:13
**crazy** [5] - 1118:17, 1164:21, 1186:17, 1192:21, 1232:16
**creamy** [1] - 1113:9
**create** [4] - 1165:14, 1165:16, 1215:22, 1294:15
**credibility** [1] - 1159:21
**credit** [11] - 1167:15, 1167:20, 1167:21, 1168:3, 1168:5, 1169:5, 1169:6, 1232:9, 1232:25, 1233:2
**crib** [6] - 1138:13, 1138:15, 1138:19, 1151:4, 1226:15, 1138:4
**crime** [6] - 1176:2, 1176:7, 1246:18, 1276:2, 1278:7, 1278:8
**crimes** [23] - 1112:4, 1112:7, 1112:9, 1175:24, 1175:25, 1176:16, 1176:17, 1176:19, 1179:22, 1179:25, 1180:14, 1181:15, 1181:23, 1182:1, 1182:7, 1182:13, 1183:3, 1186:5, 1186:9, 1186:10, 1211:8, 1241:20
**criminal** [3] - 1059:4, 1243:23, 1291:24
**Criminal** [1] - 1321:3
**CRIMINAL** [1] - 1058:11
**Crip** [2] - 1114:8, 1114:9
**criteria** [5] - 1298:12, 1298:13, 1298:14, 1298:16, 1298:17, 1300:8
**critique** [1] - 1199:8
**cross** [9] - 1188:18, 1191:6, 1258:16, 1303:20, 1319:1, 1331:13, 1331:16, 1333:13, 1333:14
**CROSS** [8] - 1191:9, 1234:4, 1268:1, 1303:23, 1319:5, 1336:6, 1336:9, 1336:14
**cross-examination** [1] - 1258:16
**CROSS-EXAMINATION** [7] - 1191:9, 1268:1, 1303:23, 1319:5, 1336:6, 1336:9, 1336:14
**cross-examine** [2] - 1188:18, 1191:6
**crossing** [1] - 1323:1
**crowd** [7] - 1111:6, 1111:22, 1111:23, 1116:6, 1116:7, 1116:8
**CRR** [1] - 1058:22
**crying** [1] - 1120:22
**crypto** [1] - 1167:20
**Cryptocurrency** [1] - 1232:13
**curious** [1] - 1165:2
**currency** [1] - 1167:20
**current** [1] - 1291:2
**custody** [12] - 1123:9, 1123:10, 1123:21, 1125:8, 1125:11, 1127:2, 1127:10, 1128:21, 1129:2, 1270:24, 1275:15, 1290:21
**cut** [5] - 1165:12, 1165:22, 1189:10, 1189:14, 1263:22
**cyst** [1] - 1166:19

# D

**D-wade** [5] - 1096:5, 1098:22, 1099:22, 1234:18, 1234:21
**dad** [5] - 1194:6, 1215:7, 1310:14, 1310:17, 1328:10
**daddy** [1] - 1163:6
**Damian** [1] - 1189:5

**Damian** [15] - 1309:19, 1309:21, 1310:11, 1310:12, 1310:14, 1310:15, 1311:1, 1311:15, 1314:17, 1314:20, 1314:25, 1316:12, 1316:22, 1317:1, 1317:3
**dangerous** [2] - 1229:25, 1231:9
**DAT** [2] - 1243:1, 1243:5
**data** [1] - 1299:13
**database** [1] - 1297:15
**date** [6] - 1076:19, 1301:19, 1311:4, 1312:13, 1312:15, 1322:23
**dated** [1] - 1118:4
**David** [1] - 1152:9
**daycare** [1] - 1059:8
**days** [9] - 1087:2, 1117:12, 1165:11, 1205:3, 1242:7, 1242:9, 1284:21, 1320:14, 1320:15
**DB** [2] - 1314:6, 1322:15
**de** [2] - 1111:16, 1135:9
**de-characterized** [1] - 1135:9
**dead** [1] - 1154:9
**deal** [7] - 1125:4, 1125:5, 1125:9, 1169:6, 1169:8, 1170:10, 1170:24
**dealer** [1] - 1158:8
**dealers** [1] - 1151:10
**dealing** [3] - 1228:2, 1282:4, 1335:14
**deals** [2] - 1165:4, 1242:14
**dealt** [1] - 1225:4
**Death** [1] - 1068:19
**death** [2] - 1236:8, 1242:19
**decal** [2] - 1098:3, 1098:5
**deceased** [1] - 1236:1
**December** [4] - 1252:14, 1257:3, 1270:23, 1273:22
**decide** [4] - 1079:25, 1094:21, 1170:20, 1184:9
**decided** [1] - 1231:6
**decides** [2] - 1097:9, 1170:15
**decision** [10] - 1100:12, 1100:24, 1101:11, 1101:19, 1101:25, 1102:2, 1102:5, 1214:5, 1218:7, 1218:9
**decisionmaking** [1] - 1086:22
**decisions** [1] - 1086:24
**deducted** [3] - 1143:20, 1148:22, 1149:5
**deems** [1] - 1285:3
**deep** [1] - 1225:25
**defendant** [5] - 1058:9, 1063:3, 1126:25, 1128:10, 1185:7
**Defendant** [2] - 1058:19, 1059:2
**defense** [4] - 1189:3, 1189:10, 1258:16, 1333:16
**defer** [2] - 1062:21, 1125:16
**deficit** [1] - 1193:16
**definitely** [9] - 1169:16, 1185:22, 1187:24, 1199:3, 1200:9, 1200:16, 1221:5, 1240:21, 1260:7
**defraud** [1] - 1277:6
**defrauded** [1] - 1276:22

**defrauding** [1] - 1277:1
**delete** [1] - 1098:13
**deliberations** [1] - 1064:16
**demeanor** [1] - 1314:12
**demonstrate** [1] - 1071:6
**demonstrated** [1] - 1187:4
**demonstrative** [2] - 1067:12, 1067:13
**denied** [3] - 1140:2, 1140:3, 1263:24
**denies** [1] - 1264:6
**Department** [5] - 1290:7, 1291:2, 1291:4, 1291:20, 1308:18
**department** [2] - 1292:16, 1328:16
**depicted** [2] - 1301:15, 1310:25
**depictions** [1] - 1298:25
**depo** [2] - 1177:15, 1283:15
**deposition** [6] - 1177:16, 1277:17, 1277:19, 1279:24, 1281:16, 1281:19
**depositions** [8] - 1177:12, 1178:19, 1178:20, 1178:22, 1178:25, 1179:7, 1179:15, 1281:17
**depressed** [1] - 1206:1
**depression** [1] - 1205:24
**DEPUTY** [13] - 1059:13, 1059:16, 1060:3, 1060:21, 1063:13, 1066:14, 1085:14, 1085:23, 1129:7, 1190:23, 1289:12, 1327:22, 1327:24
**describe** [2] - 1292:14, 1299:23
**described** [4] - 1129:2, 1175:25, 1294:1, 1301:24
**describing** [1] - 1097:1
**description** [1] - 1299:12
**deserve** [1] - 1216:21
**despite** [1] - 1187:7
**desposition** [1] - 1281:4
**despositions** [1] - 1177:9
**detail** [4] - 1128:23, 1154:3, 1298:10, 1299:24
**detainee** [2] - 1140:9, 1140:16
**detainee/inmate** [1] - 1108:15
**detective** [19] - 1126:13, 1241:25, 1242:1, 1242:3, 1254:18, 1254:19, 1256:16, 1308:21, 1308:22, 1308:24, 1309:7, 1309:10, 1309:25, 1325:6, 1325:8, 1328:13, 1328:18, 1328:19, 1328:25
**Detective** [2] - 1124:3, 1125:7
**detectives** [7] - 1242:25, 1256:13, 1264:7, 1269:16, 1309:8, 1317:5, 1317:13
**determines** [2] - 1286:2, 1286:3
**Devon** [2] - 1108:1, 1108:3
**Dexedrine** [1] - 1193:9
**diagnosed** [1] - 1193:5
**dial** [1] - 1295:4
**dialing** [1] - 1294:11
**die** [2] - 1156:17, 1236:5
**died** [1] - 1076:10
**difference** [1] - 1285:16
**different** [17] - 1071:24, 1101:6,

1119:16, 1142:12, 1144:1, 1157:18, 1159:21, 1163:1, 1163:4, 1169:14, 1273:11, 1276:22, 1282:4, 1282:5, 1286:17, 1293:6
**dime** [2] - 1222:6, 1272:9
**dimes** [4] - 1219:19, 1219:22, 1219:25, 1220:1
**diplomatic** [1] - 1250:14
**dire** [3] - 1311:8, 1311:22, 1311:23
**DIRE** [2] - 1311:10, 1336:12
**direct** [9] - 1135:7, 1141:18, 1154:24, 1173:17, 1189:5, 1189:8, 1191:13, 1313:17, 1326:21
**DIRECT** [13] - 1066:4, 1098:1, 1129:20, 1156:1, 1290:4, 1308:3, 1313:1, 1328:5, 1336:5, 1336:8, 1336:11, 1336:13, 1336:16
**directing** [1] - 1310:23
**directly** [3] - 1099:18, 1251:8
**director** [1] - 1092:8
**disabled** [1] - 1223:7
**disc** [2] - 1296:9, 1296:11
**discharge** [1] - 1205:18
**discharged** [1] - 1205:20
**disciplinary** [2] - 1116:14, 1117:13
**discipline** [1] - 1117:20
**discovery** [1] - 1266:2
**discussion** [5] - 1100:21, 1168:15, 1314:15, 1315:3, 1317:8
**disorder** [1] - 1193:16
**disorders** [1] - 1193:6
**disregard** [3] - 1223:19, 1263:6, 1267:5
**disrespect** [7] - 1116:16, 1134:2, 1134:7, 1134:9, 1134:22, 1135:8, 1218:3
**disrespectful** [1] - 1218:1
**disrespects** [2] - 1134:16, 1134:17
**distress** [3] - 1268:23, 1269:3
**distressed** [1] - 1162:6
**DISTRICT** [3] - 1058:1, 1058:1, 1058:12
**District** [1] - 1058:15
**DJ** [2] - 1210:10, 1210:15
**DJs** [1] - 1210:15
**DM'd** [1] - 1104:12
**DNA** [2] - 1330:2, 1331:7
**DOA** [4] - 1246:21, 1246:23, 1247:1
**DOC** [4] - 1290:8, 1290:10, 1290:12, 1292:25
**docket** [2] - 1240:8, 1304:16
**doctor** [5] - 1166:10, 1205:18, 1205:23, 1206:9, 1229:17
**document** [30] - 1071:15, 1135:12, 1135:15, 1136:23, 1136:24, 1140:19, 1146:11, 1146:17, 1154:15, 1155:16, 1171:21, 1171:23, 1180:17, 1180:21, 1298:10, 1298:15, 1299:13, 1299:16, 1299:23, 1304:6, 1304:14, 1310:25, 1312:4, 1312:5, 1312:12, 1312:14, 1322:5, 1322:23, 1330:22, 1330:24
**documents** [7] - 1092:17, 1298:20,

1302:2, 1302:24, 1303:1, 1303:6, 1304:20

**dog** [4] - 1078:16, 1081:12, 1083:16, 1116:6

**DOI** [4] - 1291:2, 1291:3, 1291:21, 1294:16

**doll** [5] - 1202:14, 1202:20, 1202:22, 1202:23, 1203:1

**dollars** [1] - 1232:16

**Don** [6] - 1131:4, 1131:5, 1131:7, 1131:9, 1133:20, 1300:20

**done** [6] - 1114:18, 1180:7, 1186:19, 1284:3, 1301:2, 1311:25

**door** [6] - 1113:23, 1113:24, 1140:3, 1151:6, 1220:13, 1220:14

**doot** [4] - 1114:24

**doot-doot-doot-doot** [1] - 1114:24

**dope** [2] - 1151:10, 1220:7

**dot** [1] - 1174:2

**double** [4] - 1131:19, 1261:7, 1261:8, 1261:14

**double-NYB** [1] - 1131:19

**down** [54] - 1062:22, 1072:13, 1087:13, 1100:20, 1102:23, 1105:10, 1105:15, 1105:16, 1107:18, 1107:20, 1108:24, 1115:16, 1117:9, 1118:3, 1118:12, 1121:22, 1122:2, 1134:7, 1135:17, 1138:20, 1149:20, 1152:2, 1152:16, 1160:25, 1164:22, 1173:10, 1175:7, 1188:12, 1198:11, 1206:22, 1206:24, 1211:9, 1215:9, 1228:15, 1236:25, 1238:17, 1238:25, 1241:19, 1249:4, 1254:12, 1258:5, 1258:10, 1262:15, 1269:11, 1269:25, 1275:16, 1277:22, 1279:24, 1300:22, 1306:9, 1308:5, 1314:2, 1330:15

**dragging** [1] - 1115:22

**Drama** [2] - 1108:21, 1108:22

**drawn** [1] - 1311:25

**Dreadlocks** [1] - 1254:1

**dreadlocks** [1] - 1254:2

**dress** [1] - 1239:17

**drew** [2] - 1098:11, 1240:8

**drift** [1] - 1219:12

**drink** [1] - 1115:3

**drinker** [1] - 1113:7

**drinking** [8] - 1074:6, 1074:23, 1113:6, 1113:7, 1113:9, 1119:24, 1235:11, 1235:14

**drinks** [1] - 1210:9

**drive** [6] - 1108:7, 1108:8, 1228:1, 1228:4, 1228:15, 1296:1

**driven** [1] - 1326:9

**driver** [5] - 1142:19, 1142:23, 1150:25, 1213:13, 1231:17

**driver's** [1] - 1228:16

**driving** [10] - 1142:18, 1149:19, 1150:25, 1151:2, 1219:6, 1228:3, 1228:4, 1228:5, 1228:14

**drop** [7] - 1074:9, 1074:10, 1075:23,

---

1090:1, 1090:4, 1119:21, 1150:9

**dropped** [4] - 1151:14, 1231:18

**drops** [8] - 1089:25, 1090:4, 1115:7, 1213:16, 1213:17, 1213:19, 1213:22, 1215:15

**drove** [3] - 1151:13, 1162:6

**drug** [3] - 1158:8, 1182:11, 1204:14

**drug-induced** [1] - 1204:14

**drugs** [24] - 1143:23, 1157:19, 1157:21, 1158:6, 1158:10, 1158:14, 1158:16, 1158:18, 1159:11, 1160:8, 1160:9, 1161:2, 1161:9, 1161:14, 1161:15, 1161:22, 1162:5, 1162:11, 1162:12, 1162:20, 1162:24, 1168:3, 1274:4, 1274:7

**drunk** [8] - 1074:4, 1075:5, 1114:21, 1114:22, 1115:12, 1120:9, 1214:7, 1214:11

**dubbed** [10] - 1120:23, 1121:1, 1121:2, 1121:3, 1121:4, 1121:5, 1121:6, 1121:8, 1174:3

**ducking** [1] - 1135:7

**dude** [30] - 1107:12, 1107:14, 1107:15, 1108:5, 1108:6, 1110:11, 1112:16, 1112:22, 1113:23, 1113:24, 1118:3, 1120:2, 1120:3, 1120:8, 1121:12, 1133:21, 1133:22, 1133:23, 1144:4, 1149:14, 1153:11, 1153:13, 1153:25, 1156:9, 1199:19, 1207:21, 1211:23, 1247:8, 1252:1

**dudes** [1] - 1151:15

**dudes's** [1] - 1155:7

**due** [1] - 1187:25

**duly** [4] - 1066:2, 1290:2, 1308:1, 1328:3

**dumb** [2] - 1138:16, 1238:16

**dumps** [2] - 1167:19

**duration** [1] - 1060:18

**during** [21] - 1073:18, 1088:25, 1107:21, 1166:2, 1178:25, 1179:6, 1179:8, 1179:14, 1179:15, 1189:5, 1227:14, 1236:3, 1274:12, 1280:10, 1297:10, 1301:18, 1314:15, 1314:19, 1316:11, 1321:10, 1333:18

**duties** [2] - 1290:20, 1309:6

**Duty** [1] - 1247:6

**dying** [2] - 1198:4

---

**E**

**E-mail** [1] - 1058:24

**E.A.M** [96] - 1066:9, 1066:18, 1066:21, 1066:24, 1068:9, 1068:18, 1070:6, 1070:9, 1070:18, 1071:22, 1072:14, 1073:16, 1074:17, 1074:20, 1074:21, 1076:4, 1077:8, 1077:18, 1078:12, 1079:14, 1079:17, 1079:21, 1079:23, 1080:6, 1080:8, 1080:22, 1081:3, 1088:2, 1088:21, 1088:23, 1089:1, 1089:4, 1089:5, 1090:5, 1090:10,

---

1094:18, 1094:24, 1095:7, 1095:8, 1096:1, 1096:16, 1098:10, 1098:19, 1101:4, 1101:8, 1103:2, 1103:3, 1104:7, 1104:8, 1106:13, 1109:8, 1109:23, 1111:10, 1111:19, 1111:22, 1112:5, 1112:12, 1113:3, 1114:15, 1114:16, 1114:17, 1116:5, 1117:4, 1117:23, 1117:25, 1119:20, 1121:13, 1121:14, 1129:23, 1141:16, 1141:17, 1144:2, 1149:23, 1150:12, 1150:23, 1153:7, 1153:12, 1158:9, 1161:7, 1166:23, 1167:16, 1167:25, 1168:11, 1168:12, 1168:15, 1175:24, 1176:23, 1182:6, 1186:6, 1186:9, 1186:20, 1207:4, 1207:21, 1212:9, 1218:3, 1249:24

**E.A.M.'s** [1] - 1182:9

**early** [3] - 1064:9, 1064:14, 1192:8

**easier** [1] - 1135:19

**East** [9] - 1058:16, 1068:18, 1072:5, 1121:12, 1121:13, 1142:19, 1149:19, 1187:13, 1253:19

**EASTERN** [1] - 1058:1

**Eastern** [1] - 1058:15

**easy** [1] - 1130:25

**eating** [1] - 1076:11

**EBB** [4] - 1068:18, 1095:8, 1100:7

**ed** [1] - 1193:3

**effect** [1] - 1318:9

**effort** [1] - 1232:2

**ego** [1] - 1133:14

**eight** [3] - 1068:22, 1257:6, 1308:11

**Eighteen** [1] - 1139:22

**either** [10] - 1072:9, 1088:6, 1090:3, 1100:13, 1113:12, 1129:3, 1143:1, 1227:22, 1304:23, 1313:10

**eleven** [10] - 1099:12, 1099:15, 1172:19, 1173:5, 1173:20, 1173:21, 1173:22, 1173:23, 1174:2

**elevens** [1] - 1172:13

**Elite** [3] - 1068:9, 1068:18, 1300:19

**elmo** [3] - 1072:21, 1085:14, 1085:15

**embarrassed** [1] - 1186:21

**emblem** [1] - 1087:13

**emcee** [1] - 1210:2

**employed** [1] - 1328:13

**end** [13] - 1078:10, 1142:25, 1165:12, 1165:22, 1165:24, 1183:18, 1189:8, 1228:8, 1246:25, 1252:5, 1252:6, 1252:14, 1260:8

**ended** [1] - 1088:24

**ending** [5] - 1079:1, 1081:2, 1194:15, 1194:16, 1252:3

**enforcement** [2] - 1144:22, 1242:3

**engage** [1] - 1169:13

**engaged** [1] - 1178:22

**engaging** [1] - 1279:12

**entails** [1] - 1308:14

**enter** [2] - 1179:23, 1294:12

**entered** [2] - 1273:3, 1287:1

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 291 of 314 PageID #: 5155
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

11

**enters** [5] - 1063:19, 1129:11, 1191:3, 1267:2, 1306:17
**entertained** [3] - 1115:25, 1214:10, 1214:11
**entertainment** [3] - 1081:17, 1172:18, 1186:13
**entire** [1] - 1235:5
**entirety** [1] - 1147:21
**entry** [1] - 1140:3
**envelope** [3] - 1165:9, 1330:4, 1331:7
**erase** [1] - 1267:8
**escort** [1] - 1190:12
**eShop** [1] - 1167:20
**especially** [2] - 1259:23, 1297:13
**ESQ** [6] - 1058:17, 1058:17, 1058:18, 1058:19, 1058:21, 1058:17
**essentially** [3] - 1261:5, 1335:3, 1335:5
**establish** [4] - 1116:12, 1123:16, 1126:24, 1172:13
**established** [5] - 1123:11, 1123:16, 1128:4, 1128:8, 1302:23
**establishing** [1] - 1173:2
**estimate** [2] - 1333:10, 1333:17
**evening** [2] - 1327:20, 1327:21
**event** [10] - 1074:4, 1124:15, 1124:16, 1125:25, 1127:17, 1127:18, 1208:24, 1209:9, 1210:16
**events** [9] - 1147:6, 1209:1, 1209:3, 1209:5, 1209:10, 1209:14, 1211:2
**eventually** [3] - 1131:11, 1176:10, 1180:9
**everywhere** [1] - 1143:23
**evidence** [49] - 1064:10, 1082:13, 1085:18, 1090:19, 1090:23, 1091:3, 1091:15, 1091:17, 1091:21, 1091:25, 1092:3, 1093:14, 1102:19, 1104:10, 1123:1, 1124:18, 1125:14, 1127:8, 1127:10, 1128:10, 1128:12, 1128:25, 1137:19, 1144:18, 1144:21, 1145:21, 1146:21, 1146:24, 1147:19, 1172:6, 1181:10, 1233:6, 1237:15, 1254:3, 1267:7, 1268:25, 1273:9, 1296:21, 1299:18, 1302:25, 1303:15, 1311:7, 1312:25, 1332:5, 1330:2, 1333:8, 1334:16, 1335:6, 1335:15
**evidentiary** [1] - 1125:25
**ex** [2] - 1161:17, 1197:9
**ex-girlfriend** [1] - 1161:17
**exact** [5] - 1068:21, 1076:19, 1083:4, 1208:2, 1273:21
**exactly** [21] - 1070:7, 1076:6, 1101:21, 1116:11, 1119:10, 1126:19, 1161:20, 1164:7, 1165:9, 1189:19, 1208:2, 1239:17, 1244:19, 1245:8, 1247:2, 1248:11, 1256:21, 1270:20, 1278:6, 1284:14
**examination** [3] - 1189:5, 1191:13, 1258:16
**EXAMINATION** [23] - 1066:4, 1098:1, 1129:20, 1156:1, 1191:9, 1234:4,

1268:1, 1290:4, 1303:23, 1308:3, 1311:10, 1313:1, 1319:5, 1328:5, 1336:5, 1336:6, 1336:8, 1336:9, 1336:11, 1336:12, 1336:13, 1336:14, 1336:16
**examine** [2] - 1188:18, 1191:6
**examined** [4] - 1066:3, 1290:3, 1308:1, 1328:4
**example** [10] - 1060:24, 1069:24, 1070:2, 1071:25, 1103:24, 1118:2, 1170:17, 1170:23, 1210:15, 1301:15
**examples** [2] - 1067:2, 1068:17, 1197:22
**except** [2] - 1063:21, 1102:6
**exception** [2] - 1124:22, 1299:9
**excuse** [5] - 1111:4, 1186:11, 1186:15, 1212:10, 1240:3
**excused** [12] - 1063:10, 1063:15, 1063:25, 1064:4, 1188:23, 1289:1, 1305:9, 1305:12, 1327:13, 1327:14, 1331:18, 1331:21
**excuses** [2] - 1171:5, 1174:3
**excuses...** [1] - 1171:22
**exhibit** [10] - 1081:22, 1091:9, 1104:11, 1105:11, 1105:16, 1149:20, 1154:25, 1304:2, 1311:24, 1311:25
**Exhibit** [107] - 1067:9, 1067:11, 1067:16, 1067:24, 1071:15, 1072:13, 1072:20, 1081:22, 1081:24, 1082:10, 1082:13, 1082:21, 1082:23, 1085:12, 1087:6, 1087:23, 1088:15, 1089:11, 1090:17, 1090:18, 1090:23, 1091:1, 1091:3, 1091:13, 1091:15, 1091:17, 1091:18, 1091:23, 1091:25, 1092:1, 1092:3, 1092:6, 1095:9, 1096:21, 1097:11, 1102:18, 1104:10, 1123:2, 1123:5, 1135:13, 1136:14, 1137:3, 1137:19, 1137:22, 1140:19, 1144:11, 1144:13, 1144:18, 1144:20, 1144:21, 1145:3, 1145:18, 1145:20, 1145:21, 1146:7, 1146:24, 1147:1, 1147:15, 1147:17, 1147:18, 1148:14, 1154:13, 1160:18, 1171:18, 1172:6, 1180:16, 1181:8, 1181:9, 1216:9, 1233:7, 1233:9, 1234:25, 1235:24, 1237:16, 1254:4, 1296:1, 1296:16, 1296:20, 1296:21, 1298:9, 1298:11, 1299:4, 1299:14, 1299:18, 1299:25, 1304:2, 1310:21, 1310:24, 1311:7, 1312:24, 1312:25, 1313:23, 1322:8, 1322:12, 1329:4, 1337:2, 1337:3, 1337:4, 1337:5, 1337:7, 1337:8, 1337:9, 1337:10, 1337:11, 1337:12, 1337:13, 1337:16
**Exhibits** [8] - 1093:9, 1093:11, 1093:13, 1301:24, 1303:12, 1303:14, 1337:6, 1337:14
**exhibits** [5] - 1124:9, 1124:18, 1125:9, 1258:14, 1303:10
**existence** [1] - 1094:17

**existing** [1] - 1094:18
**exits** [5] - 1121:24, 1188:14, 1258:7, 1306:11, 1332:16
**expect** [7] - 1063:1, 1064:14, 1124:6, 1125:17, 1126:21, 1243:12, 1335:17
**expected** [2] - 1059:10, 1117:4
**expects** [1] - 1063:1
**experience** [1] - 1186:18
**experiences** [1] - 1187:12
**explain** [7] - 1070:23, 1186:8, 1187:14, 1206:23, 1217:17, 1227:17, 1260:16
**explained** [4] - 1074:7, 1110:11, 1287:21
**explaining** [1] - 1272:12
**explanatory** [2] - 1078:16, 1119:11
**expose** [2] - 1239:16
**extension** [1] - 1323:12
**extent** [2] - 1184:8, 1265:21
**extra** [3] - 1164:19, 1225:19, 1266:4
**extracted** [1] - 1126:2
**extraction** [2] - 1124:7, 1125:15
**extractions** [1] - 1127:6
**eye** [2] - 1120:20, 1255:22
**eyebrows** [2] - 1087:16, 1087:18
**eyes** [3] - 1132:25, 1156:12, 1245:7

## F

**fabrication** [2] - 1305:3, 1305:5
**face** [20] - 1085:1, 1085:5, 1085:8, 1086:7, 1114:2, 1120:14, 1121:22, 1130:5, 1130:6, 1130:8, 1151:20, 1152:7, 1183:5, 1188:12, 1198:7, 1241:1, 1256:3, 1258:5, 1306:9
**Facebook** [6] - 1104:20, 1104:21, 1125:23, 1141:22, 1175:9, 1217:18
**facilities** [3] - 1291:13, 1291:15, 1308:16
**Facility** [1] - 1130:17
**facility** [8] - 1290:18, 1291:15, 1293:9, 1294:6, 1297:4, 1297:13, 1300:3, 1301:17
**facing** [2] - 1182:22, 1182:24
**fact** [10] - 1112:7, 1123:25, 1125:23, 1126:13, 1131:10, 1176:7, 1182:13, 1258:16, 1265:14, 1272:15
**factor** [1] - 1333:16
**factored** [1] - 1333:13
**Fair** [1] - 1263:25
**fair** [10] - 1077:12, 1093:1, 1094:22, 1123:25, 1143:25, 1215:1, 1241:3, 1247:3, 1313:11, 1333:24
**fairly** [3] - 1093:2, 1093:4, 1146:17
**fake** [13] - 1224:19, 1231:12, 1231:14, 1279:8, 1280:2, 1280:4, 1280:7, 1280:11, 1283:3, 1283:13, 1283:18, 1283:22, 1283:25
**fall** [5] - 1068:15, 1068:20, 1077:13, 1168:21, 1262:23
**falls** [4] - 1068:13, 1069:11, 1077:16,

1090:1

**false** [8] - 1277:12, 1281:9, 1281:11, 1281:12, 1282:6, 1282:10, 1283:3, 1284:1

**falsely** [1] - 1280:24

**familiar** [9] - 1077:18, 1079:7, 1113:11, 1119:7, 1120:23, 1292:23, 1293:21, 1296:8, 1296:24

**family** [13] - 1143:22, 1192:1, 1192:4, 1194:2, 1204:10, 1223:25, 1230:18, 1284:22, 1317:14, 1317:17, 1318:19, 1320:22, 1320:24

**Far** [2] - 1119:23

**far** [16] - 1080:3, 1096:19, 1105:24, 1122:25, 1131:12, 1132:9, 1174:14, 1186:12, 1208:16, 1211:23, 1212:20, 1230:18, 1291:25, 1292:1, 1297:23, 1317:18

**father** [2] - 1133:23, 1193:20

**father's** [2] - 1195:12, 1195:14

**Fault** [1] - 1228:7

**fault** [1] - 1228:8

**favor** [1] - 1243:14

**favoritism** [1] - 1085:4

**FBI** [15] - 1145:11, 1145:13, 1251:17, 1253:11, 1254:16, 1256:16, 1257:10, 1257:25, 1262:20, 1263:16, 1265:5, 1267:13, 1268:3, 1268:5, 1268:6

**fear** [1] - 1318:21

**fears** [1] - 1239:24

**featured** [1] - 1098:17

**February** [1] - 1257:5

**fed** [1] - 1275:13

**federal** [7] - 1124:25, 1252:22, 1253:1, 1256:4, 1269:24, 1272:2, 1275:15

**Federal** [3] - 1263:4, 1264:9, 1270:14

**Feds** [4] - 1271:5, 1271:12, 1272:5, 1272:15

**feds** [3] - 1105:3, 1262:23, 1264:5

**fee** [3] - 1167:11, 1167:13

**feet** [1] - 1160:2

**fell** [2] - 1114:4, 1198:15

**felt** [12] - 1141:7, 1141:9, 1144:4, 1162:4, 1192:2, 1204:7, 1204:11, 1240:7, 1240:10, 1249:24, 1250:19

**female** [1] - 1093:24, 1118:3, 1118:4

**feud** [1] - 1154:6

**few** [9] - 1072:18, 1080:1, 1081:8, 1113:14, 1150:1, 1150:2, 1205:3, 1232:16, 1325:25

**fifth** [4] - 1083:21, 1083:22, 1083:23, 1083:24

**fifty** [1] - 1226:19

**fight** [5] - 1132:7, 1201:7, 1202:9, 1202:25, 1242:5

**fighting** [5] - 1116:10, 1116:11, 1116:20, 1201:5, 1201:12

**figure** [2] - 1162:3, 1293:5

**figured** [7] - 1074:8, 1107:8, 1107:9, 1220:6, 1221:5, 1271:7, 1272:7

**fill** [4] - 1312:3, 1312:5, 1312:10, 1312:11

**Fillippi** [2] - 1062:8, 1064:1

**filming** [1] - 1147:6

**final** [1] - 1331:22

**finally** [2] - 1075:17, 1197:7

**finances** [2] - 1169:18, 1242:19

**Financial** [1] - 1242:15

**financial** [1] - 1170:13

**financially** [4] - 1151:13, 1223:13, 1223:20, 1224:7

**fine** [12] - 1061:9, 1061:12, 1063:8, 1102:2, 1124:24, 1264:14, 1264:18, 1326:23, 1326:24, 1334:24

**finger** [1] - 1071:12

**fingers** [2] - 1070:21, 1070:23

**finish** [1] - 1064:10

**finished** [5] - 1121:17, 1123:14, 1204:10, 1280:18, 1280:23

**firearm** [5] - 1152:25, 1153:1, 1182:8, 1276:13, 1276:15

**firearms** [2] - 1151:7, 1152:11

**first** [43] - 1068:1, 1073:8, 1083:9, 1083:11, 1083:12, 1083:13, 1083:17, 1087:2, 1093:17, 1108:17, 1114:23, 1123:21, 1124:11, 1126:6, 1147:1, 1148:15, 1151:22, 1164:20, 1164:24, 1166:20, 1173:16, 1230:24, 1248:17, 1254:22, 1261:2, 1261:22, 1263:18, 1275:10, 1280:21, 1281:3, 1281:9, 1284:20, 1284:25, 1287:17, 1290:2, 1290:12, 1301:14, 1304:15, 1308:1, 1328:3

**fits** [1] - 1066:24

**five** [14] - 1109:18, 1147:1, 1152:22, 1152:23, 1153:2, 1160:2, 1166:1, 1183:13, 1186:4, 1194:10, 1218:22, 1218:25, 1287:10, 1287:12

**flag** [4] - 1151:20, 1194:25, 1195:9, 1207:12

**flapping** [1] - 1202:14

**flashy** [1] - 1112:1

**Flatbush** [1] - 1073:13

**flip** [1] - 1158:22

**floor** [18] - 1083:11, 1083:12, 1083:13, 1083:14, 1083:18, 1083:21, 1083:22, 1083:23, 1083:24, 1114:1, 1118:24, 1119:16, 1174:19, 1174:21, 1174:22, 1174:23, 1198:15

**Floor** [1] - 1058:20

**fluctuated** [2] - 1081:8, 1081:10, 1088:5

**focus** [1] - 1135:22

**focusing** [3] - 1137:2, 1178:19, 1314:3

**folder** [1] - 1325:15

**follow** [3] - 1264:1, 1324:4, 1332:25

**followed** [2] - 1151:15, 1151:22

**following** [3] - 1155:19, 1228:12, 1267:24

**follows** [4] - 1066:3, 1290:3, 1308:2, 1328:4

**food** [6] - 1167:23, 1198:7, 1198:8, 1198:18, 1226:13

**foot** [1] - 1237:8

**FOR** [1] - 1058:11

**force** [1] - 1241:14

**forehead** [2] - 1087:9, 1087:16

**forgot** [8] - 1107:3, 1107:22, 1138:15, 1138:19, 1238:14, 1238:15, 1241:24, 1252:1

**forgotten** [1] - 1107:4

**form** [1] - 1135:6

**formally** [1] - 1199:12

**formerly** [2] - 1062:6, 1064:1

**formulation** [1] - 1264:18

**forward** [1] - 1249:10

**fought** [2] - 1118:18, 1132:9

**foundation** [6] - 1123:15, 1124:17, 1127:3, 1302:19, 1302:20, 1302:23

**foundational** [1] - 1127:10

**founded** [1] - 1124:18

**four** [12] - 1118:12, 1159:24, 1165:7, 1165:8, 1165:11, 1166:1, 1221:13, 1221:14, 1221:16, 1224:24, 1225:1, 1225:2, 1227:22, 1227:23, 1229:9, 1237:8, 1273:13, 1273:14, 1283:14, 1283:18, 1291:18, 1292:15

**fourth** [2] - 1083:18, 1273:16

**France** [1] - 1224:4

**frankly** [1] - 1128:9

**fraud** [26] - 1164:3, 1164:5, 1164:6, 1169:6, 1177:1, 1177:4, 1177:6, 1177:22, 1178:12, 1178:23, 1182:16, 1182:19, 1224:17, 1225:7, 1225:16, 1226:7, 1227:6, 1227:14, 1232:9, 1232:25, 1233:3, 1242:11, 1281:6, 1281:10, 1328:20, 1329:12

**frauds** [1] - 1169:14

**free** [5] - 1128:11, 1167:23, 1200:18

**French** [1] - 1194:7, 1194:8

**frequently** [5] - 1097:5, 1130:14, 1293:11, 1293:13

**fresh** [1] - 1189:17

**Fresh** [39] - 1153:25, 1154:8, 1154:10, 1155:13, 1157:13, 1157:15, 1176:6, 1244:17, 1245:2, 1245:4, 1245:7, 1246:1, 1246:6, 1246:13, 1246:19, 1246:20, 1247:4, 1247:11, 1247:14, 1248:2, 1248:3, 1248:10, 1248:24, 1249:2, 1249:5, 1249:6, 1249:13, 1249:15, 1249:16, 1252:8, 1255:15, 1255:22, 1268:13, 1268:18, 1269:25, 1270:4, 1271:8, 1272:5, 1272:22

**friend** [11] - 1086:17, 1090:15, 1151:25, 1198:7, 1198:8, 1199:20, 1201:16, 1225:11, 1225:12, 1227:7, 1269:24

**friends** [11] - 1088:12, 1088:13, 1164:18, 1165:20, 1195:12, 1195:14, 1199:19, 1208:14, 1208:15, 1225:10, 1248:4

**frisk** [1] - 1292:18

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 293 of 314 PageID #: 5157
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

13

**front** [12] - 1080:16, 1099:4, 1113:15, 1137:24, 1145:13, 1158:24, 1164:23, 1228:5, 1261:4, 1270:7, 1277:20, 1323:10
**fruit** [1] - 1163:24
**frustrated** [1] - 1104:25
**fuck** [3] - 1139:19, 1238:22
**fucked** [2] - 1161:25, 1162:1
**fucking** [1] - 1158:23
**full** [5] - 1189:7, 1289:13, 1307:7, 1327:25, 1328:10
**full-time** [1] - 1328:10
**fun** [2] - 1210:10, 1212:6
**funny** [3] - 1198:1, 1199:19, 1246:16
**furniture** [4] - 1226:12, 1226:13, 1226:15
**future** [2] - 1317:22, 1317:24

## G

**gained** [1] - 1166:21
**gaining** [3] - 1285:12, 1285:14, 1285:15
**GALEOTTI** [78] - 1058:17, 1061:4, 1061:23, 1062:12, 1062:14, 1122:20, 1123:13, 1188:21, 1189:2, 1189:19, 1189:21, 1189:23, 1216:12, 1223:18, 1237:19, 1258:21, 1259:21, 1260:11, 1260:13, 1260:24, 1261:4, 1261:14, 1262:9, 1262:12, 1262:17, 1263:13, 1264:10, 1266:13, 1266:16, 1289:5, 1289:8, 1290:5, 1295:22, 1295:25, 1296:15, 1298:8, 1299:3, 1299:10, 1299:15, 1299:19, 1300:21, 1301:11, 1302:15, 1303:9, 1303:16, 1305:8, 1306:1, 1306:4, 1306:14, 1306:21, 1308:4, 1310:20, 1311:6, 1311:21, 1313:2, 1314:4, 1315:8, 1315:11, 1315:14, 1315:16, 1316:4, 1317:22, 1317:24, 1318:1, 1318:4, 1318:24, 1322:10, 1325:23, 1326:20, 1326:22, 1327:1, 1327:11, 1334:13, 1335:1, 1335:21, 1336:8, 1336:11, 1336:13
**Gang** [1] - 1070:3
**gang** [59] - 1073:13, 1079:12, 1089:6, 1090:12, 1092:13, 1092:19, 1093:2, 1098:10, 1099:13, 1103:4, 1106:13, 1109:9, 1112:7, 1112:17, 1114:8, 1116:25, 1131:3, 1142:12, 1144:1, 1149:10, 1168:10, 1169:17, 1169:19, 1169:20, 1186:13, 1194:25, 1195:9, 1195:10, 1195:12, 1195:14, 1195:17, 1195:18, 1197:5, 1197:8, 1197:14, 1206:25, 1208:17, 1212:17, 1212:19, 1214:14, 1214:15, 1214:23, 1215:12, 1215:13, 1215:14, 1215:16, 1215:18, 1215:19, 1215:20, 1286:15, 1291:1, 1291:9, 1291:10, 1293:3, 1293:12, 1298:15
**gang-banging** [1] - 1186:13
**gangland** [1] - 1117:12

**gangs** [6] - 1088:25, 1194:23, 1292:23, 1293:1, 1293:3, 1297:14
**Gangsters** [1] - 1103:7
**garage** [1] - 1168:18
**garbled** [1] - 1059:15
**gate** [1] - 1151:3
**gathered** [1] - 1112:25
**gathering** [1] - 1292:23
**GAUDAGNINO** [31] - 1122:15, 1122:24, 1123:4, 1123:15, 1124:22, 1125:1, 1126:4, 1191:8, 1216:10, 1216:13, 1224:15, 1233:8, 1310:2, 1311:8, 1312:21, 1317:21, 1318:22, 1319:2, 1322:11, 1324:2, 1325:19, 1326:15, 1327:9, 1331:14, 1331:16, 1333:18, 1333:21, 1333:24, 1334:18, 1334:23, 1335:10
**gelato** [1] - 1164:1
**general** [3] - 1190:18, 1309:5, 1318:7
**generally** [1] - 1313:8
**GENNY** [1] - 1058:17
**gentleman** [1] - 1185:16
**get-go** [1] - 1278:19
**gettin'** [1] - 1174:3
**GF** [4] - 1078:12, 1078:13, 1089:8, 1094:16
**gig** [2] - 1250:6, 1250:7
**gigs** [1] - 1208:23
**girl** [1] - 1234:18
**girlfriend** [1] - 1161:17
**given** [10] - 1062:21, 1116:13, 1116:17, 1116:18, 1125:3, 1157:16, 1243:24, 1299:12, 1325:5, 1334:10
**glass** [1] - 1228:3
**glove** [1] - 1152:3
**gloves** [3] - 1151:16, 1151:19, 1219:12
**Godfather** [5] - 1131:7, 1131:9, 1131:11, 1239:24, 1240:22
**godfather** [6] - 1078:14, 1078:15, 1078:16, 1078:21, 1079:3, 1100:25
**gold** [1] - 1163:12
**gonna** [16] - 1132:5, 1134:2, 1134:8, 1134:10, 1134:22, 1135:4, 1138:2, 1138:4, 1141:12, 1141:18, 1151:10, 1151:12, 1156:12
**goofball** [1] - 1199:17
**Gorilla** [5] - 1067:4, 1068:3, 1070:2, 1070:3, 1142:2
**gotcha** [1] - 1227:13
**gotta** [7] - 1156:14, 1156:15, 1156:17, 1169:4, 1284:23
**government** [22] - 1123:1, 1123:18, 1137:18, 1144:17, 1146:20, 1147:14, 1216:5, 1227:3, 1227:4, 1258:13, 1264:18, 1265:8, 1265:11, 1265:21, 1306:1, 1306:14, 1306:20, 1306:22, 1313:22, 1325:21, 1327:15, 1334:11
**Government** [139] - 1058:14, 1064:8, 1064:13, 1064:25, 1067:9, 1067:11, 1067:16, 1067:24, 1071:15, 1072:13,

1072:20, 1081:22, 1081:24, 1082:10, 1082:12, 1082:21, 1082:23, 1085:12, 1087:6, 1087:23, 1088:15, 1089:11, 1090:17, 1090:18, 1090:22, 1091:1, 1091:13, 1091:15, 1091:18, 1092:1, 1092:6, 1093:8, 1093:9, 1093:11, 1095:9, 1096:21, 1097:11, 1102:18, 1104:9, 1123:1, 1123:4, 1135:13, 1136:14, 1137:3, 1137:19, 1137:22, 1140:19, 1144:11, 1144:13, 1144:18, 1144:21, 1145:3, 1145:17, 1145:18, 1145:21, 1146:7, 1146:24, 1147:1, 1147:15, 1147:17, 1147:18, 1148:14, 1154:13, 1160:18, 1171:17, 1172:5, 1172:6, 1176:10, 1176:13, 1176:16, 1176:22, 1177:3, 1177:5, 1178:13, 1179:14, 1179:17, 1179:20, 1180:10, 1180:16, 1180:24, 1181:2, 1181:4, 1181:7, 1181:24, 1182:21, 1184:6, 1184:23, 1189:3, 1189:7, 1189:8, 1189:15, 1216:9, 1233:7, 1233:8, 1234:25, 1235:24, 1237:16, 1254:4, 1263:4, 1264:9, 1270:14, 1286:9, 1287:24, 1289:8, 1296:1, 1296:15, 1296:16, 1296:19, 1298:9, 1298:11, 1299:3, 1299:4, 1299:9, 1299:14, 1299:25, 1301:24, 1302:15, 1302:22, 1303:9, 1303:12, 1304:2, 1304:3, 1310:21, 1310:24, 1311:6, 1311:7, 1312:24, 1312:25, 1313:23, 1322:7, 1322:12, 1329:3, 1337:7, 1337:8, 1337:9, 1337:10, 1337:16
**Government's** [21] - 1063:1, 1091:3, 1091:17, 1091:25, 1092:3, 1093:13, 1144:20, 1145:20, 1181:9, 1296:21, 1299:18, 1303:14, 1337:2, 1337:3, 1337:4, 1337:5, 1337:6, 1337:11, 1337:12, 1337:13, 1337:14
**government's** [1] - 1258:14
**grab** [1] - 1113:25
**grabbed** [3] - 1248:17, 1272:12, 1272:15
**graduate** [1] - 1292:9
**grand** [5] - 1163:6, 1189:14, 1226:11, 1226:12, 1328:20
**Grand** [3] - 1113:12, 1321:2, 1335:5
**grandmother** [1] - 1194:3
**grandmother's** [1] - 1158:5
**granted** [4] - 1082:22, 1091:8, 1183:20, 1331:3
**grants** [1] - 1183:20
**gray** [1] - 1096:12
**great** [3] - 1085:22, 1091:14, 1328:11
**green** [4] - 1148:15, 1217:6, 1217:7, 1217:8
**greeting** [2] - 1109:6, 1109:7
**grew** [3] - 1116:20, 1193:20, 1195:22
**ground** [5] - 1080:20, 1117:2, 1129:4, 1134:20, 1299:6
**group** [7] - 1069:7, 1069:9, 1111:14,

1115:6, 1169:15, 1193:25

**growing** [3] - 1186:14, 1193:25, 1195:19

**Guadagnino** [17] - 1122:23, 1125:20, 1172:7, 1188:16, 1189:18, 1191:6, 1264:2, 1264:20, 1265:22, 1267:9, 1296:17, 1302:17, 1303:20, 1332:22, 1332:24, 1333:15, 1334:10

**GUADAGNINO** [75] - 1058:19, 1058:21, 1061:7, 1061:12, 1062:1, 1062:3, 1063:8, 1090:25, 1091:22, 1093:10, 1128:2, 1137:20, 1144:19, 1145:19, 1146:22, 1147:16, 1159:12, 1172:8, 1181:6, 1188:17, 1188:20, 1191:10, 1234:5, 1234:24, 1235:3, 1235:6, 1236:25, 1237:17, 1237:20, 1238:17, 1241:19, 1246:5, 1250:4, 1258:23, 1259:8, 1259:17, 1260:7, 1261:11, 1261:16, 1261:19, 1262:1, 1262:7, 1262:19, 1263:8, 1263:25, 1264:3, 1264:14, 1265:2, 1265:10, 1265:16, 1265:19, 1265:23, 1266:6, 1266:10, 1267:10, 1267:11, 1268:2, 1276:12, 1283:9, 1288:19, 1288:22, 1296:18, 1299:5, 1299:7, 1302:18, 1302:22, 1303:21, 1303:24, 1305:7, 1311:11, 1319:6, 1336:6, 1336:9, 1336:12, 1336:14

**Guadagnino's** [1] - 1128:20

**guarantee** [1] - 1284:25

**guess** [9] - 1118:5, 1149:15, 1152:2, 1152:23, 1154:22, 1258:21, 1259:19, 1264:11, 1286:3

**guilty** [23] - 1181:11, 1181:15, 1181:19, 1182:1, 1182:2, 1182:8, 1182:13, 1183:2, 1183:9, 1185:24, 1273:11, 1273:13, 1273:14, 1273:17, 1273:22, 1273:24, 1274:1, 1274:13, 1274:14, 1276:2, 1276:3, 1276:13

**gun** [15] - 1100:1, 1102:16, 1102:21, 1102:24, 1150:4, 1151:17, 1152:6, 1152:25, 1153:3, 1153:14, 1218:16, 1219:16, 1274:6, 1274:9, 1274:10

**Gun** [5] - 1071:17, 1072:4, 1072:5, 1072:11, 1082:8

**guns** [1] - 1153:7

**guy** [16] - 1165:4, 1167:14, 1201:5, 1201:7, 1206:19, 1208:9, 1208:13, 1216:6, 1216:17, 1216:18, 1220:5, 1220:8, 1228:2, 1239:23, 1239:24

**guys** [25] - 1099:4, 1154:21, 1157:13, 1170:13, 1199:2, 1201:6, 1201:11, 1201:21, 1213:14, 1214:12, 1215:3, 1218:13, 1221:4, 1221:24, 1222:10, 1244:13, 1245:23, 1248:4, 1248:6, 1248:15, 1249:2, 1249:16, 1249:25, 1250:19, 1252:16

## H

**hair** [3] - 1073:10, 1073:11, 1250:3

**hairstyle** [3] - 1253:24, 1253:25, 1254:3

**half** [2] - 1252:14, 1290:11

**hallucinations** [1] - 1193:13

**hallway** [1] - 1190:13

**hand** [10] - 1071:9, 1119:24, 1135:19, 1152:2, 1226:9, 1278:16, 1281:20, 1306:4, 1307:4, 1327:22

**handed** [6] - 1116:17, 1118:3, 1118:12, 1128:7, 1296:1, 1296:4

**handle** [4] - 1112:20, 1134:22, 1150:22, 1192:2

**handled** [1] - 1135:5

**handling** [1] - 1117:3

**hands** [6] - 1098:7, 1118:7, 1118:20, 1119:12, 1121:4, 1151:16

**handwriting** [1] - 1311:5

**hang** [8] - 1139:19, 1238:22, 1239:24, 1249:2, 1249:16, 1249:20, 1249:21

**hanging** [5] - 1099:6, 1111:9, 1248:12, 1248:14, 1248:16

**happy** [1] - 1259:2

**hard** [4] - 1193:4, 1195:19, 1288:14, 1296:1

**hash** [1] - 1160:17

**head** [13] - 1074:19, 1096:7, 1102:6, 1102:8, 1206:20, 1207:10, 1207:12, 1207:19, 1216:6, 1268:7, 1271:20, 1271:23, 1280:4

**head-butted** [1] - 1216:6

**headboard** [2] - 1082:21, 1090:17

**headbutted** [1] - 1147:11

**headbutts** [1] - 1143:12

**headphones** [1] - 1115:6

**health** [6] - 1061:15, 1061:17, 1061:20, 1203:10, 1279:15, 1282:13

**healthy** [1] - 1064:19

**hear** [18] - 1061:3, 1061:8, 1066:11, 1066:12, 1066:16, 1074:9, 1074:10, 1075:22, 1100:24, 1123:17, 1125:22, 1204:2, 1258:11, 1260:1, 1261:24, 1264:12, 1266:21, 1293:19

**heard** [22] - 1068:24, 1099:8, 1103:1, 1103:8, 1116:21, 1118:7, 1122:23, 1123:8, 1128:22, 1142:21, 1161:21, 1163:8, 1163:12, 1163:17, 1163:20, 1172:10, 1175:17, 1187:20, 1264:10, 1264:15, 1264:25

**hearing** [4] - 1187:12, 1253:2, 1253:4, 1299:1

**hearsay** [11] - 1172:9, 1261:8, 1261:15, 1263:16, 1264:11, 1264:17, 1264:24, 1299:7, 1317:21, 1318:22

**heated** [2] - 1099:23, 1100:5

**height** [1] - 1198:9

**held** [7] - 1081:6, 1083:25, 1084:1, 1099:5, 1099:24, 1129:23, 1131:23

**help** [20] - 1060:10, 1060:14, 1170:13,

1198:16, 1199:2, 1203:14, 1212:17, 1212:19, 1223:11, 1223:13, 1223:20, 1223:25, 1224:7, 1230:18, 1243:20, 1260:6, 1266:4, 1278:22, 1278:24, 1283:5

**helped** [1] - 1250:6

**Hernandez** [1] - 1195:25

**herself** [3] - 1061:22, 1118:4, 1284:23

**Hi** [3] - 1218:23, 1219:8

**hi** [2] - 1122:11, 1190:3

**Hi-Point** [3] - 1218:23, 1219:8

**high** [11] - 1079:12, 1081:4, 1132:20, 1150:18, 1150:20, 1150:21, 1151:19, 1152:18, 1153:5, 1153:10, 1191:22

**higher** [5] - 1166:14, 1173:10, 1174:14, 1174:22, 1279:13

**higher-ups** [3] - 1173:10, 1174:14, 1174:22

**highest** [3] - 1079:12, 1079:18, 1080:8

**Highland** [4] - 1101:13, 1158:19, 1160:12

**highlight** [1] - 1148:14

**highway** [1] - 1228:6

**himself** [7] - 1127:18, 1130:13, 1141:21, 1144:1, 1216:20, 1217:17, 1320:24

**hire** [1] - 1210:16

**hired** [1] - 1210:14

**Hispanic** [1] - 1196:24

**history** [1] - 1159:21

**hit** [11] - 1114:3, 1118:24, 1142:8, 1187:4, 1198:3, 1227:16, 1228:8, 1228:9, 1242:22, 1267:8, 1272:17

**hitting** [4] - 1165:15, 1165:16, 1165:17

**hm** [6] - 1119:6, 1220:22, 1225:6, 1225:14, 1231:8, 1232:12

**hmm** [15] - 1141:20, 1235:10, 1237:11, 1238:7, 1239:5, 1240:1, 1240:14, 1240:18, 1241:5, 1243:21, 1244:6, 1244:20, 1254:9, 1257:4, 1257:9

**hold** [14] - 1059:7, 1059:12, 1100:2, 1102:15, 1102:21, 1102:23, 1114:19, 1153:14, 1242:21, 1243:2, 1243:16, 1277:3, 1296:22, 1325:14

**hole** [1] - 1114:12

**holler** [3] - 1217:20, 1250:17

**home** [18] - 1059:11, 1061:15, 1061:17, 1061:20, 1130:11, 1130:17, 1175:3, 1175:4, 1175:5, 1236:6, 1284:19, 1285:1, 1286:1, 1287:6, 1287:7, 1332:3

**homeboy** [1] - 1228:25

**homey** [12] - 1074:17, 1074:18, 1075:10, 1075:11, 1077:24, 1078:3, 1080:9, 1080:10, 1090:4, 1100:7, 1107:5, 1109:23

**Homicide** [2] - 1071:17, 1072:6

**homicides** [1] - 1309:9

**homie** [4] - 1138:16, 1139:22, 1238:16, 1239:1

**homies** [3] - 1112:25, 1173:11, 1243:9

**honcho** [1] - 1074:19
**honest** [9] - 1115:25, 1134:19, 1139:12, 1179:24, 1180:3, 1271:14, 1278:20, 1284:22, 1285:9
**honestly** [9] - 1076:5, 1083:23, 1125:21, 1164:10, 1180:13, 1246:17, 1280:16, 1284:19, 1285:11
**Honor** [108] - 1060:5, 1060:23, 1061:5, 1061:12, 1061:23, 1062:15, 1062:21, 1064:24, 1064:25, 1065:6, 1081:24, 1089:22, 1090:16, 1093:8, 1122:4, 1122:15, 1122:24, 1123:13, 1123:19, 1125:3, 1125:16, 1126:13, 1127:21, 1128:2, 1128:9, 1129:10, 1129:19, 1136:13, 1137:18, 1144:17, 1145:17, 1146:20, 1146:22, 1147:14, 1172:5, 1172:8, 1172:12, 1173:2, 1181:4, 1188:17, 1188:21, 1189:2, 1189:19, 1189:23, 1190:5, 1191:8, 1246:5, 1258:12, 1259:18, 1259:21, 1260:7, 1260:13, 1261:5, 1262:9, 1262:19, 1263:13, 1265:12, 1266:10, 1266:13, 1266:24, 1267:10, 1276:12, 1283:8, 1288:20, 1288:25, 1289:5, 1289:8, 1295:22, 1295:25, 1296:15, 1299:3, 1299:5, 1299:11, 1299:15, 1302:18, 1303:9, 1303:16, 1303:21, 1305:8, 1306:1, 1306:4, 1306:15, 1306:21, 1311:6, 1315:8, 1315:14, 1315:16, 1317:22, 1318:22, 1319:2, 1325:19, 1325:23, 1326:15, 1327:11, 1327:15, 1331:14, 1331:16, 1331:22, 1332:10, 1332:19, 1333:1, 1333:14, 1334:7, 1334:18, 1334:19, 1334:23, 1335:1, 1335:19
**HONORABLE** [1] - 1058:12
**hood** [10] - 1068:13, 1069:13, 1069:14, 1071:2, 1073:20, 1076:3, 1077:9, 1085:3, 1100:7, 1148:5
**hoodie** [1] - 1151:20
**hoods** [6] - 1068:15, 1068:20, 1069:25, 1077:13, 1088:25, 1142:11
**hop** [2] - 1228:16
**hopefully** [1] - 1118:19
**hoping** [4] - 1220:19, 1282:20, 1282:22, 1286:8
**Hospital** [2] - 1309:18, 1310:13
**hospital** [13] - 1204:15, 1204:17, 1204:18, 1309:15, 1309:20, 1310:12, 1310:13, 1311:15, 1319:19, 1320:2, 1320:4, 1320:16, 1321:25
**hospitalized** [1] - 1320:13
**host** [9] - 1081:17, 1208:24, 1209:2, 1209:3, 1209:18, 1209:19, 1209:21, 1210:6, 1210:7
**hosted** [2] - 1209:1, 1209:9
**hosting** [2] - 1209:22, 1209:23
**hot** [1] - 1156:24
**hour** [2] - 1109:19, 1188:15
**hourly** [2] - 1318:12, 1318:18

**hours** [7] - 1105:25, 1205:1, 1205:7, 1280:7, 1280:10, 1282:9, 1333:8
**house** [19] - 1101:12, 1158:19, 1160:11, 1160:22, 1170:23, 1200:11, 1205:9, 1226:13, 1226:15, 1231:18, 1231:19, 1243:6, 1243:7, 1288:7, 1288:8, 1293:2, 1293:6, 1297:21, 1317:14
**housed** [1] - 1301:17
**houses** [1] - 1151:2
**housing** [2] - 1294:9, 1301:21
**huge** [1] - 1255:25
**hum** [10] - 1069:23, 1159:4, 1163:21, 1167:19, 1169:24, 1175:19, 1178:17, 1186:11, 1275:20, 1276:16
**hundred** [1] - 1072:18
**hung** [5] - 1208:16, 1238:23, 1240:13, 1249:21, 1251:13
**hurt** [8] - 1166:2, 1178:14, 1178:16, 1229:13, 1229:15, 1245:15, 1255:23, 1318:21
**hurting** [1] - 1117:1
**hyperactive** [1] - 1193:16
**hypertension** [1] - 1206:10

# I

**ICU** [1] - 1319:24
**ID** [1] - 1241:24
**idea** [5] - 1103:22, 1164:16, 1225:7, 1225:8, 1333:16
**identification** [10] - 1147:2, 1296:2, 1311:4, 1322:25, 1324:1, 1324:2, 1324:6, 1324:9, 1324:13, 1326:4
**identified** [9] - 1069:3, 1073:2, 1118:4, 1300:3, 1300:4, 1313:20, 1314:10, 1316:15
**identifies** [1] - 1124:16
**identify** [12] - 1069:23, 1070:9, 1071:3, 1081:22, 1094:5, 1096:3, 1127:17, 1148:12, 1195:13, 1213:23, 1313:12, 1314:20
**identifying** [1] - 1144:1
**identity** [2] - 1094:18, 1328:21
**ignorance** [1] - 1214:18
**ILEANA** [1] - 1058:21
**illegal** [2] - 1169:3, 1209:5
**ima** [1] - 1156:12
**image** [3] - 1130:7, 1140:20, 1156:19
**imagine** [1] - 1085:2
**IME** [1] - 1145:9
**IMED** [1] - 1145:9
**IMEI** [8] - 1124:5, 1125:13, 1125:15, 1126:12, 1126:20, 1145:10, 1145:22, 1146:1
**immediately** [1] - 1152:8
**immunity** [1] - 1335:3
**impeach** [3] - 1263:17, 1263:21, 1264:12
**impeaching** [1] - 1263:23
**impeachment** [2] - 1261:17, 1264:13

**Impeachment** [1] - 1261:18
**important** [3] - 1099:25, 1127:15, 1278:2
**imprisonment** [1] - 1183:8
**improper** [1] - 1302:19
**improve** [2] - 1111:10, 1111:11
**incarcerated** [3] - 1170:13, 1170:25, 1224:10
**incarceration** [1] - 1088:25
**incident** [3] - 1319:11, 1319:14, 1320:13
**incidents** [1] - 1320:21
**inclinating** [1] - 1142:4
**included** [3] - 1183:22, 1184:3, 1184:5
**includes** [1] - 1077:13
**including** [3] - 1117:4, 1176:19, 1182:11
**inconsistent** [1] - 1334:8
**incurred** [1] - 1166:17
**independent** [4] - 1319:14, 1319:20, 1323:19, 1325:16
**indicated** [1] - 1329:13
**indicating** [2] - 1070:17, 1109:2
**Indicating** [2] - 1095:16, 1095:22
**indicating)** [3] - 1071:7, 1094:4, 1097:15
**indications** [2] - 1293:17, 1313:22
**indicted** [8] - 1084:6, 1087:2, 1089:4, 1186:17, 1226:7, 1246:22, 1268:21
**indirectly** [1] - 1142:3
**individual** [27] - 1072:22, 1073:14, 1074:3, 1075:9, 1085:25, 1087:23, 1088:16, 1089:7, 1089:12, 1102:18, 1108:20, 1113:16, 1114:11, 1115:17, 1118:15, 1120:9, 1131:20, 1147:25, 1171:6, 1219:10, 1219:11, 1228:15, 1242:5, 1251:11, 1272:17, 1329:5
**individuals** [25] - 1079:10, 1079:11, 1093:23, 1098:24, 1099:3, 1099:25, 1100:6, 1103:17, 1108:18, 1108:19, 1108:22, 1114:1, 1115:2, 1118:13, 1124:16, 1126:16, 1127:18, 1162:11, 1167:8, 1170:6, 1170:7, 1174:24, 1205:15, 1218:24
**induced** [1] - 1204:14
**inevitable** [1] - 1285:22
**inflatable** [1] - 1203:1
**influence** [7] - 1090:3, 1132:24, 1170:16, 1170:18, 1170:22, 1187:23, 1214:17
**influenced** [3] - 1195:17, 1195:20, 1212:9
**info** [1] - 1273:13
**inform** [1] - 1152:15
**information** [26] - 1059:22, 1061:11, 1064:17, 1083:14, 1107:11, 1107:16, 1108:15, 1126:1, 1140:17, 1145:9, 1157:16, 1173:10, 1266:3, 1273:15, 1277:22, 1297:10, 1297:16, 1300:23, 1301:23, 1302:12, 1304:15, 1304:17,

1324:19, 1324:22, 1325:4, 1325:12
**informed** [3] - 1075:13, 1161:12, 1227:4
**initial** [1] - 1060:8
**initialed** [1] - 1314:2
**initials** [4] - 1314:6, 1314:7, 1322:4, 1322:15
**injuries** [11] - 1166:4, 1166:6, 1166:16, 1177:19, 1179:1, 1179:3, 1179:4, 1179:8, 1282:3, 1322:2
**injury** [1] - 1204:25
**inmate** [17] - 1140:9, 1140:16, 1140:22, 1292:17, 1293:7, 1294:5, 1294:10, 1294:14, 1297:3, 1297:19, 1298:14, 1299:1, 1300:18, 1301:17, 1301:20, 1304:24, 1304:25
**inmate's** [3] - 1294:17, 1300:2, 1300:3
**inmates** [15] - 1239:14, 1290:21, 1291:14, 1291:15, 1293:2, 1293:13, 1293:24, 1294:17, 1294:24, 1297:12, 1297:13, 1298:6, 1300:13, 1300:25, 1301:5
**innocent** [6] - 1115:5, 1115:17, 1164:10, 1164:14, 1215:3, 1228:5
**input** [1] - 1299:13
**inputted** [1] - 1304:15
**inside** [2] - 1100:6, 1310:13
**Instagram** [15] - 1081:18, 1103:9, 1153:25, 1155:7, 1175:13, 1175:15, 1197:24, 1199:20, 1199:23, 1199:24, 1199:25, 1200:8, 1200:17, 1286:17
**instance** [1] - 1069:24
**instances** [1] - 1150:4
**instead** [2] - 1120:6, 1130:19
**instruct** [4] - 1062:11, 1063:14, 1064:15, 1267:5
**instruction** [5] - 1063:17, 1334:8, 1335:7, 1335:13, 1335:16
**insurance** [20] - 1164:6, 1166:13, 1178:12, 1178:23, 1182:16, 1182:19, 1224:17, 1225:7, 1225:16, 1226:7, 1227:6, 1227:14, 1242:11, 1276:22, 1277:1, 1277:6, 1278:10, 1279:4, 1281:6, 1281:10
**insurance's** [1] - 1178:4
**intake** [4] - 1205:4, 1205:5, 1205:6, 1205:8
**intel** [4] - 1291:1, 1291:9, 1291:10, 1293:12
**Intelligence** [2] - 1291:8, 1291:10
**intelligence** [2] - 1292:23, 1293:1
**interest** [1] - 1159:17
**interested** [1] - 1227:21
**interview** [8] - 1254:7, 1257:25, 1258:23, 1259:1, 1267:12, 1293:5, 1297:12, 1304:25
**interviewed** [5] - 1281:4, 1291:14, 1291:15, 1297:6, 1300:5
**intimidate** [1] - 1187:14
**intimidating** [7] - 1159:20, 1187:7, 1187:10, 1237:13, 1238:1, 1240:15,

1240:21
**intoxicated** [1] - 1313:3
**intravenous** [1] - 1320:7
**introduced** [1] - 1302:25
**introducing** [1] - 1076:14
**introduction** [1] - 1167:12
**invested** [1] - 1169:21
**investigate** [2] - 1291:24, 1321:5
**investigating** [1] - 1308:14
**investigation** [4] - 1321:7, 1321:15, 1321:19, 1329:12
**Investigation** [3] - 1291:2, 1291:4, 1291:20
**Investigator** [4] - 1289:9, 1303:25, 1304:5, 1304:8
**investigator** [3] - 1291:22, 1308:11, 1309:9
**invoice** [6] - 1128:24, 1330:5, 1330:9, 1330:11, 1330:24, 1331:2
**involved** [5] - 1165:25, 1224:23, 1224:25, 1225:1
**involvement** [2] - 1176:23, 1310:8
**involving** [1] - 1320:22
**iPhone** [2] - 1145:9, 1245:19
**irrelevant** [1] - 1223:19
**IS** [1] - 1189:14
**is...you** [1] - 1275:9
**Island** [14] - 1270:24, 1271:12, 1290:16, 1290:17, 1291:14, 1291:25, 1292:11, 1294:4, 1294:16, 1294:22, 1296:14, 1301:5, 1302:13
**issue** [18] - 1060:24, 1062:13, 1062:14, 1113:16, 1124:8, 1124:17, 1125:18, 1125:24, 1128:18, 1128:21, 1161:15, 1190:6, 1190:9, 1204:23, 1204:24, 1207:3, 1260:22
**issues** [8] - 1062:19, 1123:19, 1129:1, 1154:6, 1161:13, 1192:1, 1192:14, 1293:3
**IT** [1] - 1126:6
**itself** [1] - 1299:16
**IU** [1] - 1300:19
**Iz** [5] - 1079:4, 1079:5, 1094:16, 1094:17

---

## J

**jacking** [5] - 1101:20, 1101:21, 1101:22, 1148:9, 1217:13
**Jacking** [3] - 1101:23, 1143:6
**Jackson** [5] - 1059:12, 1060:20, 1062:10, 1063:9, 1072:21
**jail** [22] - 1106:16, 1109:21, 1110:12, 1110:13, 1130:12, 1140:1, 1140:3, 1148:8, 1200:6, 1200:8, 1200:15, 1226:24, 1237:3, 1239:7, 1275:5, 1275:6, 1275:9, 1275:11, 1286:21, 1295:9, 1295:16, 1295:20
**jail's** [1] - 1239:11
**jails** [4] - 1109:23, 1110:12, 1110:14, 1110:16

**Jamaica** [2] - 1160:11, 1160:12
**Jamaicans** [5] - 1150:10, 1150:17, 1220:10, 1220:17, 1221:22
**Jamaicans'** [1] - 1151:2
**James** [1] - 1327:16, 1328:1
**JAMES** [3] - 1328:1, 1328:3, 1336:15
**January** [3] - 1058:7, 1257:5, 1335:23
**jean** [1] - 1140:4
**jeans** [5] - 1139:24, 1139:25, 1239:6, 1239:7, 1239:15
**Jimmy** [1] - 1165:4
**JM-2** [1] - 1315:11
**JM-3** [1] - 1315:12
**job** [5] - 1117:17, 1169:9, 1199:7, 1308:14, 1309:8
**jobs** [1] - 1169:10
**John** [3] - 1080:19, 1306:2, 1307:8
**JOHN** [3] - 1307:8, 1308:1, 1336:10
**join** [4] - 1079:23, 1083:2, 1195:10, 1195:17
**joined** [6] - 1066:8, 1066:18, 1072:14, 1083:9, 1083:11, 1090:12, 1195:9, 1197:14
**joke** [2] - 1198:6, 1203:8
**joker** [1] - 1114:16
**Joker** [21] - 1075:9, 1075:10, 1112:16, 1113:14, 1113:15, 1114:13, 1114:15, 1118:11, 1118:12, 1167:1, 1167:7, 1211:14, 1211:15, 1211:17, 1211:18, 1212:3, 1212:4, 1212:15, 1212:16
**joking** [1] - 1158:20
**JONATHAN** [1] - 1058:18
**Joshua** [3] - 1088:17, 1099:22, 1235:22
**judge** [10] - 1183:21, 1184:9, 1184:11, 1184:13, 1184:15, 1184:20, 1184:25, 1274:13, 1277:3, 1277:4
**JUDGE** [1] - 1058:12
**Judge** [1] - 1060:21
**July** [11] - 1124:1, 1136:18, 1156:3, 1244:1, 1244:13, 1246:25, 1247:13, 1248:10, 1274:1, 1274:2
**jump** [3] - 1287:17, 1287:18, 1287:20
**jumped** [4] - 1144:9, 1165:3, 1175:6, 1195:19
**June** [15] - 1247:18, 1252:11, 1252:12, 1252:14, 1252:22, 1253:1, 1253:8, 1253:10, 1256:16, 1257:7, 1267:21, 1270:12, 1271:21, 1329:10, 1329:13
**junior** [1] - 1191:22
**Juror** [10] - 1059:7, 1059:12, 1060:9, 1061:15, 1062:6, 1062:7, 1063:9, 1063:25, 1064:1, 1064:3
**juror** [5] - 1061:10, 1061:21, 1061:25, 1063:15, 1190:14
**jurors** [15] - 1062:16, 1064:22, 1085:23, 1121:19, 1129:12, 1188:7, 1189:14, 1190:13, 1190:15, 1190:20, 1191:4, 1258:4, 1267:3, 1306:18, 1332:3
**jury** [44] - 1059:1, 1063:14, 1063:17, 1063:18, 1063:19, 1063:20, 1063:23,

1064:6, 1070:23, 1121:24, 1122:17,
1123:8, 1125:21, 1127:13, 1127:22,
1128:11, 1128:22, 1129:6, 1188:11,
1189:12, 1190:2, 1191:3, 1197:18,
1227:17, 1248:6, 1249:19, 1258:17,
1259:3, 1259:5, 1259:22, 1259:25,
1260:14, 1260:25, 1263:6, 1265:18,
1266:12, 1267:5, 1278:14, 1306:11,
1306:13, 1306:17, 1332:11, 1332:16,
1335:6
**Jury** [6] - 1129:11, 1188:14, 1258:7,
1267:2, 1321:2, 1335:5
**JURY** [3] - 1058:11, 1085:24, 1188:9
**Justice** [1] - 1308:13
**juvenile** [1] - 1275:11

## K

**K-E-L-L-Z** [2] - 1090:8, 1090:9
**Kalashnikov** [1] - 1086:12
**keep** [7] - 1156:12, 1169:12, 1190:16,
1190:24, 1205:11, 1205:12, 1245:7
**keeping** [1] - 1255:22
**keeps** [1] - 1120:10
**Kells** [1] - 1150:21
**KELLS** [1] - 1090:7
**Kellz** [35] - 1089:15, 1089:24, 1089:25,
1090:7, 1090:10, 1091:5, 1142:18,
1142:22, 1144:9, 1150:23, 1150:24,
1152:13, 1152:16, 1153:4, 1153:13,
1156:20, 1157:13, 1168:1, 1168:2,
2168:13, 1211:21, 1213:20, 1219:7,
1221:11, 1221:15, 1222:9, 1222:11,
1247:7, 1249:23
**Kellz's** [1] - 1153:3
**kept** [6] - 1168:13, 1222:8, 1247:25,
1295:11, 1298:20, 1302:2
**keys** [1] - 1114:23
**Kia** [3] - 1093:25, 1234:19, 1234:21
**kick** [1] - 1222:14
**kicked** [2] - 1114:5, 1117:8
**kicking** [2] - 1114:2, 1202:22
**kid** [10] - 1115:4, 1151:21, 1193:21,
1207:9, 1213:12, 1213:15, 1214:5,
1214:12, 1215:22
**kids** [4] - 1115:4, 1115:6, 1193:19,
1193:24
**kill** [2] - 1246:1, 1246:6
**killed** [2] - 1100:8, 1156:17
**kind** [47] - 1074:5, 1074:7, 1099:6,
1100:5, 1104:19, 1107:1, 1107:3,
1107:4, 1109:4, 1111:23, 1112:9,
1113:8, 1115:24, 1119:19, 1130:12,
1130:19, 1131:16, 1142:7, 1142:23,
1143:10, 1144:4, 1151:24, 1152:4,
1157:21, 1158:14, 1159:20, 1161:9,
1162:12, 1165:3, 1167:15, 1193:4,
1195:19, 1197:18, 1197:22, 1198:10,
1200:17, 1207:8, 1208:19, 1209:1,
1215:22, 1219:12, 1249:25, 1264:21,

1298:10, 1301:23
**kinda** [1] - 1074:8
**kinds** [6] - 1074:5, 1248:6, 1249:19,
1301:23, 1302:8, 1303:6
**King** [1] - 1210:16
**Kings** [1] - 1070:16
**Kiscaya** [3] - 1196:8, 1196:10, 1196:17
**kitty** [8] - 1169:17, 1169:18, 1169:23,
1169:25, 1170:1, 1170:11, 1170:17
**kitty's** [1] - 1170:19
**KIYO** [1] - 1058:12
**knee** [4] - 1166:18, 1166:20, 1230:25,
1231:2
**knees** [2] - 1166:8, 1166:19
**Knickerbocker** [2] - 1196:4, 1196:19
**knife** [2] - 1231:7, 1279:16
**knock** [3] - 1151:5, 1151:6, 1220:14
**knocked** [2] - 1120:20, 1220:13
**knocks** [1] - 1120:20
**Knowing** [1] - 1149:2
**knowing** [2] - 1131:12, 1279:18
**knowledge** [10] - 1081:6, 1099:15,
1124:15, 1127:16, 1128:17, 1168:2,
1168:4, 1168:6, 1168:8, 1304:10
**known** [9] - 1073:5, 1074:12, 1081:1,
1116:10, 1116:11, 1153:6, 1191:13,
1262:20, 1290:8
**knows** [2] - 1061:20, 1135:2
**kush** [2] - 1163:6, 1163:16

## L

**lab** [3] - 1330:5, 1331:7, 1331:9
**lady** [2] - 1194:12, 1277:20
**laid** [2] - 1125:12, 1127:2
**landscape** [1] - 1062:25
**lane** [1] - 1169:9
**language** [1] - 1111:4
**larceny** [1] - 1328:21
**last** [22] - 1063:15, 1089:3, 1089:20,
1091:12, 1140:18, 1155:15, 1156:15,
1157:11, 1180:21, 1186:25, 1204:8,
1245:20, 1263:7, 1266:14, 1266:17,
1266:19, 1266:24, 1267:6, 1308:11,
1326:16, 1328:20, 1334:15
**lasted** [1] - 1109:18
**late** [4] - 1107:2, 1143:4, 1192:7, 1192:8
**laugh** [1] - 1203:6
**law** [6] - 1064:15, 1129:4, 1144:22,
1184:17, 1242:2, 1255:3
**laws** [1] - 1268:22
**lawsuit** [4] - 1164:23, 1165:12, 1177:14,
1225:25, 1227:20, 1229:7
**lawsuits** [3] - 1177:11, 1177:12,
1242:14
**lawyer** [8] - 1177:19, 1177:23, 1178:2,
1178:3, 1178:5, 1178:6, 1226:25
**lawyer's** [1] - 1267:6
**lawyers** [1] - 1282:5
**layer** [1] - 1264:11

**lead** [4] - 1094:21, 1100:22, 1100:23,
1102:12
**leading** [1] - 1159:12
**learn** [3] - 1161:13, 1228:18, 1228:23
**learned** [4] - 1133:21, 1153:21, 1228:22,
1292:16
**learning** [1] - 1131:12
**least** [1] - 1242:7
**leave** [6] - 1115:11, 1121:21, 1188:11,
1286:18, 1289:17, 1314:14
**leaves** [1] - 1188:25
**leaving** [1] - 1142:12
**led** [1] - 1100:10
**leeway** [1] - 1124:12
**left** [18] - 1059:9, 1059:17, 1086:9,
1095:23, 1098:24, 1115:15, 1166:18,
1166:20, 1194:11, 1195:8, 1195:10,
1195:11, 1198:20, 1201:19, 1204:8,
1286:22, 1328:14, 1328:16
**leg** [2] - 1187:15, 1319:17
**legal** [1] - 1169:3
**legs** [1] - 1319:17
**lemon** [1] - 1163:8
**lengthy** [1] - 1062:17
**lent** [1] - 1243:10
**less** [1] - 1287:8
**letter** [23] - 1183:22, 1183:24, 1183:25,
1184:6, 1184:11, 1184:23, 1284:15,
1284:18, 1284:25, 1285:17, 1285:20,
1286:6, 1286:24, 1287:2, 1287:5,
1334:8, 1334:9, 1334:11, 1334:14,
1335:1, 1335:4, 1335:11, 1335:16
**letters** [1] - 1334:19
**letting** [5] - 1076:12, 1148:5, 1156:13,
1245:8, 1245:9
**Letting** [1] - 1148:4
**level** [1] - 1187:5
**liberal** [1] - 1292:4
**license** [5] - 1165:7, 1227:24, 1227:25,
1228:16, 1300:2
**licensed** [1] - 1308:15
**lie** [14] - 1177:8, 1178:11, 1178:17,
1179:10, 1179:12, 1185:20, 1185:21,
1185:24, 1186:1, 1278:8, 1279:8,
1279:19, 1284:7, 1285:12
**lied** [5] - 1177:5, 1178:9, 1178:10,
1179:15, 1182:19
**lies** [1] - 1278:10
**life** [7] - 1109:25, 1183:6, 1183:8,
1184:22, 1186:2, 1187:12, 1256:10
**Life** [1] - 1276:18
**lifestyle** [2] - 1185:16, 1186:15
**light** [5] - 1096:14, 1217:8, 1232:18,
1232:19, 1232:20
**like..** [1] - 1208:2
**likely** [4] - 1064:7, 1103:20, 1117:13,
1333:8
**limiting** [1] - 1335:16
**Line** [1] - 1238:19
**line** [16] - 1059:11, 1062:10, 1068:9,

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 298 of 314 PageID #: 5162
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

18

1173:18, 1189:11, 1211:9, 1238:18, 1238:20, 1238:22, 1238:25, 1239:18, 1239:21, 1312:3, 1323:11, 1323:12, 1334:15

**lines** [2] - 1068:1, 1141:23

**Lineup** [1] - 1130:1

**lineup** [18] - 1079:7, 1079:9, 1079:10, 1079:14, 1079:16, 1079:18, 1079:23, 1079:25, 1082:25, 1083:2, 1083:9, 1083:15, 1083:20, 1084:4, 1084:23, 1129:25, 1174:23, 1321:16

**lingo** [1] - 1207:15

**link** [3] - 1149:13, 1149:17

**linked** [3] - 1142:20, 1142:21

**liquor** [1] - 1214:16

**list** [3] - 1079:10, 1079:11, 1298:16

**listed** [1] - 1140:22

**listen** [17] - 1074:5, 1105:3, 1112:19, 1120:12, 1121:5, 1143:5, 1144:6, 1148:6, 1242:4, 1248:17, 1271:9, 1287:6, 1287:22, 1288:8, 1293:13, 1293:25, 1295:20

**Listen** [1] - 1120:15

**listened** [2] - 1293:24, 1296:7

**listening** [4] - 1074:3, 1101:14, 1115:12, 1216:18

**lists** [1] - 1298:17

**literally** [10] - 1120:19, 1170:2, 1207:11, 1211:21, 1214:22, 1215:8, 1226:12, 1249:21, 1284:24

**live** [6] - 1165:17, 1183:18, 1194:11, 1196:25, 1224:11

**lives** [2] - 1153:11, 1164:10

**living** [4] - 1167:24, 1292:17, 1292:20, 1317:15

**loan** [1] - 1242:14

**located** [2] - 1196:14, 1294:8

**location** [4] - 1126:14, 1157:17, 1210:17, 1326:9

**locations** [1] - 1210:18

**lock** [1] - 1251:13

**locked** [29] - 1170:5, 1171:10, 1200:24, 1247:20, 1247:24, 1248:22, 1249:13, 1249:16, 1251:12, 1252:7, 1252:10, 1252:11, 1252:12, 1252:13, 1252:23, 1256:19, 1256:21, 1256:23, 1256:25, 1257:7, 1257:10, 1269:24, 1271:9, 1271:10, 1271:21, 1275:10, 1281:1, 1282:18

**look** [21] - 1067:18, 1067:21, 1068:1, 1068:9, 1093:5, 1135:24, 1144:22, 1171:24, 1173:15, 1238:4, 1240:5, 1259:3, 1271:5, 1281:2, 1281:8, 1282:23, 1286:16, 1297:19, 1304:14, 1304:16, 1323:12

**Look** [1] - 1265:20

**looked** [16] - 1081:14, 1118:5, 1120:14, 1132:24, 1151:23, 1151:24, 1152:2, 1152:5, 1164:21, 1201:11, 1207:8, 1280:23, 1281:3, 1281:8, 1322:12

**looking** [22] - 1071:15, 1074:13, 1081:19, 1103:12, 1108:17, 1114:24, 1142:17, 1149:19, 1153:22, 1153:24, 1154:1, 1185:22, 1185:23, 1186:7, 1220:17, 1235:23, 1280:19, 1287:14, 1288:11, 1288:13, 1288:16

**looks** [6] - 1108:23, 1108:24, 1151:22, 1198:18, 1323:10, 1323:11

**lost** [3] - 1275:16, 1286:20, 1286:21

**loud** [2] - 1201:15, 1316:2

**love** [9] - 1110:6, 1110:7, 1132:8, 1242:18, 1251:6, 1251:10, 1251:14, 1251:18, 1251:22

**low** [1] - 1080:12

**lower** [2] - 1184:25, 1185:5

**lowest** [2] - 1079:13, 1079:18

**loyalty** [1] - 1212:20

**LU** [2] - 1079:10, 1079:17

**Lucchese** [1] - 1058:22

**Luggy** [1] - 1192:20

**lunch** [4] - 1188:7, 1188:18, 1188:24, 1189:25

**lying** [4] - 1179:20, 1281:22, 1282:22, 1285:15

# M

**M-I-G-Z** [2] - 1104:5, 1104:6

**M-U-L-L-I-N-S** [1] - 1307:9

**M.G.G** [2] - 1095:7, 1095:8

**M010** [1] - 1154:22

**ma'am** [81] - 1066:20, 1070:19, 1073:4, 1075:21, 1080:7, 1080:17, 1082:2, 1082:15, 1085:20, 1086:1, 1086:6, 1086:20, 1087:24, 1088:3, 1089:13, 1092:10, 1094:23, 1094:25, 1095:2, 1095:5, 1095:12, 1095:14, 1095:20, 1095:25, 1096:13, 1096:15, 1096:17, 1096:23, 1097:3, 1097:13, 1098:6, 1098:8, 1098:15, 1099:1, 1100:23, 1101:1, 1102:4, 1102:20, 1104:1, 1105:19, 1112:8, 1112:13, 1113:4, 1129:24, 1144:14, 1145:16, 1146:19, 1147:7, 1147:9, 1153:16, 1153:18, 1153:23, 1154:18, 1164:4, 1166:15, 1175:10, 1175:14, 1176:1, 1176:8, 1176:11, 1176:14, 1176:18, 1176:21, 1176:24, 1177:2, 1177:7, 1180:11, 1180:18, 1180:25, 1181:3, 1181:14, 1181:22, 1181:25, 1182:3, 1182:10, 1182:12, 1182:14, 1182:17, 1182:20, 1183:11, 1306:6

**machines** [1] - 1320:5

**mad** [2] - 1133:15, 1202:19

**mail** [1] - 1058:24

**main** [1] - 1292:25

**males** [1] - 1310:15

**man** [10] - 1135:9, 1148:6, 1152:9, 1198:12, 1198:13, 1237:23, 1240:15, 1270:8, 1270:25, 1285:5

**manager** [3] - 1200:9, 1200:11, 1231:15

**managing** [1] - 1206:3

**mandated** [1] - 1204:6

**mandatory** [15] - 1139:7, 1172:19, 1173:20, 1173:21, 1174:2, 1182:24, 1183:10, 1183:14, 1183:21, 1184:12, 1184:16, 1238:21, 1240:6, 1240:8, 1287:10

**mandatory...got** [1] - 1171:22

**Manhattan** [1] - 1329:2

**manner** [1] - 1135:11

**March** [1] - 1257:5

**Maria** [1] - 1195:25

**marijuana** [8] - 1150:10, 1162:20, 1163:1, 1163:3, 1220:17, 1220:19, 1241:4, 1256:5

**mark** [5] - 1312:12, 1322:25, 1323:4, 1323:10, 1324:3

**marked** [11] - 1085:11, 1089:10, 1090:17, 1092:6, 1144:10, 1145:2, 1146:7, 1171:17, 1180:16, 1296:1, 1330:20

**markings** [2] - 1312:14, 1313:23

**Marquel** [2] - 1089:17, 1089:19

**MARSHAL** [1] - 1190:17

**Marshals** [3] - 1270:24, 1271:4, 1272:3

**marshals** [3] - 1190:12, 1272:2, 1334:6

**Martins** [1] - 1070:1

**Maserati** [5] - 1068:19, 1069:5, 1069:6, 1070:25, 1087:13

**Maseratis** [1] - 1069:20

**mask** [4] - 1129:16, 1198:7, 1289:16, 1308:5

**master's** [1] - 1292:2

**material** [1] - 1128:19

**math** [2] - 1195:3, 1257:2

**MATSUMOTO** [1] - 1058:12

**matter** [7] - 1129:4, 1133:13, 1185:7, 1185:9, 1185:10, 1261:17, 1335:23

**MATTHEW** [1] - 1058:17

**mature** [1] - 1111:3

**Maxes** [1] - 1094:6

**maximum** [5] - 1182:22, 1183:5, 1184:20, 1186:1, 1186:2

**Mazzi** [7] - 1069:4, 1069:10, 1069:16, 1071:2, 1098:10, 1142:4, 1143:8

**Mazzis** [3] - 1069:3, 1069:6, 1069:19

**MDC** [2] - 1275:15, 1284:20

**mean** [83] - 1069:2, 1069:4, 1074:16, 1074:18, 1076:17, 1077:5, 1077:20, 1078:7, 1078:13, 1078:15, 1080:5, 1081:13, 1083:13, 1093:4, 1094:17, 1098:5, 1101:22, 1104:15, 1108:20, 1108:25, 1109:22, 1113:21, 1114:7, 1116:23, 1117:8, 1117:22, 1120:25, 1125:21, 1126:21, 1132:4, 1133:10, 1133:21, 1134:6, 1134:13, 1139:9, 1139:25, 1141:24, 1148:11, 1148:25, 1149:6, 1150:2, 1156:8, 1156:16, 1156:25, 1157:3, 1162:2, 1162:17,

1164:9, 1175:5, 1183:25, 1185:10, 1187:17, 1187:24, 1191:24, 1193:19, 1196:13, 1199:8, 1203:14, 1206:24, 1208:13, 1210:6, 1212:18, 1212:19, 1213:20, 1215:13, 1216:22, 1217:8, 1218:12, 1227:10, 1240:2, 1240:3, 1250:25, 1253:1, 1258:12, 1271:4, 1272:11, 1274:22, 1275:2, 1286:3, 1297:2, 1312:11, 1312:13

**meaning** [2] - 1278:6, 1324:2

**means** [6] - 1063:25, 1064:9, 1085:7, 1121:5, 1154:5, 1272:13

**meant** [1] - 1139:10

**Mecca** [1] - 1120:3

**media** [4] - 1103:22, 1121:2, 1121:5, 1134:16

**medical** [1] - 1319:21

**medication** [2] - 1320:7, 1320:10

**medicine** [5] - 1193:8, 1203:15, 1205:21, 1206:5, 1206:7

**meet** [4] - 1073:8, 1073:11, 1176:12

**meeting** [69] - 1073:12, 1073:13, 1073:15, 1073:16, 1073:18, 1073:25, 1074:6, 1076:7, 1076:15, 1076:18, 1076:23, 1077:8, 1078:23, 1078:25, 1092:13, 1093:2, 1094:14, 1094:18, 1094:21, 1094:24, 1095:1, 1095:4, 1095:11, 1096:22, 1096:24, 1096:25, 1097:10, 1099:2, 1099:5, 1099:13, 1099:20, 1100:7, 1100:21, 1101:11, 1102:15, 1103:25, 1110:3, 1123:25, 1153:17, 1168:19, 1168:23, 1168:25, 1169:1, 1170:12, 1170:18, 1170:23, 1172:21, 1172:22, 1172:23, 1173:3, 1173:5, 1173:11, 1173:23, 1173:24, 1174:5, 1174:6, 1174:7, 1174:9, 1174:19, 1174:21, 1174:22, 1174:23, 1174:25, 1179:14, 1314:24

**meetings** [4] - 1168:15, 1170:2, 1172:13, 1173:8

**MEID** [2] - 1145:24, 1145:25

**member** [13] - 1080:22, 1088:21, 1088:23, 1093:24, 1114:8, 1194:22, 1194:25, 1195:13, 1197:5, 1197:7, 1300:18, 1308:18, 1309:7

**members** [31] - 1063:20, 1063:23, 1064:6, 1070:6, 1072:14, 1074:4, 1077:8, 1092:13, 1093:2, 1094:24, 1095:3, 1096:1, 1098:19, 1112:17, 1113:3, 1114:9, 1114:17, 1117:4, 1158:9, 1166:23, 1167:25, 1168:11, 1168:12, 1170:4, 1195:12, 1195:15, 1195:18, 1197:18, 1208:17, 1223:25, 1332:11

**Members** [1] - 1267:5

**memo** [1] - 1319:21

**memorable** [1] - 1112:14

**memorize** [2] - 1106:20, 1106:24, 1107:21

**meniscus** [2] - 1166:18, 1166:19

**mental** [3] - 1193:6, 1203:10, 1204:22

**mention** [4] - 1062:23, 1063:6, 1063:7, 1323:25

**mentioned** [21] - 1067:6, 1068:1, 1077:23, 1121:11, 1129:22, 1130:4, 1147:5, 1153:14, 1162:11, 1162:12, 1162:16, 1169:23, 1251:16, 1251:17, 1251:19, 1251:20, 1317:19, 1321:8, 1321:11, 1321:12, 1325:7

**mentioning** [1] - 1062:16

**meshed** [3] - 1081:18, 1111:13, 1199:21

**message** [22] - 1059:9, 1059:17, 1099:10, 1106:11, 1106:13, 1106:14, 1135:21, 1136:6, 1137:1, 1139:14, 1139:16, 1238:8, 1244:3, 1244:17, 1251:9, 1251:11, 1252:16, 1252:17, 1252:18, 1253:12, 1255:16, 1255:20

**messages** [7] - 1137:6, 1146:18, 1156:23, 1251:5, 1255:17, 1256:13, 1274:2

**messaging** [1] - 1255:14

**messed** [1] - 1248:8

**met** [15] - 1073:13, 1077:5, 1077:23, 1078:2, 1079:5, 1079:6, 1081:2, 1083:7, 1181:24, 1208:9, 1254:16, 1254:18, 1304:8, 1311:15, 1316:25

**meter** [1] - 1232:19

**methods** [1] - 1292:23

**Metro** [2] - 1202:13, 1203:1

**Mexican** [7] - 1165:3, 1167:14, 1228:2, 1228:4, 1228:12, 1228:14, 1228:25

**Mexicans** [1] - 1225:4

**Mh** [15] - 1141:20, 1235:10, 1237:11, 1238:7, 1239:5, 1240:1, 1240:14, 1240:18, 1241:5, 1243:21, 1244:6, 1244:20, 1254:9, 1257:4, 1257:9

**Mh-hmm** [15] - 1141:20, 1235:10, 1237:11, 1238:7, 1239:5, 1240:1, 1240:14, 1240:18, 1241:5, 1243:21, 1244:6, 1244:20, 1254:9, 1257:4, 1257:9

**mic** [2] - 1209:25, 1289:20

**Michele** [1] - 1058:22

**microphone** [1] - 1066:11

**mid** [2] - 1121:20, 1198:2

**mid-morning** [1] - 1121:20

**middle** [2] - 1074:7, 1152:10

**midst** [4] - 1099:23, 1120:3, 1120:9, 1281:3

**midsts** [1] - 1074:2

**Midtown** [2] - 1328:25, 1329:16

**might** [4] - 1059:15, 1062:15, 1117:21, 1169:7

**Migos** [9] - 1074:25, 1075:4, 1075:7, 1075:12, 1115:2, 1115:19, 1211:22, 1213:20

**MIGS** [1] - 1104:4

**Migz** [4] - 1104:3, 1104:4, 1104:8, 1105:1

**MIGZ** [1] - 1104:7

**Milla** [8] - 1068:19, 1069:14, 1076:10, 1097:2, 1100:7, 1103:7, 1143:9, 1300:20

**Millas** [10] - 1068:10, 1068:18, 1068:24, 1069:3, 1069:6, 1069:11, 1077:10, 1077:12, 1134:21

**Mind** [1] - 1151:16

**mind** [4] - 1061:19, 1186:14, 1271:15, 1280:16

**minded** [1] - 1111:2

**mine** [7] - 1090:15, 1101:13, 1101:17, 1101:20, 1153:10, 1251:15, 1305:1

**minimum** [8] - 1182:24, 1183:10, 1183:14, 1183:21, 1184:12, 1184:16, 1186:3, 1287:10

**minutes** [3] - 1109:18, 1122:3, 1332:1

**miss** [2] - 1251:1, 1251:6

**missing** [1] - 1068:4

**mistaken** [4] - 1093:25, 1149:12, 1177:13, 1178:4

**mistress** [1] - 1194:11

**MLuccheseEDNY@gmail.com** [1] - 1058:24

**mm-hm** [6] - 1119:6, 1220:22, 1225:6, 1225:14, 1231:8, 1232:12

**mom** [10] - 1223:6, 1223:20, 1224:1, 1224:8, 1224:9, 1224:11, 1226:14, 1230:20, 1310:14, 1310:17

**mom's** [2] - 1226:13, 1232:18

**moment** [13] - 1059:25, 1080:23, 1161:16, 1172:8, 1186:23, 1288:19, 1303:18, 1303:21, 1325:19, 1326:15, 1331:14, 1332:5, 1332:8

**moms** [1] - 1223:5

**Monday** [10] - 1060:13, 1060:25, 1126:21, 1332:2, 1332:10, 1332:14, 1333:3, 1333:4, 1334:3, 1335:23

**money** [84] - 1112:1, 1151:12, 1152:14, 1152:16, 1152:17, 1158:7, 1159:5, 1159:8, 1159:11, 1159:16, 1159:18, 1159:22, 1164:19, 1165:2, 1167:12, 1168:3, 1168:5, 1168:16, 1169:4, 1169:11, 1169:15, 1169:17, 1169:20, 1170:3, 1170:12, 1170:15, 1171:1, 1171:3, 1171:5, 1171:7, 1171:8, 1171:10, 1171:13, 1179:17, 1211:2, 1211:5, 1215:20, 1220:6, 1221:4, 1221:8, 1221:12, 1221:16, 1222:1, 1222:10, 1222:14, 1223:3, 1223:22, 1225:2, 1225:19, 1226:1, 1227:4, 1230:8, 1230:13, 1230:17, 1231:7, 1231:25, 1232:3, 1232:17, 1241:9, 1241:10, 1241:21, 1241:22, 1242:8, 1242:16, 1242:17, 1242:21, 1243:16, 1243:18, 1243:20, 1243:22, 1243:24, 1262:17, 1279:2, 1279:4, 1279:7, 1279:11, 1279:22, 1280:8, 1280:17, 1282:20, 1283:6, 1283:20, 1284:10

**MONTES** [1] - 1058:21

**month** [4] - 1204:4, 1204:8, 1251:24,

**1251**:25

**months** [10] - 1081:8, 1231:12, 1231:23, 1232:3, 1257:3, 1257:7, 1267:21, 1282:24, 1292:15

**moon** [4] - 1160:13, 1160:16, 1160:17, 1160:23

**morning** [13] - 1063:23, 1065:2, 1066:6, 1066:7, 1066:23, 1121:20, 1175:18, 1175:19, 1175:21, 1206:14, 1211:11, 1334:1

**most** [10] - 1103:20, 1107:22, 1112:14, 1117:13, 1121:8, 1131:17, 1210:18, 1223:2, 1223:4, 1264:19

**mostly** [2] - 1069:21, 1170:20

**mother** [18] - 1059:17, 1059:18, 1061:18, 1061:22, 1192:1, 1192:3, 1194:2, 1194:13, 1196:23, 1227:2, 1230:16, 1230:19, 1242:18, 1275:21, 1284:23, 1286:22, 1288:8

**mother's** [2] - 1059:8, 1060:19

**motion** [3] - 1183:20, 1184:4, 1184:5

**mouth** [3] - 1126:9, 1198:9

**move** [15] - 1062:6, 1081:21, 1089:22, 1090:21, 1091:4, 1111:1, 1113:20, 1113:21, 1125:9, 1201:19, 1283:11, 1288:17, 1325:21

**moved** [2] - 1091:10, 1194:1

**moves** [4] - 1144:18, 1147:14, 1296:15, 1303:9

**movie** [1] - 1167:23

**Moving** [1] - 1148:19

**MR** [195] - 1060:23, 1061:4, 1061:7, 1061:12, 1061:23, 1062:1, 1062:3, 1062:12, 1062:14, 1063:8, 1085:18, 1090:25, 1091:22, 1093:10, 1122:4, 1122:15, 1122:20, 1122:24, 1123:3, 1123:4, 1123:13, 1123:15, 1124:22, 1125:1, 1125:3, 1126:4, 1128:2, 1137:20, 1144:19, 1145:19, 1146:22, 1147:16, 1159:12, 1172:8, 1181:6, 1188:17, 1188:20, 1188:21, 1189:2, 1189:19, 1189:21, 1189:23, 1191:8, 1191:10, 1216:10, 1216:12, 1216:13, 1223:18, 1224:15, 1233:8, 1234:5, 1234:24, 1235:3, 1235:6, 1236:25, 1237:17, 1237:19, 1237:20, 1238:17, 1241:19, 1246:5, 1250:4, 1258:21, 1258:23, 1259:8, 1259:17, 1259:21, 1260:7, 1260:11, 1260:13, 1260:24, 1261:4, 1261:11, 1261:14, 1261:16, 1261:19, 1262:1, 1262:7, 1262:9, 1262:12, 1262:17, 1262:19, 1263:8, 1263:13, 1263:15, 1263:25, 1264:3, 1264:10, 1264:14, 1264:19, 1265:2, 1265:10, 1265:16, 1265:20, 1265:23, 1266:6, 1266:10, 1266:13, 1266:16, 1267:10, 1267:11, 1268:2, 1276:12, 1283:9, 1288:19, 1288:22, 1289:5, 1289:8, 1290:5, 1295:22, 1295:25, 1296:15, 1296:18, 1298:8, 1299:3,

**1299**:5, 1299:7, 1299:10, 1299:15, 1299:19, 1300:21, 1301:11, 1302:15, 1302:18, 1302:22, 1303:9, 1303:16, 1303:21, 1303:24, 1305:7, 1305:8, 1306:1, 1306:4, 1306:14, 1306:21, 1308:4, 1310:2, 1310:20, 1311:6, 1311:8, 1311:11, 1311:21, 1312:21, 1313:2, 1314:4, 1315:8, 1315:11, 1315:14, 1315:16, 1316:4, 1317:21, 1317:22, 1317:24, 1318:1, 1318:4, 1318:22, 1318:24, 1319:2, 1319:6, 1322:10, 1322:11, 1324:2, 1325:19, 1325:23, 1326:15, 1326:20, 1326:22, 1327:1, 1327:9, 1327:11, 1331:14, 1331:16, 1332:19, 1333:1, 1333:6, 1333:14, 1333:18, 1333:21, 1333:24, 1334:7, 1334:13, 1334:18, 1334:23, 1335:1, 1335:10, 1335:11, 1335:19, 1335:21, 1336:6, 1336:8, 1336:9, 1336:11, 1336:12, 1336:13, 1336:14

**MS** [121] - 1059:25, 1060:5, 1060:7, 1061:9, 1064:24, 1065:6, 1066:5, 1066:12, 1066:15, 1067:10, 1071:5, 1071:8, 1072:13, 1072:21, 1081:24, 1082:11, 1082:20, 1082:23, 1085:13, 1085:15, 1085:22, 1086:14, 1087:21, 1089:9, 1089:22, 1090:16, 1090:20, 1090:22, 1091:4, 1091:7, 1091:12, 1091:20, 1092:5, 1093:8, 1093:16, 1095:9, 1098:2, 1104:9, 1105:10, 1105:16, 1121:18, 1123:19, 1126:13, 1126:19, 1127:21, 1128:9, 1128:15, 1129:10, 1129:19, 1129:21, 1135:13, 1135:16, 1135:23, 1136:13, 1136:17, 1136:19, 1137:18, 1139:13, 1140:5, 1140:18, 1144:17, 1145:4, 1145:17, 1146:9, 1146:20, 1146:25, 1147:14, 1147:20, 1148:13, 1148:19, 1149:20, 1155:15, 1156:2, 1160:25, 1168:10, 1171:19, 1172:5, 1172:12, 1172:16, 1172:25, 1173:15, 1174:17, 1175:7, 1180:15, 1181:4, 1185:12, 1186:10, 1186:23, 1188:6, 1190:5, 1190:8, 1190:20, 1191:1, 1223:17, 1224:13, 1226:20, 1235:5, 1258:3, 1258:12, 1258:22, 1259:7, 1259:10, 1259:13, 1261:18, 1262:13, 1266:19, 1266:24, 1283:8, 1287:3, 1288:25, 1327:15, 1328:6, 1330:20, 1331:1, 1331:12, 1331:22, 1332:1, 1332:5, 1332:10, 1336:5, 1336:16

**MTG** [1] - 1103:5

**muddle** [1] - 1152:16

**Mullins** [8] - 1306:2, 1306:22, 1307:8, 1308:5, 1311:12, 1318:1, 1319:7, 1325:25

**MULLINS** [2] - 1308:1, 1336:10

**multiple** [1] - 1128:24

**murder** [8] - 1176:3, 1176:4, 1176:5, 1176:6, 1181:12, 1248:24, 1252:8,

**1273**:24

**mushroom** [1] - 1120:21

**music** [1] - 1210:10

---

## N

**nah** [8] - 1119:4, 1157:14, 1158:17, 1200:16, 1224:1, 1241:6, 1241:12, 1275:24

**Nah** [1] - 1157:11

**name** [37] - 1076:12, 1079:4, 1082:18, 1088:18, 1089:16, 1089:20, 1093:25, 1096:4, 1102:25, 1103:8, 1103:9, 1103:11, 1107:12, 1107:15, 1111:17, 1117:2, 1120:3, 1140:9, 1140:22, 1155:6, 1165:4, 1175:15, 1192:19, 1239:21, 1252:2, 1289:13, 1300:3, 1301:22, 1307:7, 1307:8, 1309:19, 1314:20, 1316:17, 1321:11, 1321:12, 1327:25

**named** [20] - 1073:14, 1075:9, 1106:8, 1107:12, 1107:14, 1107:15, 1108:5, 1108:20, 1108:21, 1112:16, 1118:3, 1131:4, 1153:13, 1153:25, 1171:6, 1206:19, 1207:3, 1208:10, 1211:23, 1216:6

**names** [6] - 1070:8, 1080:20, 1088:18, 1163:1, 1163:3, 1175:11

**nasty** [1] - 1216:24

**Nate** [2] - 1171:6, 1171:10

**Nation** [7] - 1067:4, 1068:3, 1070:2, 1073:20, 1078:20, 1094:15, 1142:2

**nation** [4] - 1068:13, 1169:12, 1217:23, 1217:24

**Nations** [2] - 1066:25, 1068:2

**nations** [1] - 1068:7

**natural** [2] - 1201:23, 1202:2

**nature** [4] - 1177:18, 1179:1, 1179:2, 1210:22

**near** [2] - 1195:25, 1315:2

**necessarily** [7] - 1088:24, 1119:25, 1121:7, 1124:24, 1170:8, 1173:2, 1325:5

**necessary** [8] - 1117:1, 1117:3, 1229:16, 1229:18, 1232:6, 1240:10, 1285:3

**necessities** [1] - 1167:24

**neck** [1] - 1269:25

**need** [31] - 1060:17, 1063:24, 1066:10, 1112:20, 1114:19, 1117:2, 1139:2, 1170:13, 1203:17, 1206:5, 1227:22, 1229:1, 1229:19, 1229:20, 1231:20, 1238:19, 1238:20, 1242:6, 1242:21, 1250:17, 1263:20, 1265:17, 1275:21, 1276:10, 1284:19, 1284:22, 1306:13, 1315:20, 1318:18, 1332:17

**needed** [9] - 1059:21, 1151:12, 1158:7, 1230:16, 1243:16, 1243:19, 1243:20, 1259:13, 1269:11

**needles** [1] - 1230:9

**needs** [1] - 1190:10
**Needs** [1] - 1308:14
**neglect** [1] - 1308:14
**neighborhood** [2] - 1158:4, 1316:17
**neighborhoods** [1] - 1071:23
**nervous** [1] - 1269:18
**never** [29] - 1079:6, 1118:24, 1149:14, 1149:15, 1151:8, 1160:9, 1196:15, 1204:10, 1213:9, 1213:11, 1222:3, 1242:2, 1243:24, 1246:19, 1246:20, 1247:4, 1247:13, 1248:2, 1248:3, 1250:7, 1256:3, 1256:5, 1257:14, 1270:6, 1274:9, 1274:10, 1274:11
**NEW** [1] - 1058:1
**new** [6] - 1296:25, 1297:3, 1297:13, 1297:16, 1329:22
**New** [27] - 1058:6, 1058:15, 1058:16, 1058:20, 1066:25, 1067:3, 1067:4, 1067:6, 1068:2, 1069:24, 1072:5, 1105:23, 1165:6, 1172:21, 1174:4, 1187:13, 1192:15, 1194:20, 1227:24, 1227:25, 1228:7, 1253:19, 1290:7, 1293:20, 1308:12, 1308:18
**next** [29] - 1061:18, 1063:2, 1064:9, 1064:14, 1064:15, 1064:19, 1065:7, 1067:19, 1097:16, 1127:24, 1139:4, 1148:23, 1189:25, 1233:10, 1236:17, 1238:17, 1238:25, 1289:21, 1291:19, 1295:3, 1305:13, 1306:20, 1307:12, 1314:1, 1316:8, 1319:3, 1319:10, 1325:3
**NGAI** [121] - 1058:17, 1059:25, 1060:5, 1060:7, 1061:9, 1064:24, 1065:6, 1066:5, 1066:12, 1066:15, 1067:10, 1071:5, 1071:8, 1072:13, 1072:21, 1081:24, 1082:11, 1082:20, 1082:23, 1085:13, 1085:15, 1085:22, 1086:14, 1087:21, 1089:9, 1089:22, 1090:16, 1090:20, 1090:22, 1091:4, 1091:7, 1091:12, 1091:20, 1092:5, 1093:8, 1093:16, 1095:9, 1098:2, 1104:9, 1105:10, 1105:16, 1121:18, 1123:19, 1126:13, 1126:19, 1127:21, 1128:9, 1128:15, 1129:10, 1129:19, 1129:21, 1135:13, 1135:16, 1135:23, 1136:13, 1136:17, 1136:19, 1137:18, 1139:13, 1140:5, 1140:18, 1144:17, 1145:4, 1145:17, 1146:9, 1146:20, 1146:25, 1147:14, 1147:20, 1148:13, 1148:19, 1149:20, 1155:15, 1156:2, 1160:25, 1168:10, 1171:19, 1172:5, 1172:12, 1172:16, 1172:25, 1173:15, 1174:17, 1175:7, 1180:15, 1181:4, 1185:12, 1186:10, 1186:23, 1188:6, 1190:5, 1190:8, 1190:20, 1191:1, 1223:17, 1224:13, 1226:20, 1258:3, 1258:12, 1258:22, 1259:7, 1259:10, 1259:13, 1261:18, 1262:13, 1266:19, 1266:24, 1283:8, 1287:3, 1288:25, 1327:15, 1328:6, 1330:20, 1331:1, 1331:12,

1331:22, 1332:1, 1332:5, 1332:10, 1336:5, 1336:16
**Ngai** [1] - 1125:11
**nice** [3] - 1112:1, 1115:20, 1331:20
**nigga** [3] - 1113:18, 1133:13, 1155:3
**niggas** [2] - 1174:3
**night** [9] - 1103:15, 1107:3, 1147:6, 1147:23, 1152:18, 1153:2, 1153:4, 1209:23, 1310:14
**nightclub** [1] - 1196:12
**nightmare** [3] - 1269:23, 1275:17, 1275:19
**Nike** [1] - 1215:3
**nine** [19] - 1097:8, 1099:12, 1099:15, 1170:16, 1170:21, 1172:13, 1172:19, 1172:24, 1173:5, 1173:20, 1173:21, 1173:22, 1173:23, 1174:2, 1257:7, 1267:21, 1290:11, 1319:10
**nine-eleven** [10] - 1099:12, 1099:15, 1172:19, 1173:5, 1173:20, 1173:21, 1173:22, 1173:23, 1174:2
**nine-elevens** [1] - 1172:13
**No-Fault** [1] - 1228:7
**nobody** [8] - 1061:16, 1131:15, 1132:5, 1134:9, 1168:12, 1198:12, 1218:7, 1236:23
**normally** [2] - 1085:1, 1111:2
**North** [2] - 1238:25, 1329:16
**north** [2] - 1169:19, 1243:9
**nose** [1] - 1126:9
**notations** [1] - 1313:23
**note** [3] - 1173:16, 1174:18, 1299:15
**notebooks** [3] - 1121:22, 1188:11, 1306:8
**Notebooks** [1] - 1258:5
**noted** [1] - 1124:25
**notes** [26] - 1172:3, 1172:4, 1172:12, 1172:15, 1172:17, 1172:19, 1173:6, 1173:7, 1173:9, 1173:14, 1297:24, 1299:1, 1314:24, 1315:6, 1319:15, 1323:20, 1323:21, 1323:22, 1323:24, 1323:25, 1324:5, 1324:8, 1324:16, 1325:3, 1326:8
**nothing** [14] - 1062:3, 1101:14, 1162:9, 1205:10, 1214:23, 1215:12, 1215:14, 1232:16, 1272:21, 1274:25, 1285:24, 1287:22, 1305:8, 1321:23
**notice** [1] - 1235:11
**noticed** [4] - 1110:20, 1116:25, 1240:6, 1286:16
**notification** [1] - 1173:8
**noting** [1] - 1124:22
**November** [2] - 1236:7, 1257:2
**nowadays** [1] - 1200:17
**nowhere** [4] - 1100:10, 1114:25, 1142:24, 1271:5
**number** [34] - 1060:2, 1060:20, 1063:15, 1063:16, 1068:21, 1124:5, 1126:12, 1126:20, 1128:24, 1130:22, 1136:7, 1136:11, 1136:16, 1140:9, 1145:10,

1145:22, 1145:24, 1146:1, 1243:3, 1281:7, 1294:11, 1294:12, 1295:5, 1300:2, 1301:20, 1314:2, 1322:9, 1330:9, 1330:11, 1330:24, 1331:2
**numbers** [6] - 1130:21, 1167:20, 1167:21, 1167:22, 1198:4, 1243:3
**numerous** [2] - 1118:1, 1291:13
**NY** [1] - 1058:20
**NYB** [27] - 1067:3, 1067:6, 1068:14, 1068:15, 1068:20, 1069:10, 1069:11, 1069:14, 1077:9, 1077:13, 1077:16, 1078:12, 1078:20, 1078:21, 1079:3, 1094:15, 1094:21, 1100:12, 1100:14, 1100:22, 1100:23, 1100:25, 1102:13, 1131:11, 1131:18, 1131:19
**NYBBA** [3] - 1067:4, 1068:6, 1069:24
**NYPD** [8] - 1253:11, 1254:18, 1308:20, 1319:9, 1328:13, 1328:14, 1330:9, 1330:19

## O

**o'clock** [1] - 1188:11
**Oasis** [1] - 1242:15
**oath** [19] - 1065:2, 1119:25, 1172:2, 1177:5, 1177:8, 1178:1, 1178:7, 1178:8, 1179:6, 1179:21, 1182:6, 1182:19, 1277:12, 1278:9, 1279:19, 1280:1, 1280:24, 1282:9, 1284:8
**OBCC** [1] - 1290:15
**object** [5] - 1122:25, 1123:10, 1126:1, 1127:20, 1129:1
**objected** [1] - 1124:25
**objecting** [1] - 1127:9
**objection** [37] - 1090:25, 1091:22, 1093:10, 1124:12, 1124:20, 1125:8, 1125:19, 1126:4, 1126:7, 1129:4, 1137:20, 1144:19, 1145:19, 1146:22, 1147:16, 1159:12, 1172:7, 1172:9, 1173:14, 1181:6, 1223:17, 1223:18, 1224:13, 1226:20, 1259:24, 1287:3, 1296:18, 1299:5, 1299:14, 1302:18, 1303:11, 1310:2, 1311:21, 1317:21, 1318:22, 1326:20, 1326:22
**objections** [1] - 1090:24
**obligation** [2] - 1063:7, 1064:12
**observed** [4] - 1312:19, 1319:18, 1322:17, 1323:17
**observing** [1] - 1323:19
**Obviously** [1] - 1240:9
**obviously** [5] - 1060:14, 1154:4, 1178:12, 1240:6, 1313:11
**occupied** [2] - 1062:7, 1064:1
**occupy** [1] - 1064:1
**occur** [2] - 1097:4, 1291:24
**occurred** [3] - 1124:1, 1147:6, 1320:14
**occurring** [1] - 1219:9
**occurs** [1] - 1201:20
**ocean** [1] - 1191:25
**October** [15] - 1248:20, 1248:21,

1248:22, 1249:10, 1256:19, 1256:24, 1257:1, 1257:2, 1267:19, 1270:16, 1270:17, 1270:20, 1270:21, 1270:22
**OF** [3] - 1058:1, 1058:3, 1058:11
**offer** [2] - 1091:21, 1299:9
**offered** [6] - 1102:19, 1159:1, 1189:7, 1189:8, 1243:18, 1261:17
**offering** [1] - 1261:16
**offers** [10] - 1090:22, 1093:9, 1137:19, 1145:17, 1146:21, 1172:6, 1181:4, 1299:3, 1302:15, 1311:6
**offhand** [1] - 1330:12
**office** [2] - 1277:16, 1281:5
**officer** [14] - 1128:5, 1128:6, 1128:7, 1128:22, 1128:23, 1290:13, 1290:14, 1290:20, 1290:22, 1290:23, 1290:25, 1291:22, 1308:21
**officers** [2] - 1126:10, 1263:3
**Official** [1] - 1058:23
**official** [2] - 1080:5, 1175:16
**officially** [5] - 1080:4, 1120:5, 1194:25, 1195:13, 1270:8
**often** [1] - 1097:4
**OG** [1] - 1163:6
**oil** [1] - 1160:17
**old** [8] - 1115:5, 1117:12, 1195:1, 1197:2, 1197:10, 1197:11, 1207:24, 1275:11
**older** [5] - 1111:2, 1111:23, 1116:8, 1250:10, 1250:11
**once** [12] - 1074:12, 1097:5, 1107:17, 1154:8, 1272:13, 1287:22, 1293:19, 1295:4, 1295:5, 1298:14
**one** [119] - 1062:12, 1062:19, 1062:22, 1063:21, 1067:3, 1068:4, 1068:5, 1068:18, 1069:25, 1070:25, 1074:3, 1081:14, 1084:5, 1084:15, 1086:16, 1087:14, 1088:7, 1088:9, 1089:1, 1089:7, 1089:25, 1090:4, 1091:10, 1091:12, 1093:21, 1093:24, 1094:8, 1096:6, 1096:19, 1098:20, 1098:24, 1099:3, 1100:5, 1100:6, 1101:8, 1104:16, 1115:2, 1115:6, 1115:7, 1118:13, 1120:12, 1126:16, 1129:17, 1131:2, 1131:19, 1131:20, 1137:2, 1138:8, 1142:23, 1146:2, 1148:23, 1150:6, 1151:15, 1153:15, 1156:19, 1158:19, 1160:25, 1161:4, 1164:17, 1164:18, 1164:24, 1165:19, 1166:5, 1166:21, 1166:22, 1169:1, 1170:17, 1170:18, 1170:24, 1172:8, 1186:25, 1188:15, 1198:12, 1198:21, 1200:1, 1202:12, 1203:4, 1205:15, 1206:16, 1208:13, 1208:15, 1208:18, 1209:9, 1210:15, 1218:24, 1225:10, 1233:6, 1235:1, 1241:3, 1243:9, 1249:22, 1250:15, 1250:16, 1251:16, 1273:16, 1274:17, 1281:3, 1281:25, 1282:1, 1282:3, 1295:2, 1298:5, 1304:17, 1304:19, 1307:2, 1314:9, 1319:16,

1322:7, 1326:14, 1326:15, 1328:24, 1329:20, 1331:22, 1332:5, 1332:7
**ones** [3] - 1080:4, 1249:23, 1303:7
**ongoing** [1] - 1064:4
**online** [1] - 1103:25
**open** [6] - 1059:1, 1151:6, 1156:12, 1190:2, 1245:7
**opening** [1] - 1130:18
**opens** [2] - 1113:23, 1113:24
**operating** [3] - 1066:25, 1230:2, 1308:16
**operation** [1] - 1308:16
**opiates** [1] - 1157:25
**opponent** [1] - 1299:10
**opportunity** [1] - 1334:10
**option** [1] - 1060:13
**options** [1] - 1060:16
**orally** [1] - 1300:15
**orange** [1] - 1098:3
**order** [2] - 1085:8, 1085:9
**ordered** [1] - 1205:22
**orders** [3] - 1103:17, 1103:18, 1103:19
**ordinary** [4] - 1295:9, 1298:17, 1302:2, 1303:3
**orient** [1] - 1333:11
**original** [1] - 1220:9
**originally** [1] - 1064:7
**OT** [1] - 1153:13
**othere** [1] - 1088:18
**otherwise** [2] - 1265:18, 1289:17
**Otis** [1] - 1290:15
**out-of-the-blue** [1] - 1214:20
**outside** [11] - 1064:8, 1149:15, 1151:4, 1161:19, 1202:13, 1202:16, 1259:2, 1260:23, 1294:5, 1317:14, 1323:13
**overly** [1] - 1162:10
**overnight** [1] - 1205:12
**overpower** [1] - 1094:19
**overrule** [1] - 1299:14
**overruled** [5] - 1124:20, 1127:20, 1173:14, 1303:11, 1318:23
**owe** [5] - 1158:24, 1159:15, 1159:16, 1159:18, 1159:22
**own** [16] - 1061:9, 1120:5, 1143:16, 1170:9, 1172:18, 1173:13, 1207:18, 1209:8, 1209:10, 1212:12, 1218:13, 1228:22, 1228:23, 1279:15, 1284:9, 1294:19

## P

**p.m** [3] - 1172:19, 1174:2, 1334:20
**pack** [3] - 1161:22, 1161:25, 1162:1
**package** [1] - 1161:21
**packed** [1] - 1161:21
**PAGE** [1] - 1336:3
**page** [25] - 1065:7, 1097:16, 1125:23, 1127:24, 1140:18, 1148:14, 1148:19, 1154:25, 1155:15, 1155:19, 1156:5, 1174:18, 1180:21, 1180:22, 1189:11,

1189:25, 1233:10, 1267:24, 1289:21, 1301:14, 1305:13, 1307:12, 1316:8, 1319:3
**pages** [2] - 1146:15, 1315:19
**paid** [11] - 1165:5, 1167:8, 1167:10, 1194:3, 1226:12, 1226:13, 1229:10, 1232:18, 1232:19, 1232:20, 1257:15
**pain** [1] - 1282:24
**pair** [2] - 1094:6, 1215:19
**pan** [1] - 1160:14
**pandemic** [6] - 1130:18, 1198:2, 1198:10, 1248:15, 1248:18
**panic** [1] - 1205:13
**pants** [1] - 1228:17
**paper** [5] - 1135:19, 1243:3, 1243:4, 1255:6, 1255:7
**papers** [1] - 1330:19
**paperwork** [12] - 1063:11, 1106:12, 1106:16, 1106:20, 1106:25, 1109:18, 1207:10, 1207:13, 1207:14, 1207:15, 1330:16
**par** [1] - 1171:6
**parade** [1] - 1143:13
**paralegal** [1] - 1260:5
**paralyzing** [1] - 1269:25
**pardon** [1] - 1317:23
**parents** [1] - 1320:18
**Paris** [17] - 1191:17, 1191:24, 1192:4, 1192:6, 1192:7, 1192:12, 1192:13, 1194:1, 1194:4, 1194:5, 1194:22, 1194:24, 1195:1, 1195:2, 1195:8, 1195:10, 1196:22
**park** [1] - 1196:1
**Park** [4] - 1101:13, 1158:20, 1160:13, 1195:25
**parked** [1] - 1161:18
**parole** [3] - 1271:10, 1271:11
**part** [54] - 1069:13, 1088:2, 1089:6, 1090:5, 1103:4, 1109:9, 1110:22, 1111:6, 1111:19, 1111:25, 1112:5, 1112:7, 1112:11, 1118:2, 1118:9, 1119:23, 1148:20, 1149:23, 1154:17, 1156:15, 1165:19, 1172:17, 1174:19, 1176:12, 1176:15, 1177:22, 1180:6, 1180:12, 1181:11, 1182:15, 1182:18, 1186:6, 1186:15, 1186:19, 1189:16, 1195:21, 1206:25, 1221:9, 1225:21, 1225:24, 1227:20, 1229:8, 1235:7, 1274:16, 1285:25, 1293:11, 1293:12, 1295:8, 1298:1, 1298:5, 1323:14, 1323:15, 1335:2
**participate** [2] - 1167:15, 1297:7
**participated** [4] - 1272:19, 1277:6, 1283:14, 1283:19
**participating** [1] - 1182:6
**particular** [10] - 1085:3, 1126:11, 1126:12, 1137:2, 1194:9, 1255:17, 1290:24, 1293:17, 1311:24, 1328:22
**parties** [7] - 1060:7, 1060:8, 1062:10, 1062:25, 1209:16, 1250:5, 1332:25

**parts** [1] - 1144:8
**party** [12] - 1081:17, 1137:11, 1208:21, 1208:23, 1208:25, 1209:20, 1209:21, 1209:22, 1209:23, 1248:8, 1249:17, 1299:10
**party-opponent** [1] - 1299:10
**Partying** [1] - 1208:20
**pass** [2] - 1063:11, 1088:22
**passed** [6] - 1088:21, 1088:23, 1170:12, 1170:19, 1170:25, 1219:7
**passenger** [1] - 1164:21
**passengers** [7] - 1165:6, 1165:7, 1165:8, 1165:22, 1225:3, 1227:22, 1227:23
**passing** [1] - 1190:13
**past** [2] - 1263:23, 1331:2
**pat** [1] - 1292:18
**patient** [1] - 1310:13
**patrol** [4] - 1317:8, 1317:12, 1317:16, 1318:9
**Pause** [5] - 1060:4, 1061:1, 1061:14, 1186:24, 1188:5
**pause** [8] - 1109:3, 1122:21, 1150:12, 1172:25, 1178:18, 1187:20, 1191:2, 1332:9
**pay** [4] - 1213:25, 1214:2, 1241:11, 1243:12
**payout** [1] - 1166:13
**PCS** [2] - 1202:13, 1203:1
**PEACE** [1] - 1058:14
**peachy** [1] - 1113:9
**peachy-creamy** [1] - 1113:9
**pearl** [1] - 1150:22
**People** [1] - 1308:13
**people** [57] - 1069:7, 1069:9, 1080:1, 1100:15, 1100:25, 1101:2, 1102:10, 1111:1, 1111:14, 1112:25, 1117:21, 1119:14, 1131:15, 1131:16, 1132:18, 1142:11, 1153:6, 1158:4, 1169:9, 1170:4, 1175:3, 1187:11, 1192:19, 1193:18, 1195:11, 1196:25, 1198:3, 1198:4, 1199:18, 1203:6, 1205:13, 1208:16, 1210:14, 1211:22, 1213:19, 1221:13, 1221:14, 1221:16, 1229:9, 1234:22, 1235:9, 1235:11, 1236:22, 1239:14, 1257:13, 1257:14, 1274:23, 1274:25, 1275:11, 1283:16, 1283:21, 1283:24, 1284:7, 1294:5, 1308:15, 1313:14
**perceive** [1] - 1311:19
**perceived** [1] - 1187:23
**percs** [1] - 1157:25
**perfect** [1] - 1066:15
**perhaps** [2] - 1062:16, 1126:22
**period** [4] - 1062:18, 1069:12, 1293:25, 1294:2
**perjuring** [1] - 1278:3
**perjury** [4] - 1278:5, 1280:15, 1280:20, 1281:2
**permission** [5] - 1082:20, 1085:13,

1090:16, 1144:22, 1331:1
**perp** [1] - 1163:6
**person** [35] - 1059:8, 1073:2, 1080:18, 1095:23, 1105:2, 1118:13, 1121:3, 1130:8, 1134:19, 1137:14, 1137:15, 1140:24, 1156:19, 1156:20, 1161:4, 1238:2, 1246:9, 1246:10, 1261:8, 1261:10, 1275:5, 1275:6, 1295:6, 1299:1, 1300:4, 1304:15, 1313:9, 1313:13, 1313:20, 1314:20, 1316:12, 1316:15, 1317:15
**personal** [6] - 1128:16, 1143:16, 1149:1, 1170:9, 1172:18, 1304:10
**personality** [1] - 1199:22
**personally** [3] - 1128:16, 1134:17, 1316:18
**pertaining** [1] - 1123:11
**PETER** [2] - 1058:19, 1058:21
**petty** [1] - 1260:10
**phases** [2] - 1192:17, 1192:21
**Phaze** [13] - 1076:12, 1113:17, 1175:12, 1175:16, 1191:14, 1192:11, 1192:17, 1192:18, 1192:19, 1192:22, 1245:17, 1255:18
**phone** [76] - 1060:2, 1060:20, 1099:19, 1115:8, 1115:10, 1123:8, 1123:9, 1124:3, 1124:7, 1124:8, 1125:6, 1125:15, 1125:21, 1125:22, 1126:2, 1126:5, 1126:11, 1126:17, 1126:23, 1127:6, 1127:7, 1127:11, 1127:14, 1128:5, 1128:8, 1128:19, 1128:21, 1128:22, 1136:7, 1143:18, 1143:21, 1144:16, 1144:23, 1149:2, 1155:6, 1155:8, 1156:24, 1157:1, 1157:5, 1157:8, 1157:12, 1161:17, 1172:3, 1172:4, 1200:13, 1200:14, 1213:14, 1213:15, 1214:6, 1214:12, 1226:25, 1239:25, 1240:13, 1242:1, 1245:18, 1245:21, 1246:9, 1246:11, 1247:7, 1251:13, 1293:23, 1294:4, 1294:21, 1295:2, 1295:3, 1295:4, 1295:5, 1295:6, 1296:12, 1300:24, 1301:6, 1301:18, 1302:13
**phones** [3] - 1128:24, 1294:5, 1294:8
**phonetic** [4] - 1115:2, 1120:3, 1192:20, 1196:8
**phonetic))** [1] - 1109:2
**Photo** [1] - 1313:20
**photo** [54] - 1072:23, 1091:11, 1091:19, 1093:23, 1094:1, 1094:5, 1094:10, 1094:12, 1095:11, 1095:13, 1095:15, 1095:19, 1095:23, 1096:1, 1096:21, 1097:12, 1098:7, 1098:14, 1098:19, 1098:25, 1099:3, 1105:4, 1105:7, 1105:8, 1145:11, 1145:13, 1145:22, 1155:8, 1155:10, 1155:12, 1155:13, 1155:17, 1156:6, 1156:19, 1309:19, 1310:15, 1310:16, 1310:17, 1311:1, 1312:3, 1312:6, 1313:4, 1313:7, 1313:8, 1313:15, 1314:1, 1314:8,

1314:10, 1314:13, 1314:19, 1316:11, 1316:22, 1321:17, 1329:5
**photograph** [9] - 1093:19, 1156:9, 1234:17, 1235:6, 1236:11, 1236:12, 1236:13, 1236:15, 1237:1
**photographs** [7] - 1122:25, 1123:7, 1123:11, 1123:16, 1233:5, 1313:8, 1321:23
**photos** [24] - 1092:9, 1092:11, 1092:12, 1092:20, 1092:22, 1093:1, 1103:12, 1103:14, 1103:16, 1103:18, 1103:22, 1103:25, 1123:23, 1123:24, 1123:25, 1124:9, 1125:4, 1125:22, 1127:14, 1127:15, 1127:16, 1128:15, 1153:17
**phrased** [1] - 1265:14
**physical** [34] - 1116:14, 1117:14, 1117:25, 1118:2, 1118:9, 1118:12, 1118:21, 1119:1, 1119:3, 1119:5, 1119:17, 1119:25, 1120:6, 1120:7, 1120:8, 1121:7, 1132:1, 1132:5, 1132:7, 1132:9, 1132:13, 1132:14, 1132:15, 1132:16, 1132:17, 1132:22, 1143:14, 1143:15, 1149:7, 1175:1, 1175:6, 1204:24, 1292:16
**Physicals** [1] - 1131:24
**physicals** [8] - 1116:13, 1116:17, 1116:18, 1116:19, 1117:20, 1117:23, 1131:24
**Pianos** [1] - 1241:23, 1242:5
**pick** [3] - 1199:16, 1227:2, 1271:13
**picked** [2] - 1231:18, 1247:23
**picking** [1] - 1149:2
**picture** [20] - 1096:19, 1155:5, 1234:8, 1234:9, 1234:10, 1234:12, 1234:14, 1235:16, 1235:17, 1235:18, 1235:19, 1236:3, 1236:20, 1236:23, 1244:25, 1245:2, 1245:5, 1271:24, 1272:1
**pictures** [1] - 1092:19
**piece** [4] - 1243:3, 1243:4, 1255:6, 1255:7
**pills** [5] - 1112:10, 1157:22, 1157:23, 1158:5, 1222:24
**PIN** [5] - 1294:13, 1294:14, 1294:15, 1294:17, 1294:19
**pin** [3] - 1074:9, 1074:10, 1075:23
**pink** [1] - 1163:16
**pinkie** [1] - 1071:10
**pistol** [4] - 1150:21, 1152:23, 1218:19, 1219:1
**pizza** [1] - 1201:7
**pizzeria** [1] - 1201:6
**place** [14] - 1082:20, 1091:5, 1141:10, 1144:6, 1168:19, 1173:3, 1173:12, 1231:13, 1231:14, 1231:16, 1243:6, 1277:9, 1300:25, 1319:12
**placed** [1] - 1295:3
**places** [2] - 1204:21, 1291:1
**plain** [1] - 1235:18
**plan** [17] - 1151:4, 1151:9, 1198:14, 1198:17, 1220:8, 1220:9, 1220:11,

1220:12, 1220:14, 1221:19, 1225:15, 1225:17, 1227:6, 1317:22, 1317:24, 1318:9

**plane** [1] - 1106:1

**planning** [1] - 1226:19

**plans** [1] - 1064:17

**plate** [1] - 1158:21

**plates** [3] - 1165:7, 1227:24, 1227:25

**platinum** [1] - 1163:20

**play** [15] - 1146:25, 1147:20, 1215:10, 1216:11, 1258:15, 1259:20, 1259:21, 1260:8, 1260:11, 1260:12, 1260:17, 1261:2, 1262:7, 1296:22, 1303:16

**played** [6] - 1147:4, 1147:22, 1195:21, 1216:14, 1262:4, 1262:8

**Playing** [1] - 1265:24

**playing** [4] - 1134:1, 1247:6, 1259:22

**PlayStation** [1] - 1226:14

**Plaza** [1] - 1058:16

**plea** [3] - 1185:24, 1276:21, 1276:25

**plead** [6] - 1181:11, 1181:15, 1181:19, 1182:2, 1182:8, 1274:13

**pleaded** [2] - 1183:2, 1183:9

**pleading** [1] - 1273:22

**pled** [12] - 1182:1, 1273:11, 1273:13, 1273:14, 1273:17, 1273:24, 1274:1, 1274:13, 1276:2, 1276:13, 1285:20

**plus** [6] - 1183:6, 1183:7, 1183:8, 1184:22, 1186:2, 1199:21

**pocket** [3] - 1100:2, 1100:4, 1151:16

**Point** [2] - 1218:23, 1219:8

**point** [31] - 1062:3, 1075:20, 1081:14, 1084:5, 1086:16, 1086:24, 1087:3, 1088:25, 1089:1, 1090:3, 1104:16, 1124:18, 1125:5, 1127:12, 1127:15, 1150:18, 1150:20, 1150:21, 1151:19, 1153:5, 1153:10, 1169:1, 1218:22, 1218:25, 1229:19, 1255:25, 1268:11, 1272:8, 1284:2, 1285:24, 1290:24

**point-two-five** [1] - 1218:22

**pointed** [1] - 1074:5

**pointer** [1] - 1071:12

**pointing** [4] - 1087:8, 1171:2, 1299:25, 1300:7

**Polasio** [1] - 1140:23

**Police** [1] - 1308:18

**police** [3] - 1254:18, 1270:11, 1317:14

**policy** [2] - 1239:11, 1239:12

**politically** [1] - 1080:10

**poor** [3] - 1213:15, 1216:17, 1216:18

**Poppalot** [1] - 1153:12

**Poppalots** [1] - 1153:10

**popped** [2] - 1114:6, 1114:7

**popular** [1] - 1193:25

**portion** [3] - 1159:8, 1223:5, 1259:1

**position** [25] - 1077:22, 1079:12, 1079:19, 1079:20, 1080:8, 1081:5, 1081:7, 1083:9, 1083:25, 1084:1, 1084:9, 1084:15, 1084:16, 1087:3, 1100:25, 1103:21, 1110:11, 1110:12,

1130:1, 1130:5, 1130:6, 1131:9, 1131:13, 1131:23, 1238:1

**positions** [7] - 1083:19, 1084:4, 1084:13, 1084:18, 1086:18, 1174:10, 1228:11

**possibility** [3] - 1060:11, 1060:12, 1230:7

**possible** [6] - 1235:3, 1235:8, 1237:21, 1295:14, 1301:13, 1333:3

**possibly** [3] - 1073:20, 1285:9, 1286:1

**post** [10] - 1103:18, 1103:22, 1104:17, 1104:19, 1104:20, 1104:21, 1200:4, 1200:11, 1200:17, 1200:18

**posted** [4] - 1103:25, 1104:2, 1217:17, 1334:13

**poster** [1] - 1236:20

**posts** [1] - 1200:13

**pot** [3] - 1169:18, 1170:1, 1170:2

**pound** [10] - 1117:16, 1119:2, 1119:3, 1119:4, 1133:5, 1133:6, 1133:9, 1158:21, 1159:1, 1241:4

**pounds** [5] - 1150:10, 1158:21, 1220:20, 1220:21, 1220:24

**power** [1] - 1172:17

**practical** [1] - 1198:6

**practice** [1] - 1201:21

**pre** [1] - 1210:21

**pre-rolls** [1] - 1210:21

**precinct** [9] - 1243:5, 1252:21, 1253:7, 1253:10, 1253:17, 1254:7, 1267:13, 1328:22, 1329:17

**Precinct** [7] - 1196:2, 1196:7, 1247:22, 1272:4, 1309:7, 1328:25, 1329:16

**precipitated** [1] - 1320:13

**precisely** [1] - 1261:14

**preclude** [1] - 1266:3

**prefer** [1] - 1289:18

**Preferably** [1] - 1300:11

**preferably** [2] - 1304:21, 1304:22

**preparation** [1] - 1295:19

**prepare** [1] - 1330:4

**prescribed** [2] - 1193:8, 1193:9

**presence** [5] - 1124:15, 1145:11, 1259:2, 1260:23, 1317:14

**present** [25] - 1059:1, 1059:2, 1059:6, 1063:4, 1063:6, 1063:20, 1064:12, 1064:13, 1073:21, 1092:20, 1095:3, 1107:20, 1123:22, 1127:16, 1129:12, 1145:15, 1172:24, 1190:2, 1191:4, 1258:17, 1267:3, 1294:3, 1306:18, 1310:12, 1310:17

**presentation** [1] - 1064:10

**preserved** [3] - 1295:13, 1298:23, 1301:3

**pressing** [1] - 1242:6

**prestige** [1] - 1215:22

**pretend** [3] - 1198:23, 1227:15

**pretended** [1] - 1202:25

**pretending** [7] - 1201:7, 1202:2, 1202:4, 1202:5, 1202:7, 1202:9, 1202:19

**pretty** [9] - 1132:20, 1162:14, 1198:1, 1203:12, 1216:24, 1240:19, 1255:25, 1268:11, 1275:18

**prevent** [1] - 1060:25

**previous** [1] - 1142:10

**previously** [6] - 1066:2, 1086:5, 1091:24, 1135:2, 1142:1, 1294:1

**prices** [1] - 1221:2

**primary** [1] - 1146:1

**Prime** [1] - 1070:1

**prison** [4] - 1105:21, 1274:17, 1290:17, 1293:20

**probation** [2] - 1117:17, 1117:18

**problem** [5] - 1134:18, 1170:6, 1242:7, 1244:16, 1269:1

**problems** [2] - 1192:23, 1203:10

**procedure** [2] - 1264:2, 1325:3

**proceed** [7] - 1059:24, 1150:16, 1190:4, 1267:8, 1307:11, 1328:2, 1333:22

**Proceedings** [1] - 1058:24

**proceedings** [3] - 1122:21, 1191:2, 1332:9

**proceeds** [1] - 1120:8

**process** [14] - 1160:15, 1167:3, 1167:4, 1176:12, 1176:15, 1180:6, 1296:25, 1297:3, 1297:4, 1297:5, 1297:8, 1297:11, 1298:5, 1335:2

**processing** [2] - 1330:6, 1331:8

**produced** [1] - 1058:25

**profession** [1] - 1197:20

**professional** [1] - 1210:20

**project's** [1] - 1118:14

**projected** [1] - 1062:16

**promised** [1] - 1185:5

**promote** [3] - 1209:16, 1209:17, 1250:4

**promoter** [5] - 1208:22, 1208:23, 1208:25, 1209:20, 1209:22

**promotes** [3] - 1209:20, 1209:22, 1250:5

**promotional** [1] - 1203:1

**proof** [1] - 1064:12

**proper** [3] - 1123:15, 1302:19, 1302:23

**properly** [2] - 1126:5, 1128:8

**property** [2] - 1330:4, 1330:19

**proportion** [1] - 1162:10

**proposition** [1] - 1230:10

**prosecuted** [1] - 1277:1

**prosecution** [2] - 1251:19, 1286:7

**prosecutor** [1] - 1251:20

**prosecutors** [1] - 1176:13

**protection** [1] - 1183:23

**Protection** [1] - 1308:13

**protocol** [2] - 1298:1, 1317:12

**proud** [1] - 1186:19

**provide** [3] - 1068:17, 1269:16, 1329:20

**provided** [3] - 1258:24, 1269:14, 1297:16

**Prozac** [1] - 1205:23

**psych** [1] - 1204:21

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 305 of 314 PageID #: 5169
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

25

**psychiatric** [6] - 1193:8, 1204:22, 1205:2, 1205:3, 1205:6, 1205:8
**psychological** [1] - 1204:23
**public** [1] - 1223:15
**publish** [4] - 1082:20, 1085:13, 1090:16, 1093:15
**pull** [11] - 1067:10, 1072:13, 1105:10, 1135:13, 1149:20, 1212:16, 1228:13, 1236:25, 1266:2, 1301:11, 1310:20
**pulled** [3] - 1075:12, 1105:16, 1151:2
**pumping** [1] - 1219:23
**punch** [2] - 1163:24, 1167:22
**punched** [1] - 1119:15
**punches** [3] - 1113:24, 1113:25, 1120:19
**punchies** [1] - 1167:22
**purple** [1] - 1203:4
**purportedly** [1] - 1127:7
**purpose** [1] - 1297:20
**purposes** [2] - 1147:2, 1296:2
**pursuant** [2] - 1125:14, 1189:6
**push** [2] - 1085:7, 1085:9
**pushed** [1] - 1143:19
**put** [74] - 1063:16, 1082:24, 1084:13, 1084:15, 1084:16, 1084:22, 1091:2, 1091:9, 1100:1, 1100:3, 1102:7, 1117:4, 1117:7, 1117:18, 1118:19, 1119:12, 1121:4, 1122:17, 1123:1, 1124:2, 1124:6, 1126:22, 1128:11, 1129:25, 1130:13, 1133:5, 1133:6, 1133:9, 1141:10, 1144:6, 1152:6, 1156:12, 1156:13, 1156:18, 1156:20, 1165:20, 1167:7, 1169:17, 1169:21, 1170:4, 1174:10, 1184:6, 1189:4, 1198:8, 1200:4, 1204:11, 1204:20, 1204:25, 1205:3, 1228:2, 1229:24, 1230:12, 1243:4, 1261:22, 1271:7, 1272:6, 1297:15, 1298:16, 1306:8, 1312:13, 1312:14, 1314:7, 1317:17, 1317:20, 1322:4, 1322:10, 1322:25, 1323:1, 1325:15, 1332:24, 1333:7, 1333:25
**putting** [11] - 1116:21, 1116:22, 1116:24, 1118:7, 1136:13, 1164:10, 1164:14, 1184:7, 1216:12, 1282:13

**Q**

**Qawon** [2] - 1329:8, 1329:18
**qualifications** [1] - 1302:24
**QUANDEL** [1] - 1058:8
**Quandel** [4] - 1124:4, 1126:16, 1316:16, 1321:8
**Quandel's** [1] - 1321:11
**quarantine** [2] - 1187:19, 1187:25
**quarters** [2] - 1292:18, 1292:20
**Queens** [7] - 1119:24, 1130:16, 1168:17, 1168:18, 1172:21, 1172:23, 1174:4
**questioning** [2] - 1259:4, 1260:18

**questions** [25] - 1177:16, 1178:1, 1178:6, 1178:25, 1179:2, 1188:6, 1216:4, 1233:4, 1243:25, 1253:11, 1253:14, 1265:13, 1267:7, 1267:16, 1280:1, 1288:23, 1303:18, 1305:7, 1312:22, 1313:17, 1318:8, 1318:25, 1325:25, 1327:9, 1331:12
**quick** [1] - 1306:6
**quiet** [2] - 1075:24, 1075:25

**R**

**racketeering** [4] - 1182:2, 1182:5, 1182:9, 1276:3
**raise** [4] - 1060:23, 1278:15, 1307:4, 1327:22
**raised** [3] - 1125:20, 1128:18, 1281:20
**raising** [1] - 1098:10
**ran** [8] - 1115:15, 1152:8, 1152:9, 1152:10, 1152:13, 1198:20, 1202:13
**random** [2] - 1214:20, 1216:2
**rank** [1] - 1086:19
**ranking** [3] - 1077:21, 1077:22, 1079:12
**rapping** [1] - 1210:11
**rather** [3] - 1119:4, 1128:6, 1265:1
**ratting** [1] - 1270:25
**Ray** [1] - 1213:20
**re** [1] - 1259:14
**re-summarize** [1] - 1259:14
**reach** [3] - 1063:3, 1087:3, 1251:25
**reached** [5] - 1226:25, 1251:17, 1251:22, 1252:1, 1252:5
**react** [1] - 1189:16
**reaction** [3] - 1108:16, 1142:6, 1142:14
**read** [26] - 1106:15, 1106:16, 1106:17, 1124:5, 1126:20, 1145:22, 1145:24, 1146:4, 1171:23, 1189:9, 1189:11, 1254:22, 1254:24, 1255:5, 1255:7, 1255:9, 1262:18, 1266:19, 1266:21, 1266:23, 1272:11, 1300:7, 1300:9, 1300:17, 1315:24, 1331:1
**reading** [2] - 1135:20, 1173:25
**ready** [8] - 1062:10, 1122:9, 1129:6, 1188:7, 1190:4, 1289:7, 1333:2, 1334:3
**real** [8] - 1089:16, 1107:2, 1111:17, 1166:4, 1167:5, 1186:15, 1201:11, 1203:25
**realistic** [2] - 1133:4, 1134:2
**realize** [1] - 1186:17
**realized** [2] - 1143:3, 1282:18
**Really** [2] - 1240:2, 1240:24
**really** [75] - 1066:13, 1072:9, 1076:6, 1081:14, 1083:3, 1083:4, 1083:23, 1086:23, 1088:7, 1088:12, 1088:13, 1099:4, 1099:8, 1099:17, 1099:18, 1104:18, 1105:25, 1107:13, 1107:22, 1111:1, 1111:20, 1111:22, 1113:7, 1113:11, 1119:13, 1123:21, 1127:19, 1130:14, 1130:19, 1130:21, 1131:15,

1143:4, 1149:1, 1149:11, 1151:8, 1154:3, 1156:7, 1161:20, 1162:9, 1162:17, 1168:12, 1168:13, 1168:20, 1169:21, 1170:9, 1173:4, 1177:15, 1178:14, 1178:16, 1186:11, 1186:16, 1198:3, 1201:11, 1201:25, 1212:10, 1218:8, 1221:1, 1225:17, 1225:22, 1225:24, 1231:4, 1231:20, 1232:6, 1238:19, 1242:19, 1246:16, 1250:19, 1258:17, 1269:20, 1274:23, 1275:9
**rear** [1] - 1228:8
**reason** [14] - 1121:7, 1151:3, 1194:9, 1212:7, 1212:10, 1240:7, 1244:1, 1271:24, 1283:5, 1284:24, 1285:12, 1292:25, 1313:10, 1329:11
**reasons** [1] - 1063:24
**receive** [6] - 1091:1, 1093:11, 1166:13, 1181:7, 1292:12, 1296:19
**received** [25] - 1091:3, 1091:17, 1091:25, 1092:3, 1093:13, 1119:20, 1128:22, 1137:21, 1144:20, 1144:21, 1145:20, 1145:21, 1146:23, 1146:24, 1147:17, 1147:18, 1173:8, 1181:9, 1296:21, 1299:18, 1303:15, 1312:25, 1318:14, 1324:20, 1324:22
**recess** [2] - 1122:8, 1189:25
**recognize** [34] - 1071:19, 1072:22, 1085:25, 1086:9, 1087:10, 1087:23, 1088:16, 1089:12, 1092:9, 1092:14, 1092:16, 1092:19, 1096:1, 1104:11, 1111:7, 1135:15, 1136:1, 1136:23, 1137:3, 1144:12, 1145:6, 1146:11, 1147:8, 1154:14, 1160:19, 1171:21, 1171:24, 1180:17, 1296:4, 1296:6, 1311:3, 1329:5, 1329:9
**recognizes** [1] - 1124:10
**recollection** [14] - 1258:1, 1258:25, 1259:3, 1260:18, 1261:23, 1263:10, 1315:21, 1316:6, 1319:14, 1319:20, 1323:19, 1323:24, 1325:16, 1331:2
**recommended** [3] - 1166:10, 1229:15, 1229:17
**recommends** [1] - 1335:12
**record** [21] - 1059:3, 1062:7, 1071:5, 1122:18, 1124:23, 1125:13, 1126:20, 1189:4, 1189:9, 1237:19, 1266:23, 1267:8, 1295:25, 1299:16, 1302:19, 1302:20, 1315:2, 1315:18, 1327:25, 1330:15, 1330:18
**recorded** [2] - 1058:24, 1293:20, 1293:23, 1294:21, 1294:24, 1295:4, 1295:7, 1296:14, 1297:17, 1297:18, 1302:5, 1331:2
**recording** [13] - 1143:11, 1198:12, 1198:13, 1217:2, 1258:23, 1259:11, 1259:15, 1259:17, 1259:21, 1259:23, 1293:17
**recordings** [2] - 1295:16, 1303:17
**records** [5] - 1300:24, 1301:7, 1302:8, 1302:11, 1333:9

**recovered** [1] - 1126:6
**recruit** [2] - 1166:23, 1166:25
**red** [5] - 1151:20, 1194:24, 1195:9, 1198:8, 1198:18
**redacted** [1] - 1189:17
**redirect** [2] - 1288:24, 1327:10
**reduced** [1] - 1285:10
**reemphasize** [1] - 1199:23
**refer** [6] - 1069:6, 1070:8, 1163:3, 1291:10, 1314:23, 1315:6
**reference** [1] - 1263:5
**referral** [4] - 1167:11, 1167:13
**referred** [2] - 1283:21, 1283:24
**referring** [6] - 1171:9, 1283:16, 1283:20, 1322:7, 1330:22, 1335:2
**reflect** [1] - 1071:5
**reflected** [2] - 1067:15, 1173:5
**refresh** [8] - 1257:25, 1258:17, 1258:25, 1261:5, 1263:10, 1315:20, 1316:5, 1323:24
**refreshed** [1] - 1259:4, 1261:8
**refreshes** [3] - 1260:17, 1261:3, 1261:23
**refreshing** [2] - 1325:22, 1325:23
**refused** [1] - 1227:2
**regard** [1] - 1185:10
**regarding** [7] - 1124:17, 1125:21, 1127:10, 1137:1, 1293:1, 1317:2, 1317:3
**regular** [5] - 1079:18, 1119:16, 1273:15, 1295:11, 1298:20
**regulations** [1] - 1292:16
**rehab** [6] - 1204:1, 1204:3, 1204:4, 1204:5, 1204:6, 1204:12
**reiterate** [1] - 1237:22
**relapse** [1] - 1204:9
**relate** [1] - 1208:15
**related** [2] - 1076:4, 1149:9
**relationship** [7] - 1077:3, 1081:11, 1086:15, 1088:11, 1090:14, 1090:15, 1321:12
**relay** [3] - 1059:22, 1106:11, 1106:13
**relayed** [3] - 1061:10, 1099:10, 1252:17
**released** [4] - 1205:9, 1270:23, 1271:4, 1272:3
**relocation** [1] - 1183:23
**remain** [1] - 1254:25
**remained** [1] - 1248:4
**remains** [1] - 1330:1
**remember** [93] - 1076:15, 1076:19, 1076:20, 1077:10, 1083:4, 1084:7, 1105:5, 1105:6, 1105:7, 1105:8, 1112:6, 1121:10, 1142:1, 1149:1, 1149:18, 1161:24, 1187:1, 1196:15, 1201:3, 1201:4, 1201:5, 1201:8, 1202:12, 1203:2, 1206:16, 1207:25, 1208:2, 1208:4, 1211:10, 1211:22, 1211:24, 1239:4, 1237:6, 1237:15, 1242:11, 1244:21, 1246:12, 1246:21, 1247:2, 1249:6, 1252:23, 1253:13,

1253:17, 1253:21, 1254:2, 1254:6, 1254:10, 1254:14, 1254:16, 1254:21, 1254:23, 1255:4, 1255:5, 1255:7, 1255:8, 1255:9, 1255:11, 1255:12, 1255:13, 1255:18, 1256:15, 1256:17, 1256:19, 1256:21, 1257:18, 1257:19, 1257:20, 1257:21, 1257:22, 1257:23, 1257:24, 1267:13, 1267:18, 1267:22, 1270:5, 1271:9, 1273:9, 1273:12, 1273:18, 1273:20, 1273:21, 1273:22, 1277:13, 1277:16, 1278:14, 1322:9, 1325:9, 1325:11, 1334:12
**Remember** [2] - 1141:14, 1244:7
**repeat** [7] - 1077:25, 1110:15, 1181:18, 1184:2, 1249:3, 1318:6, 1327:3
**rephrase** [1] - 1263:2
**rephrased** [1] - 1263:15
**replacing** [1] - 1061:24
**report** [3] - 1063:12, 1258:24, 1309:14
**Reporter** [2] - 1058:22, 1058:23
**reporter** [1] - 1277:20
**reports** [2] - 1059:7, 1259:9
**represent** [3] - 1093:5, 1146:17, 1302:12
**representations** [1] - 1093:1
**representing** [1] - 1101:8
**reputation** [2] - 1116:5, 1116:12
**request** [1] - 1189:3
**require** [3] - 1184:11, 1184:13
**required** [3] - 1059:21, 1180:6, 1277:25
**requires** [3] - 1184:15, 1304:20
**research** [1] - 1332:13
**resided** [1] - 1072:11
**residence** [2] - 1317:15, 1318:12
**resolve** [1] - 1125:10
**respect** [5] - 1123:11, 1294:4, 1310:10, 1321:7, 1335:2
**respected** [2] - 1133:17, 1133:19
**respectfully** [2] - 1124:20, 1303:11
**respond** [3] - 1123:13, 1134:10, 1134:14
**responded** [4] - 1062:24, 1107:4, 1109:2, 1245:20
**responding** [2] - 1109:1, 1135:10
**response** [7] - 1109:5, 1109:12, 1141:1, 1141:9, 1156:21, 1172:11, 1252:18
**responsibilities** [1] - 1309:6
**responsible** [1] - 1170:19
**rest** [5] - 1063:1, 1109:19, 1173:25, 1189:13, 1332:21
**resting** [2] - 1064:9, 1332:25
**restroom** [4] - 1190:11, 1190:18, 1190:19, 1260:2
**rests** [1] - 1332:22
**resume** [3] - 1129:14, 1129:18, 1332:10
**resumes** [2] - 1129:15, 1260:4
**retired** [2] - 1308:21, 1319:9
**retrieve** [1] - 1121:23
**return** [3] - 1064:19, 1188:11, 1332:14
**returned** [1] - 1194:20

**review** [4] - 1189:18, 1301:7, 1303:3, 1303:6
**reward** [1] - 1282:15
**ride** [6] - 1138:4, 1138:6, 1138:7, 1138:16, 1238:9, 1238:16
**rights** [5] - 1254:22, 1254:24, 1255:10
**Rikers** [16] - 1270:24, 1271:12, 1290:16, 1290:17, 1291:14, 1291:24, 1292:11, 1293:18, 1293:23, 1294:4, 1294:16, 1294:21, 1296:14, 1301:5, 1302:12
**ringing** [1] - 1295:6
**rip** [1] - 1228:17
**ripped** [1] - 1239:15
**rips** [5] - 1139:24, 1139:25, 1140:3, 1239:6, 1239:7
**risk** [6] - 1164:11, 1164:14, 1230:12, 1231:6, 1279:15, 1282:13
**risking** [1] - 1230:6
**risks** [1] - 1229:21
**risky** [2] - 1230:10, 1230:22
**Risperdal** [1] - 1193:10
**Rizzo** [10] - 1096:11, 1096:12, 1096:16, 1161:6, 1161:7, 1161:9, 1161:10, 1161:13, 1161:15, 1161:23
**rob** [6] - 1151:10, 1220:5, 1220:8, 1220:10, 1221:22
**robbed** [5] - 1115:13, 1116:1, 1116:2, 1215:4, 1220:16
**robberies** [2] - 1149:22, 1169:14
**robbery** [11] - 1112:10, 1150:7, 1150:8, 1211:14, 1211:16, 1215:2, 1218:17, 1219:2, 1222:3, 1222:4
**Rock** [1] - 1119:23
**Rockaway** [1] - 1119:23
**rocks** [4] - 1160:13, 1160:16, 1160:17, 1160:23
**role** [6] - 1086:22, 1176:23, 1215:10, 1286:16, 1286:17, 1295:8, 1321:15
**roles** [1] - 1308:20
**rolls** [1] - 1210:21
**room** [23] - 1074:9, 1074:11, 1075:14, 1075:18, 1075:20, 1100:1, 1100:16, 1102:22, 1107:4, 1188:11, 1190:11, 1190:15, 1190:17, 1190:20, 1190:23, 1230:2, 1243:5, 1254:7, 1310:13, 1313:14, 1314:14, 1319:25, 1321:25
**ROR** [1] - 1275:14
**rough** [1] - 1188:4
**roughed** [1] - 1118:17
**rounds** [1] - 1171:4
**route** [2] - 1286:13, 1286:14
**Row** [7] - 1068:19, 1136:3, 1137:25, 1138:24, 1139:16, 1139:21, 1154:25
**row** [7] - 1071:16, 1135:24, 1136:2, 1137:23, 1138:12, 1138:20, 1139:13, 1140:5, 1140:12, 1154:24, 1156:5, 1156:11, 1156:21, 1156:23, 1157:10
**RPR** [1] - 1058:22
**Rule** [2] - 1189:6
**rule** [4] - 1125:17, 1127:5, 1335:3

**rules** [5] - 1118:21, 1118:23, 1119:13, 1119:14, 1292:16
**ruling** [1] - 1125:3
**run** [12] - 1100:12, 1100:14, 1114:3, 1142:24, 1152:9, 1196:6, 1196:7, 1228:14, 1271:11
**run-ins** [2] - 1196:6, 1196:7
**runs** [1] - 1062:19
**rush** [1] - 1220:14
**rushed** [1] - 1063:2
**Russ** [2] - 1124:3, 1125:7
**Russian** [1] - 1086:12

## S

**sacrifice** [1] - 1232:2
**sad** [1] - 1216:15
**safe** [2] - 1064:19, 1319:24
**safety** [3] - 1279:15, 1293:7, 1318:19
**said/she** [1] - 1304:25
**salon** [2] - 1073:10, 1073:11
**Samsung** [2] - 1123:8, 1125:6
**Sand** [2] - 1335:12, 1335:14
**sat** [4] - 1254:12, 1279:24, 1280:17, 1311:14
**saw** [10] - 1107:17, 1138:10, 1140:24, 1142:21, 1153:17, 1160:23, 1269:23, 1274:9, 1281:10, 1320:14
**scams** [3] - 1167:15, 1168:3, 1168:5
**scared** [5] - 1143:10, 1207:8, 1230:9, 1237:23, 1237:24
**schedule** [2] - 1062:16, 1332:20
**scheduled** [1] - 1097:7
**schedules** [1] - 1062:24
**scheduling** [2] - 1064:6, 1064:16
**scheme** [8] - 1165:21, 1166:23, 1167:9, 1177:22, 1227:14, 1277:6, 1277:9, 1278:10
**schemes** [1] - 1167:16
**school** [9] - 1115:5, 1191:17, 1191:20, 1191:22, 1192:10, 1192:23, 1193:3, 1213:13, 1292:1
**scolded** [1] - 1075:5, 1075:6
**scolding** [2] - 1075:8, 1075:10
**screaming** [1] - 1201:17
**screen** [20] - 1067:11, 1067:19, 1071:16, 1085:16, 1085:17, 1087:6, 1094:3, 1140:16, 1155:8, 1234:6, 1270:15, 1270:22, 1271:3, 1298:11, 1299:22, 1299:25, 1301:16, 1303:7, 1310:23, 1313:6
**screen-shot** [1] - 1140:16
**screen-shotted** [1] - 1155:8
**screening** [1] - 1297:5
**screenshot** [1] - 1108:15
**scroll** [2] - 1135:16, 1301:12
**sealed** [2] - 1210:21, 1331:7
**sealing** [1] - 1128:25
**search** [4] - 1292:17, 1292:18, 1292:20
**searched** [1] - 1297:5

**seat** [14] - 1062:6, 1063:16, 1063:22, 1064:1, 1065:3, 1129:13, 1191:5, 1228:16, 1261:22, 1267:4, 1289:12, 1306:19, 1307:6, 1327:24
**second** [18] - 1077:5, 1083:17, 1095:23, 1148:14, 1166:22, 1173:18, 1174:18, 1226:6, 1231:3, 1261:7, 1281:4, 1281:11, 1281:12, 1281:15, 1281:19, 1282:10, 1283:9
**secondly** [1] - 1124:2
**seconds** [1] - 1147:1
**secret** [1] - 1210:18
**section** [1] - 1290:25
**secured** [1] - 1296:12
**Securus** [2] - 1301:3, 1301:4
**see** [79] - 1067:13, 1067:15, 1067:21, 1068:10, 1071:16, 1071:19, 1080:16, 1081:19, 1081:20, 1082:3, 1082:14, 1085:16, 1085:19, 1085:21, 1085:23, 1086:7, 1087:4, 1087:5, 1087:6, 1087:8, 1093:18, 1093:19, 1094:1, 1098:14, 1098:20, 1098:21, 1104:21, 1108:20, 1108:21, 1108:22, 1110:17, 1115:4, 1122:9, 1127:8, 1132:13, 1132:15, 1132:16, 1133:14, 1133:16, 1135:17, 1137:23, 1138:19, 1138:20, 1149:15, 1160:8, 1165:1, 1171:24, 1172:17, 1173:18, 1174:19, 1189:24, 1195:3, 1199:1, 1206:9, 1212:21, 1234:2, 1234:6, 1234:12, 1234:14, 1235:1, 1235:19, 1236:22, 1247:8, 1253:7, 1259:3, 1260:1, 1260:17, 1261:3, 1268:22, 1297:19, 1299:22, 1315:20, 1319:25, 1322:14, 1330:24, 1331:20, 1333:18
**seeing** [1] - 1092:17
**seek** [1] - 1193:21
**seeking** [1] - 1308:15
**sees** [2] - 1198:12, 1228:13
**seized** [2] - 1125:12, 1127:7
**seizing** [1] - 1126:11
**seizure** [2] - 1204:13, 1204:14
**selected** [1] - 1314:1
**self** [9] - 1070:9, 1078:16, 1119:11, 1298:5, 1298:15, 1299:16, 1300:5, 1300:9, 1300:18
**self-admission** [1] - 1300:9
**self-admissions** [1] - 1298:5
**self-admits** [1] - 1298:15
**self-admitted** [3] - 1299:16, 1300:5, 1300:18
**self-explanatory** [2] - 1078:16, 1119:11
**self-identify** [1] - 1070:9
**sell** [17] - 1158:3, 1158:6, 1158:9, 1158:14, 1159:3, 1159:11, 1160:8, 1160:9, 1161:2, 1161:9, 1162:13, 1169:7, 1222:21, 1222:23, 1241:4, 1241:8, 1241:9
**selling** [6] - 1158:18, 1159:14, 1162:20, 1168:3, 1169:8, 1250:2

**sells** [1] - 1121:13
**send** [13] - 1138:1, 1140:15, 1148:16, 1155:4, 1169:19, 1173:11, 1174:4, 1243:8, 1246:25, 1247:1, 1251:15, 1330:5, 1335:6
**sending** [2] - 1145:9, 1284:7
**sends** [5] - 1110:6, 1110:7, 1251:9, 1251:14, 1251:22
**SENIOR** [1] - 1058:12
**sense** [1] - 1240:25
**sent** [29] - 1099:18, 1108:14, 1112:16, 1140:16, 1140:20, 1144:3, 1144:5, 1155:5, 1155:9, 1155:17, 1156:6, 1156:19, 1170:13, 1171:10, 1171:12, 1194:2, 1217:5, 1244:25, 1251:18, 1270:15, 1270:23, 1271:24, 1272:1, 1272:13, 1274:2, 1331:7
**sentence** [17] - 1182:22, 1182:24, 1183:5, 1183:10, 1183:14, 1184:12, 1184:20, 1184:25, 1185:2, 1185:5, 1185:11, 1186:1, 1186:2, 1186:3, 1285:2, 1285:10
**sentencing** [6] - 1183:20, 1184:7, 1184:10, 1185:21, 1277:3, 1285:2
**separate** [7] - 1124:8, 1125:24, 1128:13, 1177:9, 1177:10, 1260:13, 1291:1
**separately** [1] - 1086:22
**sergeant** [4] - 1317:8, 1317:12, 1317:16, 1318:9
**serious** [3] - 1240:5, 1240:25, 1281:8
**serve** [1] - 1308:20
**service** [4] - 1064:4, 1064:21, 1332:14
**services** [1] - 1308:15
**SESSION** [1] - 1190:1
**set** [5] - 1076:10, 1099:25, 1117:9, 1130:22, 1307:2
**sets** [4] - 1095:3, 1095:6, 1097:2, 1101:6
**settled** [1] - 1227:1
**settlement** [3] - 1165:13, 1226:24, 1227:1
**seven** [9] - 1063:17, 1105:25, 1231:12, 1231:22, 1232:3, 1282:24, 1290:23, 1309:8, 1334:24
**several** [1] - 1313:14
**severe** [1] - 1319:16
**severed** [1] - 1204:4
**Shack** [3] - 1113:1, 1211:23
**share** [6] - 1084:2, 1084:9, 1100:16, 1100:25, 1102:9, 1248:16
**shared** [5] - 1081:4, 1083:21, 1086:18, 1086:25, 1088:6
**sharing** [2] - 1087:3, 1148:5
**shelter** [13] - 1112:18, 1112:23, 1113:13, 1113:14, 1113:15, 1114:18, 1116:3, 1211:19, 1211:20, 1211:24, 1213:2, 1213:9, 1213:11
**shenanigans** [1] - 1143:13
**Shepherd** [2] - 1121:13, 1143:1
**shifted** [1] - 1275:16

**shifting** [1] - 1062:25

**shirt** [9] - 1094:7, 1094:8, 1095:17, 1096:14, 1098:3, 1198:17, 1253:21, 1253:22

**shit** [11] - 1111:4, 1115:11, 1132:8, 1133:25, 1148:6, 1148:7, 1156:24, 1157:2, 1245:19, 1276:20, 1286:15

**shocked** [1] - 1246:22

**shooken** [1] - 1152:4

**shoot** [2] - 1152:11, 1270:6

**shooting** [11] - 1249:13, 1268:13, 1268:18, 1269:25, 1272:5, 1272:22, 1316:22, 1317:19, 1321:12, 1321:18, 1321:20

**shootings** [1] - 1309:9

**short** [4] - 1069:5, 1228:6, 1228:7, 1228:9

**short-stopped** [1] - 1228:9

**short-stops** [2] - 1228:6, 1228:7

**shorter** [1] - 1237:10

**shorts** [2] - 1094:6, 1253:23

**shot** [26] - 1140:16, 1187:15, 1188:3, 1246:13, 1246:16, 1246:17, 1247:4, 1247:11, 1247:13, 1248:2, 1248:3, 1248:10, 1248:11, 1270:2, 1270:4, 1270:8, 1270:11, 1270:15, 1270:23, 1271:3, 1272:18, 1313:20, 1314:20, 1316:12, 1326:11

**shots** [1] - 1214:16

**shotted** [1] - 1155:8

**shoulder** [3] - 1160:6, 1160:7, 1187:4

**shoulders** [1] - 1180:3

**show** [30] - 1059:8, 1067:8, 1067:19, 1070:22, 1072:19, 1082:12, 1085:11, 1089:9, 1092:4, 1092:5, 1093:17, 1124:6, 1135:12, 1144:10, 1146:6, 1151:18, 1154:12, 1174:3, 1212:19, 1233:6, 1239:14, 1250:7, 1260:21, 1261:21, 1262:3, 1298:8, 1309:18, 1312:6, 1315:8, 1315:18

**showed** [8] - 1081:22, 1160:10, 1160:13, 1216:5, 1250:8, 1310:14, 1310:17, 1311:1

**Showing** [1] - 1145:2

**showing** [19] - 1082:9, 1087:22, 1088:15, 1146:9, 1160:18, 1171:15, 1171:17, 1171:19, 1172:12, 1180:15, 1254:21, 1258:13, 1258:25, 1262:5, 1315:16, 1321:22, 1329:3, 1330:20

**shown** [1] - 1313:10

**shun** [1] - 1215:9

**Shut** [1] - 1239:19

**shut** [4] - 1239:25, 1240:4, 1240:11, 1241:1

**siblings** [1] - 1224:7

**sic** [4] - 1161:20, 1177:9, 1218:25, 1281:4

**sick** [1] - 1198:23

**Siclen** [2] - 1124:5, 1126:15

**side** [9] - 1075:12, 1107:6, 1131:20,

1137:14, 1141:6, 1143:22, 1159:20, 1198:12, 1228:13

**sidebar** [1] - 1258:3

**SIEGEL** [15] - 1058:18, 1060:23, 1085:18, 1122:4, 1123:3, 1125:3, 1263:15, 1264:19, 1332:19, 1333:1, 1333:6, 1333:14, 1334:7, 1335:11, 1335:19

**Siegel** [1] - 1125:2

**sign** [5] - 1071:8, 1098:10, 1180:24, 1281:5, 1281:10

**signature** [1] - 1180:22

**signed** [3] - 1180:9, 1296:7, 1304:5

**silent** [1] - 1254:25

**similar** [3] - 1063:14, 1254:3, 1313:8

**simple** [1] - 1141:13

**simultaneously** [1] - 1091:4

**single** [2] - 1100:13, 1192:2

**sister** [3] - 1118:6, 1224:3, 1224:4

**sister's** [3] - 1195:11, 1195:12, 1195:14

**sisters** [2] - 1224:2, 1224:3

**sit** [8] - 1067:23, 1107:18, 1107:20, 1112:15, 1183:9, 1186:7, 1223:4, 1330:11

**sits** [2] - 1108:24, 1198:11

**sitting** [4] - 1162:2, 1185:2, 1270:7, 1277:20

**situation** [21] - 1074:15, 1075:17, 1109:21, 1112:18, 1112:20, 1112:22, 1133:15, 1134:15, 1149:2, 1149:12, 1165:14, 1165:16, 1165:17, 1167:7, 1203:14, 1216:19, 1216:20, 1241:23, 1241:24, 1243:17, 1318:8

**situations** [1] - 1170:7

**six** [11] - 1146:15, 1159:24, 1224:22, 1229:4, 1237:8, 1292:15, 1309:8, 1310:15, 1313:8, 1313:11, 1321:22

**six-foot-four** [1] - 1237:8

**six-four** [1] - 1159:24

**skeptical** [1] - 1198:10

**skin** [1] - 1172:18

**skit** [5] - 1198:1, 1199:7, 1199:8, 1201:9

**skits** [4] - 1197:21, 1197:23, 1198:21, 1199:21

**slam** [1] - 1113:25

**slammed** [1] - 1114:1

**sleep** [1] - 1229:24

**slight** [1] - 1190:8

**slowly** [1] - 1096:3

**small** [2] - 1144:4, 1216:17

**Smilez** [74] - 1073:14, 1075:13, 1080:3, 1080:21, 1081:2, 1081:3, 1081:11, 1082:7, 1085:10, 1086:6, 1108:20, 1111:14, 1118:3, 1118:8, 1118:9, 1132:13, 1132:15, 1153:19, 1153:21, 1154:1, 1154:7, 1154:20, 1155:17, 1156:6, 1156:21, 1156:24, 1157:16, 1168:24, 1170:21, 1208:10, 1208:11, 1209:6, 1209:9, 1244:5, 1244:7, 1244:23, 1245:4, 1245:17, 1246:6,

1246:8, 1246:10, 1246:19, 1247:4, 1247:13, 1247:25, 1248:13, 1248:14, 1248:17, 1249:5, 1249:21, 1250:1, 1251:14, 1251:17, 1251:22, 1252:5, 1253:12, 1255:15, 1255:18, 1255:19, 1256:19, 1257:11, 1261:13, 1263:19, 1263:24, 1267:19, 1268:5, 1268:17, 1268:20, 1269:24, 1270:5, 1270:11, 1271:2, 1272:1, 1274:2

**Smilez's** [1] - 1108:20

**smoke** [1] - 1329:24

**smoked** [3] - 1156:14, 1156:16, 1245:11

**Smooch** [28] - 1118:11, 1118:12, 1121:11, 1141:14, 1141:21, 1142:13, 1142:17, 1142:21, 1143:17, 1144:1, 1147:6, 1147:11, 1147:23, 1148:22, 1149:5, 1149:9, 1149:14, 1149:17, 1158:13, 1162:12, 1162:14, 1216:6, 1216:18, 1217:10, 1222:18

**smooch** [2] - 1121:11, 1121:12

**SMOTHERS** [1] - 1058:8

**Smothers** [21] - 1059:5, 1059:6, 1064:11, 1122:5, 1122:22, 1123:9, 1123:12, 1124:4, 1125:13, 1126:3, 1126:9, 1126:12, 1126:16, 1127:7, 1128:3, 1218:11, 1218:12, 1265:17, 1316:16, 1321:8

**Smothers'** [3] - 1125:22, 1126:18, 1127:14

**sneakers** [7] - 1115:18, 1115:20, 1215:3, 1215:17, 1215:18, 1215:19, 1215:23

**so..** [1] - 1107:6

**social** [4] - 1103:22, 1121:2, 1121:4, 1134:16

**sold** [13] - 1112:10, 1152:18, 1152:20, 1157:19, 1161:10, 1162:11, 1162:14, 1162:15, 1162:18, 1222:18, 1222:24

**someone** [15] - 1084:22, 1102:25, 1110:17, 1117:1, 1117:25, 1121:6, 1127:16, 1129:25, 1132:1, 1153:22, 1156:13, 1175:2, 1207:3, 1252:18, 1318:15

**sometime** [3] - 1247:13, 1252:22, 1304:12

**sometimes** [8] - 1088:5, 1088:7, 1121:6, 1193:17, 1206:1, 1294:19, 1300:13, 1300:15

**somewhere** [3] - 1099:5, 1150:17, 1200:12

**soon** [1] - 1306:9

**sorry** [29] - 1077:25, 1080:14, 1086:14, 1089:18, 1090:22, 1092:15, 1104:13, 1114:19, 1122:15, 1123:4, 1128:2, 1137:13, 1145:12, 1155:11, 1164:12, 1172:8, 1172:23, 1188:2, 1188:17, 1195:6, 1204:2, 1219:24, 1246:5, 1249:3, 1249:5, 1256:24, 1261:11, 1285:19, 1325:21

**Sorry** [2] - 1110:15, 1136:9

**sort** [2] - 1079:11, 1265:24
**sound** [5] - 1132:10, 1132:11, 1147:1, 1147:21, 1151:11
**sour** [1] - 1163:6
**Spanish** [1] - 1228:24
**spanked** [1] - 1245:11
**speaker** [1] - 1061:2
**speaking** [2] - 1256:15, 1265:3
**special** [2] - 1193:3, 1317:17
**Special** [1] - 1308:13
**specific** [1] - 1106:14
**specifically** [6] - 1071:23, 1078:20, 1079:17, 1094:14, 1103:17, 1110:24
**speculate** [1] - 1064:3
**speculation** [1] - 1310:2
**Speechless** [2] - 1102:25, 1234:21
**speechless** [1] - 1234:18
**spell** [5] - 1158:10, 1270:25, 1289:13, 1307:6, 1327:25
**spend** [1] - 1205:6
**spent** [2] - 1186:13, 1280:7
**split** [7] - 1152:16, 1221:4, 1221:7, 1221:12, 1221:16, 1222:9, 1222:10
**spoken** [3] - 1251:7, 1251:18
**spot** [3] - 1110:13, 1165:6, 1165:8
**spread** [3] - 1078:11, 1245:9, 1272:18
**spred** [1] - 1245:10
**squad** [2] - 1309:7, 1328:25
**stable** [1] - 1151:13
**stacks** [1] - 1225:13
**Stacks** [3] - 1225:12, 1228:25
**staff** [1] - 1293:9
**stage** [3] - 1224:19, 1225:3, 1225:23
**staged** [11] - 1164:8, 1164:9, 1164:10, 1164:13, 1177:4, 1178:13, 1179:18, 1179:21, 1225:4, 1277:10
**staged-car** [4] - 1177:4, 1178:13, 1179:18, 1179:21
**staircase** [1] - 1118:14
**stairs** [2] - 1115:16, 1118:13
**stamp** [1] - 1080:4
**stand** [21] - 1070:15, 1103:6, 1128:16, 1129:9, 1129:14, 1129:15, 1133:21, 1133:22, 1133:23, 1133:24, 1133:25, 1134:3, 1134:8, 1134:19, 1159:25, 1187:1, 1187:2, 1188:25, 1260:4, 1289:11, 1327:18
**standard** [1] - 1335:12
**standing** [6] - 1095:24, 1117:2, 1134:14, 1135:6, 1216:17, 1236:17
**Standing** [2] - 1134:5, 1134:6
**stands** [2] - 1067:6, 1070:13
**start** [4] - 1060:10, 1146:7, 1237:21, 1292:25
**started** [22] - 1076:24, 1078:10, 1109:15, 1114:2, 1114:4, 1115:13, 1122:14, 1143:22, 1143:23, 1165:1, 1181:17, 1181:21, 1186:12, 1192:22, 1205:22, 1206:15, 1253:11, 1254:21,

1255:10, 1272:6, 1280:18, 1292:11
**Starting** [1] - 1137:23
**starting** [2] - 1060:15, 1213:14
**starts** [1] - 1295:6
**state** [11] - 1061:19, 1074:2, 1105:21, 1135:21, 1271:10, 1275:12, 1289:12, 1291:5, 1307:6, 1308:15, 1327:24
**State** [3] - 1293:20, 1308:12, 1308:13
**statement** [14] - 1173:3, 1174:1, 1255:14, 1259:1, 1261:6, 1261:12, 1262:21, 1263:17, 1263:21, 1263:22, 1278:9, 1299:10, 1317:24, 1334:16
**statements** [4] - 1261:7, 1261:9, 1277:12, 1334:8
**STATES** [3] - 1058:1, 1058:3, 1058:12
**states** [4] - 1217:12, 1293:19, 1295:3, 1295:6
**States** [4] - 1058:5, 1058:15, 1058:18, 1059:4
**stating** [2] - 1141:25, 1169:2
**station** [2] - 1115:1, 1202:18
**stature** [1] - 1237:25
**status** [21] - 1077:18, 1077:20, 1077:21, 1078:7, 1078:9, 1081:3, 1083:21, 1083:22, 1088:4, 1088:6, 1088:20, 1089:5, 1089:8, 1090:10, 1111:10, 1111:11, 1129:23, 1130:23, 1132:18, 1170:24
**statute** [1] - 1313:9
**stay** [4] - 1064:18, 1169:4, 1169:11, 1194:5
**stayed** [1] - 1194:14
**Staying** [1] - 1138:13
**staying** [3] - 1138:15, 1138:18, 1238:14
**steal** [6] - 1158:4, 1219:18, 1279:2, 1279:4, 1279:7, 1279:11
**stems** [1] - 1270:3
**stenographer** [1] - 1277:19
**stenography** [1] - 1058:24
**step** [7] - 1121:25, 1175:23, 1260:25, 1261:24, 1262:11, 1327:18
**stepping** [1] - 1114:4
**steps** [3] - 1122:2, 1258:10, 1262:15
**Steven** [5] - 1206:19, 1207:1, 1207:2, 1207:4, 1207:6
**Steven's** [1] - 1206:19
**stickers** [1] - 1295:3
**still** [22] - 1065:2, 1085:6, 1089:6, 1130:23, 1130:24, 1131:2, 1138:2, 1138:4, 1143:8, 1143:9, 1171:6, 1178:22, 1190:13, 1238:9, 1247:25, 1248:4, 1264:16, 1270:1, 1279:18, 1320:16
**stole** [1] - 1219:19
**stomped** [1] - 1119:15
**stomping** [1] - 1114:5
**stomps** [1] - 1120:18
**Stone** [5] - 1067:4, 1068:3, 1070:2, 1070:3, 1142:2
**stop** [2] - 1258:15, 1280:11

**stopped** [6] - 1115:9, 1115:24, 1204:14, 1214:9, 1215:11, 1228:9
**stops** [2] - 1228:6, 1228:7
**store** [1] - 1151:22
**stories** [1] - 1187:20
**story** [1] - 1187:12
**straight** [2] - 1110:20, 1241:1
**straightforward** [1] - 1264:20
**strain** [6] - 1163:11, 1163:15, 1163:19, 1163:23, 1163:25, 1164:2
**strains** [1] - 1163:4
**stranger** [1] - 1199:1
**strangers** [1] - 1061:19
**Street** [1] - 1058:20
**street** [11] - 1111:4, 1111:5, 1133:22, 1133:25, 1134:15, 1143:22, 1152:10, 1201:5, 1220:1, 1221:1, 1275:15
**stressed** [1] - 1276:8
**stricken** [2] - 1266:25, 1267:7
**strictly** [4] - 1069:10, 1069:11, 1174:22, 1174:23
**strike** [3] - 1162:19, 1263:6, 1266:13
**stripe** [1] - 1094:8
**structure** [2] - 1067:18, 1067:23
**struggling** [1] - 1230:16
**stuck** [3] - 1192:18, 1192:22, 1275:23
**studied** [1] - 1199:12
**studies** [1] - 1292:4
**stuff** [16] - 1109:15, 1111:5, 1112:10, 1113:6, 1113:7, 1114:5, 1130:18, 1130:21, 1152:19, 1200:4, 1208:20, 1210:11, 1242:14, 1250:19, 1281:7
**stupid** [2] - 1121:9, 1186:16
**stupidity** [1] - 1215:25
**Stuy** [1] - 1099:5
**subject** [5] - 1300:19, 1313:9, 1313:11, 1313:13, 1314:10
**submit** [3] - 1189:17, 1334:17, 1335:9
**submitted** [2] - 1231:22, 1282:12
**substance** [1] - 1335:13
**substantive** [1] - 1335:6
**substitute** [1] - 1189:20
**sued** [1] - 1314:17
**suffer** [2] - 1203:21, 1269:5
**suffered** [1] - 1319:16
**suffering** [1] - 1269:8
**suggestion** [1] - 1262:17
**suicidal** [2] - 1205:14, 1205:16
**Suicide** [3] - 1100:17, 1101:3, 1236:21
**suicide** [1] - 1101:4
**summarize** [1] - 1259:14
**summary** [3] - 1173:18, 1173:19, 1173:25
**summer** [1] - 1106:6
**Sunday** [2] - 1172:19, 1174:2
**supply** [2] - 1210:23, 1210:25
**supposed** [17] - 1088:10, 1100:12, 1107:10, 1107:16, 1107:18, 1107:19, 1107:21, 1120:1, 1120:10, 1149:13,

1149:17, 1151:5, 1170:11, 1239:23, 1250:6

**supposedly** [1] - 1088:10

**Supreme** [1] - 1321:3

**surgeon** [3] - 1151:16, 1151:19, 1219:11

**surgeries** [1] - 1166:7

**surgery** [24] - 1166:5, 1166:8, 1166:9, 1166:10, 1166:12, 1166:14, 1166:16, 1166:18, 1166:20, 1229:16, 1229:17, 1229:20, 1229:21, 1230:4, 1230:7, 1230:10, 1230:22, 1231:1, 1231:2, 1231:4, 1279:12, 1279:15, 1282:13

**suspend** [2] - 1117:17, 1193:4

**suspended** [2] - 1193:2, 1193:3

**sustained** [8] - 1129:4, 1166:4, 1179:8, 1223:19, 1224:14, 1226:21, 1283:10, 1311:23

**Sustained** [1] - 1287:4

**swear** [1] - 1278:16

**sweater** [1] - 1151:20

**swinging** [2] - 1201:20, 1202:23

**switch** [4] - 1092:8, 1228:10, 1228:11

**switched** [1] - 1089:2

**switching** [4] - 1088:24, 1088:25, 1142:11, 1175:17

**swore** [1] - 1278:17

**sworn** [6] - 1278:12, 1278:14, 1278:15, 1281:20, 1308:1

**sworn/affirmed** [5] - 1066:3, 1290:3, 1307:5, 1327:23, 1328:3

**system** [3] - 1214:16, 1284:5, 1297:18

---

## T

**T-H-O-M-A-S** [1] - 1328:1

**T-shirt** [2] - 1253:21, 1253:22

**t-shirt** [4] - 1095:17, 1096:14, 1198:17

**table** [3] - 1254:10, 1254:12, 1266:1

**tables** [1] - 1210:19

**tall** [2] - 1159:23, 1160:1

**tank** [2] - 1253:21, 1253:22

**tattoo** [2] - 1086:9, 1087:10

**tattoos** [4] - 1070:17, 1070:20, 1086:7, 1230:9

**taught** [1] - 1291:13

**teacher** [1] - 1192:20

**teachers** [3] - 1192:10, 1192:12, 1192:15

**team** [3] - 1266:1, 1266:2, 1309:8

**technically** [1] - 1259:19

**teenager** [2] - 1208:7, 1208:8

**teeth** [1] - 1114:5

**telephone** [1] - 1126:7

**ten** [13] - 1097:8, 1122:3, 1182:23, 1208:3, 1219:19, 1219:22, 1219:25, 1220:1, 1222:6, 1226:10, 1226:11, 1226:12, 1274:17

**tend** [1] - 1059:18

**tended** [1] - 1322:2

**tension** [1] - 1102:22

**term** [13] - 1075:25, 1079:7, 1099:12, 1103:10, 1116:21, 1119:7, 1120:23, 1143:21, 1163:8, 1167:22, 1173:23, 1175:17, 1296:24

**terms** [3] - 1064:6, 1071:19, 1127:19

**testified** [34] - 1066:3, 1109:4, 1123:22, 1124:3, 1126:10, 1126:14, 1127:15, 1157:19, 1175:23, 1176:9, 1191:16, 1192:9, 1196:21, 1206:14, 1208:9, 1211:10, 1211:13, 1214:8, 1224:16, 1226:4, 1229:12, 1231:11, 1237:2, 1273:6, 1276:21, 1283:13, 1290:3, 1308:2, 1320:21, 1322:4, 1322:14, 1326:21, 1328:4

**testify** [8] - 1126:11, 1126:14, 1126:22, 1180:13, 1183:19, 1285:18, 1289:17, 1321:2

**testifying** [4] - 1112:6, 1178:9, 1280:24, 1319:11

**testimony** [13] - 1127:10, 1280:10, 1281:9, 1281:11, 1281:13, 1282:9, 1284:1, 1295:19, 1315:5, 1323:6, 1323:15, 1333:9, 1335:5

**testing** [1] - 1286:8

**text** [30] - 1135:20, 1136:6, 1136:20, 1137:1, 1137:6, 1138:12, 1138:22, 1139:20, 1140:6, 1140:13, 1140:15, 1146:18, 1154:25, 1156:23, 1238:8, 1238:23, 1244:3, 1244:16, 1246:21, 1246:25, 1247:1, 1247:6, 1253:12, 1255:14, 1255:16, 1255:17, 1255:20, 1256:12, 1272:14, 1274:2

**texted** [6] - 1107:2, 1247:7, 1249:1, 1249:5, 1249:15

**texting** [2] - 1244:21, 1244:23

**that's's** [1] - 1263:23

**THE** [373] - 1058:12, 1059:3, 1059:13, 1059:14, 1059:16, 1059:23, 1060:1, 1060:3, 1060:6, 1060:17, 1060:21, 1060:22, 1061:2, 1061:6, 1061:13, 1061:15, 1062:2, 1062:5, 1062:13, 1062:23, 1063:9, 1063:13, 1063:14, 1063:20, 1063:23, 1065:1, 1065:4, 1065:5, 1066:10, 1066:13, 1066:14, 1072:2, 1074:22, 1074:24, 1075:1, 1075:3, 1075:6, 1075:7, 1075:8, 1075:9, 1075:19, 1075:21, 1075:22, 1075:24, 1076:20, 1076:21, 1076:22, 1080:12, 1080:13, 1080:14, 1080:15, 1081:21, 1082:9, 1082:22, 1085:14, 1085:19, 1085:20, 1085:21, 1085:23, 1085:24, 1086:13, 1086:18, 1086:20, 1086:21, 1086:23, 1087:4, 1087:16, 1087:17, 1087:18, 1087:19, 1087:20, 1088:13, 1088:14, 1090:7, 1090:8, 1090:9, 1090:19, 1090:22, 1090:24, 1091:1, 1091:6, 1091:8, 1091:14, 1091:18, 1091:23, 1092:1, 1093:5, 1093:7, 1093:11, 1093:15, 1093:19,

1093:22, 1096:6, 1096:8, 1096:9, 1096:12, 1096:13, 1096:14, 1096:15, 1102:2, 1102:4, 1102:9, 1102:11, 1104:4, 1104:5, 1104:6, 1104:8, 1105:15, 1105:17, 1121:16, 1121:19, 1121:25, 1122:3, 1122:5, 1122:9, 1122:19, 1122:22, 1123:14, 1123:17, 1124:11, 1124:24, 1125:2, 1125:19, 1126:8, 1126:18, 1127:5, 1127:22, 1128:14, 1128:18, 1129:7, 1129:8, 1129:12, 1129:16, 1135:21, 1136:15, 1136:18, 1137:21, 1144:20, 1145:20, 1146:23, 1147:17, 1150:2, 1150:3, 1155:10, 1155:11, 1155:12, 1155:13, 1155:14, 1157:3, 1157:4, 1157:6, 1157:7, 1157:9, 1157:23, 1157:25, 1159:1, 1159:2, 1159:3, 1159:4, 1159:5, 1159:7, 1159:8, 1159:9, 1159:13, 1159:15, 1160:6, 1160:7, 1164:12, 1164:13, 1164:15, 1168:8, 1169:13, 1169:16, 1172:7, 1172:10, 1172:14, 1173:7, 1173:9, 1173:13, 1174:12, 1174:13, 1174:15, 1174:16, 1181:7, 1185:10, 1186:9, 1187:25, 1188:2, 1188:7, 1188:9, 1188:10, 1188:15, 1188:18, 1188:23, 1189:1, 1189:16, 1189:20, 1189:22, 1189:24, 1190:3, 1190:7, 1190:16, 1190:17, 1190:19, 1190:21, 1190:23, 1190:24, 1191:4, 1195:4, 1195:5, 1195:6, 1210:2, 1210:3, 1210:4, 1210:5, 1210:6, 1210:7, 1223:19, 1224:14, 1226:21, 1234:2, 1234:3, 1246:4, 1258:4, 1258:8, 1258:9, 1258:11, 1258:19, 1259:6, 1259:12, 1259:15, 1259:19, 1259:25, 1260:5, 1260:9, 1260:12, 1260:15, 1260:20, 1260:21, 1261:2, 1261:21, 1262:2, 1262:5, 1262:10, 1262:14, 1262:16, 1263:5, 1263:11, 1263:14, 1264:1, 1264:6, 1264:16, 1264:25, 1265:7, 1265:13, 1265:17, 1265:20, 1265:24, 1266:8, 1266:11, 1266:15, 1266:17, 1266:21, 1267:1, 1267:3, 1268:24, 1269:1, 1269:2, 1269:3, 1276:10, 1283:10, 1283:12, 1287:4, 1288:17, 1288:21, 1288:24, 1289:1, 1289:3, 1289:4, 1289:7, 1289:10, 1289:12, 1289:14, 1289:16, 1289:19, 1289:20, 1292:20, 1292:21, 1295:24, 1296:3, 1296:17, 1296:19, 1299:6, 1299:8, 1299:12, 1299:17, 1302:17, 1302:21, 1303:11, 1303:19, 1303:22, 1305:9, 1305:11, 1306:3, 1306:6, 1306:12, 1306:16, 1306:18, 1306:23, 1307:1, 1307:2, 1307:3, 1307:4, 1307:6, 1307:8, 1307:10, 1310:4, 1310:7, 1311:9, 1311:23, 1312:23, 1315:10, 1315:13, 1315:15, 1316:2, 1317:23, 1317:25, 1318:2, 1318:6, 1318:13, 1318:16, 1318:17, 1318:23, 1319:1, 1324:1,

1325:20, 1325:24, 1326:21, 1326:25, 1327:2, 1327:10, 1327:12, 1327:17, 1327:21, 1327:22, 1327:24, 1328:1, 1328:2, 1331:3, 1331:13, 1331:15, 1331:17, 1331:19, 1331:20, 1331:24, 1332:3, 1332:7, 1332:11, 1332:17, 1332:21, 1333:2, 1333:12, 1333:15, 1333:20, 1333:23, 1334:2, 1334:9, 1334:15, 1334:21, 1334:24, 1335:8, 1335:18, 1335:20

**theft** [1] - 1328:21

**themselves** [4] - 1070:6, 1215:8, 1284:8, 1295:17

**therapy** [9] - 1165:10, 1167:6, 1167:14, 1231:12, 1231:14, 1231:16, 1282:5, 1282:25, 1283:2

**there'** [1] - 1161:4

**thinking** [3] - 1062:20, 1212:11, 1272:10

**thinks** [1] - 1062:15

**third** [4] - 1068:9, 1083:17, 1174:18, 1242:24

**Thomas** [2] - 1327:16, 1328:1

**THOMAS** [2] - 1328:3, 1336:15

**thoughts** [2] - 1205:14, 1205:16

**thousand** [1] - 1232:16

**thousands** [1] - 1293:16

**threatening** [3] - 1326:17, 1327:4, 1327:5

**threats** [7] - 1317:2, 1317:5, 1317:13, 1318:13, 1318:14, 1320:22, 1321:10

**three** [20] - 1062:20, 1064:8, 1080:3, 1100:15, 1100:24, 1101:2, 1108:18, 1108:19, 1117:21, 1148:19, 1150:3, 1154:25, 1156:5, 1174:12, 1221:12, 1257:3, 1273:11, 1273:15, 1315:18, 1328:20

**three-week** [1] - 1064:8

**threw** [4] - 1107:3, 1114:25, 1170:23, 1207:12

**throw** [4] - 1071:1, 1097:9, 1099:12, 1099:14

**thrown** [2] - 1073:12, 1073:13

**ticket** [1] - 1194:3

**tickets** [1] - 1167:23

**ties** [1] - 1204:4

**tight** [1] - 1244:8

**tireand** [1] - 1138:18

**tired** [5] - 1109:17, 1138:17, 1238:16, 1239:4, 1286:14

**title** [3] - 1290:12, 1291:21, 1328:17

**to...** [1] - 1165:13

**today** [33] - 1059:9, 1059:18, 1060:9, 1060:10, 1060:14, 1060:15, 1061:16, 1067:23, 1112:15, 1127:14, 1138:16, 1183:9, 1185:2, 1185:14, 1185:20, 1185:21, 1186:7, 1197:10, 1197:11, 1203:11, 1218:16, 1237:2, 1238:15, 1253:24, 1253:25, 1273:6, 1315:5, 1330:11, 1332:2, 1334:20, 1334:21,

1334:22, 1334:23

**together** [11] - 1086:21, 1094:13, 1097:2, 1112:20, 1158:18, 1169:11, 1199:22, 1248:8, 1249:19, 1271:7, 1272:6

**tolerance** [3] - 1134:20, 1134:21, 1134:22

**tomorrow** [2] - 1126:21

**took** [24] - 1103:14, 1103:15, 1107:1, 1113:5, 1114:23, 1142:5, 1151:1, 1152:14, 1153:5, 1173:3, 1186:17, 1198:7, 1206:16, 1206:19, 1207:11, 1215:8, 1231:18, 1234:9, 1277:9, 1286:12, 1286:14, 1319:11

**top** [24] - 1078:16, 1083:16, 1110:13, 1116:6, 1142:15, 1145:24, 1165:11, 1174:19, 1174:21, 1174:22, 1174:23, 1175:17, 1175:19, 1175:20, 1175:21, 1243:18, 1253:21, 1253:22, 1276:17, 1299:20, 1304:16, 1316:1

**topic** [1] - 1157:18

**topics** [1] - 1175:17

**topnotch** [1] - 1175:12

**torn** [2] - 1166:18, 1166:19

**totally** [4] - 1125:16, 1138:15, 1238:14, 1238:15

**touch** [2] - 1201:13, 1204:9

**tough** [1] - 1117:2

**towards** [6] - 1078:10, 1116:15, 1142:25, 1143:2, 1170:4, 1228:14

**towel** [1] - 1096:6

**town** [4] - 1061:17, 1072:10, 1082:7

**Town** [18] - 1071:17, 1071:25, 1072:1, 1072:3, 1072:4, 1072:5, 1072:6, 1072:8, 1072:9, 1072:11, 1082:8, 1103:7, 1196:22, 1196:24

**towns** [1] - 1082:5

**trafficked** [2] - 1274:4, 1274:6

**trafficking** [1] - 1182:11

**train** [13] - 1113:6, 1113:9, 1113:10, 1115:1, 1115:3, 1115:14, 1115:15, 1115:16, 1115:17, 1198:6, 1198:20, 1199:2, 1202:18

**training** [3] - 1292:12, 1292:14, 1292:17

**Transcript** [1] - 1058:24

**TRANSCRIPT** [1] - 1058:11

**transcript** [1] - 1189:7

**Transcription** [1] - 1058:25

**translated** [3] - 1228:24, 1228:25, 1229:1

**transmit** [1] - 1107:10

**transparent** [1] - 1061:3

**trauma** [1] - 1319:16

**treating** [2] - 1240:19, 1240:20

**Tremont** [2] - 1113:11, 1113:12

**TRIAL** [1] - 1058:11

**trial** [8] - 1059:4, 1060:19, 1064:8, 1064:20, 1092:8, 1252:2, 1285:20, 1285:22

**trick** [1] - 1080:12

**tried** [8] - 1114:2, 1114:3, 1142:24, 1217:17, 1219:12, 1219:15, 1226:22, 1271:5

**trip** [2] - 1107:21, 1133:14

**Triple** [3] - 1129:23, 1130:5, 1130:11

**triple** [12] - 1080:11, 1080:13, 1080:14, 1081:5, 1081:6, 1081:9, 1084:5, 1084:22, 1085:2, 1085:6, 1086:22, 1086:23

**trouble** [13] - 1117:17, 1192:25, 1198:23, 1242:2, 1256:1, 1256:7, 1256:8, 1256:9, 1268:18, 1268:19, 1272:10, 1275:14, 1288:19

**true** [5] - 1181:1, 1264:7, 1278:19, 1295:16, 1298:25

**truly** [2] - 1072:7, 1302:11

**trust** [3] - 1199:11, 1242:19, 1250:24

**trusted** [1] - 1250:22

**truth** [21] - 1172:14, 1173:3, 1180:4, 1180:7, 1185:15, 1185:18, 1185:19, 1261:16, 1277:25, 1278:2, 1278:16, 1284:13, 1284:15, 1285:24, 1285:25, 1286:2, 1286:3, 1286:9, 1286:10, 1286:11

**truthful** [1] - 1285:9

**truthfully** [2] - 1180:13, 1183:19

**try** [10] - 1083:17, 1158:22, 1169:11, 1174:9, 1201:19, 1221:22, 1261:5, 1263:21, 1318:21, 1333:2

**trying** [16] - 1091:10, 1099:12, 1099:14, 1107:6, 1110:20, 1117:1, 1130:13, 1141:25, 1149:16, 1158:24, 1164:19, 1164:20, 1169:10, 1215:9, 1264:21, 1333:6

**tuck** [1] - 1228:17

**Tuesday** [1] - 1334:1

**turn** [15] - 1095:9, 1104:9, 1140:18, 1148:13, 1157:18, 1210:1, 1210:10, 1242:2, 1242:6, 1242:20, 1242:22, 1288:4, 1288:9

**turned** [6] - 1113:15, 1194:12, 1219:15, 1242:24, 1243:4, 1288:15

**turning** [8] - 1096:21, 1097:11, 1142:11, 1156:5, 1156:11, 1180:21, 1288:9, 1309:11

**Turning** [2] - 1138:12, 1155:15

**TV** [1] - 1226:14

**twice** [2] - 1097:5, 1179:13, 1231:2

**two** [42] - 1063:16, 1068:1, 1073:6, 1099:4, 1102:9, 1108:18, 1117:21, 1123:19, 1128:13, 1150:3, 1151:1, 1152:11, 1152:22, 1152:23, 1153:2, 1154:6, 1158:18, 1165:19, 1165:25, 1175:3, 1177:9, 1177:10, 1194:14, 1194:15, 1218:22, 1218:25, 1219:7, 1224:3, 1224:23, 1224:25, 1229:7, 1271:7, 1272:6, 1277:12, 1281:17, 1283:13, 1291:1, 1304:14, 1333:8

**Two** [1] - 1247:17

**two-five** [2] - 1152:23, 1218:25

**two-point** [1] - 1218:25
**Ty** [10] - 1110:23, 1111:13, 1111:14, 1111:15, 1111:16, 1158:13, 1162:16, 1162:17
**Ty's** [1] - 1111:17
**type** [8] - 1096:24, 1142:8, 1164:5, 1177:19, 1207:6, 1208:18, 1304:18, 1320:10
**typed** [1] - 1155:8
**Tyshawn** [1] - 1111:18

## U

**U.S** [3] - 1270:24, 1271:4, 1272:3
**Uber** [1] - 1099:21
**UBM** [1] - 1068:2
**ugly** [1] - 1184:8
**UGSN** [2] - 1067:3, 1142:1
**uh-hum** [6] - 1159:4, 1163:21, 1169:24, 1175:19, 1275:20, 1276:16
**Uhmm** [1] - 1249:12
**unable** [1] - 1059:18
**uncle** [12] - 1150:9, 1150:15, 1150:24, 1151:8, 1151:9, 1152:17, 1219:6, 1220:7, 1220:9, 1221:11, 1221:15, 1221:20
**under** [44] - 1065:2, 1068:13, 1068:15, 1068:20, 1069:11, 1077:13, 1077:16, 1083:15, 1090:2, 1117:13, 1146:1, 1177:5, 1177:8, 1178:1, 1178:6, 1178:8, 1179:6, 1179:20, 1182:19, 1183:21, 1184:13, 1184:17, 1203:19, 1203:20, 1204:25, 1205:1, 1213:23, 1214:17, 1231:7, 1236:17, 1277:12, 1278:8, 1279:16, 1279:19, 1280:1, 1280:24, 1282:9, 1284:7, 1287:12, 1300:8, 1300:17, 1335:4
**underground** [1] - 1209:5
**understandable** [1] - 1227:5
**understood** [9] - 1088:6, 1111:3, 1131:22, 1216:19, 1262:24, 1264:24, 1265:1, 1265:4
**unfortunate** [1] - 1286:20
**unfortunately** [1] - 1190:13
**uniform** [1] - 1308:21
**unique** [1] - 1294:14
**unit** [1] - 1204:22
**UNITED** [3] - 1058:1, 1058:3, 1058:12
**United** [5] - 1058:5, 1058:15, 1058:18, 1059:4, 1068:2
**universal** [8] - 1077:6, 1077:7, 1077:15, 1078:23, 1078:25, 1096:25, 1168:17, 1168:18
**universals** [1] - 1097:4
**University** [2] - 1292:2, 1292:8
**unlawful** [1] - 1276:15
**unless** [2] - 1288:15, 1306:13
**unnecessary** [2] - 1279:12, 1282:12
**Unruly** [2] - 1175:12, 1175:16
**Untouchable** [4] - 1067:4, 1068:3,

1070:2, 1142:2
**up** [190] - 1059:8, 1062:10, 1062:18, 1067:10, 1067:12, 1067:19, 1071:1, 1081:14, 1082:24, 1088:24, 1095:24, 1104:22, 1107:17, 1112:21, 1112:25, 1113:10, 1114:2, 1114:3, 1114:25, 1115:7, 1116:1, 1116:20, 1117:2, 1117:11, 1117:22, 1118:5, 1118:16, 1118:17, 1120:4, 1120:20, 1125:18, 1131:19, 1132:20, 1133:21, 1133:22, 1133:23, 1133:24, 1134:3, 1135:13, 1139:19, 1142:8, 1142:20, 1142:21, 1142:23, 1142:25, 1143:2, 1143:5, 1143:21, 1143:23, 1143:24, 1144:7, 1148:20, 1149:2, 1149:3, 1149:7, 1149:17, 1151:2, 1151:3, 1151:10, 1151:25, 1152:4, 1155:7, 1156:13, 1157:11, 1159:10, 1159:25, 1160:3, 1161:25, 1162:1, 1164:23, 1169:19, 1170:3, 1170:5, 1171:5, 1171:11, 1174:8, 1183:18, 1184:9, 1186:14, 1187:1, 1187:2, 1190:12, 1193:20, 1193:25, 1195:19, 1195:20, 1195:22, 1197:9, 1198:5, 1199:16, 1200:15, 1200:25, 1207:11, 1210:1, 1210:10, 1212:1, 1212:16, 1213:14, 1213:16, 1214:5, 1214:12, 1215:4, 1215:22, 1216:12, 1220:8, 1221:19, 1222:14, 1225:7, 1225:8, 1225:23, 1227:2, 1231:18, 1234:6, 1234:22, 1235:3, 1236:22, 1237:3, 1238:5, 1238:22, 1238:23, 1239:14, 1239:19, 1239:25, 1240:4, 1240:11, 1240:13, 1241:1, 1243:9, 1245:17, 1245:21, 1247:20, 1247:23, 1247:24, 1248:22, 1249:13, 1249:16, 1250:7, 1250:8, 1251:12, 1251:13, 1251:14, 1252:7, 1252:10, 1252:11, 1252:12, 1252:13, 1252:23, 1256:3, 1256:19, 1256:22, 1256:23, 1256:25, 1257:7, 1257:10, 1266:2, 1269:24, 1271:5, 1271:10, 1271:13, 1271:21, 1272:17, 1274:17, 1275:10, 1275:11, 1276:5, 1280:19, 1280:23, 1281:1, 1281:2, 1281:3, 1281:8, 1282:18, 1285:7, 1289:10, 1297:19, 1299:20, 1301:11, 1306:5, 1310:20, 1311:25, 1312:12, 1321:22, 1327:18, 1332:1
**Up** [2] - 1153:25, 1154:10
**updated** [1] - 1304:17
**updates** [1] - 1073:19
**ups** [3] - 1173:10, 1174:14, 1174:22
**upset** [4] - 1102:3, 1102:5, 1102:6, 1104:24
**upside** [2] - 1087:13, 1275:16

## V

**value** [1] - 1220:1
**Van** [2] - 1124:5, 1126:15

**van** [1] - 1251:16
**vein** [1] - 1063:15
**vendors** [2] - 1210:13
**verbally** [2] - 1084:16, 1134:17
**verdict** [1] - 1063:3
**versus** [1] - 1059:4
**vibe** [1] - 1142:8
**victim** [4] - 1309:19, 1313:12, 1314:7, 1317:19
**victims** [1] - 1313:10
**video** [30] - 1144:4, 1144:5, 1147:5, 1147:8, 1147:11, 1147:12, 1147:23, 1148:16, 1201:4, 1216:5, 1216:14, 1217:12, 1242:4, 1257:25, 1258:15, 1258:18, 1258:20, 1259:9, 1260:17, 1260:21, 1261:2, 1261:21, 1262:3, 1262:18, 1264:10, 1268:23, 1268:24
**Video** [4] - 1147:4, 1147:22, 1262:4, 1262:8
**videos** [7] - 1112:2, 1112:3, 1200:22, 1200:24, 1201:3, 1208:21, 1265:24
**view** [3] - 1137:2, 1235:18, 1258:19
**viewed** [3] - 1310:16, 1314:9, 1314:13
**violated** [1] - 1119:12
**violation** [12] - 1116:15, 1119:7, 1119:9, 1119:10, 1119:20, 1133:1, 1133:2, 1143:14, 1143:15, 1149:18, 1271:10
**violations** [1] - 1119:15
**violence** [3] - 1134:24, 1214:21, 1216:2
**violent** [4] - 1119:18, 1119:19, 1135:9
**visible** [1] - 1236:13
**visit** [5] - 1106:4, 1130:16, 1238:5, 1239:7, 1239:14
**visits** [2] - 1318:12, 1318:18
**visually** [1] - 1160:9
**vogue** [2] - 1075:25, 1076:1
**voiced** [1] - 1248:3
**voices** [1] - 1088:8
**voir** [3] - 1311:8, 1311:22, 1311:23
**VOIR** [2] - 1311:10, 1336:12
**voluntary** [1] - 1204:5
**volunteered** [2] - 1204:5, 1204:6
**vomiting** [1] - 1198:24
**voted** [1] - 1100:16
**voucher** [1] - 1330:3
**vouchered** [6] - 1124:3, 1125:7, 1126:17, 1330:2, 1330:13, 1331:6
**vouchering** [1] - 1128:24
**vulgar** [1] - 1135:11

## W

**W-A-L-K-E-R** [1] - 1289:15
**Wade** [1] - 1096:5
**wade** [4] - 1098:22, 1099:22, 1234:18, 1234:21
**wait** [2] - 1062:13, 1138:23
**waited** [1] - 1242:24
**waiting** [2] - 1165:1, 1190:11
**walk** [2] - 1134:17, 1142:23

**walked** [8] - 1099:23, 1113:10, 1151:3, 1151:15, 1151:21, 1151:23, 1207:11, 1281:5
**Walker** [4] - 1289:9, 1289:14, 1303:25
**WALKER** [2] - 1290:1, 1336:7
**walking** [4] - 1115:17, 1115:19, 1151:24, 1202:18
**walks** [1] - 1285:6
**Wall** [1] - 1058:20
**wall** [1] - 1114:12
**Wally** [1] - 1198:7
**wants** [5] - 1083:15, 1100:14, 1122:5, 1128:3, 1215:7
**ward** [2] - 1205:3, 1205:4
**warned** [3] - 1120:12, 1294:24, 1295:1
**warrant** [1] - 1288:7
**Warren** [10] - 1080:19, 1262:21, 1263:3, 1264:4, 1264:8, 1264:15, 1264:22, 1265:5, 1265:8, 1265:11
**wars** [1] - 1293:4
**washcloth** [2] - 1096:8, 1096:9
**watch** [1] - 1061:22, 1205:1
**watching** [4] - 1105:3, 1214:11, 1215:9, 1215:10
**water** [3] - 1065:3, 1114:20, 1289:4
**waved** [1] - 1152:11
**waves** [2] - 1254:5, 1254:6
**ways** [1] - 1221:12
**wear** [2] - 1140:1, 1194:24
**wearing** [6] - 1094:5, 1094:6, 1095:17, 1098:3, 1253:21, 1253:22
**weave** [1] - 1250:3
**wee** [1] - 1158:21
**Weed** [1] - 1143:23
**weed** [49] - 1112:10, 1121:13, 1150:10, 1150:14, 1150:17, 1152:1, 1152:14, 1152:15, 1152:18, 1157:24, 1158:1, 1158:2, 1158:15, 1158:22, 1159:3, 1159:14, 1160:10, 1160:17, 1162:14, 1163:11, 1163:15, 1163:19, 1163:23, 1163:25, 1164:2, 1209:3, 1209:4, 1209:5, 1209:14, 1210:8, 1210:12, 1210:13, 1210:16, 1210:19, 1210:23, 1210:25, 1219:13, 1219:15, 1219:20, 1219:22, 1219:24, 1219:25, 1220:1, 1222:6, 1222:18, 1222:21, 1222:25
**week** [13] - 1061:18, 1063:2, 1063:15, 1064:8, 1064:9, 1064:14, 1064:15, 1064:19, 1242:1, 1242:10, 1242:24, 1319:10
**weekend** [9] - 1062:18, 1062:20, 1332:13, 1333:3, 1333:5, 1333:19, 1334:3, 1334:4, 1335:20
**weeks** [1] - 1062:20
**weight** [2] - 1128:10, 1180:2
**welcome** [2] - 1129:3, 1335:9
**well-founded** [1] - 1124:18
**whao** [1] - 1281:8
**whips** [4] - 1069:21, 1069:22, 1069:23, 1069:25

**white** [13] - 1094:7, 1094:8, 1095:17, 1096:6, 1096:14, 1098:3, 1151:16, 1152:3, 1156:11, 1163:12, 1198:17, 1235:7, 1254:8
**whoever's** [1] - 1170:16
**whole** [20] - 1077:9, 1092:12, 1100:13, 1100:15, 1107:21, 1120:18, 1120:19, 1131:18, 1143:11, 1169:4, 1172:23, 1178:16, 1198:19, 1217:23, 1217:24, 1226:16, 1266:1, 1284:20, 1286:21
**wife** [2] - 1165:19, 1194:12
**wild** [1] - 1250:15
**Wilkinson** [4] - 1300:19, 1304:5, 1304:8, 1304:15
**willing** [5] - 1141:11, 1148:8, 1230:12, 1232:2, 1279:18
**wind** [2] - 1143:18, 1202:14
**window** [1] - 1228:3
**wing** [1] - 1090:2
**winter** [1] - 1168:22
**wiped** [1] - 1117:9
**wiretapped** [1] - 1157:5
**WISSEL** [1] - 1235:5
**Wissel** [12] - 1067:10, 1105:10, 1135:16, 1140:18, 1146:25, 1147:20, 1155:16, 1173:15, 1174:17, 1299:21, 1301:11, 1314:4
**wist** [1] - 1161:20
**withdraw** [1] - 1327:1
**withdrawn** [7] - 1108:11, 1121:10, 1141:1, 1161:1, 1293:24, 1316:20, 1321:16
**Witness** [1] - 1188:25
**WITNESS** [66] - 1065:4, 1066:13, 1074:24, 1075:3, 1075:7, 1075:9, 1075:21, 1075:24, 1076:21, 1080:13, 1080:15, 1085:20, 1086:20, 1086:23, 1087:17, 1087:19, 1088:14, 1090:8, 1093:7, 1096:8, 1096:13, 1096:15, 1102:4, 1102:11, 1104:5, 1150:3, 1155:11, 1155:13, 1157:4, 1157:7, 1157:25, 1159:2, 1159:4, 1159:7, 1159:9, 1159:15, 1160:7, 1164:13, 1169:16, 1173:9, 1174:13, 1174:16, 1188:2, 1195:5, 1210:3, 1210:5, 1210:7, 1234:3, 1258:9, 1260:20, 1269:1, 1269:3, 1289:3, 1289:14, 1289:19, 1292:21, 1305:11, 1307:1, 1307:3, 1307:8, 1310:7, 1318:16, 1327:21, 1328:1, 1331:19, 1336:3
**witness** [70] - 1066:2, 1071:5, 1082:9, 1089:10, 1092:5, 1122:2, 1123:22, 1124:2, 1124:6, 1124:14, 1126:22, 1128:16, 1129:8, 1129:15, 1135:14, 1135:22, 1145:4, 1146:9, 1147:2, 1171:19, 1172:16, 1180:15, 1183:23, 1188:19, 1188:22, 1190:10, 1190:11, 1191:7, 1258:10, 1258:17, 1258:24, 1260:1, 1260:4, 1261:4, 1261:19, 1262:15, 1265:18, 1289:6, 1290:2,

1295:23, 1296:1, 1298:9, 1299:13, 1301:12, 1302:24, 1303:18, 1305:12, 1306:20, 1307:5, 1310:21, 1311:8, 1313:12, 1315:9, 1315:17, 1315:18, 1317:3, 1317:5, 1317:13, 1318:13, 1318:14, 1321:10, 1327:5, 1327:14, 1327:18, 1327:23, 1330:20, 1331:1, 1331:21, 1331:22, 1331:24
**witness'** [1] - 1173:13
**witness's** [1] - 1332:6
**witnesses** [4] - 1060:13, 1258:14, 1313:10, 1332:23
**woah** [1] - 1133:14
**Women** [1] - 1250:2
**women** [3] - 1208:20, 1248:9, 1248:16
**wondered** [1] - 1062:15
**Woodhull** [1] - 1204:18, 1204:21
**word** [12] - 1068:25, 1069:6, 1077:18, 1101:23, 1156:12, 1156:13, 1156:18, 1156:20, 1272:18, 1273:21, 1305:1
**words** [2] - 1101:21, 1334:2
**wore** [2] - 1195:9, 1198:7
**works** [2] - 1059:20, 1061:18
**world** [9] - 1141:23, 1142:3, 1208:18, 1208:19, 1217:16, 1217:18, 1245:9, 1245:16, 1275:16
**Worldwide** [1] - 1130:1
**worldwide** [11] - 1079:14, 1079:16, 1079:17, 1079:23, 1079:25, 1082:25, 1083:15, 1083:19, 1083:21, 1084:23, 1174:23
**worried** [1] - 1240:16
**worry** [1] - 1242:9
**worse** [5] - 1119:3, 1256:7, 1281:25, 1282:3, 1282:4
**worst** [1] - 1269:23
**worth** [4] - 1062:15, 1220:25, 1282:24, 1333:8
**would've** [5] - 1099:9, 1221:5, 1226:18, 1325:5, 1325:7
**wrapped** [1] - 1285:7
**wrappers** [1] - 1210:21
**write** [9] - 1139:6, 1139:18, 1140:8, 1148:21, 1157:10, 1322:23, 1323:23, 1324:5, 1324:16
**writes** [1] - 1184:23
**writing** [4] - 1173:9, 1300:11, 1300:13, 1304:19, 1304:20, 1304:24, 1305:2, 1305:5
**written** [4] - 1319:21, 1322:14, 1325:3, 1325:7
**wrote** [15] - 1104:16, 1138:22, 1139:14, 1139:16, 1139:22, 1140:6, 1140:9, 1140:12, 1156:23, 1172:15, 1172:20, 1243:2, 1304:24, 1314:1

## X

**Xanax** [4] - 1151:1, 1157:25, 1158:5
**Xanaxes** [1] - 1204:13

Case 1:20-cr-00213-KAM   Document 333   Filed 03/02/23   Page 314 of 314 PageID #: 5178
All Word // 1/27/2023 US v Smothers 20-cr-213 (KAM)

34

## Y

**y'all** [2] - 1115:21, 1115:22
**yard** [1] - 1120:18
**year** [12] - 1076:20, 1077:17, 1084:7, 1097:5, 1097:6, 1164:25, 1165:13, 1194:17, 1194:18, 1252:13, 1308:22
**years** [36] - 1073:6, 1100:8, 1115:5, 1182:23, 1183:8, 1183:13, 1184:22, 1186:2, 1186:4, 1186:13, 1194:14, 1194:15, 1197:11, 1203:20, 1208:3, 1247:17, 1251:8, 1274:17, 1275:11, 1276:5, 1276:9, 1287:10, 1287:13, 1290:11, 1290:23, 1291:17, 1291:18, 1293:16, 1308:11, 1308:19, 1319:10, 1319:12, 1319:18, 1323:20, 1328:15, 1328:20
**Yeezys** [1] - 1253:23
**yelling** [2] - 1147:25, 1148:1
**yellow** [1] - 1098:5
**yesterday** [15] - 1066:8, 1066:18, 1073:3, 1073:5, 1090:1, 1109:4, 1112:6, 1189:5, 1191:16, 1192:9, 1206:14, 1326:23, 1334:11, 1334:18, 1334:21
**Yo** [2] - 1212:16, 1270:25
**yo** [44] - 1074:5, 1075:12, 1075:13, 1099:14, 1100:2, 1104:16, 1105:3, 1107:3, 1110:6, 1112:19, 1113:17, 1115:8, 1115:10, 1115:11, 1115:20, 1118:8, 1132:6, 1133:12, 1133:18, 1143:5, 1143:7, 1143:10, 1151:3, 1151:11, 1151:21, 1151:25, 1152:1, 1152:7, 1152:9, 1152:11, 1158:22, 1161:25, 1164:19, 1198:16, 1207:9, 1219:16, 1229:1, 1242:20, 1243:7, 1247:8, 1251:14, 1270:25
**Yokes** [1] - 1153:13
**YORK** [1] - 1058:1
**York** [27] - 1058:6, 1058:15, 1058:16, 1058:20, 1066:25, 1067:3, 1067:4, 1067:6, 1068:2, 1069:24, 1072:5, 1105:23, 1165:7, 1172:21, 1174:4, 1187:13, 1192:15, 1194:20, 1227:24, 1227:25, 1228:7, 1253:19, 1290:7, 1293:20, 1308:12, 1308:18
**young** [9] - 1111:2, 1115:5, 1180:1, 1186:16, 1193:19, 1193:21, 1208:5, 1208:6
**young-minded** [1] - 1111:2
**younger** [10] - 1072:16, 1111:22, 1111:23, 1116:6, 1176:20, 1193:5, 1193:9, 1224:4
**yourself** [25] - 1070:8, 1072:10, 1148:12, 1199:8, 1204:12, 1226:1, 1230:6, 1230:12, 1231:22, 1242:6, 1273:1, 1278:3, 1278:22, 1278:24, 1282:12, 1283:6, 1284:3, 1288:4, 1288:9, 1288:15, 1312:4, 1312:10, 1312:12, 1326:2, 1333:11

**yourselves** [1] - 1063:24
**Yup** [1] - 1244:18

## Z

**zebra** [1] - 1253:23
**zero** [2] - 1134:20, 1134:21
**zoom** [2] - 1174:17, 1314:4